UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, individually and on behalf of all others similarly situated,

        Plaintiff,

        -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,

        Defendant,

**ORDER**

20 Civ. 4737 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The telephone conference currently scheduled for July 9, 2020 at 11:45 a.m. will now take place on **July 9, 2020 at 12:30 p.m.**

Dated: New York, New York
       July 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge