UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, individually and on behalf of all others similarly situated,

    Plaintiff,

  -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,

    Defendant,

**ORDER**

20 Civ. 4737 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the following briefing schedule will apply to Defendant's proposed motion to dismiss and Plaintiff's proposed cross-motion for summary judgment:

1. Moving papers are due by **July 30, 2020**;

2. Opposition papers are due by **August 13, 2020**; and

3. Reply papers, if any, are due by **August 20, 2020**.

The Clerk of the Court is directed to terminate the motion (Dkt. No. 15).

Dated: New York, New York
   July 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge