UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> *Defendant*. | No. 20 Civ. 4737 (PGG) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated July 30, 2020, statement of undisputed facts, declaration of Plaintiff Jessica Denson and exhibits thereto, and declaration of David K. Bowles, Esq. and exhibits thereto, Plaintiff Jessica Denson, on behalf of herself and all others similarly situated, hereby moves this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for judgment pursuant to Federal Rule of Civil Procedure 56 declaring that the Campaign's Form NDA signed by Plaintiff and any similar contracts the Campaign required any worker to sign are invalid and unenforceable, and permanently enjoining the Campaign and any party entitled to enforce the Form NDA from enforcing, attempting to enforce, and/or threatening to enforce the Form NDA.

Dated: July 30, 2020

Respectfully Submitted,

By: /s/ John Langford

David A. Schulz
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, 19th Floor

John Langford
UNITED TO PROTECT DEMOCRACY, INC.
555 W. 5th St.
Los Angeles, CA 90013

New York, NY 10019
Telephone: (212) 850-6103
Fax: (212) 223-1942
Email: schulzd@ballardspahr.com
Email: slaughterj@ballardspahr.com

David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
Tel. (212) 390-8842
Fax (866) 844-8305
Email: David@BoJo.Law

Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: john.langford@protectdemocracy.org

Brittany Williams*
UNITED TO PROTECT DEMOCRACY, INC.
1900 Market St., 8th Fl.
Philadelphia, PA 19103
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: brittany.williams@protectdemocracy.org

Anne Tindall*
UNITED TO PROTECT DEMOCRACY, INC.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: anne.tindall@protectdemocracy.org

*Counsel for Plaintiffs*

*Motion for admission *pro hac vice* forthcoming