UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.: 20-cv-04737 (PGG) |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | |
| DONALD J. TRUMP FOR PRESIDENT, INC. | |
| Defendant. | |

---------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the Declaration of Patrick McPartland, dated July 30, 2020, with exhibits, supported by the points and authorities set forth in the accompanying memorandum of law, dated July 30, 2020, and all prior proceedings, defendant Donald J. Trump for President, Inc. will move this Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Paul G. Gardephe, for an Order, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing plaintiff's Complaint in its entirety, and granting defendant all such other relief as the Court deems just and proper.

Dated: New York, New York
       July 30, 2020

                                          LAROCCA HORNIK ROSEN
                                          & GREENBERG LLP

                                          */s/ Patrick McPartland*
                           By: _____
                                          Patrick McPartland
                                          Jared E. Blumetti
                                          40 Wall Street, 32nd Floor
                                          New York, New York 10005
                                          T: (212) 530-4837; 4831
                                          E: pmcpartland@lhrgb.com
                                               jblumetti@lhrgb.com

                                          *Attorneys for defendant*

To:    David K. Bowles, Esq.
Bowles & Johnson PLLC
14 Wall Street, 20th Floor
New York, New York 10005

John Langford, Esq.
United to Protect Democracy, Inc.
555 West 5th Street
Los Angeles, California 90013

David A. Schulz, Esq.
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, New York 10019

*Attorneys for plaintiff*