# EXHIBIT C

# Filings by DONALD J. TRUMP FOR PRESIDENT, INC. - C00580100

725 FIFTH AVENUE
NEW YORK

## The Following FEC Electronic Filings are Available:
Click on the form name to view it.

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F99 | FEC-1428850 | | | | 07/27/2020 |
| F3PA | FEC-1428849 | 04/01/2020 | 04/30/2020 | MAY MONTHLY | 07/27/2020 |
| F3PN | FEC-1427434 | 06/01/2020 | 06/30/2020 | JUL MONTHLY | 07/20/2020 |
| F3LN | FEC-1427400 | 06/01/2020 | 06/30/2020 | LOBBYIST BUNDLING REPORT - JULY MONTHLY / SEMI-ANNUAL | 07/20/2020 |
| F3PN | FEC-1414193 | 05/01/2020 | 05/31/2020 | JUN MONTHLY | 06/20/2020 |
| F3PA | FEC-1412555 | 03/01/2020 | 03/31/2020 | APR MONTHLY | 06/17/2020 |
| F99 | FEC-1412554 | | | | 06/17/2020 |
| F3PN | FEC-1407644 | 04/01/2020 | 04/30/2020 | MAY MONTHLY | 05/20/2020 |
| F3PA | FEC-1405125 | 02/01/2020 | 02/29/2020 | MAR MONTHLY | 05/11/2020 |
| F99 | FEC-1405123 | | | | 05/11/2020 |
| F3PA | FEC-1404772 | 07/01/2019 | 09/30/2019 | OCT QUARTERLY | 05/07/2020 |
| F3PA | FEC-1403600 | 01/01/2020 | 01/31/2020 | FEB MONTHLY | 04/27/2020 |
| F99 | FEC-1403597 | | | | 04/27/2020 |
| F3PN | FEC-1403007 | 03/01/2020 | 03/31/2020 | APR MONTHLY | 04/20/2020 |
| F99 | FEC-1394405 | | | | 04/09/2020 |
| F99 | FEC-1392272 | | | | 03/30/2020 |
| F3PA | FEC-1392271 | 10/01/2019 | 12/31/2019 | YEAR-END | 03/30/2020 |
| F3PN | FEC-1391616 | 02/01/2020 | 02/29/2020 | MAR MONTHLY | 03/20/2020 |
| F2A | FEC-1387874 | | | | 03/04/2020 |
| F1A | FEC-1387872 | | | | 03/04/2020 |
| F3PN | FEC-1384899 | 01/01/2020 | 01/31/2020 | FEB MONTHLY | 02/20/2020 |
| F3PA | FEC-1379950 | 10/01/2019 | 12/31/2019 | YEAR-END | 02/01/2020 |

