

**WASHINGTON DC**
1828 L Street, NW | Suite 1000
Washington, DC 20036
202.973.0900
www.tzlegal.com

**CALIFORNIA**
The Tower Building
1970 Broadway | Suite 1070
Oakland, CA 94612
510.254.6808

**VIA ELECTRONIC MAIL**

August 21, 2020

Our File No. 474-02

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE:**   *Jessica Denson v. Donald J. Trump for President, Inc.*, **No. 1:20-cv-04737-PGG (S.D.N.Y.)**

Dear Judge Gardephe:

My law firm represents Alva Johnson, a former employee of Donald J. Trump for President, Inc. ("the Trump Campaign"). I have been following Ms. Denson's lawsuit and felt it necessary to correct a factual misstatement in the Trump Campaign's Opposition to Plaintiff's Motion for Summary Judgment, Dkt. 34.

The Trump Campaign states in its brief that "Ms. Johnson ha[s] no pending disputes with the Campaign." *See* Dkt. 34 at 4 fn.2. This statement is untrue. In fact, the Campaign sued Ms. Johnson in the American Arbitration Association ("AAA") on September 23, 2019 for allegedly violating the Campaign's form non-disclosure agreement ("form NDA"). The Trump Campaign alleges that Ms. Johnson violated the form NDA—which is identical to the NDA that is at issue in the case before you—when she and her attorneys made statements about her lawsuit, *Alva Johnson v. Donald J. Trump et al.*, No. 8:19-cv-00475 (M.D. Fla.). A copy of the Amended Statement of Claim and an Exhibit filed with the Arbitrator identifying the alleged violations are enclosed. *See* Exs. 1-2.

Contrary to the Campaign's representation to the Court, the arbitration proceeding remains pending with a hearing scheduled for May 2021.

Regards,

Hassan A. Zavareei

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020 I caused the foregoing document and exhibits thereto to be served upon the interested parties as follows via first-class mail:

David A. Schulz
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019

David K. Bowles
BOWLES & JOHNSON
PLLC
14 Wall Street, 20th Floor
New York, New York 10005

John Langford (JL-2367)
UNITED TO PROTECT
DEMOCRACY, INC.
555 W. 5th St.
Los Angeles, CA 90013

Brittany Williams
UNITED TO PROTECT
DEMOCRACY, INC.
1900 Market St., 8th Fl.
Philadelphia, PA 19103

Anne Tindall
UNITED TO PROTECT
DEMOCRACY, INC.
2020 Pennsylvania Ave. NW,
Suite # 163
Washington, DC 20006

*Counsel for Plaintiff and the
Proposed Class*

Patrick McPartland
Jared E. Blumetti
LAROCCA HORNIK
ROSEN & GREENBERG
LLP
40 Wall Street, 32nd Floor
New York, New York 10005

*Counsel for Defendant*

                                    */s/ Hassan A. Zavareei*
                                    Hassan A. Zavareei