**LaRocca Hornik Rosen & Greenberg LLP**
COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

FRANK J. LAROCCA ‡◊
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG ∆
AMY D. CARLIN ∆
PATRICK T. MCPARTLAND ∆
DAVID N. KITTREDGE ∆
JARED E. BLUMETTI
KATELYN C. CANNING ∆
FLORRIE R. GOFFMAN ∆◊
SHERRY S. HAMILTON ∆
FAISAL R. LATEEF ∆
PETER KELEGIAN ∆
DREW TANNER ‡
LAUREN WEISSMAN-FALK
ARI SELEVAN
FRITZI THOMAS

∆ NEW YORK BAR ONLY
‡ NEW JERSEY BAR ONLY
◊ OF COUNSEL ATTORNEYS
○ CERTIFIED MATRIMONIAL LAW ATTORNEY

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

August 25, 2020

**VIA E-MAIL: GardepheNYSDChambers@nysd.uscourts.gov**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:  Jessica Denson v. Donald J. Trump for President, Inc.
United States District Court, Southern District of New York
Civil Action No. 20-cv-04737 (PGG)

Dear Judge Gardephe:

We represent defendant Donald J. Trump for President, Inc. (the "Campaign") and write to briefly respond to the letter that was sent to Your Honor via e-mail by Hassan A. Zavareei, Esq., the attorney for non-party Alva Johnson.

We acknowledge that there is a confidential AAA arbitration currently pending between the Campaign and Ms. Johnson. When we noted in the Campaign's motion papers that Ms. Johnson no longer had any pending disputes with the Campaign, we were referring to her federal court lawsuit, which was previously dismissed. We, as counsel, overlooked the fact that there is an arbitration pending between the Campaign and Ms. Johnson.

We sincerely regret the error and apologize to the Court and counsel.

Respectfully submitted,

/s/ *Jared E. Blumetti*

Jared E. Blumetti

cc:  Counsel of record (via e-mail)
Hassan A. Zavareei, Esq. (via e-mail)