UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, individually and on
behalf of all others similarly situated,

                    Plaintiff,

        - against -

DONALD J. TRUMP FOR PRESIDENT,
INC.,

                    Defendant.

**ORDER**

20 Civ. 4737 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff seeks permission to amend the Complaint to add a request for injunctive relief.  (See Dkt. No. 49 at 1 n.1)  The following briefing schedule will apply to any motion to amend:

1.  Plaintiff's motion is due by **April 23, 2021**;

2.  Defendant's opposition is due on **April 30, 2021**; and

3.  Plaintiff's reply, if any, is due on **May 7, 2021**.

Dated:  New York, New York
        April 16, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge