# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, Individually and on
Behalf of All Others Similarly Situated,

*Plaintiffs*,

*v.*

No. 20 Civ. 4737 (PGG)

DONALD J. TRUMP FOR PRESIDENT, INC.,

*Defendant*.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated April 23, 2021, and exhibits thereto, Lead Plaintiff Jessica Denson, on behalf of herself and all others similarly situated, hereby moves this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for leave to file an amended complaint.

Dated:  April 23, 2021                    Respectfully Submitted,

By: /s/ John Langford

David A. Schulz                  John Langford
Joseph Slaughter                 UNITED TO PROTECT DEMOCRACY, INC.
BALLARD SPAHR LLP                555 W. 5th St.
1675 Broadway, 19th Floor        Los Angeles, CA 90013
New York, NY 10019               Telephone: (202) 579-4582
Telephone: (212) 850-6103        Fax: (929) 777-8428
Fax: (212) 223-1942              Email: john.langford@protectdemocracy.org
Email: schulzd@ballardspahr.com
Email: slaughterj@ballardspahr.com
                                 Brittany Williams
David K. Bowles                  UNITED TO PROTECT DEMOCRACY, INC.
BOWLES & JOHNSON PLLC            1900 Market St., 8th Fl.
14 Wall Street, 20th Floor       Philadelphia, PA 19103
New York, New York 10005         Telephone: (202) 579-4582
                                 Fax: (929) 777-8428

Tel. (212) 390-8842
Fax (866) 844-8305
Email: David@BoJo.Law

Email: brittany.williams@protectdemocracy.org

Anne Tindall
UNITED TO PROTECT DEMOCRACY, INC.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: anne.tindall@protectdemocracy.org

*Counsel for Plaintiffs*