UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>*Defendant*. | No. 20 Civ. 4737 (PGG) |

**DECLARATION OF DAVID K. BOWLES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MEMORANDUM OF LAW REGARDING ARBITRATION**

I, DAVID K. BOWLES, declare as follows:

1. I am counsel to lead plaintiff Jessica Denson. I make the following declaration as of my personal knowledge, except where such allegations are made on information and belief, wherein I so state.

2. I attach as Exhibit A hereto a true and correct copy of a letter brief dated March 29, 2019, from the Campaign's counsel to Arbitrator Kehoe.

3. I attach as Exhibit B hereto a true and correct copy of a decision by Arbitrator Kehoe dated May 20, 2019.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on Tuesday, May 25, 2021.

                                                        /s/ David K. Bowles
                                                           David K. Bowles