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F3PN | FEC-1379222 | 10/01/2019 | 12/31/2019 | YEAR-END | 01/31/2020 |
| F99 | FEC-1368366 | | | | 01/02/2020 |
| F3PA | FEC-1368353 | 07/01/2019 | 09/30/2019 | OCT QUARTERLY | 01/02/2020 |
| F2A | FEC-1365045 | | | | 12/02/2019 |
| F1A | FEC-1365044 | | | | 12/02/2019 |
| F3PA | FEC-1362579 | 07/01/2019 | 09/30/2019 | OCT QUARTERLY | 11/13/2019 |
| F3PN | FEC-1358508 | 07/01/2019 | 09/30/2019 | OCT QUARTERLY | 10/15/2019 |
| F3PA | FEC-1351771 | 04/01/2019 | 06/30/2019 | JUL QUARTERLY | 09/12/2019 |
| F99 | FEC-1351768 | | | | 09/12/2019 |
| F3PN | FEC-1341058 | 04/01/2019 | 06/30/2019 | JUL QUARTERLY | 07/15/2019 |
| F3PA | FEC-1337251 | 01/01/2019 | 03/31/2019 | APR QUARTERLY | 07/08/2019 |
| F99 | FEC-1337231 | | | | 07/08/2019 |
| F99 | FEC-1336267 | | | | 07/01/2019 |
| F3PA | FEC-1335968 | 11/29/2016 | 12/31/2016 | YEAR-END | 06/28/2019 |
| F3PA | FEC-1335965 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 06/28/2019 |
| F2A | FEC-1335528 | | | | 06/21/2019 |
| F3PA | FEC-1333009 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 06/04/2019 |
| F3PN | FEC-1326131 | 01/01/2019 | 03/31/2019 | APR QUARTERLY | 04/15/2019 |
| F3PA | FEC-1322657 | 10/01/2016 | 10/19/2016 | PRE-GENERAL | 04/05/2019 |
| F99 | FEC-1321157 | | | | 03/26/2019 |
| F99 | FEC-1319331 | | | | 03/14/2019 |
| F3PA | FEC-1319157 | 09/01/2016 | 09/30/2016 | OCT MONTHLY | 03/13/2019 |
| F3PA | FEC-1319152 | 10/01/2018 | 12/31/2018 | YEAR-END | 03/13/2019 |
| F3PN | FEC-1312481 | 10/01/2018 | 12/31/2018 | YEAR-END | 01/31/2019 |
| F3PA | FEC-1301972 | 08/01/2016 | 08/31/2016 | SEP MONTHLY | 12/20/2018 |
| F99 | FEC-1301605 | | | | 12/17/2018 |
| F3PA | FEC-1301594 | 07/01/2018 | 09/30/2018 | OCT QUARTERLY | 12/17/2018 |
| F3PA | FEC-1291697 | 07/01/2016 | 07/31/2016 | AUG MONTHLY | 11/19/2018 |
| F3PN | FEC-1272561 | 07/01/2018 | 09/30/2018 | OCT QUARTERLY | 10/15/2018 |

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F3PA | FEC-1263561 | 04/01/2018 | 06/30/2018 | JUL QUARTERLY | 09/21/2018 |
| F99 | FEC-1263407 | | | | 09/20/2018 |
| F3PN | FEC-1248228 | 04/01/2018 | 06/30/2018 | JUL QUARTERLY | 07/15/2018 |
| F99 | FEC-1248127 | | | | 07/15/2018 |
| F3PA | FEC-1248056 | 01/01/2018 | 03/31/2018 | APR QUARTERLY | 07/15/2018 |
| F3PA | FEC-1248053 | 04/01/2017 | 06/30/2017 | JUL QUARTERLY | 07/15/2018 |
| F3PA | FEC-1231725 | 01/01/2018 | 03/31/2018 | APR QUARTERLY | 05/16/2018 |
| F3PN | FEC-1222729 | 01/01/2018 | 03/31/2018 | APR QUARTERLY | 04/15/2018 |
| F99 | FEC-1219900 | | | | 04/12/2018 |
| F3PA | FEC-1219890 | 10/01/2017 | 12/31/2017 | YEAR-END | 04/12/2018 |
| F3PA | FEC-1207393 | 10/01/2017 | 12/31/2017 | YEAR-END | 02/07/2018 |
| F3PN | FEC-1204566 | 10/01/2017 | 12/31/2017 | YEAR-END | 01/31/2018 |
| F3PA | FEC-1193597 | 07/01/2017 | 09/30/2017 | OCT QUARTERLY | 12/11/2017 |
| F99 | FEC-1193591 | | | | 12/11/2017 |
| F3PA | FEC-1193586 | 04/01/2017 | 06/30/2017 | JUL QUARTERLY | 12/11/2017 |
| F3PN | FEC-1186850 | 07/01/2017 | 09/30/2017 | OCT QUARTERLY | 10/15/2017 |
| F3PA | FEC-1182043 | 04/01/2017 | 06/30/2017 | JUL QUARTERLY | 09/15/2017 |
| F99 | FEC-1182038 | | | | 09/15/2017 |
| F3PA | FEC-1174081 | 01/01/2017 | 03/31/2017 | APR QUARTERLY | 07/20/2017 |
| F99 | FEC-1174079 | | | | 07/20/2017 |
| F99 | FEC-1174061 | | | | 07/20/2017 |
| F3PA | FEC-1174057 | 11/29/2016 | 12/31/2016 | YEAR-END | 07/20/2017 |
| F3PA | FEC-1171914 | 09/01/2016 | 09/30/2016 | OCT MONTHLY | 07/15/2017 |
| F3PN | FEC-1171767 | 04/01/2017 | 06/30/2017 | JUL QUARTERLY | 07/15/2017 |
| F3PA | FEC-1162402 | 08/01/2016 | 08/31/2016 | SEP MONTHLY | 05/15/2017 |
| F3PA | FEC-1162172 | 10/01/2016 | 10/19/2016 | PRE-GENERAL | 05/12/2017 |
| F3PA | FEC-1162157 | 11/29/2016 | 12/31/2016 | YEAR-END | 05/12/2017 |
| F3PA | FEC-1162153 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 05/12/2017 |
| F3PA | FEC-1162151 | 09/01/2016 | 09/30/2016 | OCT MONTHLY | 05/12/2017 |

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F3PA | FEC-1162150 | 07/01/2016 | 07/31/2016 | AUG MONTHLY | 05/12/2017 |
| F99 | FEC-1162149 | | | | 05/12/2017 |
| F3PN | FEC-1157687 | 01/01/2017 | 03/31/2017 | APR QUARTERLY | 04/14/2017 |
| F6A | FEC-1153696 | | | | 03/22/2017 |
| F6A | FEC-1153650 | | | | 03/22/2017 |
| F3PA | FEC-1153611 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 03/21/2017 |
| F99 | FEC-1153610 | | | | 03/21/2017 |
| F3PA | FEC-1152419 | 11/29/2016 | 12/31/2016 | YEAR-END | 03/16/2017 |
| F3PA | FEC-1148952 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 02/14/2017 |
| F99 | FEC-1148921 | | | | 02/14/2017 |
| F99 | FEC-1146253 | | | | 01/31/2017 |
| F3PN | FEC-1146165 | 11/29/2016 | 12/31/2016 | YEAR-END | 01/31/2017 |
| F99 | FEC-1140262 | | | | 01/20/2017 |
| F1A | FEC-1140225 | | | | 01/20/2017 |
| F99 | FEC-1136147 | | | | 12/27/2016 |
| F99 | FEC-1136146 | | | | 12/27/2016 |
| F99 | FEC-1136145 | | | | 12/27/2016 |
| F3PA | FEC-1135977 | 10/01/2016 | 10/19/2016 | PRE-GENERAL | 12/22/2016 |
| F3PA | FEC-1135946 | 09/01/2016 | 09/30/2016 | OCT MONTHLY | 12/21/2016 |
| F3PA | FEC-1135871 | 08/01/2016 | 08/31/2016 | SEP MONTHLY | 12/21/2016 |
| F6A | FEC-1134495 | | | | 12/09/2016 |
| F3PN | FEC-1133930 | 10/20/2016 | 11/28/2016 | POST-GENERAL | 12/08/2016 |
| F6N | FEC-1133859 | | | | 12/08/2016 |
| F3PA | FEC-1126295 | 08/01/2016 | 08/31/2016 | SEP MONTHLY | 11/16/2016 |
| F99 | FEC-1126285 | | | | 11/16/2016 |
| F6N | FEC-1124676 | | | | 11/06/2016 |
| F6N | FEC-1124400 | | | | 11/05/2016 |
| F6N | FEC-1124064 | | | | 11/04/2016 |
| F6N | FEC-1123344 | | | | 11/03/2016 |

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F6N | FEC-1122774 | | | | 11/02/2016 |
| F6N | FEC-1121957 | | | | 11/01/2016 |
| F6N | FEC-1121521 | | | | 10/31/2016 |
| F6N | FEC-1121117 | | | | 10/30/2016 |
| F6N | FEC-1120753 | | | | 10/29/2016 |
| F6N | FEC-1120507 | | | | 10/28/2016 |
| F3PN | FEC-1119574 | 10/01/2016 | 10/19/2016 | PRE-GENERAL | 10/27/2016 |
| F6N | FEC-1119160 | | | | 10/27/2016 |
| F6N | FEC-1116582 | | | | 10/26/2016 |
| F6N | FEC-1115124 | | | | 10/25/2016 |
| F6N | FEC-1114266 | | | | 10/24/2016 |
| F6N | FEC-1113500 | | | | 10/23/2016 |
| F6N | FEC-1113150 | | | | 10/22/2016 |
| F6N | FEC-1112778 | | | | 10/21/2016 |
| F3PN | FEC-1111849 | 09/01/2016 | 09/30/2016 | OCT MONTHLY | 10/20/2016 |
| F3PA | FEC-1104813 | 07/01/2016 | 07/31/2016 | AUG MONTHLY | 10/12/2016 |
| F99 | FEC-1104299 | | | | 10/11/2016 |
| F3PN | FEC-1100920 | 08/01/2016 | 08/31/2016 | SEP MONTHLY | 09/20/2016 |
| F99 | FEC-1098668 | | | | 09/12/2016 |
| F3PA | FEC-1098663 | 06/01/2016 | 06/30/2016 | JUL MONTHLY | 09/12/2016 |
| F99 | FEC-1097335 | | | | 08/29/2016 |
| F3PN | FEC-1096341 | 07/01/2016 | 07/31/2016 | AUG MONTHLY | 08/20/2016 |
| F1A | FEC-1091620 | | | | 07/29/2016 |
| F2A | FEC-1091619 | | | | 07/29/2016 |
| F3PN | FEC-1089674 | 06/01/2016 | 06/30/2016 | JUL MONTHLY | 07/20/2016 |
| F3PN | FEC-1079423 | 05/01/2016 | 05/31/2016 | JUN MONTHLY | 06/20/2016 |
| F2N | FEC-1075965 | | | | 06/03/2016 |
| F1A | FEC-1075964 | | | | 06/03/2016 |
| F3PN | FEC-1074038 | 04/01/2016 | 04/30/2016 | MAY MONTHLY | 05/20/2016 |

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|
| F99 | FEC-1071270 | | | | 05/09/2016 |
| F99 | FEC-1071153 | | | | 05/06/2016 |
| F99 | FEC-1070323 | | | | 04/27/2016 |
| F3PN | FEC-1066437 | 03/01/2016 | 03/31/2016 | APR MONTHLY | 04/20/2016 |
| F3PN | FEC-1056932 | 02/01/2016 | 02/29/2016 | MAR MONTHLY | 03/20/2016 |
| F3PN | FEC-1051572 | 01/01/2016 | 01/31/2016 | FEB MONTHLY | 02/20/2016 |
| F3PN | FEC-1047287 | 10/01/2015 | 12/31/2015 | YEAR-END | 01/31/2016 |
| F99 | FEC-1038313 | | | | 01/06/2016 |
| F99 | FEC-1036340 | | | | 12/17/2015 |
| F3PA | FEC-1036338 | 07/01/2015 | 09/30/2015 | OCT QUARTERLY | 12/17/2015 |
| F99 | FEC-1035703 | | | | 12/14/2015 |
| F99 | FEC-1034762 | | | | 12/04/2015 |
| F1A | FEC-1031948 | | | | 11/05/2015 |
| F99 | FEC-1031034 | | | | 10/23/2015 |
| F3PN | FEC-1029398 | 07/01/2015 | 09/30/2015 | OCT QUARTERLY | 10/15/2015 |
| F3PN | FEC-1015464 | 04/02/2015 | 06/30/2015 | JUL QUARTERLY | 07/15/2015 |
| F1N | FEC-1011720 | | | | 06/29/2015 |

Generated Tue Jul 28 17:34:28 2020

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: **webmaster@fec.gov**.

| Form Type | FEC ID | Coverage Start Date | Coverage End Date | Report Type | Filed Date |
|---|---|---|---|---|---|