**Arbitration - DJ Trump for President v. Omarosa Manigault-Newman**
**February 21, 2020**

29

## 2

**2 (1)** 217:6
**2:23 (1)** 252:11
**20 (6)** 41:9,20 50:14 121:19 194:2
  202:21
**200 (1)** 239:25
**2001 (1)** 194:4
**2002 (1)** 194:18
**2009 (1)** 160:12
**201 (1)** 215:22
**2011 (1)** 216:8
**2012 (6)** 7:22 9:5 73:11 93:17
  200:24 207:4
**2015 (3)** 109:10 178:22 190:25
**2016 (1)** 177:9
**2017 (9)** 6:7,9 9:21 10:12 13:10
  14:7,15 17:25 91:13
**2018 (19)** 6:18 18:4 21:7 22:24
  35:2,22 36:5 39:7,9 96:22,24
  97:7,8 98:5,18,25 168:4 236:25
  237:4
**2019 (6)** 1:11 60:6 86:2 179:5,8
  230:3
**2020 (2)** 6:19 253:19
**20th (7)** 6:10 10:23 18:4,7 39:7,9
  39:10
**21 (1)** 1:11
**212)953-3767 (1)** 1:23
**22nd (1)** 6:6
**2302(2) (1)** 232:25
**2302(b)(13) (2)** 79:12 122:16
**2302(b)(8)(A) (1)** 76:14
**245 (1)** 1:15
**247 (1)** 226:7
**24th (2)** 5:25 210:17
**26 (7)** 20:2 101:7 103:11 106:14
  121:7 178:6 189:25
**26th (1)** 91:13
**28th (1)** 253:19
**29 (1)** 228:2

## 3

**30 (1)** 228:2
**31 (3)** 174:22 228:2 236:5
**314 (4)** 29:14 103:5 178:4 188:17
**31st (1)** 86:2
**322 (1)** 36:20
**32210 (1)** 2:11
**36 (1)** 178:5
**391 (1)** 202:15

## 4

**4 (1)** 226:7
**400 (3)** 34:24 231:2,12
**411 (1)** 212:17
**4230 (1)** 2:11
**424.204.1600 (1)** 2:7

**42nd (1)** 1:10
**45th (2)** 6:3 150:10
**475 (1)** 183:4

## 5

**5 (2)** 122:16 232:24
**53 (1)** 194:16
**55 (1)** 226:6
**556 (3)** 227:15,17 251:6

## 6

**600 (1)** 231:12
**643 (1)** 183:4

## 7

**7:30 (1)** 98:17
**7501 (1)** 183:21

## 8

**866.958.5973 (1)** 1:16
**872 (1)** 194:3
**88 (2)** 181:12 226:9
**89/90 (1)** 1:15
**8th (5)** 6:2,13 21:7 22:24 210:25

## 9

**9:50 (1)** 98:9
**90212 (1)** 2:5
**904.444.4444 (1)** 2:14
**914)381-2061 (1)** 1:23
**914)722-0816 (1)** 1:23
**93 (2)** 212:17 215:22
**972 (1)** 194:17

# Exhibit C

Pages 1..4

**Page 1**

1  AMERICAN ARBITRATION ASSOCIATION
   NEW YORK, NEW YORK

2

3  DONALD J. TRUMP FOR PRESIDENT, INC.,
   a Virginia not-for-profit corporation,

4

5        Claimant,

6  vs.

7  OMAROSA MANIGAULT NEWMAN,
   an individual,

8

        Respondent.

9

10

11        Videotaped Deposition of
              LUCIA CASTELLANO

12

        Taken on behalf of Respondent

13

14  DATE TAKEN:  Thursday, March 4, 2021

15  TIME:        10:03 a.m. - 12:13 p.m.

16  PLACE:       By videoconference

17

18     Examination of the witness taken before:
           Julia Jarrett Green, RPR, FPR

19

20

21

22        RILEY REPORTING & ASSOCIATES, INC.
        1300 Riverplace Boulevard, Suite 610

23        Jacksonville, Florida 32207
             info@rileyreporting.com

24              (904)358-1615

25

**Page 2**

1        A P P E A R A N C E S

2

3  RYAN J. STONEROCK, Esquire

4      Harder, LLP
       260 Madison Avenue, Sixteenth floor

5      New York, New York 10016
       rstonerock@harderllp.com

6      424-203-1600

7      appearing on behalf of claimant.

8

9  JOHN M. PHILLIPS, Esquire

10     Phillips & Hunt
       212 North Laura Street

11     Jacksonville, Florida 32202
       jmp@floridajustice.com

12     904-444-4444

13  J. WYNDAL GORDON, Esquire

14     The Law Office of J. Wyndal Gordon, P.A.
       20 South Charles Street, Suite 400

15     Baltimore, Maryland 21201
       jwgattys@aol.com

16     410-332-4121

17     appearing on behalf of respondent.

18

19              -  -  -

20

21

22

23

24

25

**Page 3**

1                  I N D E X

2  Witness                              Page

3  LUCIA CASTELLANO

4     Direct Examination by Mr. Phillips    4

5

6

7              -  -  -

8

9           (No Exhibits)

10

11             -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1        COURT REPORTER:  This deposition is being

2  reported remotely by videoconference pursuant to

3  the Florida Supreme Court Administrative Order No.

4  AOSC 20-23.

5        Would counsel indicate your agreement by

6  stating your name and your agreement on the

7  record.

8        MR. PHILLIPS:  John Phillips, attorney for

9  Omarosa Manigault Newman, and we agree to a Zoom

10  deposition and all the terms thereof.

11        MR. STONEROCK:  And Ryan Stonerock on behalf

12  of claimant, we also agree.

13        LUCIA CASTELLANO,

14  having been produced and first duly sworn as a witness

15  on behalf of respondent, and after responding "I do" to

16  the oath, testified as follows:

17        DIRECT EXAMINATION

18  BY MR. PHILLIPS:

19     Q   I'm going to start off where you can see me,

20  but then I might go dark as I move my laptop around.

21  But good morning.

22     A   Good morning.

23     Q   Can you hear me okay?

24     A   Yes, I can.

25     Q   Have you ever had your deposition taken

1  before?

2  A  Many, many years ago.

3  Q  A few rules, and your attorney may have

4  explained them, but just so we have them on the record,

5  this is -- this may take a little while today, but it's

6  at a level of your convenience, too.  If you've got to

7  go to the restroom, you need a break, whatever it is,

8  you let us know, and we'll take a timeout.

9  A  Okay.

10  Q  My only request is that we don't take a

11  timeout when I have a question pending unless it's a

12  super long question.  That's my only request.

13      People talk differently than depositions

14  allow.  In other words, in normal conversation we

15  shortcut each other and we get to the point.

16  Depositions we've got to make the point because a

17  judge, or in this case arbitrator, may be looking at

18  it.  So we've got to -- I'm going to -- please let me

19  finish my sentence, and then I'll let you finish your

20  response.

21      Part B of that is uh-huhs and uh-uhs and

22  comments like that don't come out as well as yes and

23  nos just for purposes of the record.  If I ask anything

24  confusing, your attorney may object.  But if they don't

25  object, or if Mr. Stonerock doesn't object, but you

1  still don't understand me, let me know.

2      You've sworn to tell the truth today.  That's

3  really important.  And you can't really tell the truth

4  to something you didn't understand.  But we need to

5  know you didn't understand it before we assume you told

6  the truth; is that fair?

7  A  Yes.

8  Q  Okay.  So state your name for the record,

9  please.

10  A  Lucia Castellano.

11  Q  And where are you currently employed?

12  A  I am not employed.

13  Q  Where were you last employed?

14  A  For the Small Business Administration.

15  Q  Okay.  That's a government entity I assume?

16  A  Yes.

17  Q  And when were you last employed with the

18  Small Business Administration?

19  A  January 20th, '21.

20  Q  Okay.  So that coincides with the date of the

21  president change.  Does that have anything to do with

22  why you're no longer employed by the government?

23  A  Yes, correct.

24      MR. STONEROCK:  Calls for speculation, lacks

25  foundation.

1      You can answer, Lucia.

2      THE WITNESS:  Yeah, I was part of the Trump

3  administration.

4  BY MR. PHILLIPS:

5  Q  Okay.  And were you terminated, or did you

6  quit?

7  A  No.  We were all -- all political appointees

8  are terminated on the day the new president is sworn

9  in.

10  Q  Fair enough.  So where were you before the

11  Small Business Association?

12  A  I worked for the Trump campaign.

13  Q  How long did you work for the Trump campaign?

14  A  From June through January of '17.

15  Q  June?

16  A  June of 2016 through January of 2017.

17  Q  And where did you work from January of 2017

18  onward?

19  A  For the Small Business Administration.

20  Q  Okay.  When did you start at the Small

21  Business Association?

22  A  I believe it was January 31st.

23  Q  Okay.  Of 2017?

24  A  Yes.

25  Q  You've worked there concurrently until the

1  election; is that fair?  Does that sound right?

2  A  Yes, correct.

3      MR. STONEROCK:  I'm sorry.  Vague and

4  ambiguous.

5      John, maybe you could restate the question.

6      MR. PHILLIPS:  I mean, some of these are just

7  informational, so I'm not really going to waste

8  the time necessarily.  I get it and I appreciate

9  it, but --

10      MR. STONEROCK:  It's your deposition.

11      MR. PHILLIPS:  I get it.

12  BY MR. PHILLIPS:

13  Q  So how did you get a job with the Trump

14  campaign?

15  A  I was --

16      MR. STONEROCK:  Calls for speculation, lacks

17  foundation.

18      You can answer.

19      THE WITNESS:  Okay.  I was approached by the

20  deputy campaign manager.

21  BY MR. PHILLIPS:

22  Q  Who was that?

23  A  Michael Glassner.

24  Q  And what did Mr. Glassner say, or how did he

25  approach you?

Page 9

1     A    He asked me if I was available.  It was a
2  five-month job.  And I asked him what it was -- what it
3  would be doing, and he said it was the HR director for
4  the presidential campaign of Donald Trump.
5  BY MR. PHILLIPS:
6     Q    Where did you work before that, immediately
7  before?
8     A    Just give me a second.  It was Citi Bike, the
9  bike share organization.  I worked for corporate.
10    Q    Okay.  Did you know Mr. Glassner before he
11  approached you with this job?
12    A    No, I did not.
13    Q    Did you know the Trumps -- did you know
14  Donald Trump before Mr. Glassner approached you with
15  this job?
16    A    Personally, no, I did not.
17    Q    Did you apply for the job with the Trump
18  campaign?
19    A    No.
20         MR. STONEROCK:  Vague and ambiguous as to the
21    term apply.
22  BY MR. PHILLIPS:
23    Q    Do you know how they found you?
24         MR. STONEROCK:  Calls for speculation, lacks
25    foundation.

Page 10

1         You can answer.
2         THE WITNESS:  Can I answer?  Okay.  My résumé
3    was given to Michael Glassner by a recruiter
4    friend of his.
5  BY MR. PHILLIPS:
6     Q    And let's kind of talk about that résumé so I
7  can understand a little bit more about you.  Where are
8  you from?  Where is home?
9     A    Brooklyn, New York City.
10    Q    Have you lived there your entire life?
11    A    Entire life.
12    Q    Okay.  And what is your -- I guess what's
13  your educational background?
14    A    High school.  No college.
15    Q    Very good.  And did you take any other
16  courses or -- no college.  Did you take any post high
17  school courses, coursework?
18    A    I took some courses within the bank because I
19  worked for an investment bank.  So they offered them,
20  and I took them.
21    Q    And the only thing kind of related to your
22  résumé that I've seen online is your LinkedIn profile.
23  Do you have a LinkedIn profile?
24    A    I'm not on LinkedIn anymore.  I probably have
25  a profile, but I no longer go on LinkedIn.

Page 11

1     Q    Okay.  It still has you as HR director at
2  Donald J. Trump for President.  I assume that's
3  probably the last time you updated it.
4     A    I don't use it.  Yeah, obviously.
5     Q    About you it says you're a senior human
6  resources professional.  Is that fair and accurate?
7     A    Yes.
8     Q    And you've developed and delivered business
9  aligned HR programs on a domestic and global scale.  Is
10  that accurate?
11    A    Correct.
12    Q    You have an expertise across a broad range of
13  HR disciplines, including recruitment, compensation,
14  talent assessment, performance management, and employee
15  relations; is that correct?
16    A    Yes.
17    Q    And you have the ability to handle day-to-day
18  HR activities as well as provide strategic advice and
19  guidance; is that correct?
20    A    Correct.
21    Q    What is to your best understanding Donald J.
22  Trump for President, Inc.?
23         MR. STONEROCK:  Calls for speculation, calls
24    for -- lacks foundation, calls for a legal
25    conclusion.

Page 12

1         You can try to answer if you understand it.
2         THE WITNESS:  I really don't understand it.
3    What is --
4  BY MR. PHILLIPS:
5     Q    Who was your employer when you were --
6     A    It was Donald J. -- that was the campaign,
7  Donald J. Trump for President.
8     Q    What does a campaign do?  From your
9  understanding while you were there, what does a
10  campaign do?
11    A    Well, from what I did I can tell you.
12    Q    Sure.
13    A    I managed the day-to-day HR functions,
14  onboarding, offboarding, processing any invoices that
15  came through, managing a group of interns who were
16  charged with entering -- you know, opening the daily
17  mail and entering the log in of checks to give to the
18  treasury group and, you know, many different --
19  speaking with managers.
20    Q    Who was your supervisor while you were there?
21    A    My direct supervisor was Corey Lewandowski
22  and then it was Jeff DeWit.
23    Q    Are you familiar with a lady named Omarosa
24  Manigault Newman?
25    A    Yes.

Page 13

1    Q    How did you become familiar -- or how did you
2  come to know Omarosa Manigault Newman?
3    A    She called me and told me that she was going
4  to be working for the campaign.
5    Q    Okay.  Do you recall that date?
6    A    No, I do not.
7    Q    And do you have an understanding of what she
8  would be doing for the campaign?
9    A    No, I did not.
10   Q    What did you do next?  When somebody calls
11 and says I'm going to be working for the campaign,
12 what's your next I guess interaction with that person
13 from an HR perspective?
14   A    Well, I had to inquire.  I don't recall who I
15 actually asked or -- you know, at that point it was
16 just very vague.  I had no heads-up on it.
17   Q    What do you mean you had no heads-up on it?
18   A    I had no idea that she would be working for
19 the campaign.
20   Q    Did you know who Omarosa was before that day?
21   A    Well, I've heard the name before.
22   Q    Did you watch Celebrity Apprentice and were
23 you acquainted with her?
24   A    Nope.  Never.  I was never watching it.
25 Never into it.

Page 14

1    Q    Okay.  The first -- do you know --
2         COURT REPORTER:  I'm sorry.  John?
3         MR. PHILLIPS:  Yes.
4         COURT REPORTER:  Someone has popped up in the
5  waiting room.  J. Wyndal, The Warrior Lawyer.
6         MR. PHILLIPS:  He's cocounsel.  He can come
7  in.
8         COURT REPORTER:  Okay.  Sorry to interrupt
9  you.
10        MR. PHILLIPS:  That's okay.
11        COURT REPORTER:  I just wanted to make sure
12 to let him in if I needed to.  He's joining.
13        MR. PHILLIPS:  He's either very still or
14 that's just a picture.
15        Good morning, Mr. Gordon.
16        MR. GORDON:  Good morning.  Good morning
17 everyone.
18 BY MR. PHILLIPS:
19   Q    So did you -- the e-mail you would have had
20 related to the campaign or related to communications
21 with -- I'm just going to call her Omarosa.  Do you
22 still have those, or are they in possession of the
23 campaign?
24   A    Oh, no.  They're in possession of the
25 campaign.

Page 15

1    Q    What was your role related to the -- I think
2  we've abbreviated on nondisclosure agreements.  But at
3  the top it just says agreement.  So what was your role
4  when it came to the documents known as the NDA?
5    A    NDAs were prepared for each person working
6  the campaign.
7    Q    Okay.  Were they individually prepared,
8  meaning that each -- there were terms that changed from
9  individual to individual?
10   A    No.
11        MR. STONEROCK:  Calls for speculation, lacks
12   foundation, vague as to time.
13 BY MR. PHILLIPS:
14   Q    Okay.  And what was your understanding about
15 the purpose of the NDAs?
16        MR. STONEROCK:  Calls for a legal conclusion,
17   calls for speculation, lacks foundation, vague as
18   to time.
19        You can answer if you have an understanding.
20        THE WITNESS:  Well, just actually what it
21   says, nondisclosure agreement.
22 BY MR. PHILLIPS:
23   Q    Okay.  And do you know when this was
24 initially brought up with Omarosa, that there was -- do
25 you know when Omarosa became aware that an NDA needed

Page 16

1  to be signed?
2    A    Everyone who joins the -- joined the campaign
3  had an NDA.  Otherwise, you would not be onboarded.
4  You would not get paid.
5    Q    Okay.  Did you have an NDA with the campaign?
6    A    Yes, I did.
7    Q    Was it the same or -- was it the same or
8  substantially similar to the one that Omarosa signed?
9    A    Every --
10        MR. STONEROCK:  Objection.  Objection, not
11   reasonably calculated to lead to admissible
12   evidence.
13        You can answer if you want to, Lucia.
14        THE WITNESS:  Okay, Ryan.
15        Every NDA was the same.
16 BY MR. PHILLIPS:
17   Q    Okay.  From e-mail that I have -- was at any
18 point L-u-c-i-a -- so how do you pronounce your name
19 again?
20   A    Lucia.
21   Q    Lucia.  Was Lucia5856@gmail.com your e-mail
22 at any point?
23   A    That is my personal e-mail.
24   Q    There's an e-mail to that address carbon
25 copied Lcastellan with no O at Donaldtrump.com.  Was

Page 17

1 that also your e-mail?
2      A    It was incorrect.  She -- the O was left off.
3      Q    Okay.  There you go.  Do you know when
4 related to her work for the campaign that Ms. Manigault
5 Newman signed the NDA?
6      A    On or -- late August, probably around late
7 August because there was a bit of back and forth.
8      Q    Do you recall what the back and forth was
9 about?
10      A    Well, no.  She wasn't always in the New York
11 office, very rarely.  So, you know, her travels and she
12 had to -- I think it was presented to her by her
13 manager.
14      Q    Who was her manager?
15      A    I believe it was Alan Cobb.
16      Q    I've seen Alan Cobb's name on things.
17 I've -- so what did Alan Cobb do for the campaign?
18      A    I really don't remember.
19      Q    Fair enough.  What did Jason Miller do for
20 the campaign?
21           MR. STONEROCK:  Calls for speculation, lacks
22      foundation, vague as to time.
23           If you recall, Lucia, at the time that you
24      were employed, you can answer.
25           THE WITNESS:  Jason Miller was part of the

Page 18

1      communications team.  What he did on a daily basis
2      I do not know.
3 BY MR. PHILLIPS:
4      Q    Fair enough.  And then there's another e-mail
5 involving a P. Manafort.  I assume that's Paul
6 Manafort.  What did he do for the campaign around that
7 time?
8           MR. STONEROCK:  Calls for speculation, lacks
9      foundation, vague as to time.
10           You can answer.
11           THE WITNESS:  Paul came in after Corey
12      Lewandowski as the campaign manager.
13 BY MR. PHILLIPS:
14      Q    Okay.  Where was the New York office at that
15 time?
16      A    Trump Tower.
17      Q    And how many people approximately were day to
18 day in Trump Tower at that time?
19           MR. STONEROCK:  You mean for the campaign,
20      John?
21           MR. PHILLIPS:  Yes.  Yes.  Thank you.
22           THE WITNESS:  At any given point in time, I'd
23      be guessing if I were to say.
24 BY MR. PHILLIPS:
25      Q    That's fine.  Are we talking -- just ball

Page 19

1 park.  Are we talking five people or 50 people or
2 some -- or hundreds of people?
3      A    25 people maybe.
4      Q    Okay.  Fair enough.  And I'm not going to
5 hold you to that, but just for clarification.  And so
6 all 35 or approximately whatever number would have
7 signed the same NDA?
8      A    Yes.
9           MR. STONEROCK:  Calls for speculation, lacks
10      foundation, vague as to time.
11 BY MR. PHILLIPS:
12      Q    Given that Ms. -- did you handle the
13 compensation at all of employees when you were with the
14 campaign?
15      A    By that what do you mean, handle the
16 compensation?  Determine the compensation or...
17      Q    Fair enough.  Did you determine the
18 compensation?
19      A    For -- not for everyone, no, I did not.
20      Q    For Omarosa Manigault Newman were you
21 involved with determining her compensation package?
22      A    No, I was not.
23      Q    Do you know if she was compensated -- so
24 she -- what is a surrogate related to the campaign?
25           MR. STONEROCK:  Vague and ambiguous as to the

Page 20

1      term surrogate, calls for speculation, lacks
2      foundation.
3           You can answer if you know or have --
4           THE WITNESS:  I mean, my understanding at the
5      time was that they -- the surrogates all went out
6      and spoke on behalf of the candidate.
7 BY MR. PHILLIPS:
8      Q    Were surrogates required to have an NDA; are
9 you aware?
10           MR. STONEROCK:  Calls for speculation, lacks
11      foundation.
12           You can answer.
13           THE WITNESS:  Okay.  My -- if anyone -- in
14      order to be paid, you had to have an NDA.  Working
15      for the campaign, you had to have an NDA.
16 BY MR. PHILLIPS:
17      Q    Whose mandate was that?
18           MR. STONEROCK:  Calls for speculation, lacks
19      foundation, vague and ambiguous as to the term
20      mandate.
21           Do you understand the question?
22 BY MR. PHILLIPS:
23      Q    Ms. Castellano, we're going to do this
24 probably all day.  And Mr. Stonerock has the right to
25 object.  Unless he instructs you specifically not to

**Page 21**

1  answer, we can probably save a couple seconds each
2  time, you need to answer as best you can.
3       So I guess my question is this to clarify:
4  You've indicated that everybody had to sign an NDA
5  whether a surrogate or employee of the campaign. How
6  did you know that?
7       MR. STONEROCK:  Objection, misstates her
8       testimony.
9  BY MR. PHILLIPS:
10      Q   Did I misstate your testimony?
11      A   Could you repeat that?
12      Q   Yeah, sure.  Let me just start over.  Who was
13  required to sign an NDA with the campaign?
14      A   Everyone.
15      MR. STONEROCK:  Calls for speculation, lacks
16      foundation, vague as to time.
17      Lucia, just give me one second before
18  answering to enter my objection.
19      THE WITNESS:  Yes.  I'm sorry.
20      MR. STONEROCK:  No problem.
21  BY MR. PHILLIPS:
22      Q   Are you speculating that everyone had to sign
23  the NDA?
24      A   I joined the campaign late.  I joined the
25  campaign in June of '16.  All those processes and

**Page 22**

1  policies were in place when I joined.
2      Q   Fair enough.  Were those written policies and
3  processes?
4      A   Written in a manual?
5      Q   Yes.
6      A   No.
7      Q   Okay.  Who told you that every employee of
8  the campaign under your HR -- under your HR department,
9  had to sign an NDA?
10      A   It was the campaign manager.  It was the
11  legal firm that represented the campaign.
12      Q   Who was the legal firm at that time?
13      A   I believe it was Jones Day.
14      Q   Okay.  Was Michael Cohen doing work for the
15  campaign at any point?
16      MR. STONEROCK:  Calls for speculation, lacks
17      foundation, vague as to time.
18      You can answer.
19      THE WITNESS:  Michael Cohen worked for the
20      Trump organization, not the campaign.
21  BY MR. PHILLIPS:
22      Q   Fair enough.  Who was the first -- did you
23  say Corey Lewandowski was the first campaign manager
24  when you started?
25      A   Correct.

**Page 23**

1       Q   Okay.  So Corey Lewandowski would have said
2  everybody needs to sign an NDA.  Do you recall him
3  saying that?
4      A   No, I do not.
5      Q   Okay.
6      A   No.  I -- Ryan, can I just answer this?
7      MR. STONEROCK:  Yes.
8      THE WITNESS:  Corey was on the road with the
9      candidate.  So my day-to-day interaction was with
10     Glassner.  Corey was only there one week and then
11     he left.
12  BY MR. PHILLIPS:
13      Q   Okay.  So Glassner and the law firm said
14  let's get these NDAs signed for every employee; fair?
15      A   Yes.
16      MR. STONEROCK:  Hang on a second.  Michael
17     Glassner is an attorney.  So I just want to be
18     careful in terms of your communications, Lucia,
19     with Michael Glassner as they are privileged to
20     the extent they apply to legal matters.  So be
21     careful when he's asking you about those
22     communications.
23      THE WITNESS:  Okay.
24  BY MR. PHILLIPS:
25      Q   So do you know who -- some of these are going

**Page 24**

1  to be obvious.  I have no clue, so just bear in mind.
2      Do you know who drafted the NDA Omarosa
3  signed?
4      MR. STONEROCK:  Calls for speculation, lacks
5      foundation, calls for attorney work product.
6      You can answer, Lucia, if you know.
7      THE WITNESS:  Well, the NDAs were a form and
8      a name had to be inserted.
9  BY MR. PHILLIPS:
10      Q   Okay.  Do you know who drafted that form, who
11  came up with the form?
12      MR. STONEROCK:  Same objections.
13      You can answer if you know, Lucia.
14      THE WITNESS:  No.  I think I'd like a little
15      more clarity on that.  Like all of the form in
16      general?
17  BY MR. PHILLIPS:
18      Q   Yeah.  The agreement that Omarosa signed that
19  you said you signed and other employees signed, same
20  form, do you know who drafted it, who actually came up
21  with it?
22      A   That was through --
23      MR. STONEROCK:  Calls for speculation, lacks
24      foundation, calls for attorney work product
25      information.

Page 25

1        You can answer, Lucia.
2        THE WITNESS: That was done by campaign legal
3    counsel.
4    BY MR. PHILLIPS:
5        Q    Okay. Fair enough. Do you know whether that
6    form was provided by -- well, strike that.
7        Okay. After the campaign some people
8    enter -- it's my understanding enter what's called,
9    what, the transition team?
10       A    Yes, the --
11       MR. STONEROCK: Vague and ambiguous, calls
12   for speculation, vague as to time.
13   BY MR. PHILLIPS:
14       Q    Okay. Do you know what I mean by transition
15   team, Ms. Castellano?
16       A    The transition team came in after the
17   election was won.
18       Q    Okay. So we've got a campaign, we've got a
19   victory and election and then there's a transition team
20   before the president is sworn in. Does that sound
21   accurate?
22       A    Correct.
23       Q    Okay. Were you ever a part of the transition
24   team?
25       A    No, I was not.

Page 26

1        Q    Were you involved with any HR decisions
2    related to the transition team?
3        A    No, I was not.
4        Q    Did the transition team have a straight NDA
5    or are you aware or not aware of that?
6        MR. STONEROCK: Calls for speculation, lacks
7    foundation.
8        You can answer if you know.
9        THE WITNESS: No, I had nothing to do with
10   the transition team.
11   BY MR. PHILLIPS:
12       Q    Fair enough. And then there's obviously some
13   people went from campaign to transition team to the
14   White House. Did you have anything to do with HR
15   related to the presidency or White House?
16       A    No, I did not.
17       Q    For people who left the White House and they
18   came back under a consulting agreement with Donald J.
19   Trump for President, were you involved with any of
20   that?
21       MR. STONEROCK: Calls for speculation, lacks
22   foundation, vague and ambiguous as to time.
23       You can answer if you know.
24       THE WITNESS: I'm not sure I understand
25   because I was gone by the end of January. So I

Page 27

1    had nothing to do with the campaign.
2    BY MR. PHILLIPS:
3        Q    And nobody could have come back because your
4    last day of service was when President Trump took the
5    oath of office or thereabouts; fair?
6        A    Correct, the end of January.
7        Q    Okay. Do you know if Ms. Manigault Newman
8    was offered additional compensation when she was asked
9    and signed the NDA?
10       A    Could you repeat that?
11       Q    Yes. Do you know if Ms. Manigault Newman was
12   given additional compensation for signing the NDA --
13       MR. STONEROCK: Calls for speculation, lacks
14   foundation, vague and ambiguous as to the term
15   additional compensation.
16       THE WITNESS: I'm sorry. I need to turn my
17   phone off. I'm sorry. I'm so sorry. I'm sorry.
18   Would you repeat that for me, please?
19   BY MR. PHILLIPS:
20       Q    Fair. Do you know if Ms. Manigault Newman --
21   so she signed the NDA about August 24. Do you know if
22   she was given additional compensation at that time?
23       MR. STONEROCK: Vague and ambiguous as to the
24   term additional compensation.
25       THE WITNESS: Yeah, I'm not sure I understand

Page 28

1    what you mean additional compensation.
2    BY MR. PHILLIPS:
3        Q    Was she paid more for signing -- after she
4    signed the NDA or for signing the NDA?
5        A    The amount that an individual is paid is
6    determined prior to that.
7        Q    Okay. So they're not paid any additional for
8    signing an NDA?
9        MR. STONEROCK: Calls for speculation, lacks
10   foundation, vague and ambiguous as to the term
11   additional compensation.
12   BY MR. PHILLIPS:
13       Q    Ms. Castellano, are you aware of any employee
14   that was paid additional for negotiating their rights
15   under an NDA?
16       MR. STONEROCK: Vague and ambiguous as to
17   paid additional, calls for speculation, lacks
18   foundation.
19       You can answer if you understand the
20   question.
21       THE WITNESS: I mean, why would we pay
22   someone additional compensation for signing an
23   NDA? That's just not done.
24   BY MR. PHILLIPS:
25       Q    In the Trump campaign it's not done?

1    A    Not to my knowledge.

2    Q    Fair enough.  Thank you.  More silly

3  questions.  Did you write any part of the NDA?

4    A    I wrote my name.

5    Q    Okay.  Fair enough.  Did you edit any of the

6  terms of the NDA?

7        MR. STONEROCK:  Which NDA, John?  Do you

8    mean the --

9  BY MR. PHILLIPS:

10   Q    The NDA that Omarosa Manigault signed -- fair

11  enough.  Did you -- other than your name, did you write

12  or edit any portion thereof?

13   A    No, I did not.  You would add my name and the

14  candidate's name.  The candidate meaning the potential

15  employee, yes.

16   Q    Do you know when you signed -- neither -- in

17  Omarosa's NDA neither -- there's no date in it.  Do you

18  know when you signed her NDA?

19   A    Most likely to the best of my recollection

20  would be the -- close to the end of August.

21   Q    Do you know if Omarosa -- as we sit here

22  today right now just off of your review and preparation

23  for today, do you know if Omarosa signed an NDA with

24  the campaign before that end of August NDA?

25   A    Could you repeat that?

1    Q    Do you know if Omarosa Manigault Newman

2  signed an NDA with the campaign before the one that she

3  and you signed at the end of August?

4        MR. STONEROCK:  Calls for speculation, lacks

5    foundation.

6        You can answer if you know.

7        THE WITNESS:  To the best of my knowledge

8    that's the only one she signed.  That's the only

9    one I received.

10  BY MR. PHILLIPS:

11   Q    Were you privy to any of the NDAs that may

12  have been signed before the campaign, for instance,

13  Celebrity Apprentice NDAs?

14   A    No.

15   Q    Have you ever seen an NDA that Omarosa signed

16  related to the Celebrity Apprentice?

17   A    No, I did not.

18   Q    Who is responsible for determining whether an

19  employee has violated -- I guess then when you were at

20  the campaign, who was responsible -- who was the

21  responsible person to determine whether an employee

22  violated an NDA?

23        MR. STONEROCK:  Vague and ambiguous as to the

24    term violated, calls for speculation, lacks

25    foundation, and calls for a legal conclusion,

1  calls for attorney work product as well.

2        You can answer if you know.

3        THE WITNESS:  Well, I know it wasn't me,

4    so...

5  BY MR. PHILLIPS:

6    Q    Fair enough.  I guess -- let me ask it this

7  way:  Did you ever refer a Trump campaign employee for

8  suspected violation of the NDA?  In other words, you

9  reported something to somebody else, anything like

10  that?

11   A    No, I did not.

12   Q    Okay.  Do you have an opinion as we sit here

13  today whether Omarosa Manigault Newman has violated the

14  NDA?

15        MR. STONEROCK:  Objection, calls for a legal

16    conclusion, calls for attorney work product, calls

17    for speculation, lacks foundation.

18        You can answer if you can.

19        THE WITNESS:  The opinions are left with

20    legal counsel.  They're not mine to make.

21  BY MR. PHILLIPS:

22   Q    Fair Enough.  Who was the legal counsel that

23  made those decisions?

24        MR. STONEROCK:  Calls for speculation, lacks

25    foundation, vague and ambiguous as to time, calls

1  for attorney work product.

2        You can answer if you know based upon your

3    experience while you were at the campaign.

4        THE WITNESS:  You mean legal counsel for the

5    campaign?  I was gone.  Remember, I was gone

6    January of '17.

7  BY MR. PHILLIPS:

8    Q    Right.  But -- and it may be that it just

9  never came up so you had no idea what would happen.

10  But I guess my question is from your understanding from

11  June of 2016 to January of 2017, who would have been

12  responsible for enforcement of the NDA?  Who made those

13  decisions?

14        MR. STONEROCK:  Calls for legal conclusion,

15    calls for speculation, lacks foundation, calls for

16    attorney work product.

17        You can answer if you know.

18        THE WITNESS:  Jones Day.

19  BY MR. PHILLIPS:

20   Q    Okay.  When did you say the last time was

21  that you gave your deposition?

22   A    Oh, probably 20 years ago.

23   Q    Okay.  So pre -- nothing related to Donald J.

24  Trump or the Trump campaign I assume?

25   A    No.

Page 33

1    Q    Okay.  Fair enough.  How many times have you
2  met Donald Trump?
3         MR. STONEROCK:  Vague and ambiguous as to the
4    term met.
5         You can answer.
6  BY MR. PHILLIPS:
7    Q    When you were working on the campaign, how
8  often would you see Donald Trump?
9    A    Oh, he was on the road a lot.  Probably in
10  his company maybe eight times in a group setting.
11   Q    Okay.  And since then how many times have you
12  been in his presence?
13   A    I have not.
14   Q    So you haven't -- as you're aware, you
15  haven't been -- well, have you been in -- let me just
16  clarify this.  Have you been to any I guess events --
17  no, strike that.
18        I'm excluding any events where you were in
19  the audience; okay?  So if you attended a campaign
20  event or an event where you're in the audience, exclude
21  that.  Excluding events where you're in a large
22  audience, have you been physically in the presence of
23  Donald Trump since January of 2017?
24   A    No.
25   Q    Have you had phone conversations with him

Page 34

1  since January of 2017?
2    A    I'm not that important.  No, I have not.
3    Q    I beg to disagree, but -- as his former HR
4  director of his campaign, why do you say you're not
5  that important?
6    A    I did not have daily interaction with the
7  candidate.  I mean, honestly, there were other things
8  he was tending to.
9    Q    There's been 298 statements, comments,
10  writings, opinions that have been produced to us that
11  the campaign feels or has alleged that Omarosa has
12  violated her NDA.  Have you reviewed those?
13   A    I have not.  I can do it now if you want me
14  to, but it was provided by counsel.
15   Q    Okay.  Before we get to your review of that,
16  from somebody who believes they signed the same NDA as
17  Omarosa Manigault Newman, do you believe you have the
18  right to express political opinions regarding the
19  president?
20        MR. STONEROCK:  Objection, calls for a legal
21    conclusion, not reasonably calculated to lead to
22    the discovery of admissible evidence, frankly
23    totally irrelevant, and I'm going to instruct her
24    not to answer.
25  BY MR. PHILLIPS:

Page 35

1    Q    When you executed this NDA, did you intend to
2  waive your ability to exercise and speak your political
3  opinions?
4         MR. STONEROCK:  John, you mean her own NDA?
5         MR. PHILLIPS:  I do mean her own NDA.
6         MR. STONEROCK:  What does her NDA have to do
7    with any of the issues in this case?
8         MR. PHILLIPS:  It's the very same NDA.
9         MR. STONEROCK:  Okay.  But that --
10        THE WITNESS:  Am I on trial?
11  BY MR. PHILLIPS:
12   Q    No, I'm just asking, did you intend to waive
13  your political opinions when you signed the NDA?
14        MR. STONEROCK:  Same objections.  Totally
15    irrelevant to any of the issues in this case.  I'm
16    going to also instruct the witness not to answer.
17  BY MR. PHILLIPS:
18   Q    Okay.  Under your reading of the NDA as an
19  HR -- as the HR professional requiring it to be signed,
20  is it your understanding as the HR director for the
21  Trump campaign at the time it was signed that people
22  would be waiving their ability to express political
23  opinions?
24        MR. STONEROCK:  Calls for a legal conclusion,
25    incomplete hypothetical, lacks foundation, calls

Page 36

1  for speculation.
2         You can answer if you understand the
3  question.
4         THE WITNESS:  I mean, it's called a
5    nondisclosure agreement specifically for those
6    reasons.  And each one is different in the outline
7    of what is required.  JPMorgan has them, Chase has
8    them, you know, so any large corporation.
9    Obviously the terms are different, but, you know,
10   I'm not sure what you need on this.
11  BY MR. PHILLIPS:
12   Q    Yeah, I'm just trying to understand as the HR
13  professional for the campaign whether it was your
14  understanding that people would be permanently waiving
15  their right to give political speech.
16        MR. STONEROCK:  Calls for speculation, lacks
17    foundation, calls for a legal conclusion.
18        You can answer if you understand the
19  question.
20        THE WITNESS:  Well, I don't think it stops m
21    from having a conversation with a bunch of
22    friends.
23  BY MR. PHILLIPS:
24   Q    Where is the line -- where is the -- so you
25  can talk to friends, but you can't talk to the public

Page 37

1  you can't talk to the media?
2          MR. STONEROCK:  Calls for a legal conclusion,
3  incomplete hypothetical, calls for speculation,
4  lacks foundation.
5          You can answer if you understand the
6  question.
7          THE WITNESS:  I really don't know where we're
8  going with this question.
9  BY MR. PHILLIPS:
10      Q    You were the human resources director for the
11  Trump campaign and you also signed one of these NDAs.
12      A    Yes.
13      Q    You should have some level of understanding
14  of what the restriction was meant to be, and that's
15  what I want to understand.  Where's the line as the
16  human resources director or former human resources
17  director for the Trump campaign?  What can a person do
18  or not do under this NDA?
19          MR. STONEROCK:  Calls for a legal conclusion,
20  lacks foundation, incomplete hypothetical, calls
21  for speculation.
22          You can answer if you understand.
23          THE WITNESS:  I mean, it's outlined in the
24  NDA.  I could speak to my parents.  But, you know,
25  it states disparaging comments, you know.  I mean,

Page 38

1          this is someone that I was working for.
2  BY MR. PHILLIPS:
3      Q    Donald Trump?
4      A    Yes.
5      Q    Yes.  Well, and a lot of people -- I mean, a
6  lot of people worked for him and a lot of people had a
7  lot of negative things to say about him.  And I'm
8  trying to understand.  Is that allowed?  As the HR --
9  former HR director, where was the line on what could be
10  said?  How did you instruct people who were filling
11  these NDAs out what they could do or not do under the
12  NDA?
13          MR. STONEROCK:  Incomplete hypothetical,
14  calls for speculation, calls for a legal
15  conclusion, lacks foundation.  I don't even
16  understand the question.
17          I'm not -- if you understand it, you can
18  answer it, Lucia.
19          THE WITNESS:  Well, I mean, honestly when I
20  did give someone an NDA, I asked them to review it
21  with an attorney if they had any questions.
22  BY MR. PHILLIPS:
23      Q    Okay.  Did you do that in writing?
24      A    No, I did not.
25      Q    How did you do that?  How did you tell people

Page 39

1  to review it with an attorney?
2      A    If they called me or --
3          MR. STONEROCK:  Hang on one second.  Do you
4  mean -- which people?  Do you mean Omarosa
5  specifically, or do you mean generally what her
6  general practice and policy was?  Can you clarify,
7  John?
8  BY MR. PHILLIPS:
9      Q    Ms. Castellano, did you just say that you
10  recommended people review this with an attorney?
11      A    Whenever I gave someone an NDA, I said if you
12  have any questions, after we went through it, you
13  should review it with your attorney.
14      Q    And my question is to Omarosa Manigault
15  Newman, did you make that recommendation to her?
16      A    Yes.
17      Q    In writing?
18      A    No.
19      Q    In person?
20      A    Potentially over the phone.
21      Q    How many times have you been in the same room
22  as Omarosa Manigault Newman?
23      A    Oh, three times, four times tops.
24      Q    What was your understanding as HR director of
25  the Trump campaign about what no disclosure of

Page 40

1  confidential information meant?
2          MR. STONEROCK:  Objection, calls for a legal
3  conclusion, incomplete hypothetical.  Do you want
4  to put the document in front of her?  Do you want
5  her to interpret the agreement?
6          MR. PHILLIPS:  I've sent you the document to
7  give to her.  So if you have the agreement, could
8  you pull it up, please.
9          MR. STONEROCK:  John, you have the ability to
10  share your screen, so you can put it up on your
11  screen.
12          THE WITNESS:  I did not write the NDA, so I'm
13  not really clear as to why I'm being badgered
14  about what's in the NDA.
15  BY MR. PHILLIPS:
16      Q    You were the human resources director that
17  seems to pride yourself enough on -- where's the
18  LinkedIn -- performance management and employee
19  relations and providing strategic advice and guidance.
20  I'm just trying to understand as both somebody who
21  signed the NDA and somebody who required -- demanded it
22  be signed, did you understand it?
23          MR. STONEROCK:  Lacks foundation, calls for a
24  legal conclusion, incomplete hypothetical.
25          You can answer to the extent you understand

Page 41

```
1        the question.
2            THE WITNESS:  I thought it was pretty clear.
3  BY MR. PHILLIPS:
4      Q    Okay.  So given that it's pretty clear --
5      A    I didn't memorize it if that's what you're
6  asking.
7      Q    I've sent counsel a copy to provide to you.
8  Do you have a copy of the NDA with you?
9      A    I have to pull it up.  So I don't know if
10 I -- I'll probably lose you if I do that.  What
11 specifically are you looking for?
12     Q    The paragraph one, it says no disclosure of
13 confidential information.  And I'm just trying to
14 understand as HR director for the Trump campaign at the
15 time what that meant.
16     A    Confidential information is exactly what it
17 meant.
18         MR. STONEROCK:  Incomplete hypothetical,
19     calls for a legal conclusion, calls for
20     speculation, lacks foundation.
21     Q    Ms. Castellano, you're not a lawyer; right?
22     A    No, I am not.
23     Q    I'm not asking you for any of your legal
24 conclusions.  I'm asking you for conclusions related to
25 your role as HR director of the Trump campaign.  I'm
```

Page 42

```
1  not posing a hypothetical; okay?
2            What I am going to give you is language from
3  the agreement and ask you whether you understood it or
4  not, okay, as HR director who passed this on to other
5  employees and required them to sign it.
6      A    Well, the word confidential, I mean, it
7  doesn't mean that I can't share how many pens I had on
8  my desk, but it means I couldn't share confidential
9  information about salary or age or background or...
10     Q    Is the fact that Donald Trump loves -- has an
11 appreciation for beautiful women confidential
12 information?
13         MR. STONEROCK:  Objection, calls for a legal
14     conclusion, lacks foundation, calls for
15     speculation, incomplete hypothetical.
16         MR. PHILLIPS:  Ryan, I don't mind if you
17     object, but could you at least make them make
18     sense.  I'm not calling for a legal conclusion.
19     I'm asking the HR director of the Trump campaign
20     whether --
21         MR. STONEROCK:  You're asking for application
22     of the NDA to a hypothetical fact that Donald
23     Trump loves beautiful women.  That is just pure
24     speculation and lacks foundation.  So all of the
25     objections are --
```

Page 43

```
1            MR. PHILLIPS:  But yet it's a complaint that
2      the campaign is making against Omarosa Manigault
3      Newman and seeking millions of dollars for, simply
4      because Trump made no secret of his appreciation
5      for beautiful women, paragraph three of your
6      298-item exhibit.  And my question is --
7            MR. STONEROCK:  Well, yeah, you didn't cite
8      to that in your question, John.  Okay.  You took
9      it completely out of context.  And you're asking a
10     non-attorney and somebody who hasn't been employed
11     by the campaign for four years to apply the NDA to
12     a statement of claim that was filed long after she
13     left the campaign.  She's not -- she's not in a
14     position to answer that question in my opinion.
15         MR. PHILLIPS:  Okay.  Well, that can be
16     deferred to later.
17 BY MR. PHILLIPS:
18     Q    For your understanding as the HR director who
19 implemented this NDA, would it violate confidential
20 information for someone to say Trump made no secret of
21 his appreciation for beautiful women?
22         MR. STONEROCK:  Calls for speculation,
23     incomplete hypothetical, lacks foundation, calls
24     for a legal conclusion.
25         Do you understand the question?
```

Page 44

```
1            THE WITNESS:  I think the question is more
2      someone's opinion.  How would they know unless
3      they were very, very friendly with the president?
4  BY MR. PHILLIPS:
5      Q    Well, the fact that Donald Trump appreciates
6  beautiful women he said on Howard Stern and says
7  publicly; correct?
8            MR. STONEROCK:  Calls for speculation, lack
9      of foundation --
10         THE WITNESS:  I don't watch Howard Stern.
11         MR. STONEROCK:  -- incomplete hypothetical.
12 BY MR. PHILLIPS:
13     Q    Let's talk about Donald Trump's affairs.  Are
14 those secret?
15         MR. STONEROCK:  John.
16         MR. PHILLIPS:  You want to amend your
17     complaint?
18         MR. STONEROCK:  Really?
19         MR. PHILLIPS:  Yes, really.  You've sued
20     Omarosa because she said he had an affair.
21         MR. STONEROCK:  Okay.
22         MR. PHILLIPS:  Repeatedly.
23         MR. STONEROCK:  But you need to ask that --
24     you need to ask this witness, John, questions that
25     are within her own personal knowledge.  And you
```

Page 45

```
 1    need to lay a foundation --
 2         MR. PHILLIPS:  She was the HR director that
 3    implemented --
 4         MR. STONEROCK:  Before I'm going to allow you
 5    to ask her these questions and continue to badger
 6    her, you need to lay a foundation as to how she
 7    has personal knowledge about the facts -- you
 8    know, about the issues that you're asking her
 9    questions about.
10         MR. PHILLIPS:  I disagree.
11         MR. STONEROCK:  As long as you do that, John,
12    then we can move forward.
13  BY MR. PHILLIPS:
14       Q    As the HR director who implemented and
15    required Omarosa Manigault Newman to sign this NDA, is
16    the fact that Donald Trump had an affair confidential
17    information and a breach of the agreement?
18         MR. STONEROCK:  Calls for a legal conclusion,
19    incomplete hypothetical.  I'm going to instruct
20    Ms. Castellano not to answer the question.
21  BY MR. PHILLIPS:
22       Q    Is it public knowledge that Donald Trump had
23    affairs?
24         MR. STONEROCK:  Incomplete hypothetical,
25    calls for speculation, lacks foundation, vague and
```

Page 46

```
 1    ambiguous as to the term public knowledge.  I'm
 2    going to instruct Ms. Castellano not to answer.
 3  BY MR. PHILLIPS:
 4       Q    Ms. Castellano, have you heard of Stormy
 5    Daniels?
 6       A    I've heard the name.
 7       Q    Where have you heard the name?
 8       A    On the news.
 9       Q    Are you aware whether there was an admission
10    by Donald Trump or his attorneys that he had an affair
11    with Stormy Daniels?
12         MR. STONEROCK:  Objection, lacks foundation,
13    calls for speculation, not reasonably calculated
14    to lead to the discovery of admissible evidence.
15         You can answer if you understand the
16    question.
17         THE WITNESS:  I really don't know where
18    you're going with this question.  But how would I
19    know any of that?
20  BY MR. PHILLIPS:
21       Q    Okay.  Do you watch TV?
22       A    Occasionally.  I don't watch the news.
23       Q    Okay.  As HR director -- former HR director
24    for the Trump campaign, did you -- as former HR
25    director for the Trump campaign, did you have any
```

Page 47

```
 1    conversations with anybody with the campaign about what
 2    was meant by no disclosure of confidential information?
 3         MR. STONEROCK:  This is excluding --
 4    objection, calls for attorney-client privilege
 5    information and attorney work product.
 6         Excluding any attorneys, Lucia, you can
 7    answer.
 8         THE WITNESS:  Sorry.  Could you repeat the
 9    question, though?
10  BY MR. PHILLIPS:
11       Q    Yes.  While you were HR director of the
12    campaign, did you have any conversations about what "no
13    disclosure of confidential information" meant?
14         MR. STONEROCK:  Same objections.  Exclude any
15    conversations with attorneys.
16         THE WITNESS:  With -- and conversations with
17    individuals on the campaign, with interns, with --
18  BY MR. PHILLIPS:
19       Q    Anybody.
20       A    Anyone?  If they asked, yes.
21       Q    And what did you explain?
22       A    I explained to them what the agreement was
23    talking about, exactly that, confidential information.
24       Q    Okay.  And what was your understanding of
25    confidential information -- what was confidential
```

Page 48

```
 1    information while HR director of the Trump campaign?
 2         MR. STONEROCK:  Calls for a legal conclusion.
 3         You can answer.
 4         THE WITNESS:  You realize everything in HR is
 5    confidential.  So most of the information that I
 6    dealt with on a daily basis was confidential.
 7  BY MR. PHILLIPS:
 8       Q    Right.  And I get -- I get business records,
 9    I get -- I get salaries and employee-employer issues, I
10    get that.  But what I'm trying to understand is
11    Ms. Manigault Newman's been sued 298 times essentially
12    for comments about, you know, whether Donald Trump
13    hated Obama, whether he had prior affairs, whether
14    he used curse words, you know, things like that that
15    just seem a part of the public conversation, don't
16    seem confidential information.  But you're my H --
17    you're the person produced to describe to me what the
18    HR, you know, what -- you're the one that gave Omarosa
19    this contract.  So I'm trying to understand what
20    confidential information meant.  I understand the
21    context within HR.  But is it meant to limit speech
22    outside of human resources?
23         MR. STONEROCK:  Objection, misstates the
24    statement of claim, calls for a legal conclusion
25    is a -- the entire question is a run-on question
```

Page 49

1    that's vague and ambiguous, and also is an
2    incomplete hypothetical.
3        You can answer if you understand the
4    question.
5        THE WITNESS: I think the question is meant
6    to trip me up in some way. But quite honestly,
7    confidential information, as an adult you would
8    understand what that meant. It was -- it was
9    written about disparaging comments, confidential
10   information. So I'm not sure how much more of
11   that information or how much more it needed to be
12   conveyed to each individual.
13   BY MR. PHILLIPS:
14       Q   Okay. There's two paragraphs related to
15   this. There's confidential information in paragraph
16   one and then disparagement under paragraph two, so
17   they're separate. And confidential information I don't
18   think is defined. Oh, yep, it means all information
19   whether or not embodied in any media of a private
20   proprietary or confidential nature or that Mr. Trump
21   insists remain private or confidential, including but
22   not limited to any information with respect to the
23   personal life, political affairs, and/or business
24   affairs of Mr. Trump or any family member, including
25   but not limited to the assets, investments, revenue,

Page 50

1    expenses, taxes, financial statements, actual or
2    prospective business ventures, contracts, alliances,
3    affiliations, relationships, affiliated entities, bids,
4    letters of intent, term sheets, decision strategies,
5    techniques, methods, projections, forecasts, customers,
6    clients, contacts, customer lists, contact lists,
7    schedules, appointments, meetings, conversations,
8    notes, and other communications that Mr. Trump, any
9    family member, any Trump company, or any family member.
10       So what I'm trying to understand is how was
11   that actually conveyed as to what couldn't be said that
12   was deemed confidential at the time you were HR
13   director?
14       MR. STONEROCK: Objection, the question is
15   vague and ambiguous, calls for a legal conclusion.
16   The document speaks for itself. You just read the
17   definition of confidential information, you know,
18   directly from the agreement.
19       Do you want to ask her if she had any
20   discussions with Omarosa about that term?
21       MR. PHILLIPS: If I'd have wanted to ask
22   that, I'd have asked it, Ryan.
23       MR. STONEROCK: I don't understand the
24   question, John.
25       MR. PHILLIPS: I don't need your help. You

Page 51

1    can object. Object. Object all you want. I'm
2    here for it.
3        But my question is: From the HR director
4    what level of speech was meant to be -- if she
5    knows, was meant to be restricted under the
6    confidential -- as confidential information.
7        MR. STONEROCK: Objection, calls for a legal
8    conclusion, the document speaks for itself, calls
9    for speculation, lacks foundation, incomplete
10   hypothetical.
11       Do you understand the question?
12       THE WITNESS: No. No, I don't.
13   BY MR. PHILLIPS:
14       Q   In as much specificity as possible, tell me
15   how you described and trained employees of the Trump
16   campaign about the prohibition of disclosure of
17   confidential information.
18       MR. STONEROCK: Lacks foundation, calls for
19   speculation, compound.
20       You can answer if you understand.
21       THE WITNESS: There was no training
22   necessary. First of all, can I just explain to
23   you that on a daily basis I managed interns. So
24   the interns were young college students. All of
25   the other individuals that worked for the campaign

Page 52

1    were adults and they were hardly in the office.
2    They were traveling with the candidate, so I did
3    not see them. I think most people understand
4    those two paragraphs that you're referring to.
5    BY MR. PHILLIPS:
6        Q   Are you aware whether Donald Trump hated
7    Muslims?
8        MR. STONEROCK: You can answer based upon
9    your personal knowledge.
10       THE WITNESS: How would I know that?
11   BY MR. PHILLIPS:
12       Q   Are you aware whether or not Donald Trump
13   said the N word ever?
14       A   No.
15       Q   Are you aware of Donald Trump's feelings
16   towards former President Obama?
17       A   No.
18       MR. STONEROCK: Calls for speculation, lacks
19   foundation.
20   BY MR. PHILLIPS:
21       Q   Are you aware of Donald Trump's marital
22   infidelity?
23       MR. STONEROCK: Calls for speculation, lacks
24   foundation.
25   BY MR. PHILLIPS:

Page 53

1    Q    Are you aware of Donald Trump's marital
2    infidelity?
3         MR. STONEROCK:  Calls for speculation, lacks
4    foundation, argumentative.
5    BY MR. PHILLIPS:
6    Q    You can answer.
7    A    No.  Honestly, how would I know that?
8    Q    Okay.  Are you aware of, referring to page
9    22, number 59, any corruption that went on in the
10   campaign?  Are you personally aware of corruption that
11   went on in the campaign?
12        MR. STONEROCK:  Calls for speculation, lacks
13   foundation, vague as to the term corruption, vague
14   as to time.
15        You can answer.
16        THE WITNESS:  I am not.
17   BY MR. PHILLIPS:
18   Q    Are you aware of any corruption that went on
19   in the Trump organization personally?
20        MR. STONEROCK:  Calls for a legal conclusion,
21   calls for speculation, lacks foundation, vague as
22   to time, vague as to the term corruption.
23        You can answer.
24        THE WITNESS:  I had no dealings with the
25   Trump organization.

Page 54

1    BY MR. PHILLIPS:
2    Q    Please describe in as much specificity as you
3    can any and all conversations you had explaining or
4    training the Trump employees what no disparagement in
5    the no disparagement clause meant.
6    A    There really was no training.  It's pretty
7    clear.  Doesn't the paragraph outline that?
8    Q    Yes.  It says no disparagement during the
9    term of your service and at all times thereafter.  You
10   hereby promise and agree not to demean or disparage
11   publicly the company, Mr. Trump, any Trump company, any
12   family member, or any family member of the company or
13   any asset of the foregoing, own or product or service
14   any of the foregoing offer in each case by or in any of
15   the restricted means in context and to prevent your
16   employees from doing so.
17        In laymen's terms can you tell me what that
18   meant?
19        MR. STONEROCK:  Calls for a legal conclusion.
20        MR. PHILLIPS:  What in laymen's terms means,
21   non-legal terms.
22        MR. STONEROCK:  You're asking for an
23   interpretation of a legal document, John.  I don't
24   think just because you say laymen's terms doesn't
25   mean that you're not asking for an interpretation

Page 55

1    of a legal document.
2    BY MR. PHILLIPS:
3    Q    Ms. Castellano, did you have a lawyer consult
4    with you before you signed this agreement?
5    A    No, I did not.
6         MR. STONEROCK:  Objection, relevance.
7    BY MR. PHILLIPS:
8    Q    Why not?
9         MR. STONEROCK:  Objection, relevance.  You
10   don't have to answer that question if you don't
11   want to, Ms. Castellano.
12        MR. PHILLIPS:  Are you instructing the
13   witness not to answer?
14        MR. STONEROCK:  I'll leave it up to her.
15        THE WITNESS:  No.  I understood what I was
16   signing.
17   BY MR. PHILLIPS:
18   Q    Then what does no disparagement -- the no
19   disparagement clause mean?
20        MR. STONEROCK:  Objection, calls for a legal
21   conclusion.
22   BY MR. PHILLIPS:
23   Q    In laymen's terms what did that mean to you?
24        MR. STONEROCK:  Same objection.  The document
25   speaks for itself.

Page 56

1    BY MR. PHILLIPS:
2    Q    Ms. Castellano, in laymen's terms what did
3    the non-disparagement clause mean to you?
4         MR. STONEROCK:  Same objections.
5         Do you want to -- Mr. Phillips read from the
6    document.  Do you have the document in front of
7    you?
8         THE WITNESS:  No, I do not.
9         MR. STONEROCK:  Why don't you take a look at
10   it, of course, subject to the same objections.  It
11   calls for a legal conclusion and the document
12   speaks for itself.  You can try to answer the
13   question.
14        MR. PHILLIPS:  Let's just take -- we've gone
15   an hour.  Let's take a break so she can pull it
16   up.  I mean, I can try, but that's why I sent it
17   via e-mail.
18        MR. STONEROCK:  There are ways, John,
19   obviously where you could put it up on the screen
20   so we could all be looking at it right now.  You
21   can share your screen.  You have it on your
22   computer.
23        MR. PHILLIPS:  There's also ways for you to
24   prepare your witnesses with the stuff that I --
25        MR. STONEROCK:  Yeah, well, I mean, if you

1  send me a document 15 minutes before the
2  deposition and you know --
3       MR. PHILLIPS: That was sent last night. The
4  ones sent today were --
5       MR. STONEROCK: Oh, sorry, last night. I
6  can't -- you sent documents at both times, so --
7       MR. PHILLIPS: Okay. We'll take a break and
8  hopefully she can get it up.
9       MR. STONEROCK: It's more a reflection of
10  your lack of preparation than ours.
11      MR. PHILLIPS: It's hard for you to lecture
12  me on lack of preparation when you send me a
13  complaint like this and can't get a witness to
14  answer or provide damages. But go right ahead.
15      COURT REPORTER: I'm now pausing the
16  recording.
17      (Brief recess.)
18  BY MR. PHILLIPS:
19   Q   Ms. Castellano, were you able to find the
20  agreement? Were you able to find the agreement?
21   A   Yes. Just bear with me one second.
22   Q   Okay.
23   A   Okay. I have it.
24   Q   And is it -- can you turn to page 5. Is it
25  the one signed by you and Omarosa at the time

1  Manigault, now Manigault Newman?
2   A   No, it is not. It's the other -- it's signed
3  by Omarosa.
4   Q   Okay. And that's fine. That will be the --
5  I mean, if that's the one she signed, we know you
6  signed it after the fact. That's -- you can refer to
7  that one.
8   A   Okay. Where am I looking?
9   Q   The paragraph 1, page 1 note, disclosure of
10  confidential information. You indicated to some extent
11  that you explained that to employees or had
12  communications about that with employees. And I just
13  want to understand now that you've had a chance to
14  review it what the substance of those conversations
15  were as HR director of the Trump campaign.
16      MR. STONEROCK: Objection, misstates her
17  testimony.
18      You can answer.
19      THE WITNESS: And you're looking at the first
20  paragraph?
21  BY MR. PHILLIPS:
22   Q   The number one paragraph. No disclosure --
23   A   No disclosure of -- right, during the term of
24  your service. Okay. I think I explained it to you
25  before.

1   Q   You --
2       MR. STONEROCK: Ms. Castellano, he's asking
3  you about your conversations with campaign
4  employees regarding this provision. Do you recall
5  any conversations with campaign employees about
6  this provision?
7       THE WITNESS: Only with the interns. No one
8  had questions on it other than them.
9  BY MR. PHILLIPS:
10   Q   So what questions did the interns have?
11   A   When they received checks from donors, you
12  know, am I allowed to talk about this? And I was like,
13  no, you are not.
14   Q   Okay. Any other questions that you answered
15  from interns or anybody else about the no disclosure of
16  confidential information paragraph?
17   A   Not to my recollection.
18   Q   Would -- and I know I'm taking you back a few
19  years, but let's say Donald Trump is on Access
20  Hollywood or is, you know, being filmed and says to
21  Billy Bush, "I don't even wait. And when you're a
22  star, they let you do it. You can do anything. Grab
23  them by the pussy. You can do anything."
24      So let's say Donald Trump says that. Can the
25  interns talk about that the next day without violating

1  the disclosure -- no disclosure of confidential
2  information?
3       MR. STONEROCK: Objection, incomplete
4  hypothetical, calls for a legal conclusion, lacks
5  foundation.
6       You can answer if you understand the
7  question.
8       THE WITNESS: I understand. But they were
9  not allowed to have that -- any discussions.
10  BY MR. PHILLIPS:
11   Q   Any discussions whatsoever about President
12  Trump?
13      MR. STONEROCK: Misstates her testimony.
14  BY MR. PHILLIPS:
15   Q   Any -- please explain.
16   A   I lost the video. I'm sorry.
17   Q   That's okay. Let's back up. You said they
18  weren't allowed to have any discussions. I think
19  that's what you said.
20   A   But you were referring to -- you referred to
21  Billy Bush.
22   Q   I did. But I said could the interns then
23  talk about that the next day? That was all over the
24  nation about Donald Trump saying you can grab them by
25  the pussy. What I'm trying to -- excuse my language.

Page 61

1    What I'm trying to understand is:  Could the
2  interns talk about that the next day amongst
3  themselves, publicly?
4         MR. STONEROCK:  Calls for a legal conclusion,
5     incomplete hypothetical, compound, vague and
6     ambiguous.
7         You can answer if you understand the
8     question.
9         THE WITNESS:  I'm trying to get the video
10    back.  I'm so sorry.  I don't know what happened.
11    I can't get the video back.  It's driving me
12    crazy.
13        MR. STONEROCK:  We can see you.
14        THE WITNESS:  You can see me going crazy?
15        MR. STONEROCK:  Yes, and hear you.
16        THE WITNESS:  Oh, I got it.  I'm sorry.
17        So you're asking me if the interns were
18    allowed to talk amongst themselves?
19        MR. PHILLIPS:  Yes.
20        MR. STONEROCK:  About the Billy Bush tape?
21        MR. PHILLIPS:  About -- yeah, the Billy Bush
22    tape.
23        MR. STONEROCK:  Calls for legal conclusion,
24    incomplete hypothetical.
25        You can answer if you have an understanding.

Page 62

1         THE WITNESS:  And the answer is no.  They
2     should not have been discussing that.
3  BY MR. PHILLIPS:
4     Q    Okay.  Why not?
5         MR. STONEROCK:  Calls for a legal conclusion,
6     incomplete hypothetical.
7  BY MR. PHILLIPS:
8     Q    As HR director of the Trump campaign and
9  person responsible for countersigning the NDAs, why
10 not?
11        MR. STONEROCK:  Calls for legal conclusion,
12    incomplete hypothetical.
13        THE WITNESS:  These were comments made
14    apparently.  Was it true?  We don't know.  I
15    mean --
16 BY MR. PHILLIPS:
17    Q    I'm not concerned about the veracity of what
18 was said.  What I'm concerned about --
19    A    I understand what -- I understand where
20 you're going.  And I was never in the same room with
21 the interns.  I had my own office.  They knew better.
22 They were all Trump supporters.  If they walked out to
23 lunch and had a conversation, I wasn't privy to it.
24 But they were pretty -- pretty mature for interns and
25 knew the boundaries.

Page 63

1     Q    And what were the boundaries?
2         MR. STONEROCK:  Calls for a legal conclusion,
3     incomplete hypothetical.
4  BY MR. PHILLIPS:
5     Q    As HR director and countersigner of the NDA
6  for the Trump campaign, what were the boundaries?
7         MR. STONEROCK:  Objection, calls for a legal
8     conclusion, incomplete hypothetical.
9         You're asking the boundaries of the NDA?
10        MR. PHILLIPS:  She said they knew the
11    boundaries, and I asked what the boundaries are as
12    countersigner of the NDA and HR director for the
13    Trump campaign.
14        MR. STONEROCK:  Again, calls for a legal
15    conclusion, incomplete hypothetical.
16 BY MR. PHILLIPS:
17    Q    Ms. Castellano, what were the boundaries you
18 just discussed?
19    A    Negativity --
20        MR. STONEROCK:  Objection.
21 BY MR. PHILLIPS:
22    Q    Negativity is a boundary?
23    A    Negative comments.
24    Q    So you can make -- a person who's signed this
25 agreement can make no negative comments about the

Page 64

1  president whatsoever?
2         MR. STONEROCK:  Incomplete hypothetical,
3     calls for a legal conclusion.
4  BY MR. PHILLIPS:
5     Q    What did you mean by negativity?
6     A    Isn't that what disparaging means?
7     Q    You tell me how you interpret it as HR
8  director and countersigner of the agreement.
9     A    That's how --
10        MR. STONEROCK:  Calls for a legal conclusion.
11        THE WITNESS:  Sorry, Ryan.
12        MR. STONEROCK:  You can answer.
13        THE WITNESS:  That's how I interpret it.
14 BY MR. PHILLIPS:
15    Q    Okay.  So as countersigner of the agreement
16 and HR director for the Trump campaign, you would have
17 instructed that there can be no negative comments about
18 the campaign, Mr. Trump, or his family as a result of
19 signing this agreement?
20        MR. STONEROCK:  Objection, misstates her
21    testimony, calls for a legal conclusion.
22        You can answer if you understand the
23    question.
24        THE WITNESS:  Yeah, that's correct.
25 BY MR. PHILLIPS:

1    Q    Is that forever?
2         MR. STONEROCK:  Calls for a legal conclusion,
3    incomplete hypothetical.
4    BY MR. PHILLIPS:
5    Q    Does that requirement last forever?
6         MR. STONEROCK:  Objection, calls for a legal
7    conclusion, lacks foundation, incomplete
8    hypothetical.
9         This is something that, you know, the
10   arbitrator is going to decide, Mr. Phillips.
11        MR. PHILLIPS:  She is countersigner of the
12   agreement.
13   BY MR. PHILLIPS:
14   Q    As countersigner of the agreement, meaning
15   you signed this, you bound the
16   campaign, you bound -- you made this a contract.  Did
17   you intend that agreement that you cannot say anything
18   negative about the president or the candidate or his
19   family to last forever?
20        MR. STONEROCK:  Did you have -- objection,
21   calls for a legal conclusion, calls for
22   speculation, lacks foundation.
23        To the extent you had any intention when you
24   signed it, you can answer.
25        THE WITNESS:  I signed it, yes, representing

1    the campaign, but the employee also signed it.
2    BY MR. PHILLIPS:
3    Q    Correct.  And your understanding at the time
4    you signed it that this was to -- what was your
5    understanding at the time you signed it was for how
6    long this would last?
7         MR. STONEROCK:  Objection, calls for a legal
8    conclusion.
9         Did you have an understanding as to --
10        THE WITNESS:  My understanding was that it
11   would last forever.
12   BY MR. PHILLIPS:
13   Q    Okay.  Thank you.  So no negativity.  Does it
14   matter -- you know, as HR director and countersigner to
15   the agreement, does it matter that Donald Trump was
16   elected president?
17        MR. STONEROCK:  Calls for speculation,
18   incomplete hypothetical, calls for a legal
19   conclusion, vague and ambiguous as to term matter.
20        Do you have --
21        THE WITNESS:  Do you want me to answer that?
22        MR. STONEROCK:  Do you have an opinion?  I
23   mean, he's asking you for a legal opinion.  I
24   mean --
25        MR. PHILLIPS:  No, I'm not.

1    BY MR. PHILLIPS:
2    Q    As countersigner to the agreement and as HR
3    director for the Trump campaign, do you know whether
4    this agreement -- you said this agreement is
5    enforceable forever.  Do you know if this is
6    enforceable or became -- was still enforceable once
7    Trump became president?  Do you know?
8         MR. STONEROCK:  Calls for a legal conclusion,
9    incomplete hypothetical.
10        You mean as she sits here today?
11        MR. PHILLIPS:  Does she know whether this
12   agreement was affected by Trump getting elected
13   president?
14        MR. STONEROCK:  Calls for a legal conclusion,
15   incomplete hypothetical.
16        Do you have any -- do you know?
17        THE WITNESS:  Do I know?  I would think it
18   would be more enforceable as he was the president
19   of the United States.
20   BY MR. PHILLIPS:
21   Q    Very good.  Thank you for that.  What about
22   positive comments, what about -- what about I guess
23   that's not positive -- strike that.
24        Do you know if the agreement covers,
25   restricts saying confidential nice things about the

1    president?
2         MR. STONEROCK:  Objection, calls for a legal
3    conclusion, incomplete hypothetical.
4    BY MR. PHILLIPS:
5    Q    Ms. Castellano, as countersigner of this
6    agreement --
7         MR. STONEROCK:  Vague and ambiguous as to
8    positive and nice.
9    BY MR. PHILLIPS:
10   Q    Ms. Castellano, do you know what saying nice
11   things means?
12   A    Like he's a great guy or --
13   Q    Yeah.
14   A    -- he's fair or we love him, his energy is
15   amazing?  Sure, I --
16   Q    His business acumen is the best in the world
17   and what he's done with the Trump organization has not
18   been matched in the history of mankind.  Would that be
19   allowed to be said in your opinion as countersigner of
20   the NDA and as HR director for the Trump -- Donald J.
21   Trump for President, Inc.?
22        MR. STONEROCK:  Objection, calls for a legal
23   conclusion, incomplete hypothetical.
24        THE WITNESS:  It doesn't fall under the
25   category of disparaging.

BY MR. PHILLIPS:

1  Q  But would it be confidential information if
2  you're talking about Donald Trump's business acumen and
3  his success in his company?
4      MR. STONEROCK:  Objection, calls for a legal
5  conclusion, incomplete hypothetical.  The document
6  speaks for itself.
7      THE WITNESS:  You're trying to make the
8  nondisclosure into something that it's not.
9  BY MR. PHILLIPS:
10  Q  Why do you say that?  What do you mean?
11  A  Because you're talking now about what a
12  wonderful businessman he is, what he did with the Trump
13  organization.  Those are glowing remarks.
14  Q  Okay.
15  A  Okay.
16  Q  I get that.  But if I'm talking about
17  somebody's business -- and I'm just trying to
18  understand.  You signed it.  But it seems to me that
19  confidential information is confidential information
20  regardless of whether it's naughty or nice; right?
21      MR. STONEROCK:  Calls for a legal conclusion,
22  incomplete hypothetical, vague as to the terms
23  naughty and nice.
24      THE WITNESS:  You know, everyone in New York

1  knows Donald Trump.  So everyone knew what a
2  successful businessman he was, plain and simple.
3  BY MR. PHILLIPS:
4  Q  Do people know about his bankruptcies?
5      MR. STONEROCK:  Calls for speculation, lacks
6  foundation, vague as to time, incomplete
7  hypothetical.
8  BY MR. PHILLIPS:
9  Q  Did people in New York accuse him of rape?
10      MR. STONEROCK:  Calls for speculation, lacks
11  foundation, argumentative.
12  BY MR. PHILLIPS:
13  Q  Do you know that?  Do you know whether Donald
14  Trump had bankruptcies before running his campaign?
15  A  No idea.
16  Q  Do you know whether he was accused of rape
17  before running for president?
18  A  No, I do not.
19  Q  Do you know if Donald Trump said that -- let
20  me get it correct -- they say that more people were
21  killed by women in this act, meaning the act of sexual
22  intercourse, than killed in Vietnam.  And Trump said,
23  you know, you get criticized for that statement, but
24  the statement is very easily true.  And then basically
25  says he should get the Congressional Medal of Honor for

1  his sexual proclivity.
2      Do you know if a statement like that if
3  broadcast by Howard Stern would have been heard by
4  people in New York?
5      MR. STONEROCK:  Calls for speculation, lacks
6  foundation.
7      You can answer if you understand the
8  question.
9      THE WITNESS:  I mean, Howard Stern is Howard
10  Stern.  Like I said, I don't listen to him.  I'm
11  sure the people of New York hear a lot of things
12  whether or not they're true.
13  BY MR. PHILLIPS:
14  Q  If a person who worked for the campaign
15  talked about what they heard on Howard Stern related to
16  Donald Trump's own words, would that be disparaging if
17  they said, well, Donald Trump said that his sexual
18  proclivity -- more people died from sex than Vietnam
19  and Donald Trump deserved a Congressional Medal of
20  Honor because of his sexual proclivity, would that be
21  confidential information -- releasing confidential
22  information or would that be disparagement?  Where
23  would that fall under the agreement?
24      MR. STONEROCK:  Calls for speculation, lacks
25  foundation, incomplete hypothetical, calls for a

1  legal conclusion.
2      John, you can ask her questions based upon
3  her personal knowledge.  If you're going to
4  continue to, you know, ask her to apply the NDA to
5  specific instances, I'm going to continue to
6  object.  I'm going to instruct her not to answer.
7      MR. PHILLIPS:  Okay.
8      MR. STONEROCK:  I mean, I've given you some
9  rope here in term of asking her to apply and
10  interpret the terms of the NDA, but she's a lay
11  witness.  That is not within, you know, her
12  personal knowledge.  And so if you want to
13  rephrase the question to ask if she has any
14  personal knowledge of these things, that's fine,
15  you know.  I'm fine with her answering those
16  things.
17      MR. PHILLIPS:  Thank you, Mr. Stonerock.  She
18  signed the agreement.  She's the contracting party
19  on behalf of the president, the Donald J. Trump
20  for President, Inc.  She also trained on --
21      MR. STONEROCK:  I don't want --
22      MR. PHILLIPS:  Excuse me.  Let me finish.
23  She also trained on the agreement, trained people
24  on the agreement.
25      MR. STONEROCK:  You're misstating her

Page 73

1  testimony.  She never said she trained somebody --
2  anybody on the agreement.
3      MR. PHILLIPS:  Didn't you train interns or
4  discuss the agreement with interns?
5      MR. STONEROCK:  Training and discussing are
6  two different things; okay?
7      MR. PHILLIPS:  Hey, let the witness answer,
8  please.  Don't coach her.
9      MR. STONEROCK:  Well, ask a proper question.
10  I mean, you want to ask a complete question.
11  BY MR. PHILLIPS:
12      Q    Ms. Castellano, did you train interns about
13  the agreement or discuss the agreement?
14      A    There was no training.  Training to me as an
15  HR person is a training, going through word by word.
16  There was no training.
17      Q    Okay.  There was no training.  Did you have a
18  conversation providing enlightenment or education to
19  any employees, including interns, with Donald J. Trump
20  for President?
21      MR. STONEROCK:  Objection, vague as to the
22  terms enlightenment or education.  And you've also
23  asked and answered similar questions on numerous
24  occasions by this point.
25  BY MR. PHILLIPS:

Page 74

1      Q    You can answer.  Did you provide
2  enlightenment or education or discussion with interns
3  or other employees about the NDA?
4      MR. STONEROCK:  Same objection.
5      THE WITNESS:  If they asked.
6  BY MR. PHILLIPS:
7      Q    If they asked.  But we're talking about the
8  past tense.  Did they ask?  Did you have these
9  conversations?
10      A    I think I answered that already.
11      Q    Well, the problem is we're -- we can't even
12  agree on what training means.  Training you said means
13  like a seminar or session.  I'm talking one-on-one
14  human resource.
15      If I have an employee who is doing something
16  wrong, I don't need to involve the whole office
17  sometimes.  I can go to that employee and say, listen,
18  this is what you need to do better with.
19          Isn't that training, too, one-on-one
20  coaching?
21      MR. STONEROCK:  Objection, calls for a legal
22  conclusion, incomplete hypothetical.
23  BY MR. PHILLIPS:
24      Q    Isn't one-on-one guidance training?
25      MR. STONEROCK:  Objection, vague and

Page 75

1  ambiguous as to the term one-on-one guidance.
2      You can answer.
3      THE WITNESS:  I think I already answered
4  that.  If they came to me and had a question, we
5  discussed it.
6  BY MR. PHILLIPS:
7      Q    Did they come to you?
8      A    I don't recall if they came to me.  You're
9  talking five years ago.
10      Q    Okay.  As countersigner of the agreement and
11  HR director for Donald J. Trump for President, is your
12  understanding that this agreement sought to prohibit
13  both fact statements and opinion statements about
14  Donald Trump, the Trump campaign, his family, and those
15  otherwise mentioned in the agreement?
16      MR. STONEROCK:  Calls for a legal conclusion,
17  incomplete hypothetical, document speaks for
18  itself.
19      You can answer if you understand the
20  question.
21      THE WITNESS:  I really don't.
22      You want to repeat it for me, John?
23  BY MR. PHILLIPS:
24      Q    Yeah, sure.  My question essentially was
25  whether under the nondisclosure of confidential

Page 76

1  information section or non-disparagement as
2  countersigner of the agreement and HR director for the
3  Trump campaign, was that intended to prohibit both fact
4  statements and opinion statements?
5      So in other words, I think Donald Trump's
6  hair is terrible.  Would that have been prohibited by
7  the agreement?
8      MR. STONEROCK:  Objection, calls for a legal
9  conclusion, incomplete hypothetical.
10      You can answer to the extent you understand
11  the question.
12      THE WITNESS:  I mean, it's somebody's
13  opinion.  But, yes, it's negative.  What you just
14  said was negative.
15  BY MR. PHILLIPS:
16      Q    So that would be -- that would be prohibited
17  by the agreement as countersigner to the agreement?
18      MR. STONEROCK:  Objection, calls for a legal
19  conclusion, incomplete hypothetical, vague as to
20  time.
21  BY MR. PHILLIPS:
22      Q    Would that be prohibited?
23      MR. STONEROCK:  Same objections.
24      Do you have an opinion as to whether that
25  would be prohibited, Lucia?

1   THE WITNESS:  I don't.  I'll defer to you.
2   BY MR. PHILIPS:
3       Q   Well, he's not -- I can't depose him.  So let
4   me reask the question then.
5           As countersigner to the agreement, meaning
6   you signed it, as HR director and as somebody that may
7   have trained employees on the agreement, I'm trying to
8   understand, what you would have trained --
9       A   There was no training on the agreement.
10      Q   Okay.
11      A   You have -- you keep saying training.
12      Q   You said maybe you did, maybe you didn't talk
13  to people about what it meant.
14          MR. STONEROCK:  John, those are two different
15      things, training and talking to people about the
16      agreement.  I think she was asked and answered the
17      question numerous times about whether or not she
18      trained employees on the agreement.  The answer is
19      no.
20  BY MR. PHILIPS:
21      Q   Okay.  Let's find a word you're comfortable
22  with.  You might have counseled individuals about the
23  agreement?  You may have discussed the agreement?  What
24  are you comfortable with?
25      A   If someone had a question, okay, and they

1   asked me, then we sat down and I explained them.  These
2   were nondisclosure agreements prepared by legal
3   counsel.
4           And as I said, if anyone had a question about
5   them, I referred them to speak to their counsel if they
6   didn't understand something.  It was pretty clear to
7   everyone who signed it.
8       Q   Okay.  And that's what -- if it's pretty
9   clear and you both signed it and you were -- by the
10  way, who signed your agreement?  So did you sign it in
11  both places as HR director and as signatory, or did
12  somebody else sign your agreement?
13          MR. STONEROCK:  Objection, relevance.
14          You can answer if you recall.
15          THE WITNESS:  How could I possibly sign my
16      own agreement?
17  BY MR. PHILIPS:
18      Q   That's what I'm wondering.  That's why I
19  asked the question.  Do you know who signed yours?
20      A   I do not.  But I just signed where my name
21  was.  I did not sign on behalf of the campaign.
22      Q   And why is it important for somebody to sign
23  on behalf of the campaign?
24          MR. STONEROCK:  Objection, calls for a legal
25      conclusion, vague and ambiguous as to the term

1   important.
2           You can answer if you --
3           THE WITNESS:  Yeah.  I mean, the importance
4       of the NDA was also so that the individual would
5       be paid.  Without a signed NDA, no one could work
6       for the campaign, and they would not be paid.
7   BY MR. PHILIPS:
8       Q   Are you aware that Omarosa Manigault Newman
9   was being paid before signing the NDA?
10          MR. STONEROCK:  Calls for speculation, lacks
11      foundation.
12          You can answer if you know.
13          THE WITNESS:  Well, I don't know what you
14      mean by being paid.
15  BY MR. PHILIPS:
16      Q   Ms. Manigault Newman was being compensated
17  before she signed the NDA.  Do you have any evidence to
18  dispute that?
19      A   I didn't know that.
20      Q   Okay.
21          MR. STONEROCK:  It's because it's not true.
22          MR. PHILIPS:  (Inaudible).
23          COURT REPORTER:  I couldn't hear you, John.
24  BY MR. PHILIPS:
25      Q   I said who would have those records,

1   Ms. Castellano, payment records?
2           MR. STONEROCK:  Calls for speculation, lacks
3       foundation.
4           THE WITNESS:  Who would have those records?
5       Possibly the individuals that received all of our
6       invoices.
7   BY MR. PHILIPS:
8       Q   Do you know -- as you sit here today, do you
9   know whether Ms. Manigault Newman was compensated in
10  any way by the campaign before August 20 -- do you know
11  whether Omarosa Manigault Newman was paid before she
12  signed the campaign by the campaign?  Excuse me.  Do
13  you know whether or not Omarosa Manigault Newman was
14  paid by the campaign before she signed her NDA?
15          MR. STONEROCK:  Asked and answered.
16          You can answer again.
17          THE WITNESS:  I do not.
18  BY MR. PHILIPS:
19      Q   Do you know anything about the campaign
20  finance reform laws?
21          MR. STONEROCK:  Objection, calls for a legal
22      conclusion, vague and ambiguous as to campaign
23      finance reform laws.  You can answer.
24          THE WITNESS:  I do not.
25  BY MR. PHILIPS:

**Page 81**

1  Q   Do you know what the maximum contribution is
2  that a person could give a political candidate?
3      MR. STONEROCK:  John, I think your
4  microphone --
5      MR. PHILLIPS:  Oh, sorry.
6      MR. STONEROCK:  You hit it when you were
7  shuffling your papers.  Can you repeat?
8      MR. PHILLIPS:  Yeah, sure.
9  BY MR. PHILLIPS:
10     Q   Ms. Castellano, do you know what the maximum
11 donation is that a person can give a political
12 campaign?
13     MR. STONEROCK:  Calls for a legal conclusion.
14 You can answer if you know.
15     THE WITNESS:  I'm not sure of the number
16 honestly.
17 BY MR. PHILLIPS:
18     Q   Did you ever work with an individual named
19 Noel Casler?
20     A   Noel Casler?
21     Q   Yes.
22     A   I don't recall.
23     Q   Did you ever work with an individual named
24 David Bossie, B-o-s-s-i-e?
25     A   David was at the campaign.

**Page 82**

1      Q   Was he at the campaign when you were at the
2  campaign?
3      A   Yes.
4      Q   Have you been involved in any way, provided
5  any affidavit or testimony about David Bossie or Corey
6  Lewandowski and whether their books violated the NDA?
7      MR. STONEROCK:  Objection, calls for attorney
8  work product and attorney-client communications,
9  vague and ambiguous as to involved in any way.
10 You can answer the question if you understand it.
11     THE WITNESS:  I was gone January of 2017.
12     MR. PHILLIPS:  Okay.  Bear with me.  The good
13 thing about silence, it means I'm getting rid of a
14 bunch of questions.  So it may seem like dead
15 time, but it's because I'm getting rid of things.
16 BY MR. PHILLIPS:
17     Q   Did you work with an individual by the name
18 of Cliff Sims on the campaign?
19     A   Cliff Sims.  He was part of the campaign, but
20 I never worked closely with this individual.  I know
21 the name.  I'm not sure we even met in person.
22     Q   Okay.  Were you involved in his NDA
23 arbitration?  Have you been involved with his similar
24 case to Omarosa's?
25     MR. STONEROCK:  Calls for attorney-client

**Page 83**

1  privileged information, attorney work product
2  information, vague and ambiguous as to the term
3  involved.
4      THE WITNESS:  No, I have not.  I have no
5  knowledge.
6  BY MR. PHILLIPS:
7      Q   Okay.  Who is Jessica Denson?
8      A   Another campaign employee.
9      Q   Are you aware of her claims against the
10 campaign involving sexual harassment?
11     A   I'm going to defer to counsel on this one.
12     MR. STONEROCK:  You can answer, Lucia, if
13 you're aware of them or whether you're aware of
14 them or not.
15     THE WITNESS:  There was a claim.  There was a
16 claim brought against her, but I have not been
17 involved.
18 BY MR. PHILLIPS:
19     Q   Okay.  As countersigner to the NDA and HR
20 director for Donald J. Trump, would it be disparaging
21 for someone to say they were sexually harassed at the
22 campaign if true?
23     MR. STONEROCK:  Calls for a legal conclusion,
24 incomplete hypothetical.
25     Are you referring to Ms. Denson's claims

**Page 84**

1  specifically, John?
2      MR. PHILLIPS:  No.  I'm just referring -- I'm
3  trying to figure out where the line is from the
4  countersigner of the NDA and HR director.
5      MR. STONEROCK:  Yeah.  Well, these are legal
6  conclusions you're asking for that -- you know,
7  these are determinations that are going to be made
8  by the arbitrator, you know.  Ms. Castellano's
9  opinion, frankly, is not -- on the application of
10 the NDA to specific hypotheticals which are
11 incomplete is not relevant frankly.
12     MR. PHILLIPS:  Truthfully --
13     MR. STONEROCK:  If you want to ask her about
14 her personal knowledge of which I think she's
15 already said she wasn't involved in the Denson
16 case, but on any number of subjects, go ahead.
17 But when you're asking her to apply the agreement
18 to hypotheticals, that's just -- that's a legal
19 conclusion.
20 BY MR. PHILLIPS:
21     Q   As countersigner to the agreement and HR
22 director for the Trump campaign, would bringing
23 truthful claims against the campaign that weren't
24 favorable violate the NDA --
25     MR. STONEROCK:  Calls for speculation --

Page 85

1    MR. PHILLIPS: -- as you understood it?
2    MR. STONEROCK: -- lack of foundation,
3  incomplete hypothetical. There are no claims
4  against the campaign in this case, so I'm not sure
5  the relevance of this question either.
6  BY MR. PHILLIPS:
7    Q    You can answer.
8    A    I'm a little confused by your question
9  because you're talking about an employee making a claim
10  of sexual harassment.
11    Q    Yes.
12    A    That would have to be brought to the
13  attention of someone.
14    Q    What do you mean?
15    A    Exactly what I said. How would I know about
16  a claim of sexual harassment unless it was brought to
17  me?
18    Q    Okay. So could under -- as countersigner to
19  the NDA and HR director could somebody file a lawsuit
20  for that?
21    MR. STONEROCK: Objection, incomplete
22  hypothetical, calls for a legal conclusion.
23    You can answer to the extent that you have --
24  you understand the question and you have an
25  understanding of whether or not that can happen.

Page 86

1    THE WITNESS: Well, I think -- is it the
2  person being harassed or -- you know, I'm really
3  not sure where you're going with this question.
4  So if I signed an NDA and I was being sexually
5  harassed, I should go to my superior or the HR
6  person to make the claim to let them know what was
7  taking place.
8  BY MR. PHILLIPS:
9    Q    And they don't do anything. Then what
10  happens? Can you go public?
11    MR. STONEROCK: Calls for speculation, Riley Reporting & Associates, Inc.
12  incomplete hypothetical, calls for a legal
13  conclusion, vague and ambiguous as to the term go
14  public.
15  BY MR. PHILLIPS:
16    Q    Can you file a lawsuit?
17    MR. STONEROCK: John, you're asking for legal
18  conclusions based upon incomplete hypotheticals.
19  I'm going to instruct the witness not to answer.
20  If you have questions about her personal
21  knowledge, then I'm happy to let her answer those.
22  BY MR. PHILLIPS:
23    Q    As the person who literally signed the
24  agreement, I'm just trying to understand still what
25  rights you on behalf, you as signer and the Trump

Page 87

1  campaign, with you as HR director were trying to
2  restrict, what rights were you trying to restrict. And
3  so I'm trying to understand whether sexual
4  harassment -- is it your -- do you have an
5  understanding whether sexual harassment is confidential
6  information under the agreement?
7    MR. STONEROCK: Objection, calls for a legal
8  conclusion, incomplete hypothetical, vague and
9  ambiguous, irrelevant. There are no claims for
10  sexual harassment in this case. I'm going to
11  instruct the witness not to answer.
12  BY MR. PHILLIPS:
13    Q    Is disparagement -- if someone contends they
14  were sexually harassed, as countersigner to the
15  agreement, binder for the Trump campaign, HR director
16  for the Trump campaign, do you contend that somebody
17  couldn't say that they were sexually harassed because
18  that would violate the non disparagement clause?
19    MR. STONEROCK: Same objection. I'm going to
20  instruct the witness not to answer.
21  BY MR. PHILLIPS:
22    Q    Have you ever had a conversation with
23  Melania Trump?
24    A    No, I have not.
25    Q    Do you know whether or not the Women for

Page 88

1  Trump tour was well-funded?
2    A    I don't know about the funding. I wasn't
3  involved in that aspect of the campaign.
4    Q    Do you know whether or not Omarosa's outreach
5  agenda was well-funded?
6    A    I do not know. I know nothing about funding
7  of each and every aspect of the campaign.
8    Q    Do you know whether -- were you privy to -- I
9  guess let me ask it this way: What level of campaign
10  meetings or what type of campaign meetings were you
11  privy to?
12    A    There were a lot of meetings being held, but
13  I as the HR director was not really involved. I did
14  not attend any of the strategy meetings. If there was
15  something I needed to know about, Jeff DeWit informed
16  me. But as far as joining every meeting that was held,
17  I did not.
18    Q    What did you do in your average day?
19    A    Aside from wrangling a bunch of college
20  students, at any given point in time there were, you
21  know, onboardings, documentation. We had hourly paid
22  individuals. Those documents needed to be submitted to
23  me, had to confirm them, send them over, reviewed
24  résumés for other potential individuals to come
25  onboard, filled out NDAs, sent documentation over to

Page 89

1  the payroll company. Some individuals, you know, would
2  have missing checks, had to track down checks, had to
3  track down invoices. Some people thought that I had
4  the checkbook so I could just write out their payment.
5  You know, if they submitted an invoice, there was a
6  process involved there.
7      Q   Do you know who currently is in your role?
8      A   I do not.
9      Q   What other contracts -- you were signatory
10  for the campaign on the NDAs. What other contracts
11  were you signatory?
12          MR. PHILLIPS: Lucia, don't give any
13      specifics with respect to, you know, individuals.
14      If you have general categories of contracts.
15          THE WITNESS: I -- contract? Potentially the
16      new hire forms.
17  BY MR. PHILLIPS:
18      Q   Okay. Anything else you recall?
19      A   No, not to my recollection.
20          MR. PHILLIPS: Mr. Gordon, obviously I've got
21      to probably ask the questions. But if you have
22      any questions, you want to send them to me? Or
23      you can ask me and I can repeat what you say.
24          MR. STONEROCK: John, I'm fine if he wants to
25      ask questions.

Page 90

1          MR. PHILLIPS: Okay. Fair enough.
2          MR. STONEROCK: We don't need to go through
3      that process.
4          MR. PHILLIPS: He might have gone to the
5      bathroom.
6          MR. STONEROCK: Seems like he's away from his
7      desk perhaps or working on something else.
8          MR. PHILLIPS: Well, let's do this, we've
9      done one more hour. I think we're done and done
10      early comparatively. So if you-all could just
11      give me about a five- or ten-minute break. Even
12      after a break we're not going more than a couple
13      of minutes. So I think we're wrapping up. But if
14      we could just take a couple-minute break, it will
15      help us end sooner.
16          MR. STONEROCK: Sounds good.
17          MR. PHILLIPS: Thanks all.
18          COURT REPORTER: Okay. I'm pausing the
19      recording.
20          (Brief recess.)
21  BY MR. PHILLIPS:
22      Q   Bear with me. There's essentially three
23  questions that I'm going to tell you in advance just
24  to -- where I'm distinguishing things. And the last
25  one I just asked, so I think I know the answer. You

Page 91

1  don't remember -- what I'm going to ask you is who
2  signed your NDA, which again you kind of answered, you
3  don't remember, who trained you on the NDA, and
4  explained it to you. And was there a third component,
5  or just those two? Just those two.
6          So who signed your NDA and who explained to
7  you the ramifications of the NDA? Do you know either
8  one of those -- the answer to either one of those
9  questions?
10          MR. STONEROCK: I'm objecting to the extent
11      that she had attorney-client communications with
12      Michael Glassner about the NDA.
13          MR. PHILLIPS: Okay.
14          MR. STONEROCK: Other than that, she can
15      answer.
16          THE WITNESS: I do not know who signed it.
17      But it was not -- I did not sign my own.
18  BY MR. PHILLIPS:
19      Q   Okay. Do you remember who kind of walked you
20  through it?
21      A   No. I think I walked myself through it.
22          MR. PHILLIPS: Okay. And that's all I have.
23      Thank you for your time today.
24          THE WITNESS: Thank you. You're welcome.
25          MR. STONEROCK: John, what do you want to do

Page 92

1  about the transcript?
2          MR. PHILLIPS: We're going to order. I mean,
3      the reading or waiving? She --
4          MR. STONEROCK: Yeah, I think -- I mean,
5      perhaps we can go off the record and talk about
6      this.
7          MR. PHILLIPS: Sure.
8          COURT REPORTER: I'll end the recording now.
9              (Witness excused.)
10          (The witness did not waive reading and signing
11      and the deposition was concluded at 12:13 p.m.)
12                  -   -   -

*Julia Jarrett Green* Pages 93..96

C E R T I F I C A T E   O F   O A T H

STATE OF FLORIDA )

COUNTY OF DUVAL   )

I, the undersigned authority, certify that

LUCIA CASTELLANO personally appeared before me and was

duly sworn on March 4, 2021.

WITNESS my hand and official seal this

22nd     day of     March          2021.

Julia Jarrett Green, RPR

Produced Identification:

New York driver's license

RILEY REPORTING & ASSOCIATES, INC.
1300 Riverplace Boulevard, Suite 610
Jacksonville, Florida 32207
(904) 358-1615   Fax 356-5751

March 22, 2021
Ryan J. Stonerock, Esquire
Harder, LLP
100 Park Avenue, Sixteenth Floor
New York, New York 10017
Re:  Donald J. Trump for President, Inc. vs.
     Omarosa Manigault Newman
Dear Mr. Stonerock:
The original errata sheet along with your transcript
copy of the deposition of Lucia Castellano taken in
the above-styled case are enclosed for her reading and
signing.  Please forward the signed errata sheet to
John M. Phillips, Esquire, who has the original
transcript.
If the reading and signing has not been completed
within 30 days from the date of this letter, we shall
conclude that the reading and signing of the
transcript has been waived.
Your prompt attention to this matter is appreciated.
Sincerely,  *Julia Jarrett Green*
Julia J. Green
cc:  John M. Phillips, Esquire

C E R T I F I C A T E

STATE OF FLORIDA   )

COUNTY OF DUVAL    )

I, Julia Jarrett Green, Registered

Professional Reporter and Notary Public in and for the

State of Florida at Large, certify that I was

authorized to and did stenographically report the

deposition of LUCIA CASTELLANO; that a review of the

transcript was requested; and that the transcript is a

true and complete record of my stenographic notes.

I further certify that I am not a relative,

employee, attorney, or counsel of any of the parties,

nor am I a relative or employee of any of the parties'

attorney or counsel connected with the action, nor am I

financially interested in the action.

DATED this    22nd     day of     March

2021.

Julia Jarrett Green, RPR

E R R A T A   S H E E T

Re:  Donald J. Trump for President, Inc., a Virginia

not-for-profit corporation

vs. Omarosa Manigault Newman

Page    Line    Where it reads:    Should read:

Reason:

Reason:

Reason:

Reason:

Reason:

Reason:

Reason:

Reason:

Under penalties of perjury, I declare that I have read

my deposition and that it is true and correct subject

to any changes in form or substance entered here.

DATE                    LUCIA CASTELLANO

JJG

Riley Reporting & Associates, Inc.

Index: 1..Bush

**1**

1 58:9
12:13 92:11
15 57:1
16 21:25
17 7:14 32:6

**2**

20 32:22 80:10
20-23 4:4
2016 7:16 32:11
2017 7:16,17,23
32:11 33:23 34:1
82:11
20th 6:19
21 6:19
22 53:9
24 27:21
25 19:3
298 34:9 48:11
298-item 43:6

**3**

31st 7:22
35 19:6

**5**

5 57:24
50 19:1
59 53:9

**A**

abbreviated 15:2
ability 11:17 35:2,22
40:9
Access 59:19
accurate 11:6,10
25:21

accuse 70:9
accused 70:16
acquainted 13:23
act 70:21
activities 11:18
actual 50:1
acumen 68:16 69:3
add 29:13
additional 27:8,12,
15,22,24 28:1,7,11,
14,17,22
address 16:24
administration
6:14 7:3,19
Administrative 4:3
admissible 16:11
34:22 46:14
admission 46:9
adult 49:7
adults 52:1
advance 90:23
advice 11:18 40:19
affair 44:20 45:16
46:10
affairs 44:13 45:23
48:13 49:23,24
affected 67:12
affidavit 82:5
affiliated 50:3
affiliations 50:3
age 42:9
agenda 88:5
agree 4:9,12 54:10
74:12
agreement 4:5,6
15:3,21 24:18 26:18
36:5 40:5,7 42:3
45:17 47:22 50:18
55:4 57:20 63:25
64:8,15,19 65:12,14
17 66:15 67:2,4,12,
24 68:6 71:23 72:18,
23,24 73:2,4,13
75:10,12,15 76:2,7,
17 77:5,7,9,16,18,23

78:10,12,16 84:17,
21 86:24 87:6,15
agreements 15:2
78:2
ahead 57:14 84:16
Alan 17:15,16,17
aligned 11:9
alleged 34:11
alliances 50:2
allowed 38:8 59:12
60:9,18 61:18 68:19
amazing 68:15
ambiguous 8:4
9:20 19:25 20:19
25:11 26:22 27:14,
23 28:10,16 30:23
31:25 33:3 46:1 49:1
50:15 61:6 66:19
68:7 75:1 78:25
80:22 82:9 83:2
86:13 87:9
amend 44:16
amount 28:5
and/or 49:23
answering 21:18
72:15
anymore 10:24
AOSC 4:4
apparently 62:14
application 42:21
84:9
apply 9:17,21 23:20
43:11 72:4,9 84:17
appointees 7:7
appointments 50:7
appreciates 44:5
appreciation 42:11
43:4,21
Apprentice 13:22
30:13,16
approach 8:25
approached 8:19
9:11,14
approximately
18:17 19:6

arbitration 82:23
arbitrator 5:17
65:10 84:8
argumentative
53:4 70:11
aspect 88:3,7
assessment 11:14
asset 54:13
assets 49:25
Association 6:18
7:11,21
assume 6:5,15 11:2
18:5 32:24
attend 88:14
attended 33:19
attention 85:13
attorney 4:8 5:3,24
23:17 24:5,24 31:1,
16 32:1,16 38:21
39:1,10,13 47:5 82:7
83:1
attorney-client
47:4 82:8,25 91:11
attorneys 46:10
47:6,15
audience 33:19,20,
22
August 17:6,7 27:21
29:20,24 30:3 80:10
average 88:18
aware 15:25 20:9
26:5 28:13 33:14
46:9 52:6,12,15,21
53:1,8,10,18 79:8
83:9,13

**B**

B-O-S-S-I-E 81:24
back 17:7,8 26:18
27:3 59:18 60:17
61:10,11
background 10:13
42:9
badger 45:5
badgered 40:13

ball 18:25
bank 10:18,19
bankruptcies 70:4,
14
based 32:2 52:8
72:2 86:18
basically 70:24
basis 18:1 48:6
51:23
bathroom 90:5
bear 24:1 57:21
82:12 90:22
beautiful 42:11,23
43:5,21 44:6
beg 34:3
behalf 4:11,15 20:6
72:19 78:21,23
86:25
believes 34:16
bids 50:3
bike 9:8,9
Billy 59:21 60:21
61:20,21
binder 87:15
bit 10:7 17:7
books 82:6
Bossie 81:24 82:5
bound 65:15,16
boundaries 62:25
63:1,6,9,11,17
boundary 63:22
breach 45:17
break 5:7 56:15 57:7
90:12,14
bringing 84:22
broad 11:12
broadcast 71:3
Brooklyn 10:9
brought 15:24
83:16 85:12,16
bunch 36:21 82:14
88:19
Bush 59:21 60:21

Index: business..countersigner

61:20,21

**business** 6:14,18
7:11,19,21 11:8 48:8
49:23 50:2 68:16
69:3,18

**businessman**
69:13 70:2

**C**

**calculated** 16:11
34:21 46:13

**call** 14:21

**called** 13:3 25:8
36:4 39:2

**calling** 42:18

**calls** 6:24 8:16 9:24
11:23,24 13:10
15:11,16,17 17:21
18:8 19:9 20:1,10,18
21:15 22:16 24:4,5,
23,24 25:11 26:6,21
27:13 28:9,17 30:4,
24,25 31:1,15,16,24,
25 32:14,15 34:20
35:24,25 36:16,17
37:2,3,19,20 38:14
40:2,23 41:19 42:13,
14 43:22,23 44:8
45:18,25 46:13 47:4
48:2,24 50:15 51:7,
8,18 52:18,23 53:3,
12,20,21 54:19
55:20 56:11 60:4
61:4,23 62:5,11
63:2,7,14 64:3,10,21
65:2,6,21 66:7,17,18
67:8,14 68:2,22
69:5,22 70:5,10
71:5,24,25 74:21
75:16 76:8,18 78:24
79:10 80:2,21 81:13
82:7,25 83:23 84:25
85:22 86:11,12 87:7

**campaign** 7:12,13
8:14,20 9:4,18 12:6,
8,10 13:4,8,11,19
14:20,23,25 15:6
16:2,5 17:4,17,20
18:6,12,19 19:14,24
20:15 21:5,13,24,25
22:8,10,11,15,20,23
25:2,7,18 26:13 27:1
28:25 29:24 30:2,12,
20 31:7 32:3,5,24

33:7,19 34:4,11
35:21 36:13 37:11,
17 39:25 41:14,25
42:19 43:2,11,13
46:24,25 47:1,12,17
48:1 51:16,25 53:10,
11 58:15 59:3,5 62:8
63:6,13 64:16,18
65:16 66:1 67:3
70:14 71:14 75:14
76:3 78:21,23 79:6
80:10,12,14,19,22
81:12,25 82:1,2,18,
19 83:8,10,22 84:22,
23 85:4 87:1,15,16
88:3,7,9,10 89:10

**candidate** 20:6 23:9
29:14 34:7 52:2
65:18 81:2

**candidate's** 29:14

**carbon** 16:24

**careful** 23:18,21

**case** 5:17 35:7,15
54:14 82:24 84:16
85:4 87:10

**Casler** 81:19,20

**Castellano** 4:13
6:10 20:23 25:15
28:13 39:9 41:21
45:20 46:2,4 55:3,11
56:2 57:19 59:2
63:17 68:5,10 73:12
80:1 81:10

**Castellano's** 84:8

**categories** 89:14

**category** 68:25

**Celebrity** 13:22
30:13,16

**chance** 58:13

**change** 6:21

**changed** 15:8

**charged** 12:16

**Chase** 36:7

**checkbook** 89:4

**checks** 12:17 59:11
89:2

**cite** 43:7

**Citi** 9:8

**City** 10:9

**claim** 43:12 48:24
83:15,16 85:9,16
86:6

**claimant** 4:12

**claims** 83:9,25
84:23 85:3 87:9

**clarification** 19:5

**clarify** 21:3 33:16
39:6

**clarity** 24:15

**clause** 54:5 55:19
56:3 87:18

**clear** 40:13 41:2,4
54:7 78:6,9

**clients** 50:6

**Cliff** 82:18,19

**close** 29:20

**closely** 82:20

**clue** 24:1

**coach** 73:8

**coaching** 74:20

**Cobb** 17:15,17

**Cobb's** 17:16

**cocounsel** 14:6

**Cohen** 22:14,19

**coincides** 6:20

**college** 10:14,16
51:24 88:19

**comfortable** 77:21,
24

**comments** 5:22
34:9 37:25 48:12
49:9 62:13 63:23,25
64:17 67:22

**communications**
14:20 18:1 23:18,22
50:8 58:12 82:8
91:11

**company** 33:10
50:19,21,24 84:10
89:1

**comparatively**
90:10

**compensated**

19:23 79:16 80:9

**compensation**
11:13 19:13,16,18,
21 27:8,12,15,22,24
28:1,11,22

**complaint** 43:1
44:17 57:13

**complete** 73:10

**completely** 43:9

**component** 91:4

**compound** 51:19
61:5

**computer** 56:22

**concerned** 62:17,
18

**concluded** 92:11

**conclusion** 11:25
15:16 30:25 31:16
32:14 34:21 35:24
36:17 37:2,19 38:15
40:3,24 41:19 42:14,
18 43:24 45:18 48:2,
24 50:15 51:8 53:20
54:19 55:21 56:11
60:4 61:4,23 62:5,11
63:2,8,15 64:3,10,21
65:2,7,21 66:8,19
67:8,14 68:3,23
69:6,22 72:1 74:22
75:16 76:9,19 78:25
80:22 81:13 83:23
84:19 85:22 86:13
87:8

**conclusions** 41:24
84:6 86:18

**concurrently** 7:25

**confidential** 40:1
41:13,16 42:6,8,11
43:19 45:16 47:2,13,
23,25 48:5,6,16,20
49:7,9,15,17,20,21
50:12,17 51:6,17
58:10 59:16 60:1
67:25 69:2,20 71:21
75:25 87:5

**confirm** 88:23

**confused** 85:8

**confusing** 5:24

**Congressional**
70:25 71:19

**consult** 55:3

**consulting** 26:18

**contact** 50:6

**contacts** 50:6

**contend** 87:16

**contends** 87:13

**context** 43:9 48:21
54:15

**continue** 45:5 72:4,
5

**contract** 48:19
65:16 89:15

**contracting** 72:18

**contracts** 50:2
89:9,10,14

**contribution** 81:1

**convenience** 5:6

**conversation** 5:14
36:21 48:15 62:23
73:18 87:22

**conversations**
33:25 47:1,12,15,16
50:7 54:3 58:14
59:3,5 74:9

**conveyed** 49:12
50:11

**copied** 16:25

**copy** 41:7,8

**Corey** 12:21 18:11
22:23 23:1,8,10 82:5

**corporate** 9:9

**corporation** 36:8

**correct** 6:23 8:2
11:11,15,19,20
22:25 25:22 27:6
44:7 64:24 66:3
70:20

**corruption** 53:9,10,
13,18,22

**counsel** 4:5 25:3
31:20,22 32:4 34:14
41:7 78:3,5 83:11

**counseled** 77:22

**countersigner**
63:5,12 64:8,15
65:11,14 66:14 67:2

68:5,19 75:10 76:2,
17 77:5 83:19 84:4,
21 85:18 87:14

**countersigning**
62:9

**couple** 21:1 90:12

**couple-minute**
90:14

**courses** 10:16,17,
18

**coursework** 10:17

**Court** 4:1,3 14:2,4,8,
11 57:15 79:23
90:18 92:8

**covers** 67:24

**crazy** 61:12,14

**criticized** 70:23

**curse** 48:14

**customer** 50:6

**customers** 50:5

---

**D**

**daily** 12:16 18:1
34:6 48:6 51:23

**damages** 57:14

**Daniels** 46:5,11

**dark** 4:20

**date** 6:20 13:5 29:17

**David** 81:24,25 82:5

**day** 7:8 13:20 18:17,
18 20:24 22:13 27:4
32:18 59:25 60:23
61:2 88:18

**day-to-day** 11:17
12:13 23:9

**dead** 82:14

**dealings** 53:24

**dealt** 48:6

**decide** 65:10

**decision** 50:4

**decisions** 26:1
31:23 32:13

**deemed** 50:12

**defer** 77:1 83:11

**deferred** 43:16

**defined** 49:18

**definition** 50:17

**delivered** 11:8

**demanded** 40:21

**demean** 54:10

**Denson** 83:7 84:15

**Denson's** 83:25

**department** 22:8

**depose** 77:3

**deposition** 4:1,10,
25 8:10 32:21 57:2
92:11

**depositions** 5:13,
16

**deputy** 8:20

**describe** 48:17 54:2

**deserved** 71:19

**desk** 42:8 90:7

**determinations**
84:7

**determine** 19:16,17
30:21

**determined** 28:6

**determining** 19:21
30:18

**developed** 11:8

**Dewitt** 12:22 88:15

**died** 71:18

**differently** 5:13

**direct** 4:17 12:21

**directly** 50:18

**director** 9:3 11:1
34:4 35:20 37:10,16,
17 38:9 39:24 40:16
41:14,25 42:4,19
43:18 45:2,14 46:23,
25 47:11 48:1 50:13
51:3 58:15 62:8
63:5,12 64:8,16
66:14 67:3 68:20
75:11 76:2 77:6
78:11 83:20 84:4,22
85:19 87:1,15 88:13

**disagree** 34:3 45:10

**disciplines** 11:13

**disclosure** 39:25
41:12 47:2,13 51:16
58:9,22,23 59:15
60:1

**discovery** 34:22
46:14

**discuss** 73:4,13

**discussed** 63:18
75:5 77:23

**discussing** 62:2
73:5

**discussion** 74:2

**discussions** 50:20
60:9,11,18

**disparage** 54:10

**disparagement**
49:16 54:4,5,8
55:18,19 71:22
87:13,18

**disparaging** 37:25
49:9 64:6 68:25
71:16 83:20

**dispute** 79:18

**distinguishing**
90:24

**document** 40:4,6
50:16 51:8 54:23
55:1,24 56:6,11 57:1
69:6 75:17

**documentation**
88:21,25

**documents** 15:4
57:6 88:22

**dollars** 43:3

**domestic** 11:9

**Donald** 9:4,14 11:2,
21 12:6,7 26:18
32:23 33:2,8,23 38:3
42:10,22 44:5,13
45:16,22 46:10
48:12 52:6,12,15,21
54:5,14 55:13,24
66:15 68:20 69:3
70:1,13,19 71:16,17,
19 72:19 73:19
75:11,14 76:5 83:20

**Donaldtrump.com.**
16:25

**donation** 81:11

**donors** 59:11

**drafted** 24:2,10,20

**driving** 61:11

**duly** 4:14

---

**E**

**e-mail** 14:19 16:17,
21,23,24 17:1 18:4
56:17

**early** 90:10

**easily** 70:24

**edit** 29:5,12

**education** 73:18,22
74:2

**educational** 10:13

**elected** 66:16 67:12

**election** 8:1 25:17,
19

**embodied** 49:19

**employed** 6:11,12,
13,17,22 17:24
43:10

**employee** 11:14
21:5 22:7 23:14
28:13 29:15 30:19,
21 31:7 40:18 66:1
74:15,17 83:8 85:9

**employee-
employer** 48:9

**employees** 19:13
24:19 42:5 51:15
54:4,16 58:11,12
59:4,5 73:19 74:3
77:7,18

**employer** 12:5

**end** 26:25 27:6
29:20,24 30:3 90:15
92:8

**energy** 68:14

**enforceable** 67:5,6,
18

**enforcement** 32:12

**enlightenment**
73:18,22 74:2

**enter** 21:18 25:8

**entering** 12:16,17

**entire** 10:10,11
48:25

**entities** 50:3

**entity** 6:15

**essentially** 48:11
75:24 90:22

**event** 33:20

**events** 33:16,18,21

**evidence** 16:12
34:22 46:14 79:17

**EXAMINATION**
4:17

**exclude** 33:20
47:14

**excluding** 33:18,21
47:3,6

**excuse** 60:25 72:22
80:12

**excused** 92:9

**executed** 35:1

**exercise** 35:1

**exhibit** 43:6

**expenses** 50:1

**experience** 32:3

**expertise** 11:12

**explain** 47:21 51:22
60:15

**explained** 5:4 47:22
58:11,24 78:1 91:4,6

**explaining** 54:3

**express** 34:18
35:22

**extent** 23:20 40:25
58:10 65:23 76:10
85:23 91:10

---

**F**

**fact** 42:10,22 44:5
45:16 58:6 75:13
76:3

**facts** 45:7

**fair** 6:6 7:10 8:1 11:6
17:19 18:4 19:4,17
22:2,22 23:14 25:5
26:12 27:5,20 29:2,
5,10 31:6,22 33:1
68:14 90:1

**fall** 68:24 71:23

**familiar** 12:23 13:1

**family** 49:24 50:9
54:12 64:18 65:19
75:14

**favorable** 84:24

**feelings** 52:15

**feels** 34:11

**figure** 84:3

**file** 85:19 86:16

**filed** 43:12

**filled** 88:25

**filling** 38:10

**filmed** 59:20

**finance** 80:20,23

**financial** 50:1

**find** 57:19,20 77:21

**fine** 18:25 58:4
72:14,15 89:24

**finish** 5:19 72:22

**firm** 22:11,12 23:13

**five-** 90:11

**five-month** 9:2

**Florida** 4:3

**forecasts** 50:5

**foregoing** 54:13,14

**forever** 65:1,5,19
66:11 67:5

**form** 24:7,10,11,15,
20 25:6

**forms** 89:16

**forward** 45:12

**found** 9:23

**foundation** 6:25
8:17 9:25 11:24
15:12,17 17:22 18:9

19:10 20:2,11,19
21:16 22:17 24:5,24
26:7,22 27:14 28:10,
18 30:5,25 31:17,25
32:15 35:25 36:17
37:4,20 38:15 40:23
41:20 42:14,24
43:23 44:9 45:1,6,25
46:12 51:9,18 52:19,
24 53:4,13,21 60:5
65:7,22 70:6,11
71:6,25 79:11 80:3
85:2

**frankly** 34:22 84:9,
11

**friend** 10:4

**friendly** 44:3

**friends** 36:22,25

**front** 40:4 56:6

**functions** 12:13

**funding** 88:2,6

**G**

**gave** 32:21 39:11
48:18

**general** 24:16 39:6
89:14

**generally** 39:5

**give** 9:8 12:17 21:17
36:15 38:20 40:7
42:2 81:2,11 89:12
90:11

**Glassner** 8:23,24
9:10,14 10:3 23:10,
13,17,19 91:12

**global** 11:9

**glowing** 69:14

**good** 4:21,22 10:15
14:15,16 67:21
82:12 90:16

**Gordon** 14:15,16
89:20

**government** 6:15,
22

**grab** 59:22 60:24

**great** 68:12

**group** 12:15,18

33:10

**guess** 10:12 13:12
21:3 30:19 31:6
32:10 33:16 67:22
88:9

**guessing** 18:23

**guidance** 11:19
40:19 74:24 75:1

**guy** 68:12

**H**

**hair** 76:6

**handle** 11:17 19:12,
15

**Hang** 23:16 39:3

**happen** 32:9 85:25

**happened** 61:10

**happy** 86:21

**harassed** 83:21
86:2,5 87:14,17

**harassment** 83:10
85:10,16 87:4,5,10

**hard** 57:11

**hated** 48:13 52:6

**heads-up** 13:16,17

**hear** 4:23 61:15
71:11 79:23

**heard** 13:21 46:4,6,
7 71:3,15

**held** 88:12,16

**Hey** 73:7

**high** 10:14,16

**hire** 89:16

**history** 68:18

**hit** 81:6

**hold** 19:5

**Hollywood** 59:20

**home** 10:8

**honestly** 34:7 38:19
49:6 53:7 81:16

**Honor** 70:25 71:20

**hour** 56:15 90:9

**hourly** 88:21

**House** 26:14,15,17

**Howard** 44:6,10
71:3,9,15

**HR** 9:3 11:1,9,13,18
12:13 13:13 22:8
26:1,14 34:3 35:19,
20 36:12 38:8,9
39:24 41:14,25 42:4,
19 43:18 45:2,14
46:23,24 47:11 48:1,
4,18,21 50:12 51:3
58:15 62:8 63:5,12
64:7,16 66:14 67:2
68:20 73:15 75:11
76:2 77:6 78:11
83:19 84:4,21 85:19
86:5 87:1,15 88:13

**human** 11:5 37:10,
16 40:16 48:22
74:14

**hundreds** 19:2

**hypothetical** 35:25
37:3,20 38:13 40:3,
24 41:18 42:1,15,22
43:23 44:11 45:19,
24 49:2 51:10 60:4
61:5,24 62:6,12
63:3,8,15 64:2 65:3,
8 66:18 67:9,15
68:3,23 69:6,23 70:7
71:25 74:22 75:17
76:9,19 83:24 85:3,
22 86:12 87:8

**hypotheticals**
84:10,18 86:18

**I**

**idea** 13:18 32:9
70:15

**immediately** 9:6

**implemented** 43:19
45:3,14

**importance** 79:3

**important** 6:3 34:2,
5 78:22 79:1

**inaudible** 79:22

**including** 11:13
49:21,24 73:19

**incomplete** 35:25

37:3,20 38:13 40:3,
24 41:18 42:15
43:23 44:11 45:19,
24 49:2 51:9 60:3
61:5,24 62:6,12
63:3,8,15 64:2 65:3,
7 66:18 67:9,15
68:3,23 69:6,23 70:6
71:25 74:22 75:17
76:9,19 83:24 84:11
85:3,21 86:12,18
87:8

**incorrect** 17:2

**individual** 15:9 28:5
49:12 79:4 81:18,23
82:17,20

**individually** 15:7

**individuals** 47:17
51:25 77:22 80:5
88:22,24 89:1,13

**infidelity** 52:22 53:2

**information** 24:25
40:1 41:13,16 42:19,
12 43:20 45:17 47:2,
5,13,23,25 48:1,5,
16,20 49:7,10,11,15,
17,18,22 50:17 51:6,
17 58:10 59:16 60:2
69:2,20 71:21,22
76:1 83:1,2 87:6

**informational** 8:7

**informed** 88:15

**initially** 15:24

**inquire** 13:14

**inserted** 24:8

**insists** 49:21

**instance** 30:12

**instances** 72:5

**instruct** 34:23 35:16
38:10 45:19 46:2
72:6 86:19 87:11,20

**instructed** 64:17

**instructing** 55:12

**instructs** 20:25

**intend** 35:1,12
65:17

**intended** 76:3

**intent** 50:4

**intention** 65:23

**interaction** 13:12 23:9 34:6

**intercourse** 70:22

**interns** 12:15 47:17 51:23,24 59:7,10,15, 25 60:22 61:2,17 62:21,24 73:3,4,12, 19 74:2

**interpret** 40:5 64:7, 13 72:10

**interpretation** 54:23,25

**interrupt** 14:8

**investment** 10:19

**investments** 49:25

**invoice** 89:5

**invoices** 12:14 80:6 89:3

**involve** 74:16

**involved** 19:21 26:1,19 82:4,9,22,23 83:3,17 84:15 88:3, 13 89:6

**involving** 18:5 83:10

**irrelevant** 34:23 35:15 87:9

**issues** 35:7,15 45:8 48:9

**J**

**January** 6:19 7:14, 16,17,22 26:25 27:6 32:6,11 33:23 34:1 82:11

**Jason** 17:19,25

**Jeff** 12:22 88:15

**Jessica** 83:7

**job** 8:13 9:2,11,15, 17

**John** 4:8 8:5 14:2 18:20 29:7 35:4 39:7 40:9 43:8 44:15,24 45:11 50:24 54:23 56:18 72:2 75:22 77:14 79:23 81:3

84:1 86:17 89:24 91:25

**joined** 16:2 21:24 22:1

**joining** 14:12 88:16

**joins** 16:2

**Jones** 22:13 32:18

**JPMORGAN** 36:7

**judge** 5:17

**June** 7:14,15,16 21:25 32:11

**K**

**killed** 70:21,22

**kind** 10:6,21 91:2,19

**knew** 62:21,25 63:10 70:1

**knowledge** 29:1 30:7 44:25 45:7,22 46:1 52:9 72:3,12,14 83:5 84:14 86:21

**L**

**L-U-C-I-A** 16:18

**lack** 44:8 57:10,12 85:2

**lacks** 6:24 8:16 9:24 11:24 15:11,17 17:21 18:8 19:9 20:1,10,18 21:15 22:16 24:4,23 26:6, 21 27:13 28:9,17 30:4,24 31:17,24 32:15 35:25 36:16 37:4,20 38:15 40:23 41:20 42:14,24 43:23 45:25 46:12 51:9,18 52:18,23 53:3,12,21 60:4 65:7,22 70:5,10 71:5,24 79:10 80:2

**lady** 12:23

**language** 42:2 60:25

**laptop** 4:20

**large** 33:21 36:8

**late** 17:6 21:24

**law** 23:13

**laws** 80:20,23

**lawsuit** 85:19 86:16

**lawyer** 14:5 41:21 55:3

**lay** 45:1,6 72:10

**laymen's** 54:17,20, 24 55:23 56:2

**Lcastellan** 16:25

**lead** 16:11 34:21 46:14

**leave** 55:14

**lecture** 57:11

**left** 17:2 23:11 26:17 31:19 43:13

**legal** 11:24 15:16 22:11,12 23:20 25:2 30:25 31:15,20,22 32:4,14 34:20 35:24 36:17 37:2,19 38:14 40:2,24 41:19,23 42:13,18 43:24 45:18 48:2,24 50:15 51:7 53:20 54:19,23 55:1,20 56:11 60:4 61:4,23 62:5,11 63:2,7,14 64:3,10,21 65:2,6,21 66:7,18,23 67:8,14 68:2,22 69:5,22 72:1 74:21 75:16 76:8,18 78:2, 24 80:21 81:13 83:23 84:5,18 85:22 86:12,17 87:7

**letters** 50:4

**level** 5:6 37:13 51:4 88:9

**Lewandowski** 12:21 18:12 22:23 23:1 82:6

**life** 10:10,11 49:23

**limit** 48:21

**limited** 49:22,25

**Linkedin** 10:22,23, 24,25 40:18

**listen** 71:10 74:17

**lists** 50:6

**literally** 86:23

**lived** 10:10

**log** 12:17

**long** 5:12 7:13 43:12 45:11 66:6

**longer** 6:22 10:25

**lose** 41:10

**lost** 60:16

**lot** 33:9 38:5,6,7 71:11 88:12

**love** 68:14

**loves** 42:10,23

**Lucia** 4:13 6:10 7:1 16:13,20,21 17:23 21:17 23:18 24:6,13 25:1 38:18 47:6 76:25 83:12 89:12

**Lucia5856@gmail. com** 16:21

**lunch** 62:23

**M**

**made** 31:23 32:12 43:4,20 62:13 65:16 84:7

**mail** 12:17

**make** 5:16 14:11 31:20 39:15 42:17 63:24,25 69:8 86:6

**making** 43:2 85:9

**Manafort** 18:5,6

**managed** 12:13 51:23

**management** 11:14 40:18

**manager** 8:20 17:13,14 18:12 22:10,23

**managers** 12:19

**managing** 12:15

**mandate** 20:17,20

**Manigault** 4:9 12:24 13:2 17:4 19:20 27:7,11,20 29:10 30:1 31:13 34:17

39:14,22 43:2 45:15 48:11 58:1 79:8,16 80:9,11,13

**mankind** 68:18

**manual** 22:4

**marital** 52:21 53:1

**matched** 68:18

**matter** 66:14,15,19

**matters** 23:20

**mature** 62:24

**maximum** 81:1,10

**meaning** 15:8 29:14 65:14 70:21 77:5

**means** 42:8 49:18 54:15,20 64:6 68:11 74:12 82:13

**meant** 37:14 40:1 41:15,17 47:2,13 48:20,21 49:5,8 51:4,5 54:5,18 77:13

**Medal** 70:25 71:19

**media** 37:1 49:19

**meeting** 88:16

**meetings** 50:7 88:10,12,14

**Melania** 87:23

**member** 49:24 50:9 54:12

**memorize** 41:5

**mentioned** 75:15

**met** 33:2,4 82:21

**methods** 50:5

**Michael** 8:23 10:3 22:14,19 23:16,19 91:12

**microphone** 81:4

**Miller** 17:19,25

**millions** 43:3

**mind** 24:1 42:16

**mine** 31:20

**minutes** 57:1 90:13

**missing** 89:2

**misstate** 21:10

Index: misstates..point

misstates 21:7 48:23 58:16 60:13 64:20

misstating 72:25

morning 4:21,22 14:15,16

move 4:20 45:12

Muslims 52:7

**N**

named 12:23 81:18, 23

nation 60:24

nature 49:20

naughty 69:21,24

NDA 15:4,25 16:3,5, 15 17:5 19:7 20:8, 14,15 21:4,13,23 22:9 23:2 24:2 26:4 27:9,12,21 28:4,8, 15,23 29:3,6,7,10, 17,18,23,24 30:2,15, 22 31:8,14 32:12 34:12,16 35:1,4,5,6, 8,13,18 37:18,24 38:12,20 39:11 40:12,14,21 41:8 42:22 43:11,19 45:15 63:5,9,12 68:20 72:4,10 74:3 79:4,5,9,17 80:14 82:6,22 83:19 84:4, 10,24 85:19 86:4 91:2,3,6,7,12

NDAS 15:5,15 23:14 24:7 30:11,13 37:11 38:11 62:9 88:25 89:10

necessarily 8:8

needed 14:12 15:25 49:11 88:15,22

negative 38:7 63:23,25 64:17 65:18 76:13,14

negativity 63:19,22 64:5 66:13

negotiating 28:14

Newman 4:9 12:24 13:2 17:5 19:20 27:7,11,20 30:1

31:13 34:17 39:15, 22 43:3 45:15 58:1 79:8,16 80:9,11,13

Newman's 48:11

news 46:8,22

nice 67:25 68:8,10 69:21,24

night 57:3,5

Noel 81:19,20

non-attorney 43:10

non-disparagement 56:3 76:1

non-legal 54:21

nondisclosure 15:2,21 36:5 69:9 75:25 78:2

normal 5:14

nos 5:23

note 58:9

notes 50:8

number 19:6 53:9 58:22 81:15 84:16

numerous 73:23 77:17

**O**

oath 4:16 27:5

Obama 48:13 52:16

object 5:24,25 20:25 42:17 51:1 72:6

objecting 91:10

objection 16:10 21:7,18 31:15 34:20 40:2 42:13 46:12 47:4 48:23 50:14 51:7 55:6,9,20,24 58:16 60:3 63:7,20 64:20 65:6,20 66:7 68:2,22 69:5 73:21 74:4,21,25 76:8,18 78:13,24 80:21 82:7 85:21 87:7,19

objections 24:12 35:14 42:25 47:14 56:4,10 76:23

obvious 24:1

Occasionally 46:22

occasions 73:24

offboarding 12:14

offer 54:14

offered 10:19 27:8

office 17:11 18:14 27:5 52:1 62:21 74:16

Omarosa 4:9 12:23 13:2,20 14:21 15:24, 25 16:8 19:20 24:2, 18 29:10,21,23 30:1, 15 31:13 34:11,17 39:4,14,22 43:2 44:20 45:15 48:18 50:20 57:25 58:3 79:8 80:11,13

Omarosa's 29:17 82:24 88:4

onboard 88:25

onboarded 16:3

onboarding 12:14

onboardings 88:21

one-on-one 74:13, 19,24 75:1

online 10:22

onward 7:18

opening 12:16

opinion 31:12 43:14 44:2 66:22,23 68:19 75:13 76:4,13,24 84:9

opinions 31:19 34:10,18 35:3,13,23

order 4:3 20:14 92:2

organization 9:9 22:20 53:19,25 68:17 69:14

outline 36:6 54:7

outlined 37:23

P

p.m. 92:11

package 19:21

paid 16:4 20:14 28:3,5,7,14,17 79:5, 6,9,14 80:11,14 88:21

papers 81:7

paragraph 41:12 43:5 49:15,16 54:7 58:9,20,22 59:16

paragraphs 49:14 52:4

parents 37:24

park 19:1

part 5:21 7:2 17:25 25:23 29:3 48:15 82:19

party 72:18

passed 42:4

past 74:8

Paul 18:5,11

pausing 57:15 90:18

pay 28:21

payment 80:1 89:4

payroll 89:1

pending 5:11

pens 42:7

people 5:13 18:17 19:1,2,3 25:7 26:13, 17 35:21 36:14 38:5, 6,10,25 39:4,10 52:3 70:4,9,20 71:4,11,18 72:23 77:13,15 89:3

performance 11:14 40:18

permanently 36:14

person 13:12 15:5 30:21 37:17 39:19 48:17 62:9 63:24 71:14 73:15 81:2,11 82:21 86:2,6,23

personal 16:23 44:25 45:7 49:23 52:9 72:3,12,14 84:14 86:20

personally 9:16 53:10,19

perspective 13:13

PHILIPS 77:2

Phillips 4:8,18 7:4 8:6,11,12,21 9:5,22 10:5 12:4 14:3,6,10, 13,18 15:13,22 16:16 18:3,13,21,24 19:11 20:7,16,22 21:9,21 22:21 23:12, 24 24:9,17 25:4,13 26:11 27:2,19 28:2, 12,24 29:9 30:10 31:5,21 32:7,19 33:6 34:25 35:5,8,11,17 36:11,23 37:9 38:2, 22 39:8 40:6,15 41:3 42:16 43:15,17 44:4,12,16,19,22 45:2,10,13,21 46:3, 20 47:10,18 48:7 49:13 50:21,25 51:13 52:5,11,20,25 53:5,17 54:1,20 55:2,7,12,17,22 56:1,5,14,23 57:3,7, 11,18 58:21 59:9 60:10,14 61:19,21 62:3,7,16 63:4,10, 16,21 64:4,14,25 65:4,10,11,13 66:2, 12,25 67:1,11,20 68:4,9 69:1,10 70:3, 8,12 71:13 72:7,17, 22 73:3,7,11,25 74:6,23 75:6,23 76:15,21 77:20 78:17 79:7,15,22,24 80:7,18,25 81:5,8,9, 17 82:12,16 83:6,18 84:2,12,20 85:1,6 86:8,15,22 87:12,21 89:12,17,20 90:1,4, 8,17,21 91:13,18,22 92:2,7

phone 27:17 33:25 39:20

physically 33:22

picture 14:14

place 22:1 86:7

places 78:11

plain 70:2

point 5:15,16 13:15 16:18,22 18:22 22:15 73:24 88:20

Index: policies..rope

**policies** 22:1,2

**policy** 39:6

**political** 7:7 34:18
35:2,13,22 36:15
49:23 81:2,11

**popped** 14:4

**portion** 29:12

**posing** 42:1

**position** 43:14

**positive** 67:22,23
68:8

**possession** 14:22,
24

**possibly** 78:15 80:5

**post** 10:16

**potential** 29:14
88:24

**Potentially** 39:20
89:15

**practice** 39:6

**pre** 32:23

**preparation** 29:22
57:10,12

**prepare** 56:24

**prepared** 15:5,7
78:2

**presence** 33:12,22

**presented** 17:12

**presidency** 26:15

**president** 6:21 7:8
11:2,22 12:7 25:20
26:19 27:4 34:19
44:3 52:16 60:11
64:1 65:18 66:16
67:7,13,18 68:1,21
70:17 72:19,20
73:20 75:11

**presidential** 9:4

**pretty** 41:2,4 54:6
62:24 78:6,8

**prevent** 54:15

**pride** 40:17

**prior** 28:6 48:13

**private** 49:19,21

**privilege** 47:4

**privileged** 23:19
83:1

**privy** 30:11 62:23
88:8,11

**problem** 21:20
74:11

**process** 89:6 90:3

**processes** 21:25
22:3

**processing** 12:14

**proclivity** 71:1,18,
20

**produced** 4:14
34:10 48:17

**product** 24:5,24
31:1,16 32:1,16 47:5
54:13 82:8 83:1

**professional** 11:6
35:19 36:13

**profile** 10:22,23,25

**programs** 11:9

**prohibit** 75:12 76:3

**prohibited** 76:6,16,
22,25

**prohibition** 51:16

**projections** 50:5

**promise** 54:10

**pronounce** 16:18

**proper** 73:9

**proprietary** 49:20

**prospective** 50:5

**provide** 11:18 41:7
57:14 74:1

**provided** 25:6
34:14 82:4

**providing** 40:19
73:18

**provision** 59:4,6

**public** 36:25 45:22
46:1 48:15 86:10,14

**publicly** 44:7 54:11
61:3

**pull** 40:8 41:9 56:15

**pure** 42:23

**purpose** 15:15

**purposes** 5:23

**pursuant** 4:2

**pussy** 59:23 60:25

**put** 40:4,10 56:19

—————————
Q
—————————

**question** 5:11,12
8:5 20:21 21:3 28:20
32:10 36:3,19 37:6,8
38:16 39:14 41:1
43:6,8,14,25 44:1
45:20 46:16,18 47:9
48:25 49:4,5 50:14,
24 51:3,11 55:10
56:13 60:7 61:8
64:23 71:8 72:13
73:9,10 75:4,20,24
76:11 77:4,17,25
78:4,19 82:10 85:5,
8,24 86:3

**questions** 29:3
38:21 39:12 44:24
45:5,9 59:8,10,14
72:2 73:23 82:14
86:20 89:21,22,25
90:23 91:9

**quit** 7:6

—————————
R
—————————

**ramifications** 91:7

**range** 11:12

**rape** 70:9,16

**rarely** 17:11

**read** 50:16 56:5

**reading** 35:18 92:3,
10

**realize** 48:4

**reask** 77:4

**reasons** 36:6

**recall** 17:23 79:14
23 23:2 59:4 75:8
78:14 81:22 89:18

**received** 30:9 59:11
80:5

**recess** 57:17 90:20

**recollection** 29:19
59:17 89:19

**recommendation**
39:15

**recommended**
39:10

**record** 4:7 5:4,23
6:8 92:5

**recording** 57:16
90:19 92:8

**records** 48:8 79:25
80:1,4

**recruiter** 10:3

**recruitment** 11:13

**refer** 31:7 58:6

**referred** 60:20 78:5

**referring** 52:4 53:8
60:20 83:25 84:2

**reflection** 57:9

**reform** 80:20,23

**related** 10:21 14:20
15:1 17:4 19:24
26:2,15 30:16 32:23
41:24 49:14 71:15

**relations** 11:15
40:19

**relationships** 50:3

**releasing** 71:21

**relevance** 55:6,9
78:13 85:5

**relevant** 84:11

**remain** 49:21

**remarks** 69:14

**remember** 17:18
32:5 91:3,19

**remotely** 4:2

**repeat** 21:11 27:10,
18 29:25 47:8 75:22
81:7 89:23

**Repeatedly** 44:22

**rephrase** 72:13

**reported** 4:2 31:9

**REPORTER** 4:1

14:2,4,8,11 57:15
79:23 90:18 92:8

**represented** 22:11

**representing** 65:25

**request** 5:10,12

**required** 20:8 21:13
36:7 40:21 42:5
45:15

**requirement** 65:5

**requiring** 35:19

**resource** 74:14

**resources** 11:6
37:10,16 40:16
48:22

**respect** 49:22 89:13

**respondent** 4:15

**responding** 4:15

**response** 5:20

**responsible** 30:18,
20,21 32:12 62:9

**restate** 8:5

**restrict** 87:2

**restricted** 51:5
54:15

**restriction** 37:14

**restricts** 67:25

**restroom** 5:7

**result** 64:18

**revenue** 49:25

**review** 29:22 34:15
38:20 39:1,10,13
58:14

**reviewed** 34:12
88:23

**rid** 82:13,15

**rights** 28:14 86:25
87:2

**road** 23:8 33:9

**role** 15:1,3 41:25
89:7

**room** 14:5 39:21
62:20

**rope** 72:9

**rules** 5:3

**run-on** 48:25

**running** 70:14,17

**Ryan** 4:11 16:14 23:6 42:16 50:22 64:11

**résumé** 10:2,6,22

**résumés** 88:24

**S**

**salaries** 48:9

**salary** 42:9

**sat** 78:1

**save** 21:1

**scale** 11:9

**schedules** 50:7

**school** 10:14,17

**screen** 40:10,11 56:19,21

**seconds** 21:1

**secret** 43:4,20 44:14

**section** 76:1

**seeking** 43:3

**seminar** 74:13

**send** 57:1,12 88:23 89:22

**senior** 11:5

**sense** 42:18

**sentence** 5:19

**separate** 49:17

**service** 27:4 54:9,13 58:24

**session** 74:13

**setting** 33:10

**sex** 71:18

**sexual** 70:21 71:1, 17,20 83:10 85:10, 16 87:3,5,10

**sexually** 83:21 86:4 87:14,17

**share** 9:9 40:10 42:7,8 56:21

**sheets** 50:4

**shortcut** 5:15

**shuffling** 81:7

**sign** 21:4,13,22 22:9 23:2 42:5 45:15 78:10,12,15,21,22 91:17

**signatory** 78:11 89:9,11

**signed** 16:1,8 17:5 19:7 23:14 24:3,18, 19 27:9,21 28:4 29:10,16,18,23 30:2, 3,8,12,15 34:16 35:13,19,21 37:11 40:21,22 55:4 57:25 58:2,5,6 63:24 65:15,24,25 66:1,4,5 69:19 72:18 77:6 78:7,9,10,19,20 79:5,17 80:12,14 86:4,23 91:2,6,16

**signer** 86:25

**signing** 27:12 28:3, 4,8,22 55:16 64:19 79:9 92:10

**silence** 82:13

**silly** 29:2

**similar** 16:8 73:23 82:23

**simple** 70:2

**simply** 43:3

**Sims** 82:18,19

**sit** 29:21 31:12 80:8

**sits** 67:10

**Small** 6:14,18 7:11, 19,20

**somebody's** 69:18 76:12

**someone's** 44:2

**sooner** 90:15

**sought** 75:12

**sound** 8:1 25:20

**Sounds** 90:16

**speak** 35:2 37:24 78:5

**speaking** 12:19

**speaks** 50:16 51:8 55:25 56:12 69:7 75:17

**specific** 72:5 84:10

**specifically** 20:25 36:5 39:5 41:11 84:1

**specificity** 51:14 54:2

**specifics** 89:13

**speculating** 21:22

**speculation** 6:24 8:16 9:24 11:23 15:11,17 17:21 18:8 19:9 20:1,10,18 21:15 22:16 24:4,23 25:12 26:6,21 27:13 28:9,17 30:4,24 31:17,24 32:5 36:1, 16 37:3,21 38:14 41:20 42:15,24 43:22 44:8 45:25 46:13 51:9,19 52:18, 23 53:3,12,21 65:22 66:17 70:5,10 71:5, 24 79:10 80:2 84:25 86:11

**speech** 36:15 48:21 51:4

**spoke** 20:6

**star** 59:22

**start** 4:19 7:20 21:12

**started** 22:24

**state** 6:8

**statement** 43:12 48:24 70:23,24 71:2

**statements** 34:9 50:1 75:13 76:4

**states** 37:25 67:19

**stating** 4:6

**Stern** 44:6,10 71:3, 9,10,15

**Stonerock** 4:11 9:2,6,8,14,16,18, 9:20,24 11:23 15:11, 16 16:10 17:21 18:8, 19 19:9,25 20:10,18, 24 21:7,15,20 22:16 23:7,16 24:4,12,23

25:11 26:6,21 27:13, 23 28:9,16 29:7 30:4,23 31:15,24 32:14 33:3 34:20 35:4,6,9,14,24 36:16 37:2,19 38:13 39:3 40:2,9,23 41:18 42:13,21 43:7,22 44:8,11,15,18,21,23 45:4,11,18,24 46:12 47:3,14 48:2,23 50:14,23 51:7,18 52:8,18,23 53:3,12, 20 54:19,22 55:6,9, 14,20,24 56:4,9,18, 25 57:5,9 58:16 59:2 60:3,13 61:4,13,15, 20,23 62:5,11 63:2, 7,14,20 64:2,10,12, 20 65:2,6,20 66:7, 17,22 67:8,14 68:2, 7,22 69:5,22 70:5,10 71:5,24 72:8,17,21, 25 73:5,9,21 74:4, 21,25 75:16 76:8,18, 23 77:14 78:13,24 79:10,21 80:2,15,21 81:3,6,13 82:7,25 83:12,23 84:5,13,25 85:2,21 86:11,17 87:7,19 89:24 90:2, 6,16 91:10,14,25 92:4

**stops** 36:20

**Stormy** 46:4,11

**straight** 26:4

**strategic** 11:18 40:19

**strategies** 50:4

**strategy** 88:14

**strike** 25:6 33:17 67:23

**students** 51:24 88:20

**stuff** 56:24

**subject** 56:10

**subjects** 84:16

**submitted** 88:22 89:5

**substance** 58:14

**substantially** 16:8

**success** 69:4

**successful** 70:2

**sued** 44:19 48:11

**super** 5:12

**superior** 86:5

**supervisor** 12:20, 21

**supporters** 62:22

**Supreme** 4:3

**surrogate** 19:24 20:1 21:5

**surrogates** 20:5,8

**suspected** 31:8

**sworn** 4:14 6:2 7:8 25:20

**T**

**taking** 59:18 86:7

**talent** 11:14

**talk** 5:13 10:6 36:25 37:14 41:13 59:12,25 60:23 61:2,18 77:12 92:5

**talked** 71:15

**talking** 18:25 19:1 47:23 69:3,12,17 74:7,13 75:9 77:15 85:9

**tape** 61:20,22

**taxes** 50:1

**team** 18:1 25:9,15, 16,19,24 26:2,4,10, 13

**techniques** 50:5

**ten-minute-break** 90:11

**tending** 34:8

**tense** 74:8

**term** 9:21 20:1,19 27:14,24 28:10 30:24 33:4 46:1 50:4,20 53:13,22 54:9 58:23 66:19 72:9 75:1 78:25 83:2 86:13

Riley Reporting & Associates, Inc.

Index: terminated..Zoom

**terminated** 7:5,8

**terms** 4:10 15:8 23:18 29:6 36:9 54:17,20,21,24 55:23 56:2 69:23 72:10 73:22

**terrible** 76:6

**testified** 4:16

**testimony** 21:8,10 58:17 60:13 64:21 73:1 82:5

**thereabouts** 27:5

**thereof** 4:10 29:12

**thing** 10:21 82:13

**things** 17:16 34:7 38:7 48:14 67:25 68:11 71:11 72:14, 16 73:6 77:15 82:15 90:24

**thought** 41:2 89:3

**time** 8:8 11:3 16:12, 18 17:22,23 18:7,9, 15,18,22 19:10 20:5 21:2,16 22:12,17 25:12 26:22 27:22 31:25 32:20 35:21 41:15 50:12 53:14, 22 57:25 66:3,5 70:6 76:20 82:15 88:20 91:23

**timeout** 5:8,11

**times** 33:1,10,11 39:21,23 48:11 54:9 57:6 77:17

**today** 5:5 6:2 29:22, 23 31:13 57:4 67:10 80:8 91:23

**told** 6:5 13:3 22:7

**top** 15:3

**tops** 39:23

**totally** 34:23 35:14

**tour** 88:1

**Tower** 18:16,18

**track** 89:2,3

**train** 73:3,12

**trained** 51:15 72:20, 23 73:1 77:7,8,18 91:3

**training** 51:21 54:4, 6 73:5,14,15,16,17 74:12,19,24 77:9,11, 15

**transcript** 92:1

**transition** 25:9,14, 16,19,23 26:2,4,10, 13

**traveling** 52:2

**travels** 17:11

**treasury** 12:18

**trial** 35:10

**trip** 49:6

**true** 62:14 70:24 71:12 79:21 83:22

**Trump** 7:2,12,13 8:13 9:4,14,17 11:2, 22 12:7 18:16,18 22:20 26:19 27:4 28:25 31:7 32:24 33:2,8,23 35:21 37:11,17 38:3 39:25 41:14,25 42:10,19, 23 43:4,20 44:5 45:16,22 46:10,24, 25 48:1,12 49:20,24 50:8,9 51:15 52:6,12 53:19,25 54:4,11 58:15 59:19,24 60:12,24 62:8,22 63:6,13 64:16,18 66:15 67:3,7,12 68:17,20,21 69:13 70:1,14,19,22 71:17, 19 72:19 73:19 75:11,14 76:3 83:20 84:22 86:25 87:15, 16,23 88:1

**Trump's** 44:13 52:15,21 53:1 69:3 71:16 76:5

**Trumps** 9:13

**truth** 6:2,3,6

**truthful** 84:23

**Truthfully** 84:12

**turn** 27:16 57:24

**TV** 46:21

**type** 88:10

—————

**U**

—————

**uh-huhs** 5:21

**uh-uhs** 5:21

**understand** 6:1,4,5 10:7 12:1,2 20:21 26:24 27:25 28:19 36:2,12,18 37:5,15, 22 38:8,16,17 40:20, 22,25 41:14 43:25 46:15 48:10,19,20 49:3,8 50:10,23 51:11,20 52:3 58:13 60:6,8 61:1,7 62:19 64:22 69:19 71:7 75:19 76:10 77:8 78:6 82:10 85:24 86:24 87:3

**understanding** 11:21 12:9 13:7 15:14,19 20:4 25:8 32:10 35:20 36:14 37:13 39:24 43:18 47:24 61:25 66:3,5, 9,10 75:12 85:25 87:5

**understood** 42:3 55:15 85:1

**United** 67:19

**updated** 11:3

—————

**V**

—————

**vague** 8:3 9:20 13:16 15:12,17 17:22 18:9 19:10,25 20:19 21:16 22:17 25:11,12 26:22 27:14,23 28:10,16 30:23 31:25 33:3 45:25 49:1 50:15 53:13,21,22 61:5 66:19 68:7 69:23 70:6 73:21 74:25 76:19 78:25 80:22 82:9 83:2 86:13 87:8

**ventures** 50:2

**veracity** 62:17

**victory** 25:19

**video** 60:16 61:9,11

**videoconference**

4:2

**Vietnam** 70:22 71:18

**violate** 43:19 84:24 87:18

**violated** 30:19,22, 24 31:13 34:12 82:6

**violating** 59:25

**violation** 31:8

—————

**W**

—————

**wait** 59:21

**waiting** 14:5

**waive** 35:2,12 92:10

**waiving** 35:22 36:14 92:3

**walked** 62:22 91:19, 21

**wanted** 14:11 50:21

**Warrior** 14:5

**waste** 8:7

**watch** 13:22 44:10 46:21,22

**watching** 13:24

**ways** 56:18,23

**week** 23:10

**well-funded** 88:1,5

**whatsoever** 60:11 64:1

**White** 26:14,15,17

**witnesses** 56:24

**women** 42:11,23 43:5,21 44:6 70:21 87:25

**won** 25:17

**wonderful** 69:13

**wondering** 78:18

**word** 42:6 52:13 73:15 77:21

**words** 5:14 31:8 48:14 71:16 76:5

**work** 7:13,17 9:6 17:4 22:14 24:5,24

**worked** 7:12,25 9:9 10:19 22:19 38:6 51:25 71:14 82:20

**working** 13:4,11,18 15:5 20:14 33:7 38:1 90:7

**world** 68:16

**wrangling** 88:19

**wrapping** 90:13

**write** 29:3,11 40:12 89:4

**writing** 38:23 39:17

**writings** 34:10

**written** 22:2,4 49:9

**wrong** 74:16

**wrote** 29:4

**Wyndal** 14:5

—————

**Y**

—————

**years** 5:2 32:22 43:11 59:19 75:9

**York** 10:9 17:10 18:14 69:25 70:9 71:4,11

**you-all** 90:10

**young** 51:24

—————

**Z**

—————

**Zoom** 4:9

**31:1,16 32:1,16 47:5 79:5 81:18,23 82:8, 17 83:1**

Exhibit D

Pages 1..4

Page 1

```
 1                AMERICAN ARBITRATION ASSOCIATION
                        NEW YORK, NEW YORK
 2

 3
 4    DONALD J. TRUMP FOR PRESIDENT, INC.,
      a Virginia not-for-profit corporation,
 5
                Claimant,
 6
      vs.
 7
      OMAROSA MANIGAULT NEWMAN,
 8    an individual,
 9                Respondent.
                                              /
10
11         VIDEO-RECORDED DEPOSITION OF ALAN COBB
12            Taken on Behalf of the Respondent
13
14      DATE TAKEN:   Tuesday, March 9, 2021
        TIME:         10:23 a.m. - 11:44 a.m.
15      PLACE:        By Videoconference
16
17    Examination of the witness taken remotely before:
18                  Elizabeth M. Masters
19               Registered Professional Reporter
20
21
22            RILEY REPORTING & ASSOCIATES
23        1300 Riverplace Boulevard, Suite 610
              Jacksonville, Florida 32207
24                  (904) 358-1615
                 info@rileyreporting.com
25
```

Page 2

```
 1          A P P E A R A N C E S
 2
 3
      APPEARANCE FOR CLAIMANT
 4       (Appearing by Zoom)
 5    RYAN J. STONEROCK, ESQUIRE
            Harder LLP
 6    260 Madison Avenue, Sixteenth Floor
        New York, New York 10016
 7      Rstonerock@HarderLLP.com
 8
 9    APPEARANCES FOR RESPONDENT
         (Appearing by Zoom)
10
      JOHN M. PHILLIPS, ESQUIRE
11    ERICA JACKSON, ESQUIRE
            Phillips & Hunt
12       212 North Laura Street
        Jacksonville, Florida 32202
13      jmp@floridajustice.com
        erica@floridajustice.com
14
15                - - -
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2    Video-recorded deposition of Alan Cobb        Page
 3    Direct Examination by Mr. Phillips
 4                                                    4
 5    Certificate of Oath                            58
 6    Certificate of Reporter                        59
 7    Errata Sheet                                   60
 8    Errata Letter                                  61
 9                    - - -
10
11              RESPONDENT'S INDEX PAGE
12
      Letter  Description                           Page
13
      1       Email                                  18
14
      2       Email                                  18
15
      3       Email                                  21
16
      4       Email                                  24
17
      5       Email                                  27
18
      6       Video Clip                             53
19
      7       Email                                  53
20
21                    - - -
22
23
24
25
```

Page 4

```
 1        COURT REPORTER:  Will all counsel please state
 2    their name and agreement on the record that I may
 3    swear in the witness remotely.
 4        MR. PHILLIPS:  John Philips for Omarosa
 5    Manigault Newman, and, yes, we stipulate that you
 6    can swear in the witness remotely.
 7        MR. STONEROCK:  And Ryan Stonerock on behalf
 8    of claimant, and we agree as well.
 9              ALAN COBB,
10    having been produced and first duly sworn as a witness, and
11    after having responded "I do" to the oath, testified as
12    follows:
13              DIRECT EXAMINATION
14    BY MR. PHILLIPS:
15    Q    Good morning.
16    A    Good morning.  Sorry for the delay.  That was
17    my problem on Eastern versus Central time.
18    Q    No problem.  Happens all the time.  We've got
19    -- we've got the west coaster over there, too, that had
20    to get up even earlier.  I appreciate y'all all
21    accommodating us.
22            Would you please state your full name for the
23    record.
24    A    Alan Cobb.
25    Q    Mr. Cobb, my name is John Phillips.  I
```

1  represent Omarosa Manigault Newman.  Are you familiar
2  with Omarosa?
3      A    Yeah.
4      Q    Okay.  And this is the Alan Cobb that once
5  worked for Donald J. Trump for President, Inc., I
6  assume.
7      A    Correct.
8      Q    Yeah.  So we have the right person.
9           Have you -- when was the last time you had
10 your deposition taken?
11     A    I honestly don't know if I ever have.
12     Q    Okay.  Fair enough.  So I'm going to give you
13 just kind of our ground rules for purposes of today.
14          This isn't a normal conversation because,
15 obviously, you've sworn to tell the truth.  And so
16 unlike normal conversation, we've got to officially
17 take turns.  And we can short-circuit this in -- in,
18 you know, layman's conversation where I kind of
19 anticipate what you're saying, you anticipate what I'm
20 saying.  That's a big no-no in a deposition.
21          Secondly, because you've sworn to tell the
22 truth, if you're speculating, if you're guessing, let
23 us know that you're not quite sure on those facts
24 because we want to -- we want to be clear on the
25 record.  For that reason, uh-huhs and huh-uhs don't

1  quite come out.  We do -- we are -- you know, we are on
2  video, and, you know, this is the universal sign for
3  yes, and most people go uh-huh.  But it's -- it's one
4  of those little things that the judges, you know, shake
5  their finger at.  It's -- you know, we're not clear
6  sometimes.
7           And, finally, if you need to take a break for
8  any reason let us know.  This isn't going to be a big
9  marathon day, I don't think.  If you don't understand
10 anything that -- that I've asked, you know, let me
11 know.  It's absolutely crucial that you understand
12 because we're gonna assume you -- assume you did if you
13 answer the questions.  Are all that -- is all that
14 fair?
15     A    It is fair.
16     Q    Okay.
17     A    Understandable.
18     Q    Okay.  And if you -- if -- like I said, if you
19 need a break, if you need clarification, just let me
20 know; otherwise, I'm just gonna get started and try to
21 get done.  Okay?
22     A    Okay.
23     Q    And don't worry about water.  Take as much as
24 you want, or coffee, or whatever.  You know, don't --
25 we're just gonna try to, you know, be comfortable

1  and get through this.
2           Where are you currently employed?
3      A    I'm employed as the president and CEO of the
4  Kansas Chamber of Commerce.
5      Q    When were you last employed by Donald J. Trump
6  for President, Inc.?
7      A    Well, technically, it was all contract.
8      Q    Okay.
9      A    But it would have gone through, basically, the
10 day after the election, and that would have been
11 potentially November 30th.  I can't recall my exact
12 contract.  No, I was month to month, so probably the
13 end of November.
14     Q    Okay.
15     A    November of '16.
16     Q    Let me -- let me go back.  When did you first
17 work for -- for Mr. Trump, Mr. Trump's family, Mr.
18 Trump's campaign, Mr. Trump's administration, any of
19 the above?
20     A    The contract with the campaign started March
21 1, 2015.
22     Q    What were you contracted to do?
23     A    I was the --
24          MR. STONEROCK:  Vague as to -- vague as to
25 time.

1  BY MR. PHILLIPS:
2      Q    On March 1, 2015, what were you contracted to
3  do?
4      A    Essentially to help the campaign manager,
5  Corey Lewandowski, in anything and everything he needed
6  with the campaign.
7      Q    Okay.  And when did -- when did that contract
8  or, I guess, your final contract with all of the
9  parties that I said, you know, Trump campaign, Trump
10 administration, all of that, when was your final day
11 working for Trump?
12          MR. STONEROCK:  Objection, compound.
13          You can answer if you understand it, Alan.
14          THE WITNESS:  The -- the day -- technically
15 the day after the campaign.  And then I also served
16 in the transition team, which technically would
17 have been working for the -- I think, the federal
18 government.
19 BY MR. PHILLIPS:
20     Q    Right.  Okay.  Did you have any appointed or,
21 I guess, nonappointed positions for the federal
22 government thereafter?
23     A    I did not.
24     Q    Okay.  At what point did -- do you know -- do
25 you know -- have you reviewed the agreement that

1 Omarosa Manigault Newman signed?

2      A    I have.

3      Q    Okay.  Did you sign a similar agreement with

4 the -- with the campaign?

5      A    I did.

6           MR. STONEROCK:  Objection, relevance.

7           You can answer, Alan.

8           THE WITNESS:  I did.

9 BY MR. PHILLIPS:

10     Q    Okay.  And there are going to be objections.

11 And unless -- unless instructed not to answer, just --

12 we're gonna -- you know, you went to law school.  I

13 believe the -- you know, lawyers are gonna make their

14 objections.  We're gonna try to move through.  And if

15 -- if we need those to be ruled on by an arbitrator or

16 a judge, you know, we'll do that down the road.

17     A    I understand.

18     Q    Did you sign more than one of those

19 agreements?

20     A    I do --

21           MR. STONEROCK:  Objection due to relevance.

22      Alan, you can answer.

23           THE WITNESS:  I do not believe so.  I think it

24 was just one.

25 BY MR. PHILLIPS:

1      Q    Okay.  Do you know if it was the same one that

2 Omarosa signed?

3      A    I do not.

4      Q    Okay.

5      A    Hang on.  I'm gonna turn my email off because

6 it's popping emails.  And I should have done this

7 before.  I'm just closing everything here.  It's

8 distracting.  And I'm sure I'll have 150 unread emails.

9           Okay.  Thanks.

10     Q    Give me a little bit of your -- of your

11 educational background, if you will, please.

12     A    Undergraduate from Wichita State University,

13 bachelor's in general studies, master's of government

14 administration from the University of Pennsylvania, law

15 degree from Washburn University School of Law.

16     Q    Have you ever been licensed as a lawyer?

17     A    I am currently licensed, and have been since

18 1992.

19     Q    In what state?  Kansas?

20     A    Kansas.

21     Q    Okay.  Did you provide any, I guess, legal

22 advice related to the subject NDA?

23     A    No.

24     Q    Okay.  Did you provide any edits or -- any

25 edits or revisions of the subject NDA?

1      A    I did not.

2           MR. STONEROCK:  John, do you mean Omarosa's

3 NDA?

4           MR. PHILLIPS:  Yes.

5           MR. STONEROCK:  Okay.

6           THE WITNESS:  No --

7 BY MR. PHILLIPS:

8      Q    Okay.

9      A    -- I did not.

10     Q    Do you know where it came from?

11     A    I do not.

12     Q    Okay.  There's -- what was your working

13 relationship for the -- Koch brothers, the Koch

14 Industries?  Tell me about that, please.

15           MR. STONEROCK:  Vague as to time.

16           You can answer, Alan.

17           THE WITNESS:  I worked for Koch Industries at

18 their headquarters in Wichita from 1996 to '99.

19 Then with Americans for Prosperity, which is a

20 private 5L1-C4, and Americans for Prosperity

21 Foundation, which is a C3, which is assumed or

22 reported as part of the Koch network, but there's,

23 you know, lots of independent funders, that was

24 from 2004 through, gosh, 2012.  And then, in 2013

25 and 2014 worked for the Freedom -- Freedom Partners

1      Chamber of Commerce.

2 BY MR. PHILLIPS:

3      Q    Okay.  I believe it was Michael Cohen -- do

4 you know who Michael Cohen is?

5      A    Yes, I know who he is.

6      Q    Okay.  I believe it was Michael Cohen that

7 indicated at some point that the subject NDA, the NDA

8 that Omarosa signed and some others signed, was either

9 adapted from or acquired from one of the Koch business

10 entities.  Do you know anything about that?

11           MR. STONEROCK:  Objection, lacks foundation,

12 calls for speculation.

13           You can answer, Alan, if you know.

14           THE WITNESS:  Never heard of that --

15 BY MR. PHILLIPS:

16     Q    Okay.

17     A    -- speculation whatsoever.

18     Q    Okay.  Fair enough.

19           As we sit here today, do you know who -- who

20 would have drafted the subject NDA?

21     A    I do not --

22           MR. STONEROCK:  Objection, it calls for

23 attorney work product.

24           You can answer, Alan.

25           THE WITNESS:  I do not know.

**Page 13**

1  BY MR. PHILLIPS:
2      Q    Okay.  Once you've -- I guess once the
3  campaign kicked off, Omarosa had some working capacity;
4  is that a fair statement?
5      A    I'm not aware of any of her work with the
6  campaign until July-August '16.
7      Q    Okay.
8      A    Well after I started.
9      Q    What's a surrogate?
10      A    That's someone who represents the campaign on,
11  typically, television shows.  I suppose it could be
12  radio or podcast or, et cetera.
13      Q    Were surrogates of Donald J. Trump for
14  President, also known as the campaign, compensated?
15      A    I do not know.
16          MR. STONEROCK:  Calls for speculation, lacks
17      foundation, vague as to time.
18  BY MR. PHILLIPS:
19      Q    Okay.
20          MR. STONEROCK:  Alan, you can answer.
21          THE WITNESS:  I have no idea.
22  BY MR. PHILLIPS:
23      Q    Okay.  What is your first understanding of --
24  of when Omarosa was -- was brought in to do something
25  for Donald J. Trump for President?

**Page 14**

1      A    I only became aware of it sometime early July
2  2016.
3      Q    Okay.  And what was she brought in -- were you
4  involved in recruiting her, bringing her aboard,
5  anything like that?
6      A    No.  So I don't know what she was doing prior
7  to -- when I met her.  And I don't recall what her role
8  was or what she did.
9      Q    Okay.  What was your first, I guess -- and I
10  don't mean personal introduction, but what was your --
11  I guess, as best as you can recall, what's your first
12  understanding or recollection that Omarosa Manigault
13  Newman was going to be affiliated in some way with the
14  campaign or the campaign work?
15      A    Probably at the Republican convention where she
16  told me that Paul Manafort had hired her, which, in
17  fact, was not true.
18      Q    What did -- I mean, help me understand that.
19  So -- so you ran into her at the RNC, and she indicated
20  that Manafort had retained her.  In what capacity?
21      A    In some capacity with coalitions,
22  African-American outreach.
23      Q    Okay.  And how did you determine that was
24  untrue?
25      A    Rick Gates called me and made sure I knew that

**Page 15**

1  there was no truth to that whatsoever.
2      Q    Okay.  Why is that significant?
3          MR. STONEROCK:  Objection, calls for
4      speculation, lacks foundation, vague as to the term
5      "significant," misstates his testimony.
6          You -- you can answer, Alan.
7          THE WITNESS:  Can you -- can you repeat the
8      question?  I'm sorry.
9  BY MR. PHILLIPS:
10      Q    Yes.  Sure, sure.
11          You know, I guess, of what significance is
12  that -- was that to you at the time that there was this
13  inconsistency about whether or not Omarosa was -- was
14  retained or -- or brought aboard by Paul Manafort?
15          MR. STONEROCK:  Same objections.
16          Go ahead, Alan.
17          THE WITNESS:  It exposed her dishonesty.
18  BY MR. PHILLIPS:
19      Q    Okay.  It -- so how did that lead to her
20  actually being retained by the campaign?
21      A    As I'm recalling, she stayed in touch with me
22  July, August, and I think it -- other folks, and just a
23  decision was made to -- to bring her on in -- in -- in
24  a capacity --
25      Q    Okay.

**Page 16**

1      A    -- in a coalition thing.
2      Q    Gotcha.
3          I'm gonna experiment with trying to bring up
4  some documents here.
5          MR. PHILLIPS:  I've learned, Mr. Stonerock.
6      Let's see.
7          MR. STONEROCK:  I appreciate that.
8  BY MR. PHILLIPS:
9      Q    Alan Cobb email request, let's see what this
10  is.  Can you see a document on your screen?
11      A    I cannot.  I don't think either of us --
12          MR. STONEROCK:  We can't see it, John.
13          MR. PHILLIPS:  Okay.  Let me try this a
14      different way.
15          THE WITNESS:  I can see something now.
16  BY MR. PHILLIPS:
17      Q    Okay.  Do you see an email?
18      A    Yes.
19      Q    Okay.
20          MR. STONEROCK:  John, can you expand that
21      window?
22          MR. PHILLIPS:  Sure.
23          MR. STONEROCK:  I think that might -- yeah.
24          MR. PHILLIPS:  Is it better?
25          MR. STONEROCK:  Yeah.

Page 17

1 BY MR. PHILLIPS:
2     Q     And ignore the top part.  That's just where it
3 was forwarded to me.
4           But do you recall an email of August 8, 2016
5 to Omarosa Manigault where you indicated, "Can you
6 please complete this ASAP.  I thought this was already
7 on file since you had done some surrogate work for the
8 campaign"?
9     A     Yeah.  Yeah.  I mean, yeah, that's -- that's
10 obviously my -- an email from me.
11    Q     Okay.  And acobb@donaldtrump.com was your
12 email address at the time?
13    A     Correct.
14    Q     Okay.  And, again, as of August 8, what was
15 your understanding of surrogates and NDAs?  Were
16 surrogates under NDAs?
17          MR. STONEROCK:  Objection, compound, calls for
18     speculation, lacks foundation.
19          You can answer if you understand it.
20 BY MR. PHILLIPS:
21    Q     Were surrogates -- were surrogates under NDAs?
22    A     We -- we --
23          MR. STONEROCK:  Same objections.
24          THE WITNESS:  We had virtually -- as I recall,
25     everybody signed NDAs, not just surrogates.

Page 18

1 BY MR. PHILLIPS:
2     Q     Okay.  Are you aware of who -- you know, whose
3 directive that was that everybody should be under an
4 NDA?
5           MR. STONEROCK:  Objection, calls for
6     attorney-client communication, calls for attorney
7     work product.
8           Mr. Cobb, you can answer if you know.
9           THE WITNESS:  I do not.  My direction was from
10    Corey Lewandowski, campaign manager --
11 BY MR. PHILLIPS:
12    Q     Okay.
13    A     -- for -- for mine.
14          MR. STONEROCK:  John, are you gonna mark that
15     as an exhibit?
16          MR. PHILLIPS:  Yeah, we will.
17          MR. STONEROCK:  Okay.
18          MR. PHILLIPS:  We'll mark the -- the first one
19     as Defendant's Exhibit 1 to the deposition.
20          (Respondent's Exhibit 1 was marked for
21     identification.)
22          This will be Defendant's Exhibit 2 to the
23     deposition.
24          (Respondent's Exhibit 2 was marked for
25     identification.)

Page 19

1           And I will provide these to -- to Madam Court
2 Reporter digitally shortly.  They will also be on
3 the video record.
4 BY MR. PHILLIPS:
5     Q     This is a second email from Omarosa, again, to
6 acobb@donaldtrump.com, dated August 24.  It appears
7 this is when she sent her signed agreement to you.
8 Does that appear correct?
9     A     It appears correct.
10    Q     And what would you do with it once you
11 received this?
12    A     As I'm recalling, I believe I would send those
13 to Lucia.
14    Q     Okay.  Castellano?
15    A     Correct.  The HR director.
16    Q     Okay.  What was your role with kind of
17 collecting NDAs or -- or making sure they were -- they
18 were accomplished?  Why were you involved?
19          MR. STONEROCK:  Objection, calls for
20     speculation, lacks foundation.
21          You can answer, Alan.
22          THE WITNESS:  Just for the folks that I was
23     dealing with; that was the only involvement I had.
24     The folks on the campaign, whether it was the
25     primary or post -- post convention.

Page 20

1 BY MR. PHILLIPS:
2     Q     Would you have been Omarosa's supervisor?
3     A     I don't know that Omarosa really had a
4 supervisor.  So I do -- in campaigns you don't really
5 have HR reporting trees like you do in other
6 organizations.
7     Q     Okay.  Let's see here.  Let me stop share and
8 go back.  Two, three.
9           Let's try this one.  I'm going to present what
10 will be labeled defendant's third exhibit.  Let me know
11 when you can see it.  Can you see it?
12    A     I cannot.
13    Q     Let me go back to Zoom and figure out why not.
14 I might have too many windows open.
15    A     Okay, I can see that.
16    Q     Let me expand it for you.
17    A     Yeah, I can see it.
18    Q     Okay.  It appears to be, you know,
19 "Subject" -- again, this will be Defendant's 3.  A
20 message from you, "Subject:  Paperwork!"  And you say,
21 "Thanks for being so patient with us!"
22           And it appears this is the unsigned version,
23 so this is where you forwarded it to Ms. Manigault
24 Newman.  Does that sound -- does that sound and look
25 correct?

Page 21

1    A    It sounds and looks correct.
2         (Respondent's Exhibit 3 was marked for
3    identification.)
4  BY MR. PHILLIPS:
5    Q    Okay.  What did you mean, "Thanks for being so
6  patient with us"?
7    A    I tend to believe that sugar goes further than
8  vinegar.  And, frankly, she had been kind of aggressive
9  on all of this.  And we had some internal
10 conversations, as I'm recalling, whether to even -- to
11 bring her on in an official capacity.
12        So trying to be nice, and we're gonna bring
13 her on, let's set the stage so we're all acting
14 professionally.
15   Q    Okay.  Explain what you mean about -- about, I
16 guess, concerns.
17   A    Oh, I --
18        MR. STONEROCK:  Objection, misstates his
19   testimony.
20 BY MR. PHILLIPS:
21   Q    Explain what you mean about the internal con-
22 -- tell me about the internal conversations you were
23 having.
24   A    How -- there were budget issues, there were --
25 were issues and concerns that other folks who had dealt

Page 22

1  with Omarosa that expressed to me how good of a team
2  player she would be, et cetera.  Is she worth the
3  trouble, frankly?  And I had not, except for a
4  couple -- and I actually knew exactly what they were
5  talking about given my -- my interactions with her
6  where she told me that Manafort had hired her when she
7  [sic] had not.
8    Q    Okay.  Had you met her at this point, by
9  August 24?
10   A    I met her -- the first time I met her was
11 in -- sometime early July at the RNC.
12   Q    Okay.
13   A    That's the first time I had met her.
14   Q    Had you met her -- had you -- had you been in
15 her presence after that?
16   A    Just at the RNC, at the convention.
17   Q    Whose decision was it to bring Ms. Manigault
18 Newman on board?
19        MR. STONEROCK:  Vague as to time, calls for
20   speculation, lacks foundation.
21        You can answer if you understand, Alan.
22        THE WITNESS:  As I'm recalling, just
23   several -- several folks just decided, okay, we
24   can -- she might be an asset to the campaign.
25   Let's bring her on.  I don't know that it was a

Page 23

1  single person who -- who did it.
2  BY MR. PHILLIPS:
3    Q    Had she been doing surrogate work before
4  August 24, 2016 for the campaign?
5    A    I don't know.  One thing I was gonna mention,
6  which I think is relevant, is, of course, there's lots
7  of people that were Trump supporters out on television
8  and radio that weren't necessarily affiliated with the
9  campaign, and I don't know if that was what she was
10 doing prior to our official engagement or not.
11   Q    And just to go back to the -- I guess the
12 prior email.  Nope.  The one before that.  And I
13 thought you were on file -- the -- the August 8 email,
14 "I thought this was already on file since you had done
15 some surrogate work for the campaign."
16        What was your basis of understanding, then,
17 that she had done some surrogate work for the campaign?
18   A    As I'm recalling, I think some folks said she
19 had been out on media talking because of her -- talking
20 about Donald Trump because of her previous
21 relationship.
22        I would say that's probably kind of a
23 euphamism.  A surrogate can have -- have a -- can have
24 a lot of different -- different -- different -- not a
25 lot, but certainly a couple different interpretations.

Page 24

1    Q    Okay.  And then this will be, I believe,
2  Defendant's 4, which is another email dated July 26
3  from acobb@donaldtrump.com to Omarosa.  And it's --
4  it's a chain, so you probably need to go down to the
5  bottom of the chain, which would be --
6        MR. STONEROCK:  John, will this be Exhibit 4?
7        MR. PHILLIPS:  Yes, Defendant's Exhibit 4.
8        (Respondent's Exhibit 4 was marked for
9    identification.)
10 BY MR. PHILLIPS:
11   Q    -- from Omarosa to Alan Cobb.  "Subject:
12 Start Paper Work.
13        "Can you let me know when I will get my NDA
14 and paper work.  Also can you give me an official date
15 to make my announcement.  I want to get the statement from
16 DJT for the statement.
17        "Omarosa."
18        Do you -- do you -- do you -- is this an email
19 sent between you and Omarosa?
20   A    It appears to.  I'm not -- I can't say I
21 recall that specific email.
22   Q    Okay.
23   A    But, yes, that's obviously to me.
24   Q    And at least as of July 25th, does it seem
25 that Omarosa was trying to get paperwork from you or

Page 25

1 the campaign?
2     A    Yes.  I think the relevance would be the date
3 of the RNC, and I just don't remember those dates, if
4 that coincides with that or not.
5     Q    Okay.  And then there appears to be a response
6 the same day:  I inquired via email.  I will be in New
7 York City tomorrow and can inquire.  What are you
8 thinking as to timing?  Next week?  Or maybe have
9 something ready based upon what happens at the DNC?
10         Do you recall that email?
11     A    I recall it because I'm looking at it.  I --
12 obviously, it's been a while.
13     Q    And then the next day Omarosa, I guess, back
14 to you, "Any update in my start paperwork?  Did you
15 speak to Lucia?"
16         And then back to the last segment of this one,
17 "I haven't.  My meetings all delayed.  Will advise."
18         Do you remember anything about this email
19 chain?
20     A    I don't remember.  Maybe the subject, but not
21 the email chain specifically, what -- what are we gonna
22 do with Omarosa?  What are we -- I would -- I had been
23 named coalition director and was trying to get some
24 direction from campaign hierarchy about how we're gonna
25 structure things.

Page 26

1     Q    Okay.  Who would you have been conferring
2 with?  And you indicate, "I inquire via email,"
3 and I'll inquire in -- in -- in New York City.  Who --
4 who would have been your source of contact on these
5 issues?
6     A    As I recall, it would have been Rick Gates.
7     Q    Okay.  And what was Rick Gates's role at the
8 time?
9     A    I don't know what his title was.  He was kind
10 of Paul Manafort's right-hand man.
11     Q    Okay.  At what point was there a transition
12 between Manafort and Lewandowski?
13     A    Well, Manafort was brought on in April to
14 manage the convention and do some of the delegate chase
15 stuff.  Corey was let go June.  I'm not gonna remember
16 the date.  And I don't know if Manafort's title
17 changed, because his title was kind of chair or
18 something.  And titles in campaigns don't mean a lot.
19     Q    Right.
20     A    So I -- but for practical purposes, it would
21 have been after Corey was let go in June.
22     Q    Okay.
23     A    And I don't remember if that was mid-June,
24 late June, early June.  I just don't remember.
25     Q    So by July, certainly, of 2016, Corey

Page 27

1 Lewandowski would not have been the campaign manager
2 for Donald J. Trump for President, Inc.?
3     A    Correct.
4     Q    Did you and Ms. Newman work on any projects
5 together?
6     A    I'm recalling that we worked together on
7 Donald Trump's appearance -- I was trying to get the
8 right word -- appearance at an African-American church
9 in Detroit.
10     Q    Okay.
11     A    Which would have been Labor Day-ish or Labor
12 Day weekend.
13     Q    Who was -- and -- and I've --
14         MR. STONEROCK:  John -- John, I'm sorry to
15 interrupt you.  Do you want him to take a look at
16 this email that you have on the screen?
17         MR. PHILLIPS:  I was getting there.
18         MR. STONEROCK:  Okay.
19         MR. PHILLIPS:  We'll attach it as Plaintiff's
20 5 -- or Defendant's 5.
21         (Respondent's Exhibit 5 was marked for
22 identification.)
23 BY MR. PHILLIPS:
24     Q    Who was -- and I have some questions about it.
25 Who was Laura Hilger?

Page 28

1     A    I do not remember.
2     Q    Okay.  Who was Avrahm Berkowitz?
3     A    As I'm recalling, he worked with Brad Parscale
4 on data -- data, voter data.
5     Q    Okay.  If -- I mean, it looks like from the
6 email -- on the beginning of this email it's s -- Laura
7 Hilger is identified at sclgroup.cc.  Do you know what
8 that is?
9     A    I do not.
10     Q    And at the end, she's got two emails.  One is
11 cambridgeanalytica.org and the other one is
12 sclgroup.cc.  Do you know what Cambridge Analytica is?
13     A    Yeah, it was a -- it's a data firm.  That's
14 probably the extent of my knowledge.
15     Q    Okay.  And it appears -- let me -- it's a
16 six-page email.  It appears that there's -- there's
17 some back -- back and forth about African-American
18 outreach and statistics involving, I guess, a
19 simultaneous email to you and Omarosa Manigault -- at
20 the time Manigault, now -- no Manigault Newman.  Do you
21 recall this -- you know, this project, I guess?
22     A    Kind of vaguely now that I see it.  We were
23 simply looking in the battleground states in
24 African-American communities on normal campaign nuts
25 and bolts, out -- engagement outreach turnout,

**Page 29**

1  and trying to figure out where the African -- the
2  African-American community was in the presidential
3  race.
4      Q   On this aspect of the campaign, did you have
5  any concerns about Ms. Manigault Newman's honesty or
6  integrity?
7      A   No.
8      Q   Can you identify any issue with the campaign
9  other than the Paul Manafort comment where you found, I
10  guess, any impropriety or dishonesty by Ms. Manigault
11  Newman?
12      A   I think when she came on -- no.
13      Q   Okay.
14          MR. STONEROCK:  John, are you going to ask him
15      more questions about this email?  It's just -- it's
16      a little difficult to focus when you're -- when
17      you're scrolling through it, and I think --
18          MR. PHILLIPS:  Yeah, I don't -- it was just
19      kind of a refresh the recollection, trying to
20      understand who the players were involved.
21  BY MR. PHILLIPS:
22      Q   I didn't get -- Mr. Cobb, I didn't get a lot
23  of email produced to me by either my client or the
24  campaign involving my client.  Do you know how much, I
25  guess, email traffic there would have been between you

**Page 30**

1  and Omarosa during the few months she was involved with
2  the campaign?
3      A   I don't think a whole lot.
4          MR. STONEROCK:  Speculation, lacks foundation.
5      I also -- John, I hadn't seen that document
6      produced before on -- from your end.  I presume you
7      got that from your client.  We don't have -- I've
8      never seen that document.  It wasn't produced to
9      us.
10          MR. PHILLIPS:  Well, it doesn't really involve
11      the NDA and -- and all of that.  I mean, I'm happy
12      -- it's -- it's gonna be attached as -- as an
13      exhibit here, and I'll send it to you.
14          MR. STONEROCK:  Understood.
15  BY MR. PHILLIPS:
16      Q   Did you have any conversations with Corey
17  Lewandowski about nondisclosure agreements related to
18  the campaign?
19          MR. STONEROCK:  I'm sorry.  I'm sorry.  I
20      didn't hear that.  Nondisclosure agreements related
21      to what, John?
22          MR. PHILLIPS:  The campaign.
23          THE WITNESS:  All I'm recalling is the folks
24      that we got engaged in the various states that
25      Corey was head, everybody signs an NDA.

**Page 31**

1  BY MR. PHILLIPS:
2      Q   Okay.  Do you know if the NDA Omarosa signed
3  is -- is -- well, let me -- let me ask it this way.
4  Did you have any discussions at the -- at -- at -- you
5  know, while employed by the campaign about whether,
6  essentially, the -- the NDA language, the nondisclosure
7  language, is valid?
8          MR. STONEROCK:  Lacks foundation, calls for a
9      legal conclusion.
10          You can answer if you know.
11          THE WITNESS:  I did not.
12  BY MR. PHILLIPS:
13      Q   I'm gonna play a three-minute clip of Corey
14  Lewandowski talking about the -- the NDAs of the
15  campaign and then after, and then I'll have some
16  questions about it.  So bear with me.  And it's -- it's
17  about three minutes.
18          (Playing of video-recording as follows:)
19          AP REPORTER:  Corey, we've learned a lot in
20      the last few days and weeks about nondisclosure
21      agreements both from the -- on the Trump campaign
22      and the White House and political organizations.
23          So, first, could you say if you've signed a
24      nondisclosure agreement with the president, number
25      one; and then, number two, does the practice of

**Page 32**

1  having nondisclosure agreements by -- particularly
2  for people who serve in the administration, but
3  also on the campaign, undermine the credibility of
4  people who serve on the president's behalf in that
5  they are contractually prohibited from being
6  critical of the president in many of these cases?
7          MR. LEWANDOWSKI:  So when I joined the
8      campaign, which was January of 2015, I actually
9      signed a nondisclosure agreement which was with a
10      precursor to the campaign, just for legal reasons,
11      because the campaign didn't even exist at the time.
12          And as I think you all know, I wrote a book,
13      and there was no pushback on the book.  And I think
14      my book was a very honest assessment of my time on
15      the campaign trail, good, bad, or indifferent.
16          And I -- I was never contacted by the Trump
17      team or the Trump attorneys to say you can't write
18      a book.  You can't do any of these things.  I was
19      -- I was very honest.  I didn't have to submit my
20      book or a proposal or any of those things to them
21      for their review or their consideration.
22          As it relates to a nondisclosure agreement for
23      government employees -- and I'm not an attorney,
24      just to be clear -- I don't know if they're valid
25      whatsoever.  Other than the disclosing of

Page 33

1  classified information -- which is a crime in and
2  of itself and has nothing to do with a
3  nondisclosure agreement -- I don't know how you
4  hold a public employee, a government employee,
5  accountable to a nondisclosure agreement. I don't
6  know if that's enforceable whatsoever. I have no
7  idea.
8       And -- and I think the issue is it has been a
9  long-term business practice of the Trump
10 administration -- of the Trump organization to have
11 nondisclosure agreements. And it's something that
12 they brought to the administration. I don't know
13 who signed them, I don't know who didn't sign them.
14 I've never seen one because I didn't work for the
15 government in any capacity there. But I don't know
16 if they're enforceable.
17      And what I think it is, is probably the
18 president wanting to bring a business executive
19 experience to the government. And that was one of
20 the things that he brought with him, which was this
21 is something that I did in the private sector, and
22 something I am wanting to implement in the
23 government sector. I just don't know if they're
24 enforceable.
25      AP REPORTER: And somebody who signed it and

Page 34

1  is prohibited under a nondisparagement clause from
2  saying anything critical of the president, doesn't
3  that impeach everything else that they say?
4       MR. LEWANDOWSKI: And I don't -- look, I don't
5  know how enforceable any of them are, to be honest
6  with you. Traditionally nondisclosure agreements
7  and noncompete agreements are so that you can't
8  steal business from one company and take it to
9  another company or you have proprietary information
10 as a -- as a business owner that would preclude you
11 from going to a competitor. I don't know how you
12 can stop somebody from saying something that they
13 want to say about somebody.
14      Once you leave the employment of that
15 individual, there are some rules that you've agreed
16 to sign onto when you started the employment. But
17 you do have the right to free speech. You have the
18 -- you do have the right to talk to people. You
19 have the right to publish a book if you want to or
20 -- or say what you want or -- or pen an article. I
21 don't know how you can stop that from happening.
22      And the recourse seems to be through
23 arbitration, is what it seems to be, because I
24 don't think it's a court issue. I think they go to
25 arbitration and try and find a monetary penalty

Page 35

1  which that person would then be responsible for if
2  they were in breach of their nondisclosure
3  agreement.
4       I don't know if that's been successfully used
5  in the past, but we've now seen multiple
6  individuals who have either signed nondisclosure
7  agreements and broken them or completely
8  disregarded them, and so we'll see what the
9  enforcement mechanism is.
10      (End of playing of video-recording.)
11 BY MR. PHILLIPS:
12      Q   Related to that conversation, is there
13 anything that refreshes your recollection about
14 about any conversations you had with Corey Lewandowski
15 about the agreements, nondisclosure agreements,
16 nondisparage agreements, related to the Trump campaign?
17      A   It does not. I'm not recalling having any of
18 those conversations with Corey.
19      Q   Okay.
20      MR. STONEROCK: John, do you know the date of
21 that clip?
22      MR. PHILLIPS: It's -- it's in our motion. I
23 can -- I can pull it for you. It is in our
24 original -- it's -- it's been cited throughout.
25 But I'll get it for you.

Page 36

1  BY MR. PHILLIPS:
2       Q   Mr. Lewandowski talks about pushback. And he
3  said he wrote a book, and he's never had any of the
4  Trump lawyers, government lawyers, or -- or Trump, you
5  know, team Trump, come after him or say anything.
6       Is that your experience as well? Have you had
7  anybody try to enforce your NDA or nondisparage
8  agreement?
9       MR. STONEROCK: Objection, relevance, calls
10 for speculation, lacks foundation, calls for a
11 legal conclusion, calls for attorney-client
12 privileged communications and attorney work
13 product.
14      You can answer, Mr. Cobb, if you know.
15      THE WITNESS: I haven't, but I haven't
16 violated it.
17 BY MR. PHILLIPS:
18      Q   Okay. And given you indicate you haven't
19 violated it, what's your understanding of the
20 nondisparagement provision that you signed?
21      MR. STONEROCK: Objection, calls for a legal
22 conclusion.
23      If you want to ask him about the
24 nondisparagement provision in Ms. Manigault
25 Newman's agreement, go ahead. His agreement's not

Page 37

1   even in front of us.  It has no relevance to this
2   case.  So I'm not sure where you're going with
3   this, John.
4   BY MR. PHILLIPS:
5       Q    Do you know whether your nondisparage
6   agreement is different from the one Omarosa Manigault
7   Newman signed?
8            MR. STONEROCK:  Objection, asked and answered.
9            You can answer again.
10           THE WITNESS:  I do not.  But I have no reason
11       to believe it's different.
12  BY MR. PHILLIPS:
13      Q    Okay.  Assuming if -- if it will -- if you
14  will, that it's the same, what is your understanding
15  of -- of -- you know, Corey Lewandowski was talking
16  about kind of trying to figure out where the line is
17  and where it's enforceable.  And I guess that's what
18  I'm trying to understand.  For somebody that actually
19  presented this to Omarosa Manigault Newman to sign,
20  what your understanding -- and as somebody who signed
21  it themselves, what's your understanding of the
22  nondisparage provisions that -- that -- that you were
23  bound by and you were attempting to get her to be bound
24  by?
25           MR. STONEROCK:  Objection, compound, calls for

Page 38

1       a legal conclusion.
2            You can answer if you understand the question.
3            THE WITNESS:  Don't say bad stuff.
4   BY MR. PHILLIPS:
5       Q    Okay.  Does that include Donald Trump as
6   president of the United States?
7            MR. STONEROCK:  Objection, incomplete
8       hypothetical, calls for speculation, lacks
9       foundation, calls for a legal conclusion, it's
10      vague and ambiguous.
11           You can answer if you understand the question.
12           THE WITNESS:  I would think it -- I think it
13      would.
14  BY MR. PHILLIPS:
15      Q    Okay.  And there's also a term in there about
16  confidential information.  Are you familiar with that?
17      A    Generally.
18      Q    Okay.  Have you been involved with any -- I
19  guess were you personally involved in any corrections
20  or reprimands of anybody or -- or seeking to enforce
21  any of these terms where you individually, on behalf of
22  the campaign, went to somebody and said: You know,
23  you're getting close to the line here either in
24  violating confidential information or nondisparage?
25           MR. STONEROCK:  Objection, calls for

Page 39

1       attorney-client communications and attorney work
2       product privileged information.
3            You can answer.
4            THE WITNESS:  No, not that I'm recalling.
5   BY MR. PHILLIPS:
6       Q    Okay.  How -- I mean, you said "Don't say bad
7   stuff."  You know, is it don't say bad stuff that's
8   untruthful, or don't say bad stuff regardless about --
9   about the people referenced in the agreement?
10           MR. STONEROCK:  Calls for a legal conclusion,
11      incomplete hypothetical, lacks foundation.
12           You can answer if you understand the question,
13      Mr. Cobb.
14           THE WITNESS:  I think it's pretty clear don't
15      say bad stuff, period.
16  BY MR. PHILLIPS:
17      Q    Okay.  Or what?
18           MR. STONEROCK:  Objection, incomplete
19      hypothetical, calls for a legal conclusion, vague
20      and -- vague and ambiguous, lacks foundation.
21           You can answer it, Mr. Cobb, if you understand
22      it.
23           THE WITNESS:  Then it causes a violation of
24      the agreement.
25  BY MR. PHILLIPS:

Page 40

1       Q    Okay.  As we sit here today -- and -- and,
2   obviously, you haven't been with the campaign in a
3   while, so I expect I know this answer -- but do you
4   know how the campaign was damaged by Omarosa Manigault
5   Newman?
6            MR. STONEROCK:  Calls for a legal conclusion,
7       calls for attorney work product privileged
8       information, calls for expert testimony, incomplete
9       hypothetical.
10           You can answer if you understand.
11           THE WITNESS:  I think some of her outrageous
12      comments on some of the national TV shows certainly
13      could be considered damaging.
14  BY MR. PHILLIPS:
15      Q    Okay.  Like what?
16      A    I don't have the transcript --
17           MR. STONEROCK:  Same objections.
18           THE WITNESS:  I don't have the transcript in
19      front of me, but said, it seems to me, lots
20      and lots on her book tour, lots and lots of --
21      there's no other way to classify it -- negative
22      things about Donald Trump.  And I'm not recalling
23      now about family, et cetera, but certainly Donald
24      Trump.
25  BY MR. PHILLIPS:

Page 41

1    Q    Does it matter if those negative things are
2  truthful or not?
3         MR. STONEROCK:  Calls for a legal conclusion,
4  incomplete hypothetical, lacks foundation.
5         You can answer it if you have an opinion, Mr.
6  Cobb.
7         THE WITNESS:  In my opinion, no, it does not.
8  BY MR. PHILLIPS:
9    Q    Have you given speeches?
10   A    I gave a lot of them.
11        MR. STONEROCK:  Objection, vague --
12        MR. PHILLIPS:  You're right, you're right.
13        MR. STONEROCK:  -- about speeches.
14        MR. PHILLIPS:  Of course he has.
15 BY MR. PHILLIPS:
16   Q    Have you given speeches since leaving the
17 Trump campaign about your time on the Trump campaign?
18   A    Not specifically.  Because as the president of
19 the chamber to talk about Kansas economy, et cetera,
20 I'm almost always asked a question about it.
21   Q    Okay.  Do you recall in a speech joking about
22 whether or not Donald Trump could write his own
23 speeches?
24   A    I do not recall anything like that.
25   Q    Okay.  Did you write some of Donald Trump's

Page 42

1  speeches?
2    A    The announcement speech, Corey and I
3  and probably others --
4         MR. STONEROCK:  Objection.
5         Hang on -- hang on one second.
6         John, what's the relevance of this question?
7  Because you're getting into confidential campaign
8  issues that, in my view, frankly, have nothing to
9  do with this case.  And if you -- can you -- if you
10 could articulate for me how this is relevant to --
11 you know, to the case at all, then maybe I'll let
12 him answer it; otherwise, I'm gonna have to, you
13 know, instruct him not to answer it.
14        MR. PHILLIPS:  I mean, I've got a 45-minute
15 clip I'm trying to -- to -- to not necessarily go
16 through.  Let's see.
17 BY MR. PHILLIPS:
18   Q    Do you recall speaking -- let me find it here.
19 Do you recall speaking before the Wichita Pachyderm
20 Club?
21   A    I do.
22   Q    Okay.  Do you recall saying anything negative
23 about Donald Trump in that speech?
24   A    I do not.
25   Q    If you did, would you feel that you were in

Page 43

1  breach of the agreement you signed?
2         MR. STONEROCK:  Objection, misstates his
3  testimony, calls for a legal conclusion, incomplete
4  hypothetical, also irrelevant to this case.
5  BY MR. PHILLIPS:
6    Q    You can answer.
7    A    Repeat the question.
8    Q    Yeah.  I asked if you recalled giving a
9  speech.  You said you did.  And I said:  Do you recall
10 giving anything negative, and you said you didn't.  I
11 said:  If you did, would you have been in breach of the
12 agreement?
13        MR. STONEROCK:  Objection, calls for a legal
14 conclusion, incomplete hypothetical, totally
15 irrelevant to this case.
16        Mr. Cobb, you can answer if you understand.
17        THE WITNESS:  I don't -- yeah, I guess I'm not
18 understanding the relevance.
19        MR. PHILLIPS:  Selective enforcement,
20 selective enforcement is the relevance.
21 BY MR. PHILLIPS:
22   Q    Isn't it -- isn't it true that Donald Trump
23 commonly selectively enforces this agreement?
24   A    I --
25        MR. STONEROCK:  Objection, calls for

Page 44

1  speculation, lacks foundation, vague and ambiguous
2  as to selectively enforce, incomplete hypothetical.
3         You can answer if you understand, Alan.
4         THE WITNESS:  I have -- I have no idea.
5  BY MR. PHILLIPS:
6    Q    Okay.  Do you know of others where this
7  agreement has been enforced?  Have you -- have you been
8  involved in any other cases?
9    A    I have not.
10   Q    Okay.  Would it -- so let's take, for example,
11 the -- the Access Hollywood incident.  Donald Trump's
12 walking around with Billy Bush.  A recording is made
13 where Donald Trump says:  I don't even wait.  And when
14 you're a star, they let you do it.  You can do
15 anything.  Grab them by the pussy.  You can do
16 anything.  Excuse my language there.
17        So is it your understanding under the
18 agreement that somebody couldn't have a -- somebody who
19 signed the agreement couldn't have that conversation,
20 couldn't talk about that?
21        MR. STONEROCK:  Objection, calls for a legal
22 conclusion, incomplete hypothetical, lacks
23 foundation.
24        You can answer if you understand the question,
25 Mr. Cobb.

Page 45

1       I think he's frozen.
2       THE WITNESS:  Ryan --
3       MR. STONEROCK:  Okay.  You're back, Alan.
4   Your video was --
5       THE WITNESS:  I'm sorry.  I'm getting an
6   Internet -- I'm getting an Internet connection
7   unstable, which I'm showing I have plenty of
8   strength on my home Wi-Fi.
9       I think conversations are vastly different
10  than being in a public forum of some kind.
11  BY MR. PHILLIPS:
12      Q    Why so?
13      MR. STONEROCK:  Objection, calls for a legal
14  conclusion, incomplete hypothetical.
15      You can answer if you understand it, Alan.
16      THE WITNESS:  I don't -- it's very clear
17  they're just different.
18  BY MR. PHILLIPS:
19      Q    Are they different under the agreement?
20      MR. STONEROCK:  Objection, calls for a legal
21  conclusion, incomplete hypothetical.
22      You can answer if you understand.
23      THE WITNESS:  I'd have to have the agreement
24  in front of me and look at each word, each -- each
25  of the clauses of the agreement.

Page 46

1   BY MR. PHILLIPS:
2       Q    I'm wondering if I can enable you to scroll.
3   Can you scroll?  Probably not.
4       A    No.
5       MR. STONEROCK:  John, there -- there is a way
6   you can do it.
7       MR. PHILLIPS:  I think I saw it when I
8   started.
9       MR. STONEROCK:  So -- so, Alan, if you go
10  under View Options at the top of your screen --
11      THE WITNESS:  Yes.
12      MR. STONEROCK:  -- and go down to Request
13  Remote Control, I think if you do that it allows --
14  it would allow --
15      MR. PHILLIPS:  Oh, I can do it.  Give
16  Mouse/Keyboard Control to Alan Cobb.
17      MR. STONEROCK:  Yeah, there you go.
18      THE WITNESS:  Oh, great, now my mouse is . . .
19  BY MR. PHILLIPS:
20      Q    Let's see.  Let me see if I can get back here.
21      A    It says I'm controlling your screen.
22      Q    And I'm trying to get back to Zoom so we're --
23  let me stop share.  Let me start over for a second.
24      MR. STONEROCK:  John, can we take a break for
25  just two minutes?

Page 47

1       MR. PHILLIPS:  Yeah.  We've -- we've gone an
2   hour.  Let's -- let's take a -- just take five.
3       MR. STONEROCK:  Okay.  Great.
4       (Break from 11:16 a.m. to 11:24 a.m.)
5   BY MR. PHILLIPS:
6       Q    Is there something allowing you control now,
7   Mr. Cobb?
8       A    Oh, hang on.  Okay.  It says "Give Up Remote."
9   Oh, yeah.  So it's working.
10      Q    You've got my computer.  So if you scroll
11  down, this should be the Agreement.  And then there's,
12  as you get into, I believe, page 1 -- so go up -- page
13  1 is disparagement, page 2 is confidential information.
14      Let me ask this question.  What was your
15  understanding of what was -- what did the campaign -- I
16  mean, were there any conversations you were a part of
17  where the campaign defined or discussed what
18  confidential information was sought to be protected by
19  the subject agreement?
20      MR. STONEROCK:  Objection, calls for legal
21  conclusion, calls for attorney-client
22  communications and attorney-client work product
23  information, the document speaks for itself.
24      John, as you know, there is a definition of
25  confidential information in the document.

Page 48

1       But, Alan, if you've had any conversations
2   with nonlawyers about the meaning of confidential
3   information, you can testify.
4       THE WITNESS:  I'm not recalling I had any of
5   those conversations.
6   BY MR. PHILLIPS:
7       Q    Okay.  The same question as to the
8   nondisparage language on page 2.
9       A    I'm not recalling that.
10      MR. STONEROCK:  Same objection.
11      THE WITNESS:  Yeah, I'm not recalling any
12  conversations.
13  BY MR. PHILLIPS:
14      Q    Okay.  So where we were before the break was
15  there's a topic at hand involving the president of the
16  United States, and I -- we were trying to distinguish
17  whether somebody who worked for the campaign could talk
18  about it amongst their friends or to a national
19  audience, and it -- you -- you indicated you -- you
20  would like to review the agreement to determine your
21  answer for that, I believe.
22      A    Yeah.
23      MR. STONEROCK:  Objection, it misstates his
24  testimony, calls for a legal conclusion.
25      I'm not sure I understand the question.  But

1  you can answer it if you understand, Alan.

2  THE WITNESS: I think there's something in

3  here that talks about public disclosure or has a

4  definition. But this -- the scrolling is a little

5  clunky. And I would have to look at it whether

6  it's on the confidential or disparagement or both.

7  MR. STONEROCK: The disparagement provision,

8  Alan, if you scroll up --

9  THE WITNESS: Oh.

10  MR. STONEROCK: -- it's paragraph 2, I

11  believe.

12  THE WITNESS: Okay. Gosh durn it, it's

13  scrolling too fast.

14  MR. STONEROCK: And I'm just gonna object.

15  It, you know, calls for a legal conclusion, the

16  document speaks for itself.

17  But if you have an understanding, Alan, you

18  can testify as to it.

19  THE WITNESS: It does speak for itself, and it

20  says "disparage publicly."

21  BY MR. PHILLIPS:

22  Q   Were there any conversations you were involved

23  as to what publicly meant with regard to this

24  agreement?

25  MR. STONEROCK: Objection, calls for

1  attorney-client privileged communication and work

2  product, attorney work product, information.

3  To the extent, Alan, you've had any

4  conversations with nonattorneys, you can answer it.

5  THE WITNESS: I'm not recalling any of those

6  conversations.

7  BY MR. PHILLIPS:

8  Q   Okay. Did you do any -- did you have any

9  discussions with Omarosa Manigault Newman about this

10  agreement other than: Hey, we need it signed. Here it

11  is. Sign it?

12  A   Not that I'm recalling.

13  Q   Did you give any training to anyone at the

14  campaign about this agreement?

15  MR. STONEROCK: Objection, vague and ambiguous

16  as to the term "training."

17  You can answer.

18  THE WITNESS: There was no training. Again,

19  the words are pretty clear what it means.

20  BY MR. PHILLIPS:

21  Q   Okay. I'm gonna sever your -- your ability to

22  control my laptop.

23  A   Okay.

24  Q   Nothing personal. We're just done with that.

25  Bear with me one second and let my ask my

1  associate a question. The problem is we used the break

2  for an actual bathroom break, so we didn't get a chance

3  to chat.

4  So, Mr. Cobb, is there anything -- so,

5  obviously, I don't want to know, nor can I know -- you

6  know this -- about any preparation that you had for

7  this deposition. But what -- aside from that, what was

8  your understanding -- or what is your understanding of

9  your involvement in this matter, Donald J. Trump for

10  President, Inc. versus Omarosa Manigault Newman?

11  MR. STONEROCK: Calls for a legal conclusion,

12  calls for speculation, lacks foundation, calls for

13  attorney-client communications and attorney work

14  product information.

15  Mr. Cobb is a witness in the case. I'm not

16  sure what you're getting at, John. Perhaps you

17  could be a little bit more specific.

18  MR. PHILLIPS: Certainly.

19  BY MR. PHILLIPS:

20  Q   Well, let me back up this way. Do you -- do

21  you expect -- if there's a trial of this matter, do you

22  expect to testify?

23  MR. STONEROCK: Same objections.

24  You can answer if you -- if you have any

25  expectation, Mr. Cobb.

1  THE WITNESS: I have put zero thought into

2  that.

3  BY MR. PHILLIPS:

4  Q   Okay. And I guess you -- you were listed as a

5  witness for the plaintiffs, and, you know, with that

6  there was no indicated testimony. And what I'm trying

7  to understand is, is there anything that -- that you --

8  you believe you can contribute to defendant's

9  understanding of why you were on a witness list as we

10  sit here today?

11  MR. STONEROCK: Objection, calls for a legal

12  conclusion, calls for attorney-client

13  communications, calls for attorney work product

14  information, calls for speculation, lacks

15  foundation.

16  You can answer if you have an understanding,

17  Mr. Cobb.

18  THE WITNESS: Because I was the one who

19  facilitated the signing of the NDA.

20  BY MR. PHILLIPS:

21  Q   Okay. What do you mean by that?

22  A   Well, I think it means what it means. Just

23  the email -- the -- the email correspondence you've

24  already seen, and I was the one who sent it to her

25  and was the one communicating with her that she needs

Page 53

1  to get this signed.
2      Q    Okay.  Do you know if she was compensated at
3  all by the campaign prior to signing the agreement?
4      A    I do not, no.
5      Q    Bear with me.  I'm wrapping up.  So I'm just
6  trying to skip over some stuff so we can all go about
7  our days.
8          Let me go quickly scan one more email to
9  myself, and it will be my last five minutes.
10     A    Okay.
11     Q    I'll be right back.
12         MR. STONEROCK:  We'll come back in, what,
13     three minutes, John?
14         MR. PHILLIPS:  Sounds good.
15         MR. STONEROCK:  Okay.
16         (Break from 11:34 a.m. to 11:38 a.m.)
17  BY MR. PHILLIPS:
18     Q    Let me go through one more email, which, I
19  think, will be Defendant's 6.
20         MR. STONEROCK:  I think it's 7, John --
21         MR. PHILLIPS:  7.
22         MR. STONEROCK:  -- because the Lewandowski clip
23     will be 6.
24         MR. PHILLIPS:  That's right.  That's right.
25         (Respondent's Exhibits 6 and 7 were marked for

Page 54

1      identification.)
2  BY MR. PHILLIPS:
3      Q    Can you see it?
4      A    Yes.
5      Q    And I'm -- I'm gonna go -- let's see.  August
6  5, July 28.  I'm gonna start at the bottom.  And just
7  let me know if you need any context.  Some of this
8  doesn't involve you, which is why I didn't have it
9  scanned in.  But you -- you -- you have become involved
10  at some point.  So --
11     A    Sure.
12     Q    -- there's an email which we'll attach as
13  Defendant's 7, on Monday, July 18, where it appears
14  Omarosa wrote, "Hi, Lucia, Lucia I am sending the info
15  you requested and I am cc'ing Alan Cobb on all this.
16  He is the contact for this, not Paul's office.  Sorry
17  for any confusion.
18         "Also I understand about the urgency of the
19  NDA.
20         "Here is my address."
21         Again, on July 18 -- I guess, do you remember
22  this email?  Do you have an independent recollection?
23     A    I do not.
24     Q    Does this refresh your recollection about any
25  of the material facts therein?

Page 55

1         MR. STONEROCK:  Objection, lacks foundation,
2      vague as to material facts therein.
3             You can answer if you understand, Mr. Cobb.
4         THE WITNESS:  That one particular email that's
5      on the screen doesn't refresh my memory in any way.
6  BY MR. PHILLIPS:
7      Q    Okay.  Then we move from July 18 to July 28.
8  Who was Jason Miller at the time?  What was his
9  capacity?
10     A    Some spokesperson of some kind officially on
11  the campaign.
12     Q    Okay.  And it appears Miller wrote --
13  Mr. Miller wrote Omarosa, "Want to talk about
14  formalizing your role."
15         And then it's a communication between Omarosa
16  and Jason Miller:  Did you get my cell?  Before I am
17  headed to the RNC event wanted to reach out.  Didn't
18  want to miss your call.  Can you talk now?
19         And then Mr. Miller responds back to Omarosa:
20  I'm about 15 minutes from being able to call.
21  Finishing with DJT -- finishing with DJT before he has
22  to leave.
23         And then we go to August 5 from Omarosa to
24  Paul Manafort:  Morning, Paul, I had a productive
25  conversation with Jason last week.  I am writing to see

Page 56

1  who will be processing my paperwork.  I was originally
2  connected with Lucia to do my NDA and other paperwork
3  (see below email).  Not sure who the new HR person is
4  now.  Can you please let me know -- or can you -- can
5  you please let me connect -- can you please let me
6  connect me to the proper person.  Omarosa.
7         I guess the -- the -- the reason that I bring
8  this is there is some interplay apparently before the
9  campaign involving Paul Manafort.  Do you have an -- do
10  you have any knowledge of whether Ms. Manigault Newman
11  had a conversation with Mr. Manafort about her
12  involvement with the campaign before the RNC?
13         MR. STONEROCK:  Objection, calls for
14     speculation, lacks foundation.
15             You can answer if you know, Mr. Cobb.
16         THE WITNESS:  I'm not aware of any such
17     conversation.
18  BY MR. PHILLIPS:
19     Q    Okay.  Do you know whether it did or it didn't
20  happen?
21     A    I do not.
22     Q    Who maintains -- did you maintain your email
23  from your time at the campaign?
24         MR. STONEROCK:  Objection, vague as to time,
25     and also vague and ambiguous as to maintain.

Pages 57..60

Page 57

1        You can answer, Mr. Cobb, if you know.
2        THE WITNESS:  I did not.
3 BY MR. PHILLIPS:
4     Q    Okay.  Do you know if the campaign has the
5 emails you sent and received while employed by the
6 campaign or contracted by the campaign?
7        MR. STONEROCK:  Calls for speculation, lacks
8 foundation.
9        You can answer, Mr. Cobb.
10       THE WITNESS:  I do not know.
11       MR. PHILLIPS:  That's all I have.  Thank you
12 for your time today.
13       THE WITNESS:  Thank you.
14       MR. STONEROCK:  John?
15       MR. PHILLIPS:  Yeah.
16       MR. STONEROCK:  Could we go off the record for
17 a minute?
18       MR. PHILLIPS:  Sure.
19       MR. STONEROCK:  And, Beth, we are going to
20 order a copy of the transcript and, also, a copy of
21 the video.
22       (Off-the-record discussion.)
23       (Witness excused.)
24       (The deposition was concluded at 11:44 a.m.)
25            - - -

Page 58

CERTIFICATE OF OATH

1
2 STATE OF FLORIDA   )
3 COUNTY OF DUVAL    )
4
5      I, ELIZABETH M. MASTERS, hereby certify that the
6 witness named herein appeared remotely before me on March
7 9, 2021, produced a Kansas Driver's License as
8 identification, and was duly sworn.
9           DATED this 28th day of March 2021.
10
11
12           /s/ Elizabeth M. Masters
             ELIZABETH M. Masters, RPR
             Notary Public - State of Florida
13           My Commission No. GG 987462
             Expires:  June 4, 2024   Riley Reporting & Associates, Inc.
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

C E R T I F I C A T E

1
2 STATE OF FLORIDA   )
3 COUNTY OF DUVAL    )
4      I, ELIZABETH M. MASTERS, RPR, Notary Public,
5 State of Florida at Large, certify that I was authorized to
6 and did remotely stenographically report the video-recorded
7 deposition of ALAN COBB; that a review of the transcript
8 was requested; and that the transcript is a true and
9 complete record of my stenographic notes.
10      I further certify that I am not a relative,
11 employee, attorney or counsel of any of the parties, nor am
12 I a relative or employee of any of the parties' attorney or
13 counsel connected with the action, nor am I financially
14 interested in the action.
15      Dated this 28th day of March 2021.
16
17
18           /s/ Elizabeth M. Masters
19           ELIZABETH M. MASTERS, RPR
20
21
22
23
24
25

Page 60

E R R A T A   S H E E T

1
2 DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW
3 IN RE:  DONALD J. TRUMP FOR PRESIDENT, INC. v. OMAROSA
4 MANIGAULT NEWMAN
5 PAGE  LINE  CHANGE              REASON
6 ____  ____  _____     _____
7 ____  ____  _____     _____
8 ____  ____  _____     _____
9 ____  ____  _____     _____
10 ____  ____  _____     _____
11 ____  ____  _____     _____
12 ____  ____  _____     _____
13 ____  ____  _____     _____
14 ____  ____  _____     _____
15 ____  ____  _____     _____
16 ____  ____  _____     _____
17 ____  ____  _____     _____
18 ____  ____  _____     _____
19 ____  ____  _____     _____
20 ____  ____  _____     _____
21      "Under penalties of perjury, I declare that I
       have read the foregoing document and that the facts stated
22 in it are true."
23
24 DATE                           ALAN COBB
25

```
 1              RILEY REPORTING & ASSOCIATES
        1301 Riverplace Boulevard, Suite 610
 2             Jacksonville, Florida 32207
                     (904) 358-1615
 3                info@rileyreporting.com
 4
 5   March 28, 2021
 6   RYAN STONEROCK, ESQUIRE
     Harder LLP
 7   260 Madison Avenue, Sixteenth Floor
     New York, New York 10016
 8
 9   RE:  Donald J. Trump for President, Inc. vs. Omarosa
          Manigault Newman
10        Deposition of:  Alan Cobb
11
     Dear Mr. Stonerock:
12
     This letter is to notify you that the transcript of Mr.
13   Cobb's deposition that was taken on March 9, 2021 is now
     ready for his review.
14
     Please have Mr. Cobb read your copy of his deposition
15   transcript that was emailed to you.  Upon execution of the
     attached Errata Sheet, if you would please provide a copy
16   to Mr. Phillips.
17   Thank you for your assistance.
18
     Sincerely,
19
     /s/ Elizabeth M. Masters
20
     Elizabeth M. Masters, RPR
21
22
     cc: John M. Phillips, Esquire
23       jmp@floridajustice.com
         erica@floridajustice.com
24
25
```

Riley Reporting & Associates, Inc.

**1**

**1** 7:21 8:2 18:19,20 47:12,13
**11:16** 47:4
**11:24** 47:4
**11:34** 53:16
**11:38** 53:16
**11:44** 57:24
**15** 55:20
**150** 10:8
**16** 7:15 13:6
**18** 54:13,21 55:7
**1992** 10:18
**1996** 11:18

**2**

**2** 18:22,24 47:13 48:8 49:10
**2004** 11:24
**2012** 11:24
**2013** 11:24
**2014** 11:25
**2015** 7:21 8:2 32:8
**2016** 14:2 17:4 23:4 26:25
**24** 19:6 22:9 23:4
**25th** 24:24
**26** 24:2
**28** 54:6 55:7

**3**

**3** 20:19 21:2
**30th** 7:11

**4**

**4** 24:2,6,7,8
**45-minute** 42:14

**5**

**5** 27:20,21 54:6 55:23
**5L1-C4** 11:20

**6**

**6** 53:19,23,25

**7**

**7** 53:20,21,25 54:13

**8**

**8** 17:4,14 23:13

**9**

**99** 11:18

**A**

**a.m.** 47:4 53:16 57:24
**ability** 50:21
**aboard** 14:4 15:14
**absolutely** 6:11
**Access** 44:11
**accommodating** 4:21
**accomplished** 19:18
**accountable** 33:5
**acobb@ donaldtrump.com** 17:11 19:6 24:3
**acquired** 12:9
**acting** 21:13
**actual** 51:2
**adapted** 12:9
**address** 17:12 54:20
**administration** 7:18 8:10 10:14 32:2
33:10,12
**advice** 10:22
**advise** 25:17
**affiliated** 14:13 23:8
**African** 29:1
**African-american** 14:22 27:8 28:17,24 29:2
**aggressive** 21:8
**agree** 4:8
**agreement** 4:2 8:25 9:3 19:7 31:24 32:9, 22 33:3,5 35:3 36:8, 25 37:6 39:9,24 43:1,12,23 44:7,18, 19 45:19,23,25 47:11,19 48:20 49:24 50:10,14 53:3
**agreement's** 36:25
**agreements** 9:19 30:17,20 31:21 32:1 33:11 34:6,7 35:7, 15,16
**ahead** 15:16 36:25
**Alan** 4:9,24 5:4 8:13 9:7,22 11:16 12:13, 24 13:20 15:6,16 16:9 19:21 22:21 24:11 44:3 45:3,15 46:9,16 48:1 49:1,8, 17 50:3 54:15
**allowing** 47:6
**ambiguous** 38:10 39:20 44:1 50:15 56:25
**Americans** 11:19, 20
**Analytica** 28:12
**announcement** 24:15 42:2
**anticipate** 5:19
**AP** 31:19 33:25
**apparently** 56:8
**appearance** 27:7,8
**appears** 19:6,9 20:18,22 24:20 25:5 28:15,16 54:13 55:12
**appointed** 8:20
**April** 26:13
**arbitration** 34:23,25
**arbitrator** 9:15
**article** 34:20
**articulate** 42:10
**ASAP** 17:6
**aspect** 29:4
**assessment** 32:14
**asset** 22:24
**associate** 51:1
**assume** 5:6 6:12
**assumed** 11:21
**Assuming** 37:13
**attach** 27:19 54:12
**attached** 30:12
**attempting** 37:23
**attorney** 12:23 18:6 32:23 36:12 39:1 40:7 50:2 51:13 52:13
**attorney-client** 18:6 36:11 39:1 47:21,22 50:1 51:13 52:12
**attorneys** 32:17
**audience** 48:19
**August** 15:22 17:4, 14 19:6 22:9 23:4,13 54:5 55:23
**Avrahm** 28:2
**aware** 13:5 14:1 18:2 56:16

**B**

**bachelor's** 10:13
**back** 7:16 20:8,13 23:11 25:13,16 28:17 45:3 46:20,22 51:20 53:11,12 55:19
**background** 10:11
**bad** 32:15 38:3 39:6, 7,8,15
**based** 25:9
**basically** 7:9
**basis** 23:16
**bathroom** 51:2
**battleground** 28:23
**bear** 31:16 50:25 53:5
**beginning** 28:6
**behalf** 4:7 32:4 38:21
**Berkowitz** 28:2
**Beth** 57:19
**big** 5:20 6:8
**Billy** 44:12
**bit** 10:10 51:17
**board** 22:18
**bolts** 28:25
**book** 32:12,13,14, 18,20 34:19 36:3 40:20
**bottom** 24:5 54:6
**bound** 37:23
**Brad** 28:3
**breach** 35:2 43:1,11
**break** 6:7,19 46:24 47:4 48:14 51:1,2 53:16
**bring** 15:23 16:3 21:11,12 22:17,25 33:18 56:7
**bringing** 14:4
**broken** 35:7
**brothers** 11:13
**brought** 13:24 14:3 15:14 26:13 33:12, 20
**budget** 21:24
**Bush** 44:12
**business** 12:9 33:9, 18 34:8,10

**C**

**C3** 11:21

Riley Reporting & Associates, Inc.

Index: call..disparage

**call** 55:18,20
**called** 14:25
**calls** 12:12,22 13:16
15:3 17:17 18:5,6
19:19 22:19 31:8
36:9,10,11,21 37:25
38:8,9,25 39:10,19
40:6,7,8 41:3 43:3,
13,25 44:21 45:13,
20 47:20,21 48:24
49:15,25 51:11,12
52:11,12,13,14
56:13 57:7
**Cambridge** 28:12
**cambridgeanalytic
a.org** 28:11
**campaign** 7:18,20
8:4,6,9,15 9:4 13:3,
6,10,14 14:14 15:20
17:8 18:10 19:24
22:24 23:4,9,15,17
25:1,24 27:1 28:24
29:4,8,24 30:2,18,22
31:5,15,21 32:3,8,
10,11,15 35:16
38:22 40:2,4 41:17
42:7 47:15,17 48:17
50:14 53:3 55:11
56:9,12,23 57:4,6
**campaigns** 20:4
26:18
**capacity** 13:3
14:20,21 15:24
21:11 33:15 55:9
**case** 37:2 42:9,11
43:4,15 51:15
**cases** 32:6 44:8
**Castellano** 19:14
**cc'ing** 54:15
**cell** 55:16
**Central** 4:17
**CEO** 7:3
**cetera** 13:12 22:2
40:23 41:19
**chain** 24:4,5 25:19,
21
**chair** 26:17
**chamber** 7:4 12:1
41:19

**chance** 51:2
**changed** 26:17
**chase** 26:14
**chat** 51:3
**chosen** 34:15
**church** 27:8
**cited** 35:24
**City** 25:7 26:3
**claimant** 4:8
**clarification** 6:19
**classified** 33:1
**classify** 40:21
**clause** 34:1
**clauses** 45:25
**clear** 5:24 6:5 32:24
39:14 45:16 50:19
**client** 29:23,24 30:7
**clip** 31:13 35:21
42:15 53:22
**close** 38:23
**closing** 10:7
**Club** 42:20
**clunky** 49:5
**coalition** 16:1 25:23
**coalitions** 14:21
**coaster** 4:19
**Cobb** 4:9,24,25 5:4
16:9 18:8 24:11
29:22 36:14 39:13,
21 41:6 43:16 44:25
46:16 47:7 51:4,15,
25 52:17 54:15 55:3
56:15 57:1,9
**coffee** 6:24
**Cohen** 12:3,4,6
**coincides** 25:4
**collecting** 19:17
**comfortable** 6:25
**comment** 29:9
**comments** 40:12
**Commerce** 7:4 12:1

**commonly** 43:23
**communicating**
52:25
**communication**
18:6 50:1 55:15
**communications**
36:12 39:1 47:22
51:13 52:13
**communities** 28:24
**community** 29:2
**company** 34:8,9
**compensated**
13:14 53:2
**competitor** 34:11
**complete** 17:6
**completely** 35:7
**compound** 8:12
17:17 37:25
**computer** 47:10
**con-** 21:21
**concerns** 21:16,25
29:5
**concluded** 57:24
**conclusion** 31:9
36:11,22 38:1,9
39:10,19 40:6 41:3
43:3,14 44:22 45:14,
21 47:21 48:24
49:15 51:11 52:12
**conferring** 26:1
**confidential** 38:16,
24 42:7 47:13,18,25
48:2 49:6
**confusion** 54:17
**connect** 56:5,6
**connected** 56:2
**connection** 45:6
**consideration**
32:21
**considered** 40:13
**contact** 26:4 54:16
**context** 54:7
**contract** 7:7,12,20

8:7,8
**contracted** 7:22 8:2
57:6
**contractually** 32:5
**contribute** 52:8
**control** 46:13,16
47:6 50:22
**controlling** 46:21
**convention** 14:15
19:25 22:16 26:14
**conversation** 5:14,
16,18 35:12 44:19
55:25 56:11,17
**conversations**
21:10,22 30:16
35:14,18 45:9 47:16
48:1,5,12 49:22
50:4,6
**copy** 57:20
**Corey** 8:5 18:10
26:15,21,25 30:16,
25 31:13,19 35:14,
18 37:15 42:2
**correct** 5:7 17:13
19:8,9,15 20:25 21:1
27:3
**corrections** 38:19
**correspondence**
52:23
**counsel** 4:1
**couple** 22:4 23:25
**court** 4:1 19:1 34:24
**credibility** 32:3
**crime** 33:1
**critical** 32:6 34:2
**crucial** 6:11

**D**

**damaged** 40:4
**damaging** 40:13
**data** 28:4,13
**date** 24:14 25:2
26:16 35:20
**dated** 19:6 24:2

**dates** 25:3
**day** 6:9 7:10 8:10,
14,15 25:6,13 27:12
**Day-ish** 27:11
**days** 31:20 53:7
**dealing** 19:23
**dealt** 21:25
**decided** 22:23
**decision** 15:23
22:17
**defendant's** 18:19,
22 20:10,19 24:2,7
27:20 52:8 53:19
54:13
**defined** 47:17
**definition** 47:24
49:4
**degree** 10:15
**delay** 4:16
**delayed** 25:17
**delegate** 26:14
**deposition** 5:10,20
18:19,23 51:7 57:24
**determine** 14:23
48:20
**Detroit** 27:9
**difficult** 29:16
**digitally** 19:2
**DIRECT** 4:13
**direction** 18:9
25:24
**directive** 18:3
**director** 19:15
25:23
**disclosing** 32:25
**disclosure** 49:3
**discussed** 47:17
**discussion** 57:22
**discussions** 31:4
50:9
**dishonesty** 15:17
29:10
**disparage** 49:20

Riley Reporting & Associates, Inc.

Index: disparagement..incomplete

**disparagement** 47:13 49:6,7

**disregarded** 35:8

**distinguish** 48:16

**distracting** 10:8

**DJT** 24:16 55:21

**DNC** 25:9

**document** 16:10 30:5,8 47:23,25 49:16

**documents** 16:4

**Donald** 5:5 7:5 13:13,25 23:20 27:2,7 38:5 40:22,23 41:22,25 42:23 43:22 44:11,13 51:9

**drafted** 12:20

**due** 9:21

**duly** 4:10

**durn** 49:12

**E**

**earlier** 4:20

**early** 14:1 22:11 26:24

**Eastern** 4:17

**economy** 41:19

**edits** 10:24,25

**educational** 10:11

**election** 7:10

**email** 10:5 16:9,17 17:4,10,12 19:5 23:12,13 24:2,18,21 25:6,10,18,21 26:2 27:16 28:6,16,19 29:15,23,25 52:23 53:8,18 54:12,15,22 55:4 56:3,22

**emails** 10:6,8 28:10 57:5

**employed** 7:2,3,5 31:5 57:5

**employee** 33:4

**employees** 32:23

**employment** 34:14, 16

**enable** 46:2

**end** 7:13 28:10 30:6 35:10

**enforce** 36:7 38:20 44:2

**enforceable** 33:6, 16,24 34:5 37:17

**enforced** 44:7

**enforcement** 35:9 43:19,20

**enforces** 43:23

**engaged** 30:24

**engagement** 23:10 28:25

**entities** 12:10

**essentially** 8:4 31:6

**euphamism** 23:23

**event** 55:17

**exact** 7:11

**EXAMINATION** 4:13

**Excuse** 44:16

**excused** 57:23

**executive** 33:18

**exhibit** 18:15,19,20, 22,24 20:10 21:2 24:6,7,8 27:21 30:13

**Exhibits** 53:25

**exist** 32:11

**expand** 16:20 20:16

**expect** 40:3 51:21, 22

**expectation** 51:25

**experience** 33:19 36:6

**experiment** 16:3

**expert** 40:8

**Explain** 21:15,21

**exposed** 15:17

**expressed** 22:1

**extent** 28:14 50:3

**F**

**facilitated** 52:19

**fact** 14:17

**facts** 5:23 54:25 55:2

**fair** 5:12 6:14,15 12:18 13:4

**familiar** 5:1 38:16

**family** 7:17 40:23

**fast** 49:13

**federal** 8:17,21

**feel** 42:25

**figure** 20:13 29:1 37:16

**file** 17:7 23:13,14

**final** 8:8,10

**finally** 6:7

**find** 34:25 42:18

**finger** 6:5

**finishing** 55:21

**firm** 28:13

**focus** 29:16

**folks** 15:22 19:22,24 21:25 22:23 23:18 30:23

**formalizing** 55:14

**forum** 45:10

**forwarded** 17:3 20:23

**found** 29:9

**foundation** 11:21 12:11 13:17 15:4 17:18 19:20 22:20 30:4 31:8 36:10 38:9 39:11,20 41:4 44:1, 23 51:12 52:15 55:1 56:14 57:8

**frankly** 21:8 22:3 42:8

**free** 34:17

**Freedom** 11:25

**friends** 48:18

**front** 37:1 40:19 45:24

**frozen** 45:1

**full** 4:22

**funders** 11:23

**G**

**Gates** 14:25 26:6

**Gates's** 26:7

**gave** 41:10

**general** 10:13

**Generally** 38:17

**give** 5:12 10:10 24:14 46:15 47:8 50:13

**giving** 43:8,10

**good** 4:15,16 22:1 32:15 53:14

**gosh** 11:24 49:12

**Gotcha** 16:2

**government** 8:18, 22 10:13 32:23 33:4, 15,19,23 36:4

**Grab** 44:15

**great** 46:18 47:3

**ground** 5:13

**guess** 8:8,21 10:21 13:2 14:9,11 15:11 21:16 23:11 25:13 28:18,21 29:10,25 37:17 38:19 43:17 52:4 54:21 56:7

**guessing** 5:22

**H**

**hand** 48:15

**hang** 10:5 42:5 47:8

**happen** 56:20

**happening** 34:21

**happy** 30:11

**head** 30:25

**headed** 55:17

**headquarters** 11:18

**hear** 30:20

**heard** 12:14

**Hey** 50:10

**hierarchy** 25:24

**Hilger** 27:25 28:7

**hired** 14:16 22:6

**hold** 33:4

**Hollywood** 44:11

**home** 45:8

**honest** 32:14,19 34:5

**honestly** 5:11

**honesty** 29:5

**hour** 47:2

**House** 31:22

**HR** 19:15 20:5 56:3

**huh-uhs** 5:25

**hypothetical** 38:8 39:11,19 40:9 41:4 43:4,14 44:2,22 45:14,21

**I**

**idea** 13:21 33:7 44:4

**identification** 18:21,25 21:3 24:9 27:22 54:1

**identified** 28:7

**identify** 29:8

**ignore** 17:2

**impeach** 34:3

**implement** 33:22

**impropriety** 29:10

**incident** 44:11

**include** 38:5

**incomplete** 38:7 39:11,18 40:8 41:4 43:3,14 44:2,22 45:14,21

**inconsistency** 15:13

**independent** 11:23 54:22

**indifferent** 32:15

**individual** 34:15

**individually** 38:21

**individuals** 35:6

**Industries** 11:14,17

**info** 54:14

**information** 33:1 34:9 38:16,24 39:2 40:8 47:13,18,23,25 48:3 50:2 51:14 52:14

**inquire** 25:7 26:3

**inquired** 25:6 26:2

**instruct** 42:13

**instructed** 9:11

**integrity** 29:6

**interactions** 22:5

**internal** 21:9,21,22

**Internet** 45:6

**interplay** 56:8

**interpretations** 23:25

**interrupt** 27:15

**introduction** 14:10

**involve** 30:10 54:8

**involved** 14:4 19:18 29:20 30:1 38:18,19 44:8 49:22 54:9

**involvement** 19:23 51:9 56:12

**involving** 28:18 29:24 48:15 56:9

**irrelevant** 43:4,15

**issue** 29:8 33:8 34:24

**issues** 21:24,25 26:5 42:8

**J**

**January** 32:8

**Jason** 55:8,16,25

**John** 4:4,25 11:2 16:12,20 18:14 24:6 27:14 29:14 30:5,21 35:20 37:3 42:6 46:5,24 47:24 51:16 53:13,20 57:14

**joined** 32:7

**joking** 41:21

**judge** 9:16

**judges** 6:4

**July** 14:1 15:22 22:11 24:2,24 26:25 54:6,13,21 55:7

**July-august** 13:6

**June** 26:15,21,24

**K**

**Kansas** 7:4 10:19, 20 41:19

**kicked** 13:3

**kind** 5:13,18 19:16 21:8 23:22 26:9,17 28:22 29:19 37:16 45:10 55:10

**knew** 14:25 22:4

**knowledge** 28:14 56:10

**Koch** 11:13,17,22 12:9

**L**

**labeled** 20:10

**Labor** 27:11

**lacks** 12:11 13:16 15:4 17:18 19:20 22:20 30:4 31:8 36:10 38:8 39:11,20 41:4 44:1,22 51:12 52:14 55:1 56:14 57:7

**language** 31:6,7 44:16 48:8

**laptop** 50:22

**late** 26:24

**Laura** 27:25 28:6

**law** 9:12 10:14,15

**lawyer** 10:16

**lawyers** 9:13 36:4

**layman's** 5:18

**lead** 15:19

**learned** 16:5 31:19

**leave** 34:14 55:22

**leaving** 41:16

**legal** 10:21 31:9 32:10 36:11,21 38:1, 9 39:10,19 40:6 41:3 43:3,13 44:21 45:13, 20 47:20 48:24 49:15 51:11 52:11

**Lewandowski** 8:5 18:10 26:12 27:1 30:17 31:14 32:7 34:4 35:14 36:2 37:15 53:22

**licensed** 10:16,17

**list** 52:9

**listed** 52:4

**long-term** 33:9

**lot** 23:24,25 26:18 29:22 30:3 31:19 41:10

**lots** 11:23 23:6 40:19,20

**Lucia** 19:13 25:15 54:14 56:2

**M**

**Madam** 19:1

**made** 14:25 15:23 44:12

**maintain** 56:22,25

**maintains** 56:22

**make** 9:13

**making** 19:17

**man** 26:10

**Manafort** 14:16,20 15:14 22:6 26:12,13 29:9 55:24 56:9,11

**Manafort's** 26:10, 16

**manage** 26:14

**manager** 8:4 18:10 27:1

**Manigault** 4:5 5:1 9:1 14:12 17:5 20:23 22:17 28:19,20 29:5, 10 36:24 37:6,19 40:4 50:9 51:10 56:10

**marathon** 6:9

**March** 7:20 8:2

**mark** 18:14,18

**marked** 18:20,24 21:2 24:8 27:21 53:25

**master's** 10:13

**material** 54:25 55:2

**matter** 41:1 51:9,21

**meaning** 48:2

**means** 50:19 52:22

**meant** 49:23

**mechanism** 35:9

**media** 23:19

**meetings** 25:17

**memory** 55:5

**mention** 23:5

**message** 20:20

**met** 14:7 22:8,10,13, 14

**Michael** 12:3,4,6

**mid-june** 26:23

**Miller** 55:8,12,13,16, 19

**mine** 18:13

**minute** 57:17

**minutes** 31:17 46:25 53:9,13 55:20

**misstates** 15:5 21:18 43:2 48:23

**Monday** 54:13

**monetary** 34:25

**month** 7:12

**months** 30:1

**morning** 4:15,16 55:24

**motion** 35:22

**mouse** 46:18

**Mouse/keyboard** 46:16

**move** 9:14 55:7

**multiple** 35:5

**N**

**named** 25:23

**national** 40:12 48:18

**NDA** 10:22,25 11:3 12:7,20 18:4 24:13 30:11,25 31:2,6 36:7 52:19 54:19 56:2

**NDAS** 17:15,16,21, 25 19:17 31:14

**necessarily** 23:8 42:15

**needed** 8:5

**negative** 40:21 41:1 42:22 43:10

**network** 11:22

**Newman** 4:5 5:1 9:1 14:13 20:24 22:18 27:4 28:20 29:11 37:7,19 40:5 50:9 51:10 56:10

**Newman's** 29:5 36:25

**nice** 21:12

**no-no** 5:20

**nonappointed** 8:21

**nonattorneys** 50:4

**noncompete** 34:7

**nondisclosure** 30:17,20 31:6,20,24 32:1,9,22 33:3,5,11 34:6 35:2,6,15

**nondisparage**
35:16 36:7 37:5,22
38:24 48:8

**nondisparagement**
34:1 36:20,24

**nonlawyers** 48:2

**normal** 5:14,16
28:24

**November** 7:11,13,
15

**number** 31:24,25

**nuts** 28:24

---

**O**

**oath** 4:11

**object** 49:14

**objection** 8:12 9:6,
21 12:11,22 15:3
17:17 18:5 19:19
21:18 36:9,21 37:8,
25 38:7,25 39:18
41:11 42:4 43:2,13,
25 44:21 45:13,20
47:20 48:10,23
49:25 50:15 52:11
55:1 56:13,24

**objections** 9:10,14
15:15 17:23 40:17
51:23

**off-the-record**
57:22

**office** 54:16

**official** 21:11 23:10
24:14

**officially** 5:16 55:10

**Omarosa** 4:4 5:1,2
9:1 10:2 12:8 13:3,
24 14:12 15:13 17:5
19:5 20:3 22:1 24:3,
11,17,19,25 25:13,
22 28:19 30:1 31:2
37:6,19 40:4 50:9
51:10 54:14 55:13,
15,19,23 56:6

**Omarosa's** 11:2
20:2

**open** 20:14

**opinion** 41:5,7

**Options** 46:10

**order** 57:20

**organization** 33:10

**organizations** 20:6
31:22

**original** 35:24

**originally** 56:1

**outrageous** 40:11

**outreach** 14:22
28:18,25

**owner** 34:10

---

**P**

**Pachyderm** 42:19

**paper** 24:12,14

**paperwork** 20:20
24:25 25:14 56:1,2

**paragraph** 49:10

**Parscale** 28:3

**part** 11:22 17:2
47:16

**parties** 8:9

**Partners** 11:25

**past** 35:5

**patient** 20:21 21:6

**Paul** 14:16 15:14
26:10 29:9 55:24
56:9

**Paul's** 54:16

**pen** 34:20

**penalty** 34:25

**Pennsylvania**
10:14

**people** 6:3 23:7
32:2,4 34:18 39:9

**period** 39:15

**person** 5:8 23:1
35:1 56:3,6

**personal** 14:10
50:24

**personally** 38:19

**Philips** 4:4

**Phillips** 4:4,14,25
8:1,19 9:9,25 11:4,7
12:2,15 13:1,18,22
15:9,18 16:5,8,13,
16,22,24 17:1,20
18:1,11,16,18 19:4
20:1 21:4,20 23:2
24:7,10 27:17,19,23
29:18,21 30:10,15,
22 31:1,12 35:11,22
36:1,17 37:4,17
38:4,14 39:5,16,25
40:14,25 41:8,12,14,
15 42:14,17 43:5,19,
21 44:5 45:11,18
46:1,7,15,19 47:1,5
48:6,13 49:21 50:7,
20 51:18,19 52:3,20
53:14,17,21,24 54:2
55:6 56:18 57:3,11,
15,18

**Plaintiff's** 27:19

**plaintiffs** 52:5

**play** 31:13

**player** 22:2

**players** 29:20

**playing** 31:18 35:10

**plenty** 45:7

**podcast** 13:12

**point** 8:24 12:7 22:8
26:11 54:10

**political** 31:22

**popping** 10:6

**positions** 8:21

**post** 19:25

**potentially** 7:11

**practical** 26:20

**practice** 31:25 33:9

**preclude** 34:10

**precursor** 32:10

**preparation** 51:6

**presence** 22:15

**present** 20:9

**presented** 37:10

**president** 5:5 7:3,6
13:14,25 27:2 31:24
32:6 33:18 34:2 38:6

**president's** 32:4

**presidential** 29:2

**presume** 30:6

**pretty** 39:14 50:19

**previous** 23:20

**primary** 19:25

**prior** 14:6 23:10,12
53:3

**private** 11:20 33:21

**privileged** 36:12
39:2 40:7 50:1

**problem** 4:17,18
51:1

**processing** 56:1

**produced** 4:10
29:23 30:6,8

**product** 12:23 18:7
36:13 39:2 40:7
47:22 50:2 51:14
52:13

**productive** 55:24

**professionally**
21:14

**prohibited** 32:5
34:1

**project** 28:21

**projects** 27:4

**proper** 56:6

**proposal** 32:20

**proprietary** 34:9

**Prosperity** 11:19,20

**protected** 47:18

**provide** 10:21,24
19:1

**provision** 36:20,24
49:7

**provisions** 37:22

**public** 33:4 45:10
49:3

**publicly** 49:20,23

**publish** 34:19

**pull** 35:23

**41:18 48:15 51:10**

**purposes** 5:13
26:20

**pushback** 32:13
36:2

**pussy** 44:15

**put** 52:1

---

**Q**

**question** 15:8 38:2,
11 39:12 41:20 42:6
43:7 44:21 47:14
48:7,25 51:1

**questions** 6:13
27:24 29:15 31:16

**quickly** 53:8

---

**R**

**race** 29:3

**radio** 13:12 23:8

**ran** 14:19

**reach** 55:17

**ready** 25:9

**reason** 5:25 6:8
37:10 56:7

**reasons** 32:10

**recall** 7:11 14:7,11
17:4,24 24:21 25:10,
11 26:6 28:21 41:21,
24 42:18,19,22 43:9

**recalled** 43:8

**recalling** 15:21
19:12 21:10 22:22
23:18 27:6 28:3
30:23 35:17 39:4
40:22 48:4,9,11
50:5,12

**received** 19:11 57:5

**recollection** 14:12
29:19 35:13 54:22,
24

**record** 4:2,23 5:25
19:3 57:16

**recording** 44:12

**recourse** 34:22

**recruiting** 14:4

Index: referenced..time

referenced 39:9

refresh 29:19 54:24
55:5

refreshes 35:13

regard 49:23

related 10:22 30:17,
20 35:12,16

relates 32:22

relationship 11:13
23:21

relevance 9:6,21
25:2 36:9 37:1 42:6
43:18,20

relevant 23:6 42:10

remember 25:3,18,
20 26:15,23,24 28:1
54:21

Remote 46:13 47:8

remotely 4:3,6

repeat 15:7 43:7

reported 11:22

Reporter 4:1 19:2
31:19 33:25

reporting 20:5

represent 5:1

represents 13:10

reprimands 38:20

Republican 14:15

request 16:9 46:12

requested 54:15

responded 4:11

respondent's
18:20,24 21:2 24:8
27:21 53:25

responds 55:19

response 25:5

responsible 35:1

retained 14:20
15:14,20

review 32:21 48:20

reviewed 8:25

revisions 10:25

Rick 14:25 26:6,7

right-hand 26:10

RNC 14:19 22:11,16
25:3 55:17 56:12

road 9:16

role 14:7 19:16 26:7
55:14

ruled 9:15

rules 5:13 34:15

Ryan 4:7 45:2

S

scan 53:8

scanned 54:9

school 9:12 10:15

sclgroup.cc. 28:7,
12

screen 16:10 27:16
46:10,21 55:5

scroll 46:2,3 47:10
49:8

scrolling 29:17
49:4,13

sector 33:21,23

seeking 38:20

segment 25:16

selective 43:19,20

selectively 43:23
44:2

send 19:12 30:13

sending 54:14

serve 32:2,4

served 8:15

set 21:13

sever 50:21

shake 6:4

share 20:7 46:23

short-circuit 5:17

shortly 19:2

showing 45:7

shows 13:11 40:12

sic 22:7

sign 6:2 9:3,18
33:13 34:16 37:19
50:11

signed 9:1 10:2
12:8 17:25 19:7
31:2,23 32:9 33:13,
25 35:6 36:20 37:7,
20 43:1 44:19 50:10
53:1

significance 15:11

significant 15:2,5

signing 52:19 53:3

signs 30:25

similar 9:3

simply 28:23

simultaneous
28:19

single 23:1

sit 12:19 40:1 52:10

six-page 28:16

skip 53:6

sought 47:18

sound 20:24

sounds 21:5 53:14

source 26:4

speak 25:15 49:19

speaking 42:18,19

speaks 47:23 49:16

specific 24:21
51:17

specifically 25:21
41:18

speculating 5:22

speculation 12:12,
17 13:16 15:4 17:18
19:20 22:20 30:4
36:10 38:8 44:1
51:12 52:14 56:14
57:7

speech 34:17 41:21
42:2,23 43:9

speeches 41:9,13,
16,23 42:1

spokesperson

55:10

stage 21:13

star 44:14

start 24:12 25:14
46:23 54:6

started 6:20 7:20
13:8 34:16 46:8

state 4:1,22 10:12,
19

statement 13:4
24:15,16

states 28:23 30:24
38:6 48:16

statistics 28:18

stayed 15:21

steal 34:8

stipulate 4:5

Stonerock 4:7 7:24
8:12 9:6,21 11:2,5,
15 12:11,22 13:16,
20 15:3,15 16:5,7,
12,20,23,25 17:17,
23 18:5,14,17 19:19
21:18 22:19 24:6
27:14,18 29:14 30:4,
14,19 31:8 35:20
36:9,21 37:8,25
38:7,25 39:10,18
40:6,17 41:3,11,13
44:21 43:2,13,25
44:21 45:3,13,20
46:5,9,12,17,24
47:3,20 48:10,23
49:7,10,14,25 50:15
51:11,23 52:11
53:12,15,20,22 55:1
56:13,24 57:7,14,16,
19

stop 20:7 34:12,21
46:23

strength 45:8

structure 25:25

studies 10:13

stuff 26:15 38:3
39:7,8,15 53:6

subject 10:22,25
12:7,20 20:19,20
24:11 25:20 47:19

submit 32:19

successfully 35:4

sugar 21:7

supervisor 20:2,4

supporters 23:7

suppose 13:11

surrogate 13:9 17:7
23:3,15,17,23

surrogates 13:13
17:15,16,21,25

swear 4:3,6

sworn 4:10 5:15,21

T

talk 34:18 41:19
44:20 48:17 55:13,
18

talking 22:5 23:19
31:14 37:15

talks 36:2 49:3

team 8:16 22:1
32:17 36:5

technically 7:7
8:14,16

television 13:11
23:7

tend 21:7

term 15:4 38:15
50:16

terms 38:21

testified 4:11

testify 48:3 49:18
51:22

testimony 15:5
21:19 40:8 43:3
48:24 52:6

thing 16:1 23:5

things 6:4 25:25
32:18,20 33:20
40:22 41:1

thinking 25:8

thought 17:6 23:13,
14 52:1

three-minute 31:13

time 4:17,18 5:9

Index: timing..Zoom

7:25 11:15 13:17 15:12 17:12 22:10, 13,19 26:8 28:20 32:11,14 41:17 55:8 56:23,24 57:12

**timing** 25:8
**title** 26:9,16,17
**titles** 26:18
**today** 5:13 12:19 40:1 52:10 57:12
**told** 14:16 22:6
**tomorrow** 25:7
**top** 17:2 46:10
**topic** 48:15
**totally** 43:14
**touch** 15:21
**tour** 40:20
**Traditionally** 34:6
**traffic** 29:25
**trail** 32:15
**training** 50:13,16,18
**transcript** 40:16,18 57:20
**transition** 8:16 26:11
**trees** 20:5
**trial** 51:21
**trouble** 22:3
**true** 14:17 43:22
**Trump** 5:5 7:5,17 8:9,11 13:13,25 23:7,20 27:2 31:21 32:16,17 33:9,10 35:16 36:4,5 38:5 40:22,24 41:17,22 42:23 43:22 44:13 51:9
**Trump's** 7:17,18 27:7 41:25 44:11
**truth** 5:15,22 15:1
**truthful** 41:2
**turn** 10:5
**turnout** 28:25
**turns** 5:17

**TV** 40:12
**typically** 13:11

**U**

**uh-huh** 6:3
**uh-huhs** 5:25
**Undergraduate** 10:12
**undermine** 32:3
**understand** 6:9,11 8:13 9:17 14:18 17:19 22:21 29:20 37:18 38:2,11 39:12, 21 40:10 43:16 44:3, 24 45:15,22 48:25 49:1 52:7 54:18 55:3
**Understandable** 6:17
**understanding** 13:23 14:12 17:15 23:16 36:19 37:14, 20,21 43:18 44:17 47:15 49:17 51:8 52:9,16
**Understood** 30:14
**United** 38:6 48:16
**universal** 6:2
**University** 10:12, 14,15
**unlike** 5:16
**unread** 10:8
**unsigned** 20:22
**unstable** 45:7
**untrue** 14:24
**untruthful** 39:8
**update** 25:14
**urgency** 54:18

**V**

**vague** 7:24 11:15 13:17 15:4 22:19 38:10 39:19,20 41:11 44:1 50:15 55:2 56:24,25
**vaguely** 28:22

**valid** 31:7 32:24
**vastly** 45:9
**version** 20:22
**versus** 4:17 51:10
**video** 6:2 19:3 45:4 57:21
**video-recording** 31:18 35:10
**view** 42:8 46:10
**vinegar** 21:8
**violated** 36:16,19
**violating** 38:24
**violation** 39:23
**virtually** 17:24
**voter** 28:4

**W**

**wait** 44:13
**walking** 44:12
**wanted** 55:17
**wanting** 33:18,22
**Washburn** 10:15
**water** 6:23
**week** 25:8 55:25
**weekend** 27:12
**weeks** 31:20
**west** 4:19
**whatsoever** 12:17 15:1 32:25 33:6
**White** 31:22
**Wi-fi** 45:8
**Wichita** 10:12 11:18 42:19
**window** 16:21
**windows** 20:14
**wondering** 46:2
**word** 27:8 45:24
**words** 59:19
**work** 7:17 12:23 13:5 14:14 17:7 18:7 23:3,15,17 24:12,14

27:4 33:14 36:12 39:1 40:7 47:22 50:1,2 51:13 52:13
**worked** 5:5 11:17, 25 27:6 28:3 48:17
**working** 8:11,17 11:12 13:3 47:9
**worry** 6:23
**worth** 22:2
**wrapping** 53:5
**write** 32:17 41:22,25
**writing** 55:25
**wrote** 32:12 36:3 54:14 55:12,13

**Y**

**y'all** 4:20
**York** 25:7 26:3

**Z**

**Zoom** 20:13 46:22

Exhibit E

Pages 1..4

**Page 1**

1        AMERICAN ARBITRATION ASSOCIATION
                NEW YORK, NEW YORK
2

3

4    DONALD J. TRUMP FOR PRESIDENT, INC.,
      a Virginia not-for-profit corporation,
5
                        Claimant,
6
      vs.
7
     OMAROSA MANIGAULT NEWMAN,
8     an individual,
9                       Respondent.

10   _____/

11

12        VIDEO-RECORDED DEPOSITION OF
                SEAN RAY DOLLMAN
13        Taken on Behalf of the Respondent

14

15     DATE TAKEN:   Wednesday, March 31, 2021
         TIME:       10:02 a.m. - 3:30 p.m.
16       PLACE:      By Videoconference

17

18

       Examination of the witness taken remotely before:
19
               Elizabeth M. Masters
20        Registered Professional Reporter

21

22   _____

23        RILEY REPORTING & ASSOCIATES
          1300 Riverplace Boulevard, Suite 610
24            Jacksonville, Florida 32207
                  (904) 358-1615
25             info@rileyreporting.com

**Page 2**

1              A P P E A R A N C E S
2

3

       APPEARANCE FOR CLAIMANT
4        (Appearing by Zoom)
5     RYAN J. STONEROCK, ESQUIRE
              Harder LLP
6     132 South Rodeo Drive, Fourth Floor
       Beverly Hills, California 90212
7       rstonerock@harderllp.com
        mmoreno@harderllp.com
8

9

       APPEARANCES FOR RESPONDENT
10        (Appearing by Zoom)
11     JOHN M. PHILLIPS, ESQUIRE
        ERICA JACKSON, ESQUIRE
12         Phillips & Hunt
        212 North Laura Street
13     Jacksonville, Florida 32202
        jmp@floridajustice.com
14      erica@floridajustice.com
15

16   ALSO PRESENT BY ZOOM:  Omarosa Manigault Newman
                  J. Wyndal Gordon, Esquire
17

18

19           - - -
20

21

22

23

24

25

**Page 3**

1                  I N D E X

2    Video-recorded deposition of Sean Ray Dollman    Page

3

       Direct Examination by Mr. Phillips              6

4

5    Certificate of Oath                             230

6    Certificate of Reporter                         231

7    Errata Sheet                                    232

8    Errata Letter                                   233

9

10                 - - -

**Page 4**

|   | No. | Description | Page |
|---|-----|-------------|------|
| 3 | 1 | Campaign Ad | 25 |
| 4 | 2 | Campaign Ad | 25 |
| 5 | 3 | Campaign Ad | 33 |
| 6 | 4 | Campaign Ad | 33 |
| 7 | 5 | Campaign Ad | 39 |
| 8 | 6 | Campaign Ad | 41 |
| 9 | 7 | Campaign Ad | 43 |
| 10 | 8 | Campaign Ad | 52 |
| 11 | 9 | Campaign Ad | 56 |
| 12 | 9B | Video Clip | 58 |
| 13 | 10 | Campaign Ad | 69 |
| 14 | 11 | Campaign Ad | 71 |
| 15 | 12 | Campaign Ad | 73 |
| 16 | 13 | Campaign Ad | 73 |
| 17 | 14 | Campaign Ad | 74 |
| 18 | 15 | Campaign Ad | 81 |
| 19 | 16 | Campaign Ad | 91 |
| 20 | 16B | Access Hollywood Video Clip | 88 |
| 21 | 16C | Inside Edition Video Clip | 92 |
| 22 | 16D | The Howard Stern Show Video Clip | 97 |
| 23 | 16E | The View Video Clip | 101 |
| 24 | 17 | Campaign Ad | 104 |
| 25 | 18 | Campaign Ad | 113 |

RESPONDENT'S INDEX PAGE

Page 5

RESPONDENT'S EXHIBIT INDEX

| No. | Description | Page |
|---|---|---|
| 19 | Campaign Ad | 116 |
| 19A | Video Clip | 119 |
| 19B | Video Clip | 121 |
| 19C | Video Clip | 125 |
| 19D | Video Clip | 131 |
| 19E | Video Clip | 133 |
| 19F | Video Clip | 136 |
| 20 | Campaign Ad | 144 |
| 21 | Campaign Ad | 150 |
| 21B | Companion Agreement | 158 |
| 21C | Consulting Agreement | 159 |
| 22 | Campaign Ad | 164 |
| 23 | Campaign Ad | 167 |
| 24 | Campaign Ad | 171 |
| 25 | Expert Witness Report | 184 |
| 26 | Legal Action Tweet | 216 |

- - -

Page 7

```
 1      Q    Okay.  That's essentially how a deposition
 2  goes.  Have you ever had your deposition taken before?
 3      A    No, sir.
 4      Q    Okay.  So I kind of want -- I -- I sometimes
 5  do a few test questions to kind of go back and explain
 6  that's perfect or that's not perfect.
 7           It's a question and answer session.  Obviously
 8  you've -- you've sworn to tell the truth, so that's --
 9  that's of utmost importance.  But you can't tell the
10  truth if I'm cutting you off or if I'm not allowing you
11  to answer your full question -- your full answer.
12           The same thing with my questions.  If you
13  don't hear my full questions, we're gonna have
14  difficulty, not only with -- with Miss Beth typing this
15  thing out, but with understanding the -- the
16  question-answer session and the oath that's underlying
17  that.  So it's absolutely my responsibility to ask you
18  questions you understand.  If you don't understand,
19  please let me know.
20           It's unlike a normal conversation in that we
21  -- we kind of -- in a normal conversation, sometimes
22  people short-circuit each other.  They can kind of fast
23  forward a conversation because you see where they're
24  going.  We can't do that here.  We've got to take turns
25  and -- and, you know, ask questions and answers -- have
```

Page 6

```
 1           COURT REPORTER:  Will all counsel please state
 2  their name and agreement on the record that I may
 3  swear in the witness remotely.
 4           MR. PHILLIPS:  John Philips, and we agree.
 5           MR. STONEROCK:  Ryan Stonerock on behalf of
 6  the campaign, and we agree.
 7                   SEAN RAY DOLLMAN,
 8  having been produced and first duly sworn as a witness, and
 9  after having responded "Yes, ma'am" to the oath, testified
10  as follows:
11               DIRECT EXAMINATION
12  BY MR. PHILLIPS:
13      Q    Would you please state your name for the
14  record.
15      A    Sean Ray Dollman.
16      Q    Mr. Dollman, obviously we're in cyberland
17  these days.  Where are you currently located?
18      A    Phoenix, Arizona.
19      Q    Are you at your home or office?
20      A    Home.
21      Q    Okay.  Where are you currently employed?
22      A    The campaign, Donald J. Trump for President.
23      Q    Okay.  What is your current role with the
24  campaign?
25      A    Chief financial officer.
```

Page 8

```
 1  questions and answers.
 2           If you need to take a break for any reason,
 3  feel free, let me know.
 4           Your attorney may object.  We would prefer if
 5  he -- he just states "object to form," meaning that
 6  there was a problem with the form of my question in his
 7  view.  Unless he's instructing you not to answer, that
 8  is an objection for the record.  You kind of pay it no
 9  mind.  And we're preserving a record here, too.
10  And just answer to the best of your ability.  If he
11  instructs you not to answer, we'll have a conversation
12  about why that is and -- and go from there.
13           Any questions as of right now about the -- the
14  rules of a deposition?
15      A    No, sir.
16      Q    Okay.  So what did you say your role was with
17  the campaign?
18           MR. STONEROCK:  Vague as to time.
19  BY MR. PHILLIPS:
20      Q    What is your role with the campaign currently?
21      A    Chief financial officer.
22           MR. PHILLIPS:  Mr. Stonerock, please just say
23  "object to form" and not -- let's try to avoid
24  speaking objections today.
25           MR. STONEROCK:  I'm gonna object how I'm gonna
```

Page 9

```
1    object, and -- and I don't know what else to tell
2    you.
3         MR. PHILLIPS:  Okay.  Professionalism matters,
4    sir.
5  BY MR. PHILLIPS:
6    Q    So chief financial officer.
7         MR. STONEROCK:  You could learn something.
8  BY MR. PHILLIPS:
9    Q    What is a chief financial officer?
10   A    Say it again.
11   Q    What does -- what does the chief financial
12   officer for Donald J. Trump for President do?
13   A    Pretty much manages all the money on the
14   campaign.  So anything coming in we record it,
15   and anything going out we record it.
16   Q    Okay.  What other roles have you had with the
17   campaign?
18   A    Deputy operations officer.
19   Q    What is a deputy operations officer?
20   A    Deputy director of operations -- that's what
21   it was -- and then director of operations.
22   Q    Okay.  Anything else?
23   A    No, sir.
24   Q    At some point were you the director of
25   operations?
```

Page 10

```
1    A    Yes, sir.
2    Q    When was that?
3    A    Roughly 2017 to the beginning of 2020.
4    Q    And then you became CFO; is that fair?
5    A    Yes, sir.
6    Q    Okay.  And I assume -- and you know what
7    happens when we assume -- but I assume you were the
8    deputy director of operations before you were the
9    director of operations; is that correct?
10   A    That is correct.
11   Q    Okay.  So sometime up until 2017.
12        When did you -- when did you become deputy
13   director of operations?
14   A    I believe it was July of 2016.
15   Q    What is the -- what were your duties
16   and responsibilities as the deputy director of
17   operations for Donald J. Trump for President, Inc.?
18   A    Managing contracts that were coming in and out
19   of the campaign.  Just making sure and reviewing them
20   before the director of operations reviewed them or the
21   treasurer.  And then, also, a lot of the inflow
22   and outflow.  So invoices that came to the campaign, I
23   would review them before they were paid.
24   Q    Okay.  Who was the director of operations at
25   the campaign while you were the deputy director of
```

Page 11

```
1    operations?
2    A    Jeff DeWit.
3    Q    Okay.  What were your roles and
4    responsibilities as the -- as the director of
5    operations at the campaign?
6    A    Pretty much the same thing.  There was a
7    limited amount of people in 2017 through 2020, the
8    beginning of 2020.  So I reviewed contracts, managed
9    and approved a lot of the expenses that went out.
10   And then because it was so limited, just managing
11   schedules and stuff.
12   Q    What does the campaign do when, I guess -- I
13   mean, obviously I understand what a political campaign
14   is to some extent.  I've never run one.  But help me
15   understand what a campaign does after an election.
16        MR. STONEROCK:  Objection, incomplete
17   hypothetical, vague and ambiguous, calls for
18   speculation.
19        What election are you talking about, John?
20   BY MR. PHILLIPS:
21   Q    Did you understand my question, Mr. Dollman?
22   A    I believe so.
23   Q    Okay.  Then you can answer it.
24   A    So if -- after an election -- right --
25   normally a campaign would run into the RNC or the DNC,
```

Page 12

```
1    if it was a Democrat, so we would -- we discontinued
2    fundraising as an entity, and then helping support
3    other candidates that were also aligned with the
4    president.
5    Q    Okay.  Why would staffing -- I think I know
6    the answer.  But why would staffing shrink after an
7    election?
8    A    There's less going on -- right -- so we're not
9    buying as many ads, we're not running a lot of rallies
10   or events.
11   Q    Why is Donald J. Trump for President, Inc.
12   still, I guess, a viable political campaign?  Why is it
13   still going?
14        MR. STONEROCK:  Calls for speculation,
15   incomplete hypothetical, irrelevant.
16        You can answer if you know, Sean.
17        THE WITNESS:  Well, it will actually -- every
18   campaign does this.  Right?  So after an election
19   there's still FEC compliance, there's still a
20   wind-down period of a campaign.  So as the campaign
21   you still have the responsibility to the donors
22   and then, also, to the -- the FEC to make sure that
23   everything's recorded properly and then the
24   wind-down.  It's just normal -- normal business
25   process.
```

Page 13

1  BY MR. PHILLIPS:
2      Q    Do you know as we sit here today whether, I
3  guess, Donald J. Trump for President, Inc. is going to
4  continue to exist with, I guess, another presidential
5  candidacy by Donald Trump in -- in mind or in effort?
6          MR. STONEROCK:  Objection.  It's totally
7      irrelevant.  I'm gonna instruct the witness not to
8      answer.
9  BY MR. PHILLIPS:
10     Q    Do you know if there's any current intent to
11 wind down, as you put it, the campaign?
12         MR. STONEROCK:  Same objection.
13 BY MR. PHILLIPS:
14     Q    There is?
15     A    Say it again.  What are you asking?
16     Q    Yes.  You discussed the winding down of the
17 campaign.  And what I'm trying to understand, is, you
18 know, at what -- at what part of a sunset or not, you
19 know, I guess -- let me reask that.
20         You know, where do we -- where do you sit as
21 CFO with the future of Donald J. Trump for President,
22 Inc. as a campaign?
23         MR. STONEROCK:  Objection, vague
24     and ambiguous, not reasonably calculated to lead to
25     discoverable evidence.

Page 14

1          John, what's the relevance of this to the case
2      at all?
3  BY MR. PHILLIPS:
4      Q    Do you understand my question?
5      A    Are you asking myself that?
6      Q    Yes.
7      A    No, I do not.
8      Q    Okay.  Do you know if there's a timeline
9  currently to wind down or close out Donald J. Trump for
10 President, Inc.?
11         MR. STONEROCK:  Objection, same -- same
12     objections.  I'm gonna instruct the witness not to
13     answer.
14 BY MR. PHILLIPS:
15     Q    Are you accepting the advice of counsel to not
16 answer that question?
17     A    Yes, sir.
18     Q    Okay.  What's your educational background, Mr.
19 Dollman?
20     A    I have three degrees, in management, finance,
21 and then a minor in marketing.
22     Q    Where from, and when?
23     A    Northern Arizona University, and December
24 2012.
25     Q    Any law school?

Page 15

1      A    No, sir.
2      Q    Okay.  So you are not a lawyer.  You have had
3  no legal training; is that fair?
4      A    That's a hundred percent accurate.
5      Q    Okay.  Do you have any other -- currently, do
6  you have any other roles or -- do you have any other
7  jobs?
8      A    Currently?
9      Q    Yes.
10     A    Yes, I do.
11     Q    What is that?
12     A    So I run a company that is also winding down
13 but ran the media for the campaign, media purchasing.
14     Q    What do you mean "also winding down"?
15     A    We're also closing out the entity because the
16 campaign is no longer around or actually doing
17 business.
18     Q    Is that American Made Media Holding?
19     A    Yes, sir.
20     Q    What does American Made Media Holding do?
21     A    So it runs the -- it organizes all the
22 subcontractors to purchase media for the campaign.
23     Q    Okay.  And what is your current role with
24 American Made Media Holding?
25     A    The owner.

Page 16

1      Q    Okay.  How long have you been owner of
2  American Made Media Holding?
3      A    I think we established it April 2018.
4      Q    Do you have any -- does American Made Media
5  Holding have any other clients, I guess I need
6  to ask this question.  Is Donald J. Trump for
7  President, Inc. a client of American Made Media
8  Holding?
9      A    Yes, sir.
10     Q    And does American Made Media Holding have
11 other clients currently other than Donald J. Trump for
12 President, Inc.?
13     A    Yes, sir.
14     Q    Okay.  Is Donald J. Trump for President, Inc.
15 still a client of American Made Media Holding?
16     A    I think that was why I hesitated answering
17 your last question, because Donald J. Trump for
18 President, Inc. is no longer purchasing media.
19     Q    Okay.  And why not?
20     A    Because it's no longer a campaign.
21     Q    Okay.  What do you mean "it's no longer a
22 campaign"?
23     A    It's winding down so there's no media spent,
24 and we legally cannot purchase media.
25     Q    Okay.  Do you know if there is a timetable for

Page 17

1  the winding down?
2          MR. STONEROCK:  Objection, irrelevant, not
3     reasonably -- not reasonably calculated to lead to
4     the discovery of admissible evidence.  I'm gonna
5     instruct the witness not to answer.
6          MR. PHILLIPS:  Okay.
7  BY MR. PHILLIPS:
8     Q     Has American Made Media Holding received
9  approximately $166 million from Donald J. Trump for
10 President, Inc.?
11    A     Roughly, yes, sir.
12    Q     Okay.  And that was in media buy services?
13    A     Yes, sir.
14    Q     Does that include production of the media?
15    A     In some cases, yes, sir.
16    Q     Yesterday I was sent a Dropbox of, let's see,
17 25 or 26 -- bear with me.  I believe 24 videos with a
18 message from your counsel that said, "Here's a Dropbox
19 link with campaign ads relevant to Mr. Dollman's
20 deposition," and there were 24 campaign ads.  Do you
21 know how those are relevant to your deposition?
22    A     Yes, sir.
23    Q     How?
24    A     Because we were trying to correct the
25 narrative that Omarosa was publicly saying about the

Page 18

1  president and the campaign.
2     Q     Okay.  And what was -- what narrative did you
3  have to correct?
4     A     Pretty much every statement that she was
5  saying about the campaign.
6     Q     Okay.  Anything specifically that you had to
7  correct?
8     A     That the president is racist and sexist.
9     Q     You don't -- do you -- is it true that the
10 president is racist?
11    A     No, sir.
12    Q     How well do you know Donald J. Trump?
13    A     Just not well to the point of, like, personal
14 relationship or anything.  Enough to speak with him
15 once, but that's it.
16    Q     You've spoken with him once?
17    A     Yes, sir.
18    Q     So would you agree with me that Omarosa
19 Manigault Newman knows Donald Trump better than Sean
20 Dollman does?
21          MR. STONEROCK:  Calls for speculation, lacks
22     foundation.
23          You can answer, Sean, if you know.
24          THE WITNESS:  Yes.
25 BY MR. PHILLIPS:

Page 19

1     Q     Okay.  Do you know how long Omarosa Manigault
2  Newman has known Mr. Trump?
3          MR. STONEROCK:  Calls for speculation, lacks
4     foundation.
5          You can answer, Sean.
6          THE WITNESS:  I think it was 15 or so years.
7  BY MR. PHILLIPS:
8     Q     Okay.  Do you know if she's spoken with him
9  more than one time?
10         MR. STONEROCK:  Same objection.
11         THE WITNESS:  I would assume so.
12 BY MR. PHILLIPS:
13    Q     Okay.  Do you have an opinion as to whether --
14 I believe it was racist and sexist.  Do you have an
15 opinion as to whether Donald J. Trump is sexist?
16    A     No, sir.
17    Q     You don't have an --
18    A     Do I have an opinion?  No, I don't believe he
19 is, sir.
20    Q     Okay.  Is someone free to have an opinion in
21 this country about whether somebody is racist or
22 sexist?
23         MR. STONEROCK:  Objection, incomplete
24     hypothetical, calls for a legal conclusion, vague
25     and ambiguous as to the term "free."

Page 20

1          You can answer it if you understand it, Sean.
2          THE WITNESS:  Can you say it again, sir?
3  BY MR. PHILLIPS:
4     Q     Yeah.  Is someone allowed in the United States
5  of America to have an opinion about whether they
6  consider somebody else racist?
7          MR. STONEROCK:  Objection, incomplete
8     hypothetical, calls for a legal conclusion.
9          You can answer if you understand, Sean.
10         THE WITNESS:  Yes, sir.
11 BY MR. PHILLIPS:
12    Q     And is somebody allowed to have an opinion in
13 this country about whether they consider somebody
14 sexist?
15         MR. STONEROCK:  Same objection.
16         THE WITNESS:  Yes, sir.
17 BY MR. PHILLIPS:
18    Q     Did you find the statements that -- we'll come
19 back to that.
20         Let's do this.  Can you see any portion of --
21 of my screen?
22    A     Yes, sir.
23    Q     Okay.  And it says "Campaign Ads 1 through
24 24"?
25    A     Yes, sir.

Page 21

1    Q    Okay.  Can you now see a video uploading or --
2  or booting up?
3    A    Negative.  All I see is the highlighted
4  campaign.
5    Q    Now can you?
6    A    No, sir.
7    Q    Okay.  If I play this video, can you -- let me
8  know if you can watch it.
9    A    No, sir.
10        MR. STONEROCK:  We can hear it but not watch
11  -- see it, John.
12        MR. PHILLIPS:  Okay.  Let me fix it.
13  BY MR. PHILLIPS:
14    Q    Okay.  I'm sharing my screen now.  Let's try
15  now.  Can you see that?
16    A    It still says starting the screen sharing.
17    Q    Okay.
18        MR. STONEROCK:  John, you should open the
19  video before you start your screen sharing.
20        MR. PHILLIPS:  Thanks, Ryan.
21  BY MR. PHILLIPS:
22    Q    Ah-ha.  Now do you see the intro to the video?
23    A    No, sir.
24    Q    It's got the green box around it like you do.
25  So you can hear that but not see it?

Page 22

1    A    Yes, sir.
2        MR. PHILLIPS:  The same for you, Beth?  Are
3  you not seeing that on your end?
4        COURT REPORTER:  Exactly.  I can hear it but
5    not see it.
6  BY MR. PHILLIPS:
7    Q    Same?
8    A    Same, sir.
9    Q    I pulled up videos last time.  I'm not quite
10  sure why it's not pulling it up.  Can you see my
11  desktop?
12    A    No, sir.
13    Q    Let me know if anything changes.  Video.
14  There we go.  Let's try this way.  I assume you can't
15  see that.
16    A    No, I can see it.
17    Q    Can you?  All right.  So you can see that
18  commercial, Mr. Dollman?
19    A    Yes, sir.
20    Q    Okay.  Let's watch it.
21        (Playing video:)
22        UNKNOWN SPEAKER:  President Donald Trump,
23  everything he stands for I believe in.  I stand
24  with him.  I fight with him.  I ride with him.
25        UNKNOWN SPEAKER:  How do you feel about

Page 23

1  President Trump?
2        UNKNOWN SPEAKER:  I'm very honored
3  and grateful that he signed the First Step Act, so
4  I have nothing but respect and thankfulness for
5  that.
6        ALICE JOHNSON:  I can do everything.  I want
7  to thank President Donald John Trump.
8        UNKNOWN SPEAKER:  I love President Trump
9  because to him every life matters, lives of African
10  Americans, lives of all races about unity and
11  togetherness.  And that's one of the main reasons
12  why I -- why I voted for the president.
13        DONALD J. TRUMP:  We are reminded of our
14  nation's path towards civil rights and the work
15  that still remains to be done.
16        (End of playing video.)
17  BY MR. PHILLIPS:
18    Q    Was that a commercial that was, I guess,
19  produced or distributed by American Made Media Holding?
20    A    Yes, sir.
21    Q    For what purpose?
22    A    Again, for correcting the narrative that
23  Omarosa was publicly saying.
24    Q    What specifically?
25    A    That President Trump is racist.

Page 24

1    Q    Let's go on to 2, which is a 35-second ad.
2  Can you see that?  Can you see that video?
3    A    Yes, sir.
4        (Playing video:)
5        UNKNOWN SPEAKER:  I'm blessed to be able to
6  run inner city youth programs and to also teach in
7  prisons across America.  The inmates in my federal
8  prison program literally received days off their
9  sentence just for attending my class, and that's
10  thanks to President Donald Trump and his First Step
11  Act.  President Trump cared about these Americans
12  and their families even when so many others had
13  left them behind and had written them off.  I'm
14  forever grateful for President Trump for that.
15        (End of video.)
16  BY MR. PHILLIPS:
17    Q    Referring to, I guess, ad -- campaign ad
18  number 2 that was sent to us, was that produced or
19  distributed by American Made Media Holding?
20        MR. STONEROCK:  Objection, compound, vague
21  and ambiguous as to produced or distributed.
22        MR. PHILLIPS:  Sure.
23  BY MR. PHILLIPS:
24    Q    Was that -- was that commercial, campaign ad
25  number 2 --

Page 25

1          MR. PHILLIPS:  And we'll attach 1 as Exhibit 1
2    and 2 as Exhibit 2 to this deposition and -- and go
3    on through with that nomenclature, which we'll
4    delineate as we go forward.
5          (Respondent's Exhibits 1 and 2 were identified
6    and later marked for identification.)
7    BY MR. PHILLIPS:
8      Q    But was campaign ad number 2 produced by
9    American Made Media Holding?
10         MR. STONEROCK:  Vague and ambiguous as to
11    produced.
12         You can answer, Sean, if you know.
13         THE WITNESS:  Paid for by American Made Media
14    through a subcontractor, so the subcontractor
15    actually produced it.
16    BY MR. PHILLIPS:
17     Q    Okay.  Who was the subcontractor?
18     A    For that one it -- it was either We Are
19    Politics -- there was a couple.  So that was actually
20    during convention.  Right?  So there was a couple
21    different entities that produced and put the videos
22    together for convention.
23     Q    Okay.  Where were these distributed?  Where
24    was that one distributed, I guess?
25     A    That would have been digital, and then also

Page 26

1    during convention.
2      Q    Okay.  Digital.  Who was the focus of the
3    digital campaign?
4      A    Anybody that will watch it for the campaign.
5      Q    Was it targeted towards African Americans?
6      A    I think it was targeted to voters.
7      Q    Okay.  What role, if any, did American Made
8    Media Holdings have with -- with campaign ad number 2?
9      A    I don't understand that question.  Can you
10    rephrase it?
11     Q    What -- what did -- did American Made Media
12    Holding have anything to do with whether production or
13    distribution with campaign ad number 2 that we just
14    watched?
15     A    It would have paid for the production of the
16    campaign, and then also the distribution through
17    digital assets or even during the convention.
18     Q    Okay.  Are you aware of any statements Omarosa
19    Manigault Newman made in any way disparaging or
20    discussing the First Step Act?
21         MR. STONEROCK:  Calls for speculation, lacks
22    foundation.
23         You can answer if you know, Sean.
24         THE WITNESS:  Not to my knowledge.
25    BY MR. PHILLIPS:

Page 27

1      Q    Do you know any comments or can you identify
2    any comments Omarosa Manigault Newman made about
3    African-American inmates or Trump's treatment of
4    African-American inmates?
5          MR. STONEROCK:  Same objections.
6          THE WITNESS:  No, sir.
7    BY MR. PHILLIPS:
8      Q    Okay.  So is it your contention that this
9    campaign ad was designed to be a counternarrative of
10    comments Omarosa Manigault Newman made?
11     A    Yes, sir.
12     Q    How?
13     A    Racism.  She said the president was racist.
14     Q    Okay.  So just putting in an ad which features
15    African Americans contradicts racism?
16     A    Features or --
17     Q    Actually -- actually -- I'm sorry.  Go ahead.
18     A    So you said "features African Americans."  So
19    I don't think that just because it features African
20    Americans contradicts racism.  But promoting
21    and permanently funding HBCUs and then, also, the First
22    Step Act and everything, yes, it does.
23     Q    What is racism?
24     A    What -- what is racism?
25     Q    Yeah.  You've used the word a couple times

Page 28

1    and said Omarosa was guilty of portraying Donald Trump
2    as a racist.  What is racism?
3      A    She actually said --
4          MR. STONEROCK:  His definition of racism?
5          MR. PHILLIPS:  His definition.  I just want to
6    make sure we're on the same page.  What he's
7    referring to related to racism.
8          THE WITNESS:  Yeah, I'm referring to Omarosa's
9    comment of saying that the president is racist, not
10    comments of, like, what is speculating or what the
11    definition of racism is.  But she said that the
12    president is racist.  So that comment of saying
13    that he's racist would -- that's what we were
14    trying to correct.
15          My definition of racism is someone that
16    probably -- I mean, someone that hates or despises
17    or dislikes another individual based off of the
18    color of their skin.
19    BY MR. PHILLIPS:
20     Q    Merely dislikes, not has preferential
21    treatment towards ones own race?
22     A    Say that again.  Sorry.  I need to turn it up.
23     Q    Is having preferential treatment towards ones
24    own race racism?
25          MR. STONEROCK:  Incomplete hypothetical, calls

Page 29

1    for speculation, lacks foundation.
2         You can answer, Sean, if you understand.
3         THE WITNESS:  Can you rephrase it?
4    BY MR. PHILLIPS:
5         Q    Sure.  My understanding of -- of -- and I
6    realize racism's a complex topic, so I don't want to
7    just say one sentence is your definition of racism.
8    But you discussed how, you know, I guess, being
9    negative to one race is racism.  But I'm asking whether
10   preferential treatment, so -- so white people
11   preferring white people, is that -- is that racism in
12   your definition?
13        MR. STONEROCK:  Objection, incomplete
14   hypothetical, calls for speculation, lacks
15   foundation.
16        You can answer if you understand, Sean.
17        THE WITNESS:  Yeah, I mean, I didn't say a
18   certain race.  Right?  I said anybody or any human
19   or anything by the color of their skin.  So you can
20   be white and not like white people -- right --
21   and be racist against your own race, yes.
22   BY MR. PHILLIPS:
23        Q    Okay.  Let's move on to number 3.
24        (Playing video:)
25        UNKNOWN SPEAKER:  I caught my very first

Page 30

1    felony conviction at 16 years old.  I was arrested
2    for a string of bank robberies.  And as I laid on
3    that stainless steel cell, shackled by my hands
4    and my feet, I heard God utter into my spirit:  My
5    son, I honored what you asked me to do.
6         President Trump, he had made a bunch of
7    promises.  Let me just be transparent.  When he
8    first started talking about the things he was gonna
9    to do, I'm sitting there going:  Wait a minute
10   here.  I mean, is he serious?  Because everything
11   that he was saying that he wanted to do was the
12   stuff that needs to be done.
13        (End of playing video.)
14   BY MR. PHILLIPS:
15        Q    Okay.  Referring to the ad we just showed you,
16   campaign ad number 3, produced to us by your counsel,
17   how -- how at all did that counteract any disparaging
18   or defamatory comment by Omarosa Manigault Newman?
19        MR. STONEROCK:  Objection, compound, calls for
20   speculation, lacks foundation.
21        You can answer, Sean, if you know.
22        THE WITNESS:  The -- can you say that again?
23   I apologize.
24   BY MR. PHILLIPS:
25        Q    Yeah.  I'm just -- just curious about campaign

Page 31

1    ad number 3 and why that was produced to us.
2         A    Because the president promised that he was
3    gonna be there for the American people, and this video
4    right here said he kept his promises.  And what he said
5    he was gonna do, he's gonna do.  And that it didn't
6    matter what race you were or anything, he's gonna look
7    out for the American individuals and families, which
8    are the promises he made.
9         Q    And what specifically did Omarosa Manigault
10   Newman do that contradicted any of that or disparaged
11   any of that?
12        A    She said he was racist.
13        Q    Okay.  Did she comment about that specific
14   incarcerated African-American man?
15        MR. STONEROCK:  Calls for speculation, lacks
16   foundation, incomplete hypothetical.
17        You can answer if you know, Sean.
18        THE WITNESS:  Not to my knowledge I don't.  I
19   am unsure of that.
20   BY MR. PHILLIPS:
21        Q    Okay.  Everything Trump is saying -- I think
22   there was a line in there.
23        (Playing video:)
24        UNKNOWN SPEAKER:  I mean, is he serious?
25   Because everything that he was saying that he

Page 32

1    wanted to do was the stuff that needs to be done.
2         (End of video.)
3    BY MR. PHILLIPS:
4         Q    Okay.  "Everything he said" -- and it's
5    actually on the screen, "Everything he said he was
6    going to do needed to be done."  Did Omarosa Manigault
7    Newman say anything about Mr. Trump that contradicted
8    that statement?
9         MR. STONEROCK:  Calls for speculation, lacks
10   foundation, incomplete hypothetical.
11        You can answer if you know, Sean.
12        THE WITNESS:  Statements and public statements
13   of being a racist, I would say it would make it to
14   where she said that he is not going to actually
15   help all Americans, just specific Americans.  So I
16   would say, in a roundabout way, yes.  But
17   specifically to that, I am unsure.
18   BY MR. PHILLIPS:
19        Q    Okay.  Was Omarosa the only person in the
20   entire world calling Donald Trump a racist?
21        MR. STONEROCK:  Calls for speculation, lacks
22   foundation, vague as to time.
23        You can answer if you know, Sean.
24        THE WITNESS:  In the entire world, no, sir.
25        MR. PHILLIPS:  Okay.  I'm going to attach 3 as

Page 33

1       Plaintiff's Exhibit 3.
2           (Respondent's Exhibit 3 was identified and
3       later marked for identification.)
4   BY MR. PHILLIPS:
5       Q    Moving on to campaign ad 4.  Or was that 4?
6   No.  This is the human side.
7           (Playing video:)
8           UNKNOWN SPEAKER:  Back in 2002, I was arrested
9       for conspiracy.  I was convicted on that single
10      charge for 50 grams or more of crack or five
11      kilograms of cocaine, and sentenced to life without
12      the possibility of parole.
13          With the First Step Act, that was something
14      that needed to be done for quite some time.
15      And President Trump was able to come in there.  You
16      have to look at the human side.
17          (End of video.)
18          (Respondent's Exhibit 4 was identified and
19      later marked for identification.)
20  BY MR. PHILLIPS:
21      Q    The human side, was that an ad in any way done
22  or.distributed by American Made Media Holding?
23          MR. STONEROCK:  Vague as to done or
24      distributed.
25          You can answer if you know, Sean.

Page 34

1           THE WITNESS:  We paid a subcontractor for
2       production of that ad, yes.
3   BY MR. PHILLIPS:
4       Q    And then you -- American Made distributed it?
5           MR. STONEROCK:  Vague as to the term
6       "distributed."
7           You can answer, Sean.
8           THE WITNESS:  We paid for the distribution of
9       it, yes.
10  BY MR. PHILLIPS:
11      Q    Okay.  And do you know where that one was
12  distributed?
13      A    That one looks like it was, obviously, a
14  digital ad, and I would think by the production of it
15  possibly also for the convention as well.
16      Q    Okay.  Do you know if that was targeted to
17  African-American individuals or African-American
18  communities?
19      A    I think it was more of the First Step Act,
20  and then the president's policies to get the First Step
21  Act through.
22      Q    Can one -- bear with me on this hypothetical.
23  Can one pass pro African-American legislation and still
24  be racist?
25          MR. STONEROCK:  Calls for speculation, lacks

Page 35

1   foundation, incomplete hypothetical.
2           You can answer the question if you understand
3       it, Sean.
4           THE WITNESS:  I think if you're truly racist,
5       then you probably wouldn't promote and push
6       legislation to help a certain race.  So, no, I
7       don't think so.
8   BY MR. PHILLIPS:
9       Q    Okay.  So if you're truly racist, you're gonna
10  do nothing to help a certain race even if it benefits
11  you?
12          MR. STONEROCK:  Calls for speculation, lacks
13      foundation, incomplete hypothetical.
14          You can answer, Sean.
15          THE WITNESS:  Are you saying for the benefit
16      of an individual if he's truly racist?
17  BY MR. PHILLIPS:
18      Q    Obviously these were paid to -- these were
19  paid ads to achieve votes, were they not?
20      A    They were paid ads to correct a narrative,
21  yes, sir.  Right.  And then --
22      Q    For what purpose?
23      A    -- the narrative being --
24          Say again, sir.
25      Q    What -- what's the purpose of correcting the

Page 36

1   narrative?
2       A    The purpose of correcting a narrative?
3       Q    Yes.
4       A    To get the message to the voters to correct
5   the narrative.
6       Q    Okay.  And so the voters to -- so it's -- does
7   it matter what somebody thinks or what they do in this
8   instance?  Obviously it seems to me that the purpose
9   was to get -- you had a -- you had a campaign going on,
10  so the purpose was to get votes for Donald Trump;
11  correct?
12      A    The purpose is -- it's -- it's kind of
13  two-sided.  Right?  So if you are going to correct the
14  narrative, you want to make sure that people understand
15  that the president is not racist and he does want to
16  look out for the American people and it doesn't matter
17  what race you are.
18          But, also, that if you are on -- if you are
19  borderline or on the edge of a vote, then, yes.  Like,
20  it is to let them know that if your vote is because of
21  a racism thing that another individual said, then it's
22  to correct the narrative.
23      Q    Do you have the name of any individual who
24  said they did not vote for Donald Trump because Omarosa
25  Manigault Newman said he was racist?

Page 37

```
1     A    No, sir.
2     Q    Okay.  Do you have a name of any individual
3  who said he did not -- he or she did not vote for
4  Donald J. Trump because he was sexist, because Omarosa
5  said he was sexist?
6     A    No, sir.
7     Q    Okay.
8     A    Also, to follow up on that, it's not like I
9  have a very big circle of individuals I talk to daily,
10 so . . .
11    Q    Okay.  But you got -- your company got paid
12 200 and -- $166 million to run a campaign for Donald
13 Trump.  Did you spend any of that on polling to
14 determine what Donald Trump's true opinion was in the
15 African-American community, or what the
16 African-American community's true opinion was of Donald
17 Trump?
18         MR. STONEROCK:  You're asking about the
19    campaign or the, you know, separate entity that did
20    media buy?
21         MR. PHILLIPS:  I mean, that's the problem with
22    this.  Okay.  Fair enough.
23 BY MR. PHILLIPS:
24    Q    Did American -- with the $166 million received
25 by American Made Media Holding, did they conduct any
```

Page 38

```
1  focus groups to determine whether Omarosa Manigault
2  Newman's expressed opinion that Donald Trump was racist
3  was in need of -- of countermessaging?  Was there any
4  focus group on that?
5         MR. STONEROCK:  Calls for speculation, lacks
6     foundation.
7         You can answer, Sean, if you know.
8         THE WITNESS:  American Made Media Consultants
9     or Holdings didn't -- never spent money on polling.
10    It is not actually media driven -- so
11    polling is more internal for the campaign.
12 BY MR. PHILLIPS:
13    Q    So why did either American Made -- well, I
14 guess, why did Donald J. Trump for President, Inc. feel
15 that -- like on what did -- did Donald J. Trump for
16 President, Inc. base its decision that it needed to run
17 these at least 24 campaign ads because of Omarosa
18 Manigault Newman?
19         MR. STONEROCK:  Calls for speculation, lacks
20    foundation.
21         You can answer, Sean, if you know.
22         THE WITNESS:  Probably from polling.
23 BY MR. PHILLIPS:
24    Q    Can you -- can you cite to any poll?  Do we --
25 do we know who did the polling?
```

Page 39

```
1     A    That was not my role on the campaign, so I
2  cannot cite to it.
3         MR. PHILLIPS:  Okay.  Moving on to campaign ad
4     number 5, which we'll attach as Exhibit 5.
5         (Respondent's Exhibit 5 was identified and
6     later marked for identification.)
7         (Playing video:)
8         ERIC BALCOM:  It's an overwhelming feeling,
9     and I'm just glad to be free.
10        VOICEOVER:  Eric Balcom has waited 16 years
11    for this moment.  His first breaths of freedom
12    after being released from federal prison in Jesup,
13    Georgia.
14        ERIC BALCOM:  I can't be bitter about all that
15    I've missed.  I've just got to be thankful
16    and grateful for the new memories that I can make.
17        (End of video.)
18 BY MR. PHILLIPS:
19    Q    What is the First Step Act, to your
20 understanding?
21        MR. STONEROCK:  Calls for a legal conclusion,
22    lacks foundation, calls for speculation.
23        You can answer it if you have an
24    understanding, Sean.
25        THE WITNESS:  I believe it's to shorten a
```

Page 40

```
1  sentence for an individual for -- I guess that
2  would probably be it -- for, like, good behavior
3  and for crimes that may not have been -- and this
4  is just what I think it is.  I'm --
5  BY MR. PHILLIPS:
6     Q    Yeah, yeah.
7     A    -- not really sure.  Right.  Crimes that --
8  where they got more time or more sentence than they
9  probably -- it just didn't fit the crime.
10    Q    Okay.  And I -- I don't want to ask you a
11 question I've already asked you.  I think this is
12 different.  But can one -- well -- well, let me go
13 back.
14        This commercial, campaign ad number 5, can you
15 point to any statement by Omarosa Manigault Newman that
16 addressed any of the issues in campaign number 5,
17 Mr. Balcom, First Step Act, anything related to those
18 issues?
19        MR. STONEROCK:  Objection, compound, vague
20    and ambiguous, vague as to any of the issues.
21        Sean, you can answer if you understand the
22    question.
23        THE WITNESS:  Specific statements, not off the
24    top of my head.  Multiple statements on television,
25    Twitter, radio, I would say yes.
```

Page 41

1  BY MR. PHILLIPS:
2      Q    Okay.  Again, the general -- the general
3  comments related to racism and Donald Trump; right?
4      A    Correct.
5          MR. PHILLIPS:  Okay.  Campaign ad 6, Omarosa's
6  Exhibit 6.
7          (Respondent's Exhibit 6 was identified and
8  later marked for identification.)
9          UNKNOWN SPEAKER:  I stand for all his
10  policies, both religiously and politically.
11          UNKNOWN SPEAKER:  He's already done so much
12  for the country.  And he's -- he's really doing a
13  great job.
14          UNKNOWN SPEAKER:  As far as abortion goes,
15  that was one of my big issues.  I very heavily
16  stand for the unborn, and so his -- his policies as
17  far as that goes has really, really affected me.
18          (End of video.)
19  BY MR. PHILLIPS:
20      Q    Do you know of Donald Trump's opinions, true
21  opinions, about abortion?
22          MR. STONEROCK:  Objection, calls for
23  speculation, lacks foundation, vague as to true
24  opinions.
25          You can answer if you know, Sean.

Page 42

1          THE WITNESS:  Oh, okay.  All right.
2      No, sir.
3  BY MR. PHILLIPS:
4      Q    Okay.  I just -- I see a trend with 4, 5, 6,
5  3.  They're -- they're isolated African-American
6  individuals.  Did you meet any of these individuals?
7          MR. STONEROCK:  Objection, mischaracterizes
8      the advertisements, compound.
9          You can -- you can answer, Sean, if you
10      understand.
11          THE WITNESS:  No, sir.
12  BY MR. PHILLIPS:
13      Q    Okay.  Did you discuss whether they
14  believed -- I mean, I understand they were a proponent
15  of the First Step Act or -- or Donald Trump's abortion
16  policies.  But do you know whether these individual
17  people featured in the commercial would believe that --
18  or would have any views about whether or not Donald
19  Trump is a racist?
20          MR. STONEROCK:  Calls for speculation, lacks
21      foundation, mischaracterizes the videos.
22          You can answer, Sean, if you understand.
23          THE WITNESS:  Can you -- can you repeat the
24      question, please?
25  BY MR. PHILLIPS:

Page 43

1      Q    Sure.  I'm just trying to understood, like,
2  Mr. Balcom or the young lady who was talking about
3  Donald Trump's abortion views and that's why she
4  supported him, do you know whether they -- they hold
5  any views whatsoever about whether -- even though they
6  agree with him on certain issues that they feel that
7  Donald Trump is a racist?
8          MR. STONEROCK:  Objection, calls for
9      speculation, lacks foundation, mischaracterizes the
10      videos.
11          You can answer, Sean.
12          THE WITNESS:  No, sir.
13  BY MR. PHILLIPS:
14      Q    Okay.
15          MR. PHILLIPS:  Omarosa's Exhibit -- that was
16      6.  Now we're going to 7.
17          (Respondent's Exhibit 7 was identified and
18      later marked for identification.)
19  BY MR. PHILLIPS:
20      Q    Based upon the shape of that one, was that an
21  Instagram ad?  Do you know where that ad aired,
22  campaign 6?
23      A    No, sir.
24      Q    Okay.
25      A    I would assume digital based off of the look

Page 44

1  of it.
2      Q    Okay.  Do you have or does the campaign have
3  either -- either American Made Media Holding or the
4  campaign maintain the statistics for where these ads
5  aired and how much was paid for each one?
6      A    We have a -- a rough estimate as of right now
7  because it is multiple ads going out at one time.
8      Q    Okay.
9      A    But if we had to dive down into it, we would
10  be able to pull the dollar amount anyway.
11      Q    Did Omarosa Manigault Newman address anything
12  that you're aware of about Donald Trump's opinions on
13  abortion?
14          MR. STONEROCK:  Calls for speculation, lacks
15      foundation.
16          You can answer, Sean.
17          THE WITNESS:  Can you repeat that again,
18      please, sir?
19  BY MR. PHILLIPS:
20      Q    Yeah.  The campaign ad number 6 largely was
21  addressed on abortion policies.
22      A    Uh-huh.
23      Q    Do you know whether Omarosa Manigault Newman
24  made any statements about -- or can you identify any
25  statements made by Omarosa Manigault Newman about

Page 45

1  Trump's abortion policies?
2          MR. STONEROCK:  Calls for speculation, lacks
3      foundation, mischaracterizes the advertising.
4          You can answer, Sean.
5          THE WITNESS:  No, sir.
6  BY MR. PHILLIPS:
7      Q    Okay.  Campaign ad number 7, Exhibit Number 7.
8          (Playing video:)
9          PASTOR C. L. BRYANT:  Hi, friends.  I'm C. L.
10     Bryant.  Black Voices for Trump is building a MAGA
11     army across America to do everything we possibly
12     can to get President Donald John Trump reelected.
13     Why?  Because he has been the greatest champion
14     that black people have had in this country for a
15     long, long time.  Help us, Black Voices for Trump,
16     reelect Donald John Trump to the presidency.
17     Become an official member of Black Voices for Trump
18     and help keep America great.
19          (End of video.)
20  BY MR. PHILLIPS:
21     Q    Referring to campaign ad number 7 -- I -- I
22  guess let me ask a prerequisite question.  What's the
23  difference between a fact and an opinion?
24          MR. STONEROCK:  Objection, calls for a legal
25     conclusion, incomplete hypothetical.

Page 46

1          You can answer if you have an understanding,
2      Sean.
3          THE WITNESS:  A fact and an opinion?
4  BY MR. PHILLIPS:
5      Q    Yeah.
6      A    I mean, to me it sounds dumb, but a fact is a
7  fact.  Like there's an actual hard-telling truth behind
8  it, and then an opinion is your own formed belief about
9  an individual or anything.  Right.
10     Q    As Pastor Bryant said, that Donald Trump has
11  been the greatest champion for black people, is that a
12  fact or an opinion?
13          MR. STONEROCK:  Objection, calls for a legal
14     conclusion, calls for speculation, lacks
15     foundation.
16          You can answer if you have an understanding.
17          THE WITNESS:  What was the entire comment that
18     he said?  Wasn't it in a long, long time?
19  BY MR. PHILLIPS:
20     Q    Let me get it specifically correct.
21     A    Because anything out of context, I guess,
22  would be . . .
23          (Playing video:)
24          UNKNOWN SPEAKER:  . . . reelected.  Why?
25     Because he has been the greatest champion that

Page 47

1      black people have had in this country for a long,
2      long time.  Help us, Black Voices for Trump,
3      reelect Donald John Trump to the presidency.
4      Become an official member of Black Voices for Trump
5      and help keep America great.
6          (End of video.)
7  BY MR. PHILLIPS:
8      Q    You were correct.  So the subtitles, I can
9  read it.
10          I believe the quote was Donald Trump, he, but
11  Donald Trump, has been the greatest champion that black
12  people have had in this country for a long, long time.
13  Is that a fact or an opinion?
14          MR. STONEROCK:  Objection, calls for a legal
15     conclusion, relevance.
16          You can answer if you have an understanding,
17     Sean.
18          THE WITNESS:  I believe that's a fact.
19  BY MR. PHILLIPS:
20     Q    Oh, okay.
21     A    I mean, like, here's -- here's the issue,
22  though.  It depends on -- it's an opinion and a fact to
23  me.  Right?  The fact is every other president before
24  Donald Trump has said that they're gonna look out for
25  the African-American community and other communities

Page 48

1  within America, and they haven't.  President Trump
2  actually did stick to his promises, so that's a fact --
3      Q    Okay.  Isn't the president --
4      A    -- for the community -- for the community.
5      Q    And don't -- sorry.
6          It says that Donald Trump has been the
7  greatest champion -- the greatest single -- how many
8  greatest champions are there?
9          MR. STONEROCK:  Objection, vague.
10          Sorry, John.  Did you finish?
11          MR. PHILLIPS:  Yeah.  Well, let me start over.
12  BY MR. PHILLIPS:
13     Q    I guess it's -- it's the pastor's words.  Was
14  -- was Dr. King a greater champion for -- for black
15  people in this country than Donald Trump?
16          MR. STONEROCK:  Objection, relevance, calls
17     for speculation, lacks foundation, incomplete
18     hypothetical.
19          Sean, you can answer if you have an
20     understanding of the question.
21          THE WITNESS:  No, I -- I -- I guess I don't
22     understand the question.  Can you please rephrase
23     it?
24  BY MR. PHILLIPS:
25     Q    Was Dr. -- was Dr. Martin Luther King -- do

Page 49

1  you know who Dr. Martin Luther King is?
2      A   Yes, sir.
3      Q   Okay.  Was Dr. Martin Luther King a greater
4  champion for black people than Donald Trump?
5          MR. STONEROCK:  Objection, incomplete
6      hypothetical, vague as to greater champion, calls
7      for speculation, lacks foundation.
8          You can answer it, Sean, if you have an
9      understanding of the question.
10         THE WITNESS:  I think -- I think it's relevant
11     to a time.  Right?  So was he greater at that time?
12     Obviously, because Donald Trump wasn't around.
13         But was Michael -- Michael Jordan the greatest
14     basketball player of all time?  Was he better than
15     LeBron James?  That's your problem.  Right?
16         So it's not within the same time and within
17     that same time frame.
18  BY MR. PHILLIPS:
19     Q   Donald Trump -- Donald Trump didn't exist at
20  the same time as Dr. King?
21     A   Say it again.
22     Q   Did Donald Trump exist at the same time as Dr.
23  King?
24         MR. STONEROCK:  Vague as to exist.
25  BY MR. PHILLIPS:

Page 50

1      Q   Did they live in the same . . .
2      A   I -- what I mean by that is, like, in the
3  champion or in the -- like champion for African
4  Americans.  Right?  So it wasn't the same -- not even
5  the same time frame, no.
6      Q   Okay.  Do you know how old Donald Trump is?
7      A   Early 70s.
8      Q   Okay.  Is Barack Obama -- was Barack Obama a
9  greater champion for black people than Donald Trump?
10         MR. STONEROCK:  Objection, vague as to greater
11     champion, incomplete hypothetical, relevance.
12         You can answer, Sean, if you have an
13     understanding.
14         THE WITNESS:  I don't believe so, no.
15  BY MR. PHILLIPS:
16     Q   Okay.  But that's -- what I'm trying to get at
17  is that's your opinion.  Somebody could believe that
18  Obama was far greater than Donald Trump for the African
19  American and civil rights; right?  That's -- that's --
20  that's -- that's a matter of opinion; right?
21         MR. STONEROCK:  Objection, calls for a legal
22     conclusion, incomplete hypothetical.
23         You can answer, Sean.
24         THE WITNESS:  I think it still is based on
25     some type of fact.  Right?  President Obama was

Page 51

1  great for the African-American community in the
2  fact that he was president and he did have a lot of
3  policies.  But I think President Trump actually
4  stuck -- stuck to his promises.
5          And, again, I get what you're saying, that it
6      is an opinion, but I think there is some factual
7      background.
8  BY MR. PHILLIPS:
9      Q   Did -- did President Obama ever call
10  African-American countries shithole countries?
11         MR. STONEROCK:  Objection, calls for
12     speculation, lacks foundation, relevance.
13         You can answer, Sean, if you know.
14         THE WITNESS:  Not to my knowledge.
15  BY MR. PHILLIPS:
16     Q   Did Donald Trump ever call African nations
17  shithole countries?
18         MR. STONEROCK:  Calls for speculation, lacks
19     foundation.
20         You can answer if you know, Sean.
21         THE WITNESS:  I do not.
22  BY MR. PHILLIPS:
23     Q   We'll come back to that.
24         Campaign ad number 8.
25         (Playing video:)

Page 52

1      ALICE JOHNSON:  I'm free to hug my family.
2      UNKNOWN SPEAKER:  Yes.
3      ALICE JOHNSON:  I'm free to start over.  This
4  is the greatest day of my life.  My heart is just
5  bursting with gratitude.  I want to thank President
6  Donald John Trump.  Thank you, thank you, thank
7  you.
8          DONALD J. TRUMP:  I'm Donald Trump and I
9  approve this message.
10         (End of video.)
11         (Respondent's Exhibit 8 was identified and
12     later marked for identification.)
13  BY MR. PHILLIPS:
14     Q   Did -- did Ms. Johnson, in -- in campaign ad
15  number 8, Exhibit 8, express her opinion about whether
16  or not Donald Trump was a racist?
17     A   I do not know, sir.
18     Q   Okay.  Did the fact that she said -- I mean,
19  what comment by Omarosa Manigault Newman in any way was
20  contradicted by Alice Johnson saying, "I'm free to
21  start over," "my heart is just bursting"?  I mean, was
22  there anything that Ms. Newman said about Ms. Johnson
23  or, I guess, the First Step Act?  I know we've asked
24  that, but I just want to go through all these
25  commercials.

Page 53

1        MR. STONEROCK:  Calls for speculation, lacks
2    foundation.
3        You can answer if you understand the question,
4    Sean.
5        THE WITNESS:  I think it still goes back to
6    the fact that she said he was racist.
7    BY MR. PHILLIPS:
8        Q    Okay.  So far we're at -- we're at campaign ad
9    number 8, and what I'm seeing is in -- in order to
10   respond to an allegation of racist, that Donald Trump
11   was racist, American Made Media Holding made a lot of
12   money finding African Americans who support Donald
13   Trump; is that correct?
14       MR. STONEROCK:  Objection, misstates his
15   testimony, misstates the videos, compound,
16   argumentative.
17       You can answer if you understand the question,
18   Sean.
19       THE WITNESS:  That's false.
20   BY MR. PHILLIPS:
21       Q    What's false?
22       A    That American Made Media Holding made a lot of
23   money off of this.
24       Q    166 -- do you know what portion of the $166
25   million was made off of these 24 ads?

Page 54

1        A    None.
2        Q    None.
3        A    Correct.
4        Q    Why?
5        A    Say again.
6        Q    Why?
7        A    Because American Made Media Consulting was the
8    media aggregate and purchaser who hired subcontractors
9    to fulfill the requests.
10       Q    You don't get a -- a contingency or placement
11   fee?  Does American Made Media get a contingent fee or
12   a placement fee or any -- any percentage of -- of the
13   -- the amounts spent on this campaign?
14       A    No, sir.
15       Q    Was this intentionally done pro bono, or -- or
16   is this -- I guess I need to understand what American
17   -- how American Made Media Holding was compensated.
18       MR. STONEROCK:  Vague as to intentional, vague
19   and ambiguous as to pro bono.
20       You can answer, Sean, if you know.
21       THE WITNESS:  So American Made Media
22   Consultants was -- or Holding Company was not
23   compensated based off a per purchase or a
24   percentage, correct.
25   BY MR. PHILLIPS:

Page 55

1        Q    Okay.  So there was a -- was it a monthly rate
2    or an annual rate that American Made Media Holding
3    negotiated with Donald J. Trump for President, Inc.?
4        MR. STONEROCK:  Objection, misstates his
5    testimony.
6        You can answer if you know, Sean.
7        THE WITNESS:  Yeah.  I mean, I -- I guess I'm
8    failing to see how it's relevant to this.  But,
9    yes, a monthly --
10   BY MR. PHILLIPS:
11       Q    Okay.
12       A    -- fee, retainer.
13       Q    Okay.  Of which this -- this work was part of
14   the work done towards that retainer; right?
15       A    Correct.  Among -- among others, yes.
16       Q    Okay.  So this -- this -- these 24 ads weren't
17   produced out of the kindness of American Made Media
18   Holding's heart?
19       MR. STONEROCK:  Objection, vague and ambiguous
20   as to out of the kindness of their heart.
21       You can answer, Sean, if you know.
22       THE WITNESS:  Can you say that again, sir?  I
23   apologize.
24       MR. PHILLIPS:  Let's just move on to number 9.
25   I'll withdraw the question.

Page 56

1        (Playing video:)
2        TONY RANKIN:  I'm an Army vet, I was homeless,
3    I was sleeping in my car, and didn't have any hope
4    for a long time.
5        VOICEOVER:  Then Tony Rankin was offered a
6    second chance.  President Trump's opportunity zones
7    gave new investments to neglected communities,
8    and jobs are coming back.
9        TONY RANKIN:  Life is good now.  Life is worth
10   living.  The president does want to help people
11   like myself to be lifted back up in these
12   low-income communities.
13       DONALD J. TRUMP:  I'm Donald J. Trump and I
14   approve this message.
15       (End of video.)
16       (Respondent's Exhibit 9 was identified and
17   later marked for identification.)
18   BY MR. PHILLIPS:
19       Q    That screen right there where you see Donald
20   Trump, D. J. Trump, with some legislation or executive
21   order or some document, do you know what that is?
22       A    No, sir.
23       Q    Okay.
24       A    What the document itself is or --
25       Q    Correct.

Page 57

```
1     A     -- the location?
2           Or I know -- I do not know the document, no.
3     Q     I think we all know the location.
4           Do you know who the people are in that
5   picture?
6     A     No, sir.
7     Q     Did Omarosa Manigault Newman ever say or can
8   you -- can you point -- point to a statement where she
9   said that the Congress or Donald Trump did not invest
10  in neglected communities?
11          MR. STONEROCK:  Objection, calls for
12    speculation, lacks foundation.
13          You can answer, Sean, if you know.
14          THE WITNESS:  No, sir, not an individual
15    statement.
16          MR. STONEROCK:  John, when we're at a good
17    breaking point -- I mean, maybe it's not -- maybe
18    you're not there yet, but can you just let me know?
19          MR. PHILLIPS:  I mean, I've got 14 -- 13 more
20    videos to go, so it's whenever . . .
21          MR. STONEROCK:  I just -- are you done asking
22    questions about that video?
23          MR. PHILLIPS:  Yeah, that video.
24          MR. STONEROCK:  Okay.  So can we just take
25    five minutes?
```

Page 58

```
1           MR. PHILLIPS:  Sure.
2           MR. STONEROCK:  Thank you.
3           MR. PHILLIPS:  We'll be off the record for
4     five minutes.
5           (Break from 11:09 a.m. to 11:16 a.m.)
6   BY MR. PHILLIPS:
7     Q     Going back to campaign ad number -- I think it
8   was 9.  We were on this screen.  Can you see that
9   screen of Donald Trump holding some legislation or an
10  executive order?
11    A     Yes, sir.
12    Q     Okay.  Do you know if -- do you see Omarosa
13  pictured there?
14    A     No, sir.
15    Q     Okay.  The same -- same event.  Do you see
16  Omarosa pictured there?
17    A     I can't see everybody's face, but . . .
18    Q     Let me play it.
19          MR. PHILLIPS:  And we'll attach this as
20    Omarosa Manigault Newman's Exhibit 9B so I don't
21    get off of my numbers.  I know that's gonna be
22    confusing, but it will make sense -- it will make
23    it better later on.
24          (Respondent's Exhibit 9B was identified and
25    later marked for identification.)
```

Page 59

```
1           (Playing video:)
2           DONALD J. TRUMP:  So this is Historically
3   Black Colleges and Universities executive order.
4   It's very important to all of us.  This group has
5   been fantastic, many of which we were with
6   yesterday --
7           UNKNOWN SPEAKER:  That's right.
8           DONALD J. TRUMP:  -- and really developed
9   something very special.
10          So thank you.  Thank you all for being here.
11  Thank you Mr. Vice President, also, Mike --
12          MIKE PENCE:  Thank you.
13          DONALD J. TRUMP:  -- for being here.
14          It's a very important moment, and a moment
15  that means a great deal to me.  This month has been
16  a wonderful opportunity to celebrate
17  African-American history and to begin working
18  together to create a better future for African
19  Americans and universities and colleges
20  and everything that is African American.  Today
21  we're taking action to help make that future happen
22  and that future better.
23          Historically Black Colleges and Universities
24  are incredibly important institutions woven into
25  the fabric of our history just about like no other.
```

Page 60

```
1   Church is very important --
2           UNKNOWN SPEAKER:  Yes.
3           DONALD J. TRUMP:  -- right?  Colleges --
4           UNKNOWN SPEAKER:  We need our churches.
5           DONALD J. TRUMP -- and universities.  Come
6   here.  My -- my defender.  He's my defender.
7           (Laughter.)
8           Education has the power to uplift.  It has the
9   power to transform.  And perhaps most important,
10  education has the power to create greater equality
11  and justice in our lives.  That's why today I'm
12  thrilled to be signing an executive order to
13  recognize the importance of Historically Black
14  College and Universities.  Very important.  They
15  have played such an important role in achieving
16  progress for African Americans and in our nation's
17  march for justice.
18          HBCUs have been, really, pillars of the
19  African-American community for more than 150 years.
20  Amazing job.  And a grand and enduring symbol of
21  America at its absolute best.  And I congratulate
22  you all to say that.
23          UNKNOWN SPEAKERS:  Thank you.
24          DONALD J. TRUMP:  With this executive order we
25  will make HBCUs a priority of the Whitehouse, an
```

Page 61

1  absolute priority.
2      UNKNOWN SPEAKER:  I'm right there.
3      UNKNOWN SPEAKER:  Yes.
4      UNKNOWN SPEAKER:  That's right.
5      UNKNOWN SPEAKER:  Yeah.
6      (Applause.)
7      DONALD J. TRUMP:  A lot of people are going to
8  be angry that they're not a priority, but that's
9  okay.
10     (Laughter.)
11     And we will pledge our support to you, your
12 mission, and our shared mission of bringing
13 education and opportunity to all of our people.
14     And so I just want to congratulate.  These are
15 very, very special people surrounding me.  You've
16 done an amazing job.  It's not easy.
17     UNKNOWN SPEAKER:  No.
18     DONALD J. TRUMP:  Nothing's easy.
19     UNKNOWN SPEAKER:  No, it isn't.
20     DONALD J. TRUMP:  You've done an amazing job.
21 And I just want to congratulate you all.
22     UNKNOWN SPEAKERS:  Thank you.
23     DONALD J. TRUMP:  And I want to thank you --
24     UNKNOWN SPEAKERS:  Thank you very much.
25     DONALD J. TRUMP:  -- on behalf of our country.

Page 62

1      UNKNOWN SPEAKERS:  Thank you.
2      UNKNOWN SPEAKER:  We thank you.
3      DONALD J. TRUMP:  And I'm gonna sign this.
4  And this is really fantastic.
5      UNKNOWN SPEAKER:  There it is.
6      (Applause.)
7      UNKNOWN SPEAKER:  All right.
8      UNKNOWN SPEAKER:  Thank you.
9      UNKNOWN SPEAKER:  Yes.
10     (End of video.)
11 BY MR. PHILLIPS:
12     Q   Go back for a second.  I believe the gentleman
13 on the right is Jacksonville's own Nat Glover, former
14 sheriff.  And I'm pretty certain right behind him is
15 Omarosa Manigault Newman.
16     So if Omarosa Manigault Newman was at that
17 event, would you -- would you agree with me that that
18 was probably -- that -- that portions of that
19 commercial which we're referring to, commercial number
20 9, were while Omarosa Manigault Newman was still
21 employed by the Whitehouse?
22     MR. STONEROCK:  Calls for speculation, lacks
23     foundation.
24     You can answer if you know, Sean.
25     THE WITNESS:  I do not know her employment at

Page 63

1      this moment in this video.
2  BY MR. PHILLIPS:
3      Q   Okay.  Do you agree with me that that's her?
4      A   I cannot see . . .
5      Q   Let me ask her.
6      MR. PHILLIPS:  Ms. Manigault Newman, can you
7  hear me?
8      MS. MANIGAULT NEWMAN:  Yes, I can hear you.
9      MR. PHILLIPS:  Is that -- is that you behind
10 Mr. Glover?
11     MS. MANIGAULT NEWMAN:  Yes, that's me.  And my
12 husband is also behind Mr. Glover, John Allen
13 Newman.
14     MR. PHILLIPS:  Oh, I -- I see John Newman.
15 Okay.  Thank you.
16 BY MR. PHILLIPS:
17     Q   Do you know who wrote Donald Trump's very
18 words that he read that day?
19     MR. STONEROCK:  Calls for speculation, lacks
20     foundation.
21     THE WITNESS:  No, sir.  This is not a campaign
22 event, so I'm unaware.
23 BY MR. PHILLIPS:
24     Q   Okay.  Would you be surprised to learn that
25 Omarosa Manigault Newman actually wrote the words that

Page 64

1  Donald Trump spoke that day that were then featured in
2  a commercial used to, I guess -- as an antidefamation
3  campaign?  Does that sound like --
4      MR. STONEROCK:  Calls for speculation, lacks
5      foundation, vague as to antidefamation campaign.
6      Sean, you can answer if you understand the
7      question.
8      THE WITNESS:  I would think it's to promote
9      the legislation.
10 BY MR. PHILLIPS:
11     Q   Right.  Okay.  So what was the purpose of
12 commercial number 9?
13     A   Was that the one we were currently on?
14     Q   Yeah.  The -- the -- not the -- not the -- the
15 clip from the actual bill signing, but this Tony Rankin
16 commercial.  I'll -- I'll play it again.
17     A   Okay.
18     (Playing video:)
19     TONY RANKIN:  I'm an Army vet, I was homeless,
20 I was sleeping in my car, and didn't have any hope
21 for a long time.
22     VOICEOVER:  Then Tony Rankin was offered a
23 second chance.  President Trump's opportunity zones
24 gave new investments to neglected communities,
25 and jobs are coming back.

Page 65

1        TONY RANKIN:  Life is good now.  Life is worth
2  living.  The president does want to help people
3  like myself to be lifted back up in these
4  low-income communities.
5        DONALD J. TRUMP:  I'm Donald J. Trump and I
6  approve this message.
7        (End of video.)
8  BY MR. PHILLIPS:
9    Q    Did that commercial have anything to do with
10  Historically Black Colleges and Universities or that
11  legislation -- that executive order related to HBCUs?
12    A    It --
13        MR. STONEROCK:  Vague as to anything to do
14  with.
15        Sorry, Sean.  You can answer.
16        THE WITNESS:  No, you can go ahead.
17        MR. STONEROCK:  Calls for speculation --
18        THE WITNESS:  Go for it.
19        MR. STONEROCK:  Calls for speculation, lacks
20  foundation.
21        Sorry.  Sean, you can answer now.
22        THE WITNESS:  It did not sound like it, sir.
23  BY MR. PHILLIPS:
24    Q    Isn't it -- I mean, again, we're dealing with
25  opinions here, but these -- these commercials were all

Page 66

1  to show, I guess, Donald Trump wasn't racist or
2  counteract messaging by Omarosa that he was racist;
3  correct?
4    A    Yeah, I think these commercials did what you
5  said.  But also to show the legislation that the
6  president was promoting, but also -- yeah, I think
7  that's it.
8    Q    Well, including promoting -- legislation he
9  was promoting while Omarosa Manigault Newman worked
10  with him.
11        MR. STONEROCK:  Objection, vague
12  and ambiguous, misstates the videos, misstates the
13  witness's testimony.
14        You can answer, Sean.
15        THE WITNESS:  I'm not too sure on the entire
16  time frame of when Omarosa worked with the
17  president at the Whitehouse.
18  BY MR. PHILLIPS:
19    Q    I -- we're only nine through, but why was it
20  so important -- I mean, I feel like we've got a lot
21  of -- out of nine, one, two, three, four, five -- five
22  or six that feature incarcerated African Americans or
23  formerly incarcerated African Americans.  Is that
24  racist?
25    A    I think the legislation that incarcerated them

Page 67

1  was disproportionately affecting that community, so,
2  yes, I believe that there was some basis of racism
3  prior to President Trump being in office.
4    Q    Right.  But the commercials themselves
5  targeting African Americans who were involved with the
6  criminal process, isn't that, I mean,
7  disproportionately characterizing African Americans as
8  criminals?
9    A    I don't believe so.  I think it -- it's -- the
10  legislation, like I said before, has disproportionately
11  targeted African Americans, and that the community has
12  felt the effects of that legislation.  And what we were
13  trying to do was promote the legislation that President
14  Trump was trying to get past or sign that would help
15  other communities that were affected by that
16  disproportion.
17    Q    Were there other pieces of legislation to
18  choose from besides the First Step Act that -- that --
19  that Donald Trump, I guess, enacted, to use your words,
20  that -- that affected or helped African Americans?
21        MR. STONEROCK:  Calls for speculation, lacks
22  foundation, misstates his testimony.
23        You can answer, Sean, if you know.
24        THE WITNESS:  Was there other legislation that
25  would help the African-American community?

Page 68

1  BY MR. PHILLIPS:
2    Q    Yes.
3    A    Oh.  Permanently funding HBCUs, I believe that
4  is primarily the African-American community.
5    Q    Okay.
6    A    Low-income areas that were affected, again,
7  disproportionately would help the community.  So, yes,
8  I -- I believe there's other legislation besides just
9  the First Step Act.
10    Q    Do you know what percentage of increase or
11  decrease Donald Trump got between the 2016 campaign
12  and the 2020 campaign of African-American vote?
13        MR. STONEROCK:  Calls for speculation, lacks
14  foundation.
15        You can answer if you know, Sean.
16        THE WITNESS:  No, sir.  That was not part of
17  my role.
18  BY MR. PHILLIPS:
19    Q    Okay.  So do you know if these -- these
20  commercials were successful at all?
21        MR. STONEROCK:  Calls for speculation, lacks
22  foundation, vague as to the term "successful."
23        You can answer, Sean.
24        THE WITNESS:  The -- again, I was not involved
25  in polling, so I am -- I am unsure on the effect of

Page 69

1       the commercials.
2   BY MR. PHILLIPS:
3       Q    Okay.  Very good.  We'll move on to
4   Plaintiff's -- Defendant's 10.
5       A    And I apologize, I have a trash dumpster being
6   dumped outside, so it might get a little loud.
7       Q    Okay.  I can't hear it.  But let me know if --
8       A    Okay.
9       Q    -- if you need to take a break.
10          (Playing video:)
11          JESSE JACKSON:  Donald Trump for a few minutes
12  challenges and opportunities to embrace the
13  underserved communities.  And beyond that, in terms
14  of reaching out and being inclusive, he's done
15  that, too.  He came to our business meeting here in
16  New York because he has this sense of the curious
17  and a will to risk to make things better.
18          (End of video.)
19          (Respondent's Exhibit 10 was identified and
20      later marked for identification.)
21  BY MR. PHILLIPS:
22      Q    Do you know where campaign ad 10 aired?
23      A    No, sir.
24      Q    Okay.  Did Jesse Jackson endorse Donald Trump
25  or Joe Biden in the 2020 election?

Page 70

1           MR. STONEROCK:  Calls for speculation, lacks
2       foundation.
3           You can answer if you know, Sean.
4           THE WITNESS:  I don't know.
5   BY MR. PHILLIPS:
6       Q    You don't know?
7       A    No.
8       Q    Do you know how old that footage was of Jesse
9   Jackson?
10          MR. STONEROCK:  Same objection.
11          THE WITNESS:  No, sir.
12  BY MR. PHILLIPS:
13      Q    Why Jesse Jackson?  Do you know who chose --
14  excuse me.  Do you know who chose to use old footage of
15  Jesse Jackson in that commercial?
16      A    No, sir.
17      Q    Do you know Jesse Jackson's current opinion on
18  whether or not he believes Donald Trump is a racist?
19          MR. STONEROCK:  Calls for speculation, lacks
20      foundation.
21          You can answer it, Sean.
22          THE WITNESS:  No, sir.
23  BY MR. PHILLIPS:
24      Q    Do you know of any comments Omarosa Manigault
25  Newman made about Jesse Jackson or Mohammed Ali or

Page 71

1   Jennifer Hudson or -- or any other comments on old
2   video of Donald Trump and African-American leaders in
3   this country?
4           MR. STONEROCK:  Objection, compound, calls for
5       speculation, lacks foundation.
6           You can answer if you understand the question,
7       Sean.
8           THE WITNESS:  No, sir, not to my knowledge.
9   BY MR. PHILLIPS:
10      Q    Okay.  Fair enough.
11          Campaign ad 11.
12          (Playing video:)
13          DONALD J. TRUMP:  Pro family, pro growth, and
14  100 percent pro American.
15          (End of video.)
16          (Respondent's Exhibit 11 was identified and
17      later marked for identification.)
18  BY MR. PHILLIPS:
19      Q    Do you know whether -- referring particularly
20  to campaign ad number 11, do you know whether any of
21  those African Americans featured in that ad were paid,
22  compensated?
23      A    Not to my knowledge, sir.
24      Q    Okay.  Are you aware of whether or not Donald
25  J. Trump for President, Inc. paid minorities to either

Page 72

1   stand behind him at speeches or in commercials, appear
2   in commercials?
3       A    No, sir, not to my knowledge.
4       Q    Do you know one way or the other?
5       A    The -- I think you said two questions there at
6   once.
7       Q    Yes.  Certainly.  I'll break it up.
8           Do you know whether the campaign or its agents
9   or affiliates ever paid African Americans --
10  compensated African Americans to stand behind Trump at
11  campaign events?
12      A    No, sir.
13      Q    You don't know?
14      A    No, I am -- I am not aware of any payments to
15  African Americans to stand behind President Trump at --
16      Q    Are you -- are you aware of whether any
17  minorities were compensated to appear in television ads
18  or -- or Internet ads for Donald Trump?
19      A    I would believe that using footage of someone
20  else, we would by law have to pay that person for the
21  individual footage.  They cannot just give it to the
22  campaign.  So that would be yes to that question.
23      Q    Okay.  Do you know if Jesse Jackson was
24  compensated for the archival footage of him?
25      A    No, sir.

Page 73

1    Q    That would be Exhibit 11.  Moving on to
2  Exhibit 12.
3            (Playing video:)
4            DONALD J. TRUMP:  Look around at all those
5  empty plants where people have moved down and
6  companies have moved down.
7            (End of video.)
8            (Respondent's Exhibit 12 was identified and
9  later marked for identification.)
10 BY MR. PHILLIPS:
11   Q    A 10-second elongated ad, do you know where
12 those would have aired or been used?
13   A    Either -- it -- it looks like it would have
14 been an Instagram or a Snapchat.  Some digital
15 platform -- right -- social.
16   Q    Something on a phone probably.
17   A    Correct.
18   Q    Okay.  13.
19            (Playing video:)
20            (Music playing with video, no dialogue.)
21            (End of video.)
22            (Respondent's Exhibit 13 was identified and
23 later marked for identification.)
24 BY MR. PHILLIPS:
25   Q    Do you know who the gentleman is in campaign

Page 74

1  ad 13 with his -- with his thumbs up?
2    A    No, sir.
3    Q    Okay.  Do you know if he was compensated?
4    A    No, sir.
5    Q    Do you know if he voted for Donald Trump in
6  2020?
7    A    No, sir.
8    Q    14.
9            (Playing video:)
10            CORRINE RANKIN:  Hey, guys.  It's Corrine
11 Rankin.  Black Voices for Trump is launching a
12 nationwide grassroots army of supporters to ensure
13 that President Trump is reelected this November,
14 and we need your help.  Go online and sign up for
15 Black Voices for Trump to become an official member
16 and to have your voice heard, because together we
17 are going to keep America great.
18            (End of video.)
19            (Respondent's Exhibit 14 was identified and
20 later marked for identification.)
21 BY MR. PHILLIPS:
22   Q    Do you know whose decision it was to use #WOKE
23 in campaign ads?
24   A    No, sir.
25   Q    Okay.  Do you know who Corrine Rankin is?

Page 75

1    A    I've heard the name, but, no, sir, I'm not
2  familiar.
3    Q    Was that grassroots support successful?
4            MR. STONEROCK:  Objection, calls for
5  speculation, lacks foundation, vague and ambiguous
6  as to successful.
7            You can answer, Sean, if you understand the
8  question.
9            THE WITNESS:  I am not confident on whether it
10 is -- was or wasn't successful, and I don't want to
11 assume that.
12 BY MR. PHILLIPS:
13   Q    Okay.  I guess what was the goal of the ad we
14 just watched?
15            MR. STONEROCK:  Calls for speculation, lacks
16 foundation.
17            You can answer, Sean.
18            THE WITNESS:  So there's coalitions on a
19 campaign, and each coalition is responsible for
20 helping to drive vote for the president.  And I
21 would think that one was for helping to build the
22 Black Voices coalition, and continue to build that
23 group to have more vote or more social network
24 appearances.  Like, it -- it -- it's a good way to
25 push message, so . . .

Page 76

1  BY MR. PHILLIPS:
2    Q    I guess with the ultimate goal of getting
3  Donald Trump reelected with minority support?
4    A    The --
5            MR. STONEROCK:  Objection, calls for
6  speculation, and lacks foundation.
7            You can answer, Sean.
8            THE WITNESS:  I mean, you want the support of
9  all voters.
10 BY MR. PHILLIPS:
11   Q    Okay.  Well, in 14 ads that -- that were
12 produced to me for your testimony, and they're all
13 featuring -- heavily featuring African Americans,
14 and I'm just -- why?
15            MR. STONEROCK:  Objection, asked and answered.
16            You -- you can answer again if you would like,
17 Sean.
18            THE WITNESS:  Okay.  I mean, it's -- it's a
19 coalition.  There -- there's a -- it's a -- more of
20 when you have coalitions you direct the message to
21 individuals and -- and -- and what's important to
22 them to help promote and draw vote for the
23 president.
24 BY MR. PHILLIPS:
25   Q    Okay.  How does this -- what does this have to

1  do with Omarosa Manigault Newman?

2            MR. STONEROCK:  Objection, asked and answered.

3       You can answer again, Sean.

4            THE WITNESS:  Can you rephrase the question?

5       What does what have . . .

6  BY MR. PHILLIPS:

7       Q    Yeah.  Campaign ad number 14, what does --

8  what does that have to do with, if anything, with

9  Omarosa Manigault Newman?

10      A    It's just our -- part of our drive on the

11 coalition to correct a narrative.

12      Q    Why are only so far -- I mean, we've got 10

13 more to go.  But why are only African Americans

14 featured in ads to correct a narrative about whether

15 Donald Trump's racist?

16      A    I didn't --

17           MR. STONEROCK:  Calls for speculation, lacks

18      foundation, incomplete hypothetical.

19      You can answer if you know, Sean.

20           THE WITNESS:  Now, I didn't create the ads,

21      but my assumption in being -- in being a part of

22      the campaign is you normally would direct ads to

23      the individuals based off of others they associate

24      with.  And so when you kind of tailor ads to those

25      individuals, it's just the same as any other

1       coalition.

2  BY MR. PHILLIPS:

3       Q    So I don't want to misstate your words.  Black

4  people only associate with black people?

5       A    No, that's not what --

6            MR. STONEROCK:  Objection, misstates his

7       testimony, argumentative.

8       You can answer, Sean.

9            THE WITNESS:  No, sir, that's not what I'm

10      saying.

11 BY MR. PHILLIPS:

12      Q    That's why I want to give you a point to

13 clarify because you just said that --

14      A    Yes, I realize.  Thank you.

15      Q    What -- what did you mean by you -- you

16 focused on people that other people are associated

17 with?

18      A    Associated with or -- like, if you said

19 someone is racist -- right -- and then you realize that

20 other individuals actually support the president of the

21 same race as you, you would be more in line.

22           Like, if you were African American and only

23 seeing white people on ads, how does that correct the

24 president and that narrative of being racist?

25      Q    But -- I mean -- so I guess it was the

1  campaign strategy to use race-driven messages to

2  counteract a racist narrative?

3            MR. STONEROCK:  Objection, misstates the

4       testimony, argumentative, vague and ambiguous,

5       lacks foundation, calls for speculation.

6       You can answer, Sean, if you understand.

7            THE WITNESS:  And I apologize, John, can

8       you -- not rephrase it, just restate it for me?

9  BY MR. PHILLIPS:

10      Q    Yes.  Sure.  I'm just -- I'm -- I'm -- I

11 imagine -- I'm a -- I'm a white guy.  Okay?  White

12 people -- a lot of white people don't like racists

13 either; right?

14           MR. STONEROCK:  Objection, relevance, calls

15      for speculation, lacks foundation, incomplete

16      hypothetical.

17      You can answer, Sean, if you understand.

18           THE WITNESS:  Yeah, I agree.

19 BY MR. PHILLIPS:

20      Q    Okay.  So why target only African Americans

21 with this campaign?

22           MR. STONEROCK:  Objection, misstates his

23      testimony.

24           THE WITNESS:  That would -- that would assume

25      that the messaging is only going out to African

1  Americans; correct?  I mean, like you said, white

2  people also don't like -- or I individually don't

3  like racism.  I believe that the majority of white

4  people don't like racism.  And it would go to

5  everybody -- right --

6  BY MR. PHILLIPS:

7       Q    Okay.

8       A    -- not just individuals based on race.

9       Q    Do you know how long there's been a narrative

10 that Donald Trump was racist?

11           MR. STONEROCK:  Calls for speculation, lacks

12      foundation.

13           THE WITNESS:  No, sir.

14 BY MR. PHILLIPS:

15      Q    15, let's move on to 15, which will be Exhibit

16 15.

17           (Playing video:)

18           PARIS DENNARD:  Hey, this is Paris Dennard.

19 Black Voices for Trump is building a grassroots

20 coalition of leaders from all across the country,

21 and we need your help.  We need you to sign up

22 today to join Black Voices for Trump so you can

23 help us ensure that President Trump is reelected in

24 November.  Let your voice be heard.  Sign up today.

25 Let's do it together.

Page 81

```
1              (End of video.)
2              (Respondent's Exhibit 15 was identified and
3         later marked for identification.)
4    BY MR. PHILLIPS:
5         Q    Are you familiar with Mr. Dennard?
6         A    No, sir.
7         Q    Okay.  I think starting with campaign ad 16,
8    which will be Defendant's 16, we get into the sexism
9    issues.  Let me see if I'm right.  This will be
10   Defendant's 16.
11             (Playing video:)
12             DR. GINA LOUDON:  Hey, it's Dr. Gina Loudon
13        with Women for Trump.  We need your support now
14        more than ever to help President Donald Trump win
15        reelection this November and to continue fighting
16        for the issues that matter most to us, to women.
17        Click below to sign up to join the movement.  Let
18        your voice be heard.
19             (End of video.)
20             (Respondent's Exhibit 16 was identified and
21        later marked for identification.)
22   BY MR. PHILLIPS:
23        Q    So tell me about -- tell me about -- do you
24   know where that ad was aired?
25        A    It looks like a digital ad.
```

Page 82

```
1         Q    Okay.  And why -- why was that ad aired?
2         A    Dr. Loudon is on -- on Fox a lot.  I think
3    she's a well-known person.  So trying to build a
4    coalition of women for Trump.
5         Q    And why is that in any way relevant to Omarosa
6    Manigault Newman?
7         A    Because of her public statements of saying
8    that the president is sexist.
9         Q    Okay.  Let's go to a different video, which
10   we'll label as 16B.  Are you familiar with the Access
11   Hollywood tape?
12        A    Yes, sir.
13        Q    What happened there?
14             MR. STONEROCK:  Objection, vague
15        and ambiguous, calls for speculation, lacks
16        foundation.
17             You can answer if you understand the question,
18        Sean.
19             THE WITNESS:  There was recordings that were
20        given to the news networks.
21   BY MR. PHILLIPS:
22        Q    Why did that -- why is that significant?
23             MR. STONEROCK:  Objection, vague as to
24        significant.
25             You can answer if you know, Sean.
```

Page 83

```
1             THE WITNESS:  Because it was during a 2016
2    presidential election.
3    BY MR. PHILLIPS:
4         Q    Okay.
5             (Playing video:)
6             BILLY BUSH:  She used to be great.  But she's
7        still very beautiful.
8             DONALD J. TRUMP:  I moved on her, actually.
9        You know, she was down in Palm Beach.  I moved on
10       her, and I failed.  I'll admit it.
11            BILLY BUSH:  Whoa.
12            DONALD J. TRUMP:  I did try and f*** her.  She
13       was married.
14            BILLY BUSH:  (Inaudible.)
15            DONALD J. TRUMP:  Oh, no, Nancy.
16            UNKNOWN SPEAKER:  Yeah.
17            DONALD J. TRUMP:  No, this was (Inaudible.)
18       And I moved on her very heavily.  In fact, I took
19       her out furniture shopping.  She wanted to get some
20       furniture.  I said:  I'll show you where they have
21       some nice furniture.  I took her out for furniture.
22       I moved on her like a bitch, but I couldn't get
23       there.  And she was married.  And all of a sudden I
24       see her, and she's now got the big phony **** and
25       everything.  She's totally changed her look.
```

Page 84

```
1             BILLY BUSH:  She's your girl's ****.  Hottie,
2    in the purple.
3             DONALD J. TRUMP:  Whoa.
4             UNKNOWN SPEAKER:  Whoa.
5             BILLY BUSH:  Yes.
6             DONALD J. TRUMP:  Whoa.
7             BILLY BUSH:  Yes, The Donald is good.
8             DONALD J. TRUMP:  Whoa.
9             BILLY BUSH:  Oh, my man.
10            UNKNOWN SPEAKER:  Yes.
11            BILLY BUSH:  Wait, wait.  You've got to look
12       at me when you get out there.
13            UNKNOWN SPEAKER:  Who sets this up?
14            BILLY BUSH:  You give me the thumbs up.
15            DONALD J. TRUMP:  You are a ****.
16            BILLY BUSH:  Give me the thumbs up.  You've
17       got to give the thumbs up.
18            UNKNOWN SPEAKER:  You can't be too happy, man.
19            UNKNOWN SPEAKER:  You've got to give the
20       thumbs up.
21            DONALD J. TRUMP:  Yeah, you and I will walk
22       out.
23            UNKNOWN SPEAKER:  Oh, my God, is she hot.
24            DONALD J. TRUMP:  Maybe it's a different one.
25            BILLY BUSH:  It better not be the publicist.
```

Page 85

1   No, it's -- it's her.
2       DONALD J. TRUMP:  Yeah, that's her, with the
3   gold.
4       I'm gonna use some tic tacs just in case I
5   start kissing her.  You know, I'm automatically
6   attracted to beautiful women.  I just start kissing
7   them.  It's like a magnet, kiss, kiss.  I don't
8   even wait.  And when you're a star, they let you do
9   it.  You can do anything.
10      BILLY BUSH:  You can do whatever you want.
11      DONALD J. TRUMP:  You grab them by the *****.
12  You can do anything.
13      BILLY BUSH:  Look at those legs.  All I can
14  see is the legs.
15      DONALD J. TRUMP:  No, it looks good.
16      BILLY BUSH:  Come on, shorty --
17      DONALD J. TRUMP:  Oh, nice legs, huh?
18      BILLY BUSH:  -- oof, get out of the way.
19  There's some good legs.
20      Go ahead.
21      DONALD J. TRUMP:  It's always good if you
22  don't fall out of the bus like Ford, Gerald Ford.
23  Remember?
24      BILLY BUSH:  Down below.  Down below.  Pull
25  the handle.

Page 86

1       DONALD J. TRUMP:  Hello.  How are you?  Hi.
2       ARIANNA:  Hi, Mr. Trump.  How are you?
3       DONALD J. TRUMP:  Good seeing you.  Terrific.
4       ARIANNA:  Good to see you, too.
5       DONALD J. TRUMP:  Terrific.  You know Billy
6   Bush.
7       ARIANNA:  How are you?
8       BILLY BUSH:  Nice to see you.  How are you
9   doing, Arianne?
10      ARIANNA:  I'm doing very well.  Thank you.
11      Are you ready to be a soap star?
12      DONALD J. TRUMP:  We're ready.  Let's go.
13      ARIANNA:  All right.
14      DONALD J. TRUMP:  Make me a soap star.
15      ARIANNA:  All right.
16      BILLY BUSH:  How about a little hug for The
17  Donald?  He just got off the bus.
18      ARIANNA:  Would you like a little hug,
19  darling?
20      DONALD J. BUSH:  Oh, yes.  Absolutely.
21  Melania said this was okay.
22      BILLY BUSH:  How about a hug for Bushy?  I
23  just got off the bus.
24      ARIANNA:  Oh, Bushy, Bushy.
25      BILLY BUSH:  There we go.  Excellent.

Page 87

1       DONALD J. TRUMP:  Come on.
2       BILLY BUSH:  Well, you've got a nice costar
3   here.
4       DONALD J. TRUMP:  Good.
5       ARIANNA:  Yes.  Absolutely.
6       DONALD J. TRUMP:  After you.
7       ARIANNA:  All right.  I think we're gonna
8   sneak on this way, through Jay Leno.
9       DONALD J. TRUMP:  Okay.
10      BILLY BUSH:  Arianna, are there any -- any
11  love scenes or anything in the show?
12      ARIANNA:  Today there's a lot of begging from
13  me.
14      BILLY BUSH:  Really?
15      ARIANNA:  Yes.
16      BILLY BUSH:  You're gonna beg him for
17  attention, for an apprenticeship, or --
18      ARIANNA:  To get married.
19      BILLY BUSH:  To get married.
20      DONALD J. TRUMP:  Ah, that's what it is.
21      BILLY BUSH:  Oh, no.
22      ARIANNA:  How do you feel about that?
23      DONALD J. TRUMP:  That's okay.  I have to look
24  at a script.
25      ARIANNA:  Yes.  Oh.

Page 88

1       DONALD J. TRUMP:  Have you studied this
2   script?
3       ARIANNA:  Well, luckily, I have -- actually,
4   we're going to continue going this way.
5       DONALD J. TRUMP:  Do you have a script for me?
6       ARIANNA:  I've got a script for you.
7       DONALD J. TRUMP:  Okay.  Good.
8       ARIANNA:  And, luckily, I do all the talking.
9   So --
10      DONALD J. TRUMP:  Oh, good.
11      ARIANNA:  -- you just stand there and look
12  handsome and you'll be good.
13      DONALD J. TRUMP:  Well, that's good.
14      (End of video.)
15      (Respondent's Exhibit 16B was identified and
16  later marked for identification.)
17  BY MR. PHILLIPS:
18      Q   We'll cut that off at 249.
19      Were these comments of -- I mean, would it --
20  going back to what's fact and what's opinion.  Someone
21  saying "I moved on her like a bitch," is -- is that
22  sexist?
23      MR. STONEROCK:  Objection, incomplete
24  hypothetical, calls for speculation, calls for a
25  legal conclusion.

**Page 89**

1        You can answer, Sean, if you have an opinion.
2        THE WITNESS: I actually don't have an opinion
3    on it. I don't -- I don't believe it is. But I
4    also -- yeah, I don't believe it is.
5    BY MR. PHILLIPS:
6        Q    When you're a star you can do anything, grab
7    them by the pussy. A comment like that, is that
8    sexist?
9        MR. STONEROCK: Objection, calls for
10   speculation, lacks foundation, incomplete
11   hypothetical, calls for a legal conclusion.
12        You can answer it, Sean, if you have an
13   opinion on it.
14        THE WITNESS: I don't have an opinion.
15   BY MR. PHILLIPS:
16       Q    Okay. And what did Omarosa say that was --
17   that -- that attributed Donald Trump to being sexist?
18        MR. STONEROCK: Objection, calls for
19   speculation, lacks foundation.
20        Sean, you can -- you can testify to statements
21   you recall off the top of your head. Obviously
22   there's hundreds of them at issue in the case.
23        THE WITNESS: I have -- I have no statements
24   off the top of my head. But there are -- there are
25   multiple occasions.

**Page 90**

1    BY MR. PHILLIPS:
2        Q    Okay. And is it a matter of fact that Donald
3    Trump's not sexist, or is that opinion?
4        MR. STONEROCK: Objection, calls for a legal
5    conclusion, vague and ambiguous.
6        You can answer if you understand the question,
7    Sean.
8        THE WITNESS: No, I don't. I think that -- of
9    what you -- can you rephrase it?
10   BY MR. PHILLIPS:
11       Q    Yeah.
12       A    I couldn't figure it out.
13       Q    So part of this campaign was -- and, I guess,
14   part of the reason that -- that Omarosa is being sued
15   by the campaign is because she said or insinuated or
16   gave examples of Don -- Donald Trump being what you --
17   you said was sexist. And what I'm -- what I'm
18   wondering is, is -- well, let me back it up, then.
19        What is -- what is sexist? What does that
20   mean?
21       A    I think it was the same line of racism except
22   for it goes with someone's gender.
23       Q    Well, race and -- race and sex and gender are
24   two separate things. So what is -- help me understand
25   your definition of sexism, please.

**Page 91**

1        A    I would say -- I don't know how to say it the
2    best way, but not hating but probably -- yeah, probably
3    hating someone else based off of their gender.
4        Q    Hating someone else?
5        A    It's a strong word. I think it's -- it could
6    be multiple things. But basing it on the opinion of
7    gender.
8        Q    Okay. Are we allowed in this country to grab
9    a woman by the private parts --
10        MR. STONEROCK: Objection, incomplete
11   hypothetical --
12   BY MR. PHILLIPS:
13       Q    -- without consent?
14        MR. STONEROCK: Objection, incomplete
15   hypothetical, calls for a legal conclusion, calls
16   for speculation, lacks foundation.
17        I'm gonna instruct the witness not to answer
18   the question.
19        MR. PHILLIPS: Okay.
20   BY MR. PHILLIPS:
21       Q    Let's go to another video, which we'll label
22   16C.
23        (Playing video:)
24        HOWARD STERN: Donald, do you ever discuss sex
25   with your daughter?

**Page 92**

1        DONALD J. TRUMP: No.
2        HOWARD STERN: You do not?
3        DONALD J. TRUMP: No.
4        HOWARD STERN: You've never sat her down --
5        IVANKA TRUMP: And I have a feeling we're not
6    going to here.
7        VOICEOVER: Another embarrassing video from a
8    2006 Howard Stern show has surfaced. It shows
9    Trump, alongside daughter, Ivanka, and son, Don,
10   Jr., joking about being a sexual predator.
11        HOWARD STERN: You know about sexual predators
12   and things like that.
13        UNKNOWN SPEAKER: Right.
14        HOWARD STERN: I mean --
15        ROBIN QUIVERS: You are one.
16        HOWARD STERN: All right. I wasn't going to
17   say that. But it's true.
18        (End of video.)
19        (Respondent's Exhibit 16C was identified and
20   later marked for identification.)
21   BY MR. PHILLIPS:
22       Q    Is -- and I realize Howard Stern's a comedy
23   show, but is -- in today's society, is laughing about
24   being called a sexual predator appropriate?
25        MR. STONEROCK: Objection, incomplete

Page 93

1    hypothetical, misstates the video, calls for
2    speculation, lacks foundation, vague and ambiguous
3    as to the term "appropriate."
4        You can answer if you understand the question,
5    Sean.
6        THE WITNESS:  I believe that in context of
7    that I would say it's probably because it is a
8    comedy show.  And it was a long time ago.  During
9    those times, I don't think it was frowned upon as
10   it is today.
11   BY MR. PHILLIPS:
12   Q    Okay.  We'll go on to 16D.
13       (Playing video:)
14       DONALD J. TRUMP:  My daughter is beautiful,
15   Ivanka.  She -- she --
16       HOWARD STERN:  By the way, your daughter --
17       DONALD J. TRUMP:  She's beautiful.
18       HOWARD STERN:  -- is a piece -- can I say
19   this?  A piece of ass.
20       DONALD J. TRUMP:  Yeah.
21       The last couple years I'd go out with
22   somebody, and she's, like, 21, and she's talking
23   about, you know, what are you doing, and she's
24   studying algebra and --
25       HOWARD STERN:  So what?

Page 94

1        DONALD J. TRUMP:  And it's, like -- it was
2    always embarrassing for me to walk in.  It's too
3    young.  30 is like a perfect age.
4        HOWARD STERN:  Absolutely.  She has enough
5    life experience.
6        ARTIE LANGE:  Until she's 35.
7        HOWARD STERN:  Yeah.
8        (Laughter.)
9        ROBIN QUIVERS:  Don't ever change.
10       HOWARD STERN:  Too much life experience.
11       DONALD J. TRUMP:  What is it at 35, Howard?
12   It's called checkout time.
13       HOWARD STERN:  And you're probably, I would
14   say, the greatest judge of beauty on this planet.
15   In fact, I would create a TV show for you where all
16   you did was just judge women.
17       DONALD J. TRUMP:  Now, that may be the best
18   idea of all.
19       HOWARD STERN:  It's a simple thing.  It's a
20   half hour, and we strip it out all over the
21   country.
22       DONALD J. TRUMP:  No, I would say I'm the
23   all-time judge.
24       HOWARD STERN:  You own this pageant.  You go
25   over, you look, you're meeting the girls.  One of

Page 95

1    them comes up to you and says:  Mr. Trump, you're a
2    very sexy man.
3        DONALD J. TRUMP:  You're a beautiful man.  You
4    have fantastic hair.
5        HOWARD STERN:  Well, you're a powerful man.
6    Right?  Right?
7        DONALD J. TRUMP:  Right.
8        HOWARD STERN:  You're a powerful man.
9        DONALD J. TRUMP:  Right.
10       HOWARD STERN:  I want to sleep with you.  Now,
11   you're not the type that would say no.
12       DONALD J. TRUMP:  I -- I don't want to hurt
13   their feelings.
14       HOWARD STERN:  Right.  No.
15       DONALD J. TRUMP:  Right.
16       HOWARD STERN:  But, I mean, you see a
17   beautiful woman --
18       DONALD J. TRUMP:  Right.
19       HOWARD STERN:  -- you want to -- you want to
20   have that.  You're a guy that likes to have
21   everything.  Right?
22       ROBIN QUIVERS:  Well, couldn't that be
23   construed, however, as um . . .
24       HOWARD STERN:  Conflict?
25       ROBIN QUIVERS:  Yes.

Page 96

1        HOWARD STERN:  I don't -- I don't see it as a
2    conflict.
3        DONALD J. TRUMP:  Well, it could be a conflict
4    of interest.  But, you know, it's the kind of thing
5    you worry about later.
6        ROBIN QUIVERS:  Oh, I see.
7        DONALD J. TRUMP:  You tend to think about the
8    conflict a little bit later on.
9        ARTIE LANGE:  The question is how could it not
10   be construed?
11       HOWARD STERN:  No.  I mean -- I mean, some of
12   these foreign girls, you know:  Mr. Trump, in my
13   country we say hello with the vagina.  And then --
14       DONALD J. TRUMP:  Well, you could also say:
15   As the owner of the pageant, it's your obligation
16   to do that.
17       HOWARD STERN:  So -- so you have done that.
18   Now, tell me --
19       DONALD J. TRUMP:  Well, I'll tell you the
20   funniest is that I'll go backstage before a show.
21       HOWARD STERN:  Yes.
22       DONALD J. TRUMP:  And everyone's getting
23   dressed and ready and everything else.  And, you
24   know, no men are anywhere.  And I'm allowed to go
25   in because I'm the owner of the pageant, and

Page 97

1 therefore I'm inspecting it. You know, I'm
2 inspecting --
3       ROBIN QUIVERS: Right, right.
4       DONALD J. TRUMP: -- and I want to make sure
5 that everything is good.
6       HOWARD STERN: You're like a doctor. You're
7 there --
8       DONALD J. TRUMP: And they're dressing. Is
9 everyone okay? You know, they're standing there
10 with no clothes. Is everybody okay? And you see
11 these incredible looking women. And so I sort of
12 get away with things like that.
13       (End of video.)
14       (Respondent's Exhibit 16D was identified and
15 later marked for identification.)
16 BY MR. PHILLIPS:
17    Q    Is -- you're referring to 16D, the CNN clip.
18 Is calling a woman a piece of ass sexist?
19       MR. STONEROCK: Objection, calls for
20 speculation, lacks foundation, incomplete
21 hypothetical.
22       You can answer, Sean, if you have an opinion.
23       THE WITNESS: I don't have an opinion on that.
24 BY MR. PHILLIPS:
25    Q    Okay. And we'll go to 16E.

Page 98

1    A    Is there a way -- sorry to interrupt you real
2 quick. Is there a way to see the dates? Because it
3 looked -- it sounded like multiple different videos all
4 pulled together as one on that clip.
5    Q    That -- that video was procured by CNN, and it
6 -- it had the dates in it when each clip occurred.
7    A    Where were they?
8    Q    Okay. Let me go back to that one.
9    A    And when -- and when -- when did CNN put these
10 out, you know?
11    Q    Yeah. That's a good question.
12    A    Sorry, again, about the noise --
13    Q    That's fine.
14    A    -- if you can hear it.
15    Q    All right. So going back to 16E [sic]. You
16 can see the CNN logo. And then they have various clips
17 from the Howard Stern Show, 2002, 2010, 2005, and then
18 the CNN logo to close. So I believe this came out
19 during one of the campaigns.
20       Do you dispute that Donald Trump said those
21 things?
22       MR. STONEROCK: Objection, vague as to said
23    those things.
24 BY MR. PHILLIPS:
25    Q    Yeah. The clips from Donald Trump speaking,

Page 99

1 do you have a reason to dispute that that was him
2 speaking?
3    A    I don't know if it was or wasn't, but I
4 wouldn't . . .
5    Q    Okay.
6    A    I don't want to assume. Also, I've never --
7 the Howard Stern Show is definitely different.
8    Q    And we will go to an old clip from The View.
9 It's fairly short.
10       (Playing video:)
11       SHERRI SHEPHERD: Hey. So, Donald . . .
12       DONALD J. TRUMP: Hmm?
13       SHERRI SHEPHERD: All right. I'm -- I'm
14 afraid to ask this question, but what would you do
15 if Playboy put Ivanka on the cover of the magazine
16 and she had not --
17       IVANKA TRUMP: This is going to be an
18 interesting answer.
19       SHERRI SHEPHERD: Uh-huh. See, he doesn't
20 even want you to have a drink. I know him,
21 so . . .
22       DONALD J. TRUMP: It would be really
23 disappointing. Not really. But it would depend on
24 what was inside the magazine.
25       SHERRI SHEPHERD: And now, if she posed, it

Page 100

1 would be fine. But if they put her picture on --
2       DONALD J. TRUMP: Yeah. But it depends on
3 what goes inside the magazine.
4       JOY BEHAR: Well, see, that's her gripe.
5       DONALD J. TRUMP: Right.
6       JOY BEHAR: That's this girl's gripe.
7       DONALD J. TRUMP: And there was nothing.
8       JOY BEHAR: And you assume there will be nude
9 -- nude photos.
10       DONALD J. TRUMP: Right, you do assume that in
11 Playboy.
12       ELISABETH HASSELBECK: Misleading.
13       MEREDITH VIEIRA: Okay. But if they were, you
14 wouldn't have an issue with it, then? If they were
15 using her to --
16       DONALD J. TRUMP: I don't think Ivanka would
17 do that inside the magazine, although she does have
18 a very nice figure. I've said that if Ivanka
19 weren't my daughter, perhaps I would be dating her,
20 you know.
21       JOY BEHAR: Stop it. Oh, it's so weird.
22 Stop it.
23       MEREDITH VIEIRA: You know what, you are --
24       DONALD J. TRUMP: Is that terrible? How
25 terrible?

Page 101

```
1        MEREDITH VIEIRA:  You're known for saying --
2        DONALD J. TRUMP:  Is that terrible?
3        MEREDITH VIEIRA:  -- outrageous things,
4   Mr. Trump.
5        JOY BEHAR:  Who are you, Woody Allen?
6        (Laughter and applause.)
7        DONALD J. TRUMP:  That's good.  That's very
8   good.
9        (End of video.)
10       (Respondent's Exhibit 16E was identified and
11   later marked for identification.)
12  BY MR. PHILLIPS:
13       Q    I know when we get into Omarosa comments,
14  there's some comments related to things that Omarosa
15  said about the relationship between Donald Trump
16  and Ivanka.  And I guess the question is would you
17  agree that there's been a -- someone could have a
18  long-standing opinion that Donald Trump has said things
19  that most fathers probably wouldn't say about their
20  daughters such that:  If she wasn't my daughter, I
21  would be dating her?
22       MR. STONEROCK:  Objection, incomplete
23       hypothetical, calls for speculation, lacks
24       foundation, vague and ambiguous as to long-standing
25       opinion.
```

Page 102

```
1        You can answer if you understand the question,
2   Sean.
3        THE WITNESS:  Can you say that again, sir?  It
4   sounded more of a statement than a question.
5   BY MR. PHILLIPS:
6        Q    Yes.  Are you aware that there's been a
7   long-standing narrative that Donald Trump refers to his
8   daughter, Ivanka Trump, in sexual terms?
9        MR. STONEROCK:  Vague and ambiguous as to
10       long-standing narrative.
11       You can answer, Sean.
12       THE WITNESS:  I'm -- to be honest with you, I
13  was not too familiar with Mr. Trump until the
14  campaign.
15  BY MR. PHILLIPS:
16       Q    Okay.  And that was 16E.
17       MR. STONEROCK:  I think -- John, was that E or
18  -- was that E, the last one you played?
19       MR. PHILLIPS:  I believe it was E.  I have B
20  as Access Hollywood, C as Inside Edition, D as CNN,
21  and E as View.
22       MR. STONEROCK:  Okay.
23       MR. PHILLIPS:  We're going to do one more of
24  these, F, which will be Howard Stern.  Oh, maybe
25  not.  The audio didn't come down on that one.
```

Page 103

```
1        So we'll substitute 16F with a different
2   Howard Stern clip.  I think that's the CNN clip.
3   Okay.  Well, let me stop at D.  We'll strike F.  I
4   might do that later.
5   BY MR. PHILLIPS:
6        Q    And I guess -- I guess my question after those
7   few videos, is is it a fact or an opinion that Donald
8   Trump is sexist?
9        MR. STONEROCK:  Objection, calls for a legal
10       conclusion, incomplete hypothetical.
11       You can answer if you have an opinion on that.
12       THE WITNESS:  I -- I don't believe that Donald
13  Trump is sexist.  I would think that would be
14  opinion based.
15  BY MR. PHILLIPS:
16       Q    Okay.  Does saying sexist -- do you not feel
17  that any of those comments you just saw were sexist?
18       A    I don't -- I don't have an opinion on whether
19  they were or were not sexist.
20       Q    Okay.  We will go to video 17.
21       MR. STONEROCK:  John, before we get into that
22  video, could we take another quick break?  I've got
23  to send a quick email on another matter.
24       MR. PHILLIPS:  Sure.
25       MR. STONEROCK:  Could I have 10 minutes?
```

Page 104

```
1        MR. PHILLIPS:  Sure.
2        MR. STONEROCK:  And we can come back at, say,
3   9 -- 12:20 your time and 9:20 our time?
4        MR. PHILLIPS:  Sure.
5        MR. STONEROCK:  Okay.  Thank you.
6        (Break from 12:09 p.m. to 12:24 p.m.)
7        MR. PHILLIPS:  Back on the record at 12:24
8   with Omarosa Manigault Newman's Exhibit 17, another
9   video produced to us.
10       (Playing video:)
11       KATRINA CAMPINS:  Hi, everyone.  Katrina
12  Campins here.  Women for Trump is building a
13  grassroots army of women across the nation who are
14  dedicated to making sure that President Trump is
15  reelected this November, and we need your help.
16  Click below to sign up and let your voice be heard.
17  Together we will keep America great.
18       (End of video.)
19       (Respondent's Exhibit 17 was identified and
20  later marked for identification.)
21  BY MR. PHILLIPS:
22       Q    Mr. Dollman, I'm gonna use the terms generally
23  versus specifically for this -- this next question.
24       A    Okay.
25       Q    Was ad number 17 created specifically because
```

**Page 105**

1  of Omarosa Manigault Newman or generally because of
2  Omarosa Manigault Newman?  Or you can reject that
3  entirely and answer what Omarosa Manigault Newman had
4  to do with -- with 17.
5      MR. STONEROCK:  Objection, vague and ambiguous
6  as to generally and specifically.
7      Sean, you can answer the question.
8      THE WITNESS:  I think it was generally putting
9  the women coalition together.
10 BY MR. PHILLIPS:
11     Q   Okay.  Would you agree that the women
12 coalition was needed as a matter of damage control from
13 tapes like the Access Hollywood tape?
14     MR. STONEROCK:  Objection, incomplete
15 hypothetical, calls for speculation, lacks
16 foundation.
17     You can answer, Sean.
18     THE WITNESS:  I believe every campaign has a
19 women's coalition.
20 BY MR. PHILLIPS:
21     Q   Okay.  Does every woman's campaign -- I'm
22 sorry.  Does every campaign have a candidate who uses
23 terms like "moved on her like a bitch" or "grab them by
24 the pussy"?
25     MR. STONEROCK:  Objection, incomplete

**Page 106**

1  hypothetical, argumentative.
2      You can answer it, Sean.
3      THE WITNESS:  I do not know, sir.
4      (J. Wyndal Gordon, Esquire entered the Zoom
5  deposition.)
6  BY MR. PHILLIPS:
7      Q   Okay.  Have you ever heard of a political
8  campaign where the chief -- the chief candidate uses
9  terms that are made public such as "I moved on her like
10 a bitch" or "you grab them by the pussy"?
11     MR. STONEROCK:  Objection, compound,
12 incomplete hypothetical, calls for speculation,
13 lacks foundation.
14     You can answer, Sean.
15     THE WITNESS:  I'm unsure, sir.
16 BY MR. PHILLIPS:
17     Q   Okay.  Abraham Lincoln, did -- was he ever
18 attributed to a quote about moving on women like a
19 bitch?
20     MR. STONEROCK:  Same objections.
21     THE WITNESS:  I -- I do not know, sir.
22 BY MR. PHILLIPS:
23     Q   Barack Obama, did he ever talk about grabbing
24 a woman by the pussy that you're aware of --
25     MR. STONEROCK:  Same objections.

**Page 107**

1  BY MR. PHILLIPS:
2      Q   -- publicly?
3      THE WITNESS:  Not that I'm aware of.
4  BY MR. PHILLIPS:
5      Q   Okay.  Any candidate in American history joke
6  about sexual assault or sexual predatory behavior that
7  you're aware of --
8      MR. STONEROCK:  Objection, calls for
9  speculation, lacks foundation.
10     You can answer, Sean.
11 BY MR. PHILLIPS:
12     Q   -- besides Donald Trump?
13     THE WITNESS:  No, sir.
14 BY MR. PHILLIPS:
15     Q   Okay.  So would you agree that there would be
16 added emphasis to the need for pro women campaign ads
17 given the uniqueness of Donald Trump's statements such
18 as "moving on her like a bitch" and "grab her by the
19 pussy"?
20     MR. STONEROCK:  Objection, compound,
21 incomplete hypothetical, calls for speculation,
22 lacks foundation.
23     You can answer, Sean.
24     THE WITNESS:  I think depending on the
25 campaign.  I believe every video that you showed

**Page 108**

1  that you brought were played in 2016 when we had a
2  women's coalition then, as well, and that probably
3  was for a lot more of -- directed towards those
4  videos.  2020, I think it was not those videos, if
5  that makes sense.
6  BY MR. PHILLIPS:
7      Q   It doesn't.  Explain what you mean, please.
8      A   So the women's coalition was more focused on
9  continuing to keep women with the president or behind
10 the president in 2020.
11     In 2016, those videos that you showed were
12 played by the news networks and they -- and in 2016,
13 the women's coalition was more to, I guess, correct the
14 narrative from the news networks.
15     Q   What was incorrect -- what -- what news
16 narrative needed correcting related to Donald Trump
17 and women?
18     MR. STONEROCK:  Vague and ambiguous as to
19 time.
20     You can answer, Sean.
21     THE WITNESS:  That he was sexist.
22 BY MR. PHILLIPS:
23     Q   Okay.  So the news networks were also
24 referring to Donald Trump in terms that were
25 characterizing him as sexist?

Page 109

```
1            MR. STONEROCK:  Vague as to time.
2            THE WITNESS:  What was that, Ryan?  Sorry.  I
3       didn't hear.
4  BY MR. PHILLIPS:
5       Q    He was just saying vague as to time.
6            And let me just -- and let me just start over
7  on time.  Going into the 2020 election, is it -- is
8  it -- we were talking -- so I've got a follow-up to an
9  answer.
10      A    Uh-huh.
11      Q    So it's -- I believe we were talking about,
12 going into the 2020 election, that there was a
13 narrative in the news media that Donald Trump was
14 sexist.  True or untrue?
15      A    I would say that's true.
16      Q    Okay.  Was there -- going into the 2020
17 election, was there a narrative in the media that
18 Donald Trump was racist?
19      A    I would --
20           MR. STONEROCK:  Calls for speculation, lacks
21      foundation, incomplete hypothetical.
22           You can answer it, Sean.
23           THE WITNESS:  I would say there was a
24      narrative from the news networks.
25 BY MR. PHILLIPS:
```

Page 110

```
1       Q    That Donald Trump was racist going into the
2  2020 election?
3       A    Yes, sir.
4       Q    Okay.  So it wasn't just this lone atom out
5  there, Omarosa Manigault Newman, that was saying Donald
6  Trump was racist and -- and sexist?  There was news --
7  and, good grief, what I did to my hair.  There was --
8  let me start that over.
9            It wasn't just this lone atom, Omarosa
10 Manigault Newman, who was saying Donald Trump was
11 sexist or racist, there was news coverage additionally;
12 correct?
13           MR. STONEROCK:  Vague as to time.
14           You can answer it, Sean.
15           THE WITNESS:  Yes, sir.
16 BY MR. PHILLIPS:
17      Q    Okay.  And that's going into the 2020 election
18 we were referring to just because of the objection as
19 to time; is that correct?
20      A    Correct.
21           I would think that there were the news
22 networks as well.  But Omarosa was a part of -- that
23 was not a news network publicly saying -- stating those
24 comments about the president.
25      Q    What was Donald Trump's family -- I mean, what
```

Page 111

```
1  was -- what was Mary Trump -- didn't Mary Trump write a
2  book, too?
3            MR. STONEROCK:  Objection, calls for
4       speculation, lacks foundation, relevance.
5            You can answer if you know, Sean.
6            THE WITNESS:  I don't -- I don't know the
7       question.
8  BY MR. PHILLIPS:
9       Q    Okay.  Who is Mary Trump?  Do you know who
10 Mary Trump is?
11      A    No, sir.
12      Q    Okay.  Are you aware that a family member of
13 Donald Trump's wrote a book indicating that not only he
14 was racist but his family was racist?
15      A    I do not know the detail of a book.
16      Q    Okay.  Are you aware generally --
17      A    That she wrote a book?
18      Q    That she --
19      A    Sorry, I didn't mean to interrupt you.
20      Q    That's okay.
21           Are you aware that a family member wrote a --
22 wrote a book about Donald Trump?
23      A    Yes.  I believe so, yes.
24      Q    Okay.  Are you aware that that family member's
25 name was Mary Trump?
```

Page 112

```
1       A    No, sir.
2       Q    Okay.  Are you aware that that family member
3  was a niece of Donald Trump?
4       A    No, sir.
5       Q    Okay.  Are you aware that that book written by
6  that family member alleged that Donald Trump was a
7  racist?
8            MR. STONEROCK:  Calls for speculation
9       and lacks foundation.
10           You can answer if you know, Sean.
11           THE WITNESS:  No, I do not know the context of
12      the book.
13 BY MR. PHILLIPS:
14      Q    Okay.  We are at -- I think I played 17.  I
15 think we're at 18.  So video 18 produced to us by the
16 campaign last night.
17           MR. PHILLIPS:  Hi, Mr. Gordon, by the way.  I
18      see you've joined us.
19           (Playing video:)
20           DANIELLE D'SOUZA GILL:  Ladies, we've come a
21      long way.  There is no denying it.  We are better
22      off today than we were just a few years ago when
23      President Trump was elected.  More than 60 percent
24      of all new jobs under Trump's administration are
25      going to women.  How incredible is that?  President
```

Page 113

1  Trump has turned around the nation for the benefit
2  of women, young, old, mothers, sisters, wives,
3  workers, and friends.
4       News broke just this January that women are
5  officially a majority of our workforce.  Democrats
6  who rail against the president don't realize how
7  much support President Trump has from women.  This
8  is because women are just as smart, just as
9  capable, and just as hard working as everyone else
10  and can make up their own minds about whether
11  policies benefit them.
12       Under President Trump, we are seeing women
13  succeed with unemployment at an all time low.  We
14  are seeing women rising in their careers.  We are
15  seeing women speaking up for what they believe in.
16       Women are empowered again, and Trump is making
17  America great again.  Let's support President Trump
18  together.  This is our time.
19       Text empower to 88022.
20       (End of video.)
21       (Respondent's Exhibit 18 was identified and
22  later marked for identification.)
23  BY MR. PHILLIPS:
24     Q    I had to go back.  So what is womenfortrump20
25  that's referenced in that ad?

Page 114

1     A    Women for Trump 2020?  I am unsure.  Just the
2  20, or 2020?
3     Q    I don't know.
4       I was gonna ask, do you know who Danielle
5  D'Souza Gill is, and then right as I was about to ask
6  the question I saw it flash by.  So just right there on
7  the opening graphic it says, "Board member
8  womenfortrump20."  And it looks like an ad, so maybe
9  it's a -- I mean, it could even be just a Twitter
10  thing.
11       But do you know -- let me go back and just
12  ask, do you know who Danielle D'Souza Gill is?
13     A    No, sir.
14     Q    Do you know what this organization is,
15  womenfortrump20, or what she's a board member of?
16     A    I would believe the coalition --
17     Q    Okay.
18     A    -- Women for Trump.
19     Q    Did Omarosa say anything to counter that
20  women -- did she say anything to the effect that women
21  aren't as smart or capable as men?  She didn't say
22  that, did she?
23     A    I do not know, sir.
24     Q    Okay.  Who would say that, women are just as
25  smart -- do you know why the campaign felt it necessary

Page 115

1  to have a message that said, quote, women are just as
2  smart and capable as everyone else, end quote?
3       MR. STONEROCK:  Calls for speculation, lacks
4  foundation, argumentative.
5       You can answer if you know, Sean.
6       THE WITNESS:  I do not know, sir.
7  BY MR. PHILLIPS:
8     Q    Okay.  And did Omarosa say that women can't
9  make up their own mind about policies?
10       MR. STONEROCK:  Calls for speculation, lacks
11  foundation.
12       You can answer if you know.
13       THE WITNESS:  I do not know, sir.
14  BY MR. PHILLIPS:
15     Q    Do you know why the campaign felt it important
16  to put out a message that indeed women can make up
17  their own mind about policy?
18       MR. STONEROCK:  Same objections.
19       You can answer if you know, Sean.
20       THE WITNESS:  I do not know.
21  BY MR. PHILLIPS:
22     Q    Isn't that sexist?
23       MR. STONEROCK:  Objection, calls for a legal
24  conclusion, argumentative.
25       You can answer, Sean.

Page 116

1       THE WITNESS:  I do not want to assume, but I
2  would think that most board members wrote their own
3  scripts, so it would be her herself writing that.
4  BY MR. PHILLIPS:
5     Q    Okay.  Fair enough.
6       Defendant's 19.  We're getting close.  There's
7  only 24, so we've got five more.  One, two, three,
8  four, five, six.
9       (Playing video:)
10       IVANKA TRUMP:  Women's economic empowerment
11  isn't just an issue of justice, it's an issue of
12  prosperity, it's an issue of security.  With WGDP,
13  we're seeking to help countries go from being
14  recipients of U.S. development assistance to
15  trading partners.
16       Simply put, women's economic empowerment is
17  good, smart defense policy.  We're incredibly
18  excited to be working on this initiative
19  and showing leadership as we export America's
20  values of freedom and equality to the world.
21       When women are economically empowered,
22  societies prosper and peace prevails.
23       (End of video.)
24       (Respondent's Exhibit 19 was identified and
25  later marked for identification.)

Page 117

1  BY MR. PHILLIPS:
2     Q    Do you know if there's anything that -- did
3  the campaign -- I guess the question is related to that
4  ad, ad number 19.  Did the campaign put that out
5  related -- specifically to counter any message or
6  statement by Omarosa Manigault Newman?
7           MR. STONEROCK:  Objection, calls for
8        speculation, lacks foundation, vague as to
9        specifically.
10          You can answer, Sean.
11          THE WITNESS:  I do not know, sir.
12  BY MR. PHILLIPS:
13    Q    Okay.  Do you know what WGDP is?
14    A    No, sir.
15    Q    In that -- in that commercial -- do you know
16  where that commercial aired?
17    A    It looks like a digital --
18    Q    Okay.
19    A    -- ad.
20    Q    The commercial states we're seeking to help
21  countries.  It's -- it's Ivanka Trump, the daughter of
22  Donald Trump; correct?
23    A    She is the daughter, yes, sir.
24    Q    Okay.  Well, let me -- let me pull up another
25  video, which we'll label 19 -- oh, I think because last

Page 118

1  time I didn't have an A.  We'll figure that out.  But
2  19A.
3           (Playing video:)
4           DONALD J. TRUMP:  We should only admit into
5        this country those who share our values and respect
6        our people.  In the cold war, we had a ideological
7        screening test.  The time is overdo to develop a
8        new screening test for the threats we face today.
9        I call it extreme vetting.  I call it extreme,
10       extreme vetting.  Our country has enough problems.
11       We don't need more.  And these are problems like
12       we've never had before.
13          (Applause.)
14          In addition to screening out all members of
15       the sympathizers of terrorist groups, we must also
16       screen out any who have hostile attitudes towards
17       our country or its principles, or who believe that
18       Sharia law should supplant American law.
19          (Applause.)
20          Those who do not believe in our constitution
21       or who support bigotry and hatred will not be
22       admitted for immigration into our country.
23          (Applause.)
24          Only those who we expect to flourish in our
25       country and to embrace a tolerant American society

Page 119

1        should be issued visas.
2           (Applause.)
3           To put these new procedures in place, we will
4        have to temporarily suspend immigration from some
5        of the most dangerous and volatile regions of the
6        world that have a history of exporting terrorism.
7        Not for us, not for us.
8           (End of video.)
9           (Respondent's Exhibit 19A was identified and
10       later marked for identification.)
11  BY MR. PHILLIPS:
12    Q    19A.
13          Wouldn't it appear that the statements from
14  Donald Trump himself actually counteract the messaging
15  in the political campaign ad that talks about worldwide
16  empowerment and peace and women empowerment?
17          MR. STONEROCK:  Objection, vague
18       and ambiguous, vague as to time, compound.
19          You can answer if you understand the question,
20       Sean.
21          THE WITNESS:  I do not understand the
22       question.
23  BY MR. PHILLIPS:
24    Q    Okay.  Let me just real quick -- actually, let
25  me just do this.  We'll go to 19B.  I can probably skip

Page 120

1  a question and ask it about both.
2           (Playing video:)
3           DONALD J. TRUMP:  The U.S. has become a
4        dumping ground for everybody else's problems.
5           UNKNOWN SPEAKER:  That's why we need you.
6           (Applause.)
7           DONALD J. TRUMP:  Thank you.
8           It's true.  And these are the best and the
9        finest.
10          When Mexico sends its people, they're not
11       sending their best.  They're not sending you,
12       they're not sending you.  They're sending people
13       that have lots of problems, and they're bringing
14       those problems with us.  They're bringing drugs,
15       they're bringing crime.  They're rapists.
16       And some, I assume, are good people.
17          But I speak to border guards, and they tell us
18       what we're getting.  And it only makes common
19       sense, it only makes common sense.  They're sending
20       us not the right people.  It's coming from more
21       than Mexico.  It's coming from all over South
22       and Latin America, and it's coming probably,
23       probably, from the Middle East.  But we don't know
24       because we have no protection and we have no
25       confidence.  We don't know what's happening.

Page 121

1    And it's got to stop, and it's got to stop fast.
2         (End of video.)
3         (Respondent's Exhibit 19B was identified and
4    later marked for identification.)
5    BY MR. PHILLIPS:
6         Q    Did you as the campaign or as -- as the
7    various roles of the campaign from the deputy director
8    of operations to director of operations, did you
9    conduct any polling about statements such as the
10   correlation between Mexicans and rapists or extreme,
11   extreme vetting, do any polling to determine if that
12   was actually hurting Donald Trump with foreign-based
13   but international-born voters?
14        MR. STONEROCK:  Objection, vague
15        and ambiguous, relevance, vague and ambiguous as to
16        foreign-based international voters.
17        You can answer if you understand.
18        THE WITNESS:  I do not.
19   BY MR. PHILLIPS:
20        Q    Okay.  Was any polling done -- are you aware
21   of any polling -- you know, going back to, I guess, ad
22   number 19, where the commercial says women's economic
23   empowerment is not just an issue of justice, it's an
24   issue of prosperity, and helping countries go from
25   developmental assistance to trading partners is good,

Page 122

1    smart defense policy versus Trump screaming that
2    Mexicans are correlated to rapists and we need
3    ideological screening and extreme, extreme vetting?
4    Was there any kind of quid pro quo?  Was -- did -- did
5    his opinions lead to that ad?  Do you know?  Was there
6    any polling on that?
7         MR. STONEROCK:  Objection, vague
8         and ambiguous, compound, incomplete hypothetical,
9         calls for speculation, lacks foundation.
10        You can answer if you know, Sean.
11        THE WITNESS:  I believe your time frame is
12        different; right?  So that ad does not counteract
13        statements from 2016.  That's a 2020 ad; correct?
14   BY MR. PHILLIPS:
15        Q    Correct.
16        A    Yeah.  So I would -- I don't think that ad is
17   created for any other statements prior to.  So, yeah, I
18   don't -- I don't think that was -- I don't think it's
19   correlated at all.
20        Q    Do you agree that there was a -- a narrative
21   whether -- do you agree that there was a narrative in
22   the media that Donald Trump was a xenophobe?  Or, I
23   guess, to define xenophobe, had a fear of people
24   outside of the American nationality?
25        MR. STONEROCK:  Vague as to time.

Page 123

1         You can answer if you understand the question,
2    Sean.
3         THE WITNESS:  I believe there was negative
4    media coverage about promoting America and putting
5    America first.
6    BY MR. PHILLIPS:
7         Q    Okay.  We talked about racism.  Is -- is -- I
8    guess this is a definitional thing so we're on the same
9    page.  But is -- is a statement made disparaging a
10   religion, so prevent Muslims from entering the country
11   or casting Muslims out based upon their believe in
12   Sharia law, or whatever, is -- is that -- is that
13   racism in your definition?
14        MR. STONEROCK:  Objection, incomplete
15        hypothetical, misstates the video that we just
16        watched.
17        Sean, you can answer if you have an opinion.
18        THE WITNESS:  No, I believe -- I -- I -- I --
19   believe that's a little out of context.  I
20   think the one -- I believe the countries that were
21   banned were actually Obama's -- were named by Obama
22   in his administration.  So I don't think that you
23   could say that President Trump was primarily the
24   driver with deciding countries.  But I -- I don't
25   believe that's racist, no.

Page 124

1    BY MR. PHILLIPS:
2         Q    Do you feel like there was a narrative that
3    Trump was anti-Muslim going into the 2020 election?
4         MR. STONEROCK:  Vague and ambiguous as to feel
5         like and narrative, and vague as to time.
6         THE WITNESS:  Going into 2020's election, I
7         don't think it was, no.
8    BY MR. PHILLIPS:
9         Q    Okay.  Let me go to 20, which is a bit of a
10   longer commercial.  Oh, wait.  Let me go to -- let me
11   do this.  Let me do 19C while I'm on this topic.  I'll
12   play this video.
13        (Playing video:)
14        REPORTER:  Mr. President, will you give an
15   apology for the statement yesterday?
16        UNKNOWN SPEAKER:  Oh, boy.
17        REPORTER:  Mr. President, did you refer to
18   African nations as shithole countries?
19        REPORTER:  Mr. President, are you a racist?
20        REPORTER:  Mr. President, will you respond to
21   these serious questions about your statement, sir?
22        UNKNOWN SPEAKER:  No.  It's absolute lies.
23        REPORTER:  I'm talking to the president, not
24   you.
25        UNKNOWN SPEAKER:  I'm talking to you.

Page 125

1    REPORTER:  Mr. President, are you a racist?
2        (End of video.)
3        (Respondent's Exhibit 19C was identified and
4    later marked for identification.)
5  BY MR. PHILLIPS:
6    Q    That appears to be -- 19C appears to be a clip
7  from The Guardian.  And it appears that media is -- is
8  questioning Donald Trump about his use of the term
9  "shithole countries" and whether he was a racist?
10       And I -- I set that up to say this.  You know,
11 do you agree that there was, you know, way more than
12 Omarosa out there with the narrative that Donald Trump
13 was racist?
14       MR. STONEROCK:  Vague and ambiguous as to the
15 time, vague as to way more.
16       You can answer, Sean, if you understand.
17       THE WITNESS:  I think there were other
18 narratives being pushed by media network.
19 BY MR. PHILLIPS:
20   Q    Okay.  Can you differentiate what harm was
21 caused by networks and what harm was caused by Omarosa
22 Manigault Newman?
23       MR. STONEROCK:  Calls for a legal conclusion,
24 incomplete hypothetical, calls for speculation,
25 lacks foundation.

Page 126

1        You can answer, Sean, if you have an opinion
2    on that.
3        THE WITNESS:  Yeah, I am -- I'm unaware about
4    polling after any type of incident, and that would
5    have been whether the president said it or another
6    individual or a news network saying it.
7  BY MR. PHILLIPS:
8    Q    Okay.  I guess -- and we'll get into the
9  contract probably next, the NDA.  But the campaign is
10 seeking damages from Omarosa Manigault Newman for
11 saying comments, at least as we've talked about so far,
12 about -- or carrying on a narrative about whether
13 Donald Trump was a racist.
14       And what I'm trying to understand is there --
15 is there any way that you've -- you've determined to --
16 to isolate comments made by Omarosa Manigault Newman as
17 opposed to media as to how it damaged Donald Trump or
18 the campaign?
19       MR. STONEROCK:  Calls for a legal conclusion,
20 calls for expert testimony.
21       Sean, you can answer if there's anything
22 you've personally done.
23       THE WITNESS:  So I did give a little -- I
24 guess it's more of a description of, like, the
25 money spent on ads that were both from the news

Page 127

1  networks and then, also, Omarosa as well.  The news
2  networks didn't sign an NDA with the campaign, so,
3  I mean, it's just a little different.  But there
4  was a lot of money spent within media to try to
5  correct the narrative.
6  BY MR. PHILLIPS:
7    Q    And the narrative was created by media,
8  Omarosa, and other individuals?
9    A    I believe Omarosa had more of a -- like I said
10 before, the insider role, and had a lot more
11 credibility to other voters.  So news networks like CNN
12 and others, obviously some people don't put any
13 credibility to those networks.  But when you have an
14 individual who, whether they worked on the campaign or
15 knew someone personally, then they put a little bit
16 more credibility to it.  So, yes, I would say that the
17 campaign spent money --
18   Q    Would people --
19   A    -- (inaudible).
20   Q    Sorry.
21       Would people put credibility in Donald --
22       COURT REPORTER:  I'm sorry.  There were a few
23 words there at the end that I could not hear.  I
24 ended with "I would say that the campaign spent
25 money . . ."

Page 128

1        MR. PHILLIPS:  That was my fault, Sean.
2        THE WITNESS:  Oh, it's all right.
3        I was -- I was saying a significant amount of
4    money to try to counteract narrative pretty much.
5  BY MR. PHILLIPS:
6    Q    Okay.  And -- and I would imagine these --
7  and we haven't identified a single person who didn't
8  vote for Donald Trump or withheld a donation from
9  Donald Trump because of something Omarosa Manigault
10 Newman said; correct?
11       MR. STONEROCK:  Objection, misstates his
12 testimony.
13       You can answer, Sean.
14       Calls for speculation, lacks foundation.
15       If you have any personal knowledge, you can
16 answer.
17       THE WITNESS:  I do not have personal knowledge
18 of anybody, no, sir.
19 BY MR. PHILLIPS:
20   Q    Okay.  Would Donald Trump's own family member,
21 Mary Trump, if she said Donald Trump was racist and his
22 father was racist, wouldn't that ought to be
23 influential in this narrative that Donald Trump is
24 racist?
25       MR. STONEROCK:  Calls for speculation, lacks

Page 129

1    foundation, incomplete hypothetical.
2         You can answer if you know, Sean.
3         THE WITNESS:  I mean, I -- I do not know.  I
4    would think that there were other individuals, yes.
5    BY MR. PHILLIPS:
6    Q    Okay.  We'll use this as 19C [sic].
7         (Playing video:)
8         CNN ANCHOR:  I want to ask you about the
9    Anti-Defamation League, which this week called on
10   you to publicly condemn unequivocally the racism of
11   former KKK Grand Wizard David Duke, who recently
12   said that voting against you at this point would be
13   treason to your heritage.
14        Will you unequivocally condemn David Duke and
15   say that you don't want his vote or that of other
16   white supremacists in this election?
17        DONALD J. TRUMP:  Well, just so you
18   understand, I don't know anything about David Duke.
19   Okay?  I don't know anything about what you're even
20   talking about with white supremacy or white
21   supremacists.  So I don't know.  I mean, I don't
22   know.  Did he endorse me, or what's going on?
23   Because, you know, I know nothing about David Duke,
24   I know nothing about white supremacists, and so
25   you're asking me a question that I'm supposed to be

Page 130

1    talking about people that I know nothing about.
2         CNN ANCHOR:  But I guess the question from the
3    -- from the Anti-Defamation League is even if you
4    don't know about their endorsement, there are these
5    groups and individuals endorsing you.  Would you
6    just say unequivocally you condemn them and you
7    don't want their support?
8         DONALD J. TRUMP:  Well, I have to look at the
9    group.  I mean, I don't know what group you're
10   talking about.  You wouldn't want me to condemn a
11   group that I know nothing about.  I would have to
12   look.  If you would send me a list of the groups, I
13   will do research on them, and certainly I would
14   disavow if I thought there was something wrong.
15        CNN ANCHOR:  The Klu Klux Klan?
16        DONALD J. TRUMP:  But you may have groups in
17   there that are totally fine and it would be very
18   unfair.  So give me a list of the groups and I'll
19   let you know.
20        CNN ANCHOR:  Okay.  I mean, I'm just talking
21   about David Duke and the Klu Klux Klan here,
22   but . . .
23        DONALD J. TRUMP:  I don't know any --
24   honestly, I don't know David Duke.  I don't believe
25   I've ever met him.  I'm pretty sure I didn't meet

Page 131

1    him.  And I just don't know anything about him.
2         (End of video.)
3         (Respondent's Exhibit 19D was identified and
4    later marked for identification.)
5    BY MR. PHILLIPS:
6    Q    Would comments like that -- I know there's
7    been a few opportunities that Donald Trump has been, at
8    a minimum, given negative news coverage for not
9    renouncing white supremacy or the KKK.  But I guess my
10   question is would you agree that those would contribute
11   to a narrative that he is racist?
12        MR. STONEROCK:  Objection, incomplete
13   hypothetical, calls for speculation, lacks
14   foundation, misstates the video, misstates the
15   record.
16        You can answer, Sean, if you have an opinion.
17        THE WITNESS:  I don't have an opinion.
18   BY MR. PHILLIPS:
19   Q    Okay.  Can someone support the KKK
20   and simultaneously not be a racist?  Do you have an
21   opinion?
22        MR. STONEROCK:  Objection, incomplete
23   hypothetical, argumentative, calls for speculation,
24   lacks foundation, relevance.
25        You can answer, Sean, if you have an opinion.

Page 132

1         THE WITNESS:  I don't have an opinion.
2    BY MR. PHILLIPS:
3    Q    Can one be a white supremacist and not be a
4    racist?
5         MR. STONEROCK:  Same objections.
6         THE WITNESS:  I don't have an opinion to that,
7    either.
8    BY MR. PHILLIPS:
9    Q    Okay.  Would expressing -- would -- would
10   garnering support for white supremacist
11   organizations -- I -- I kind of reflect back to a -- I
12   believe it was a Joe Biden quote, that I don't have to
13   call Donald Trump a racist because the racists know
14   he's a racist.  I say that to set up a question because
15   that was purely paraphrased.
16        Would having support of white supremacist
17   groups have contributed to a narrative that Donald
18   Trump was indeed a white supremacist or a racist?
19        MR. STONEROCK:  Calls for speculation, lacks
20   foundation, argumentative, incomplete hypothetical.
21        You can answer if you understand the question,
22   Sean.
23        THE WITNESS:  John, if you could repeat that,
24   the question, please.
25   BY MR. PHILLIPS:

Page 133

1  Q   Sure.  Would -- I'm trying to find a way to
2  phrase it shorter.  We'll move along.  We'll do 19 --
3  we'll do 19D [sic].  It's a very quick clip.
4       (Playing video:)
5       DONALD J. TRUMP:  Negotiating with -- with
6  Japan, negotiating with China, when these people
7  walk in the room they don't say:  Oh, hello.  How's
8  the weather?  It's so beautiful outside.  Isn't it
9  lovely.  How are the Yankees doing?  Oh, they're
10  doing wonderful.  Great.
11       They say:  We want deal.  He'd jump out of the
12  seat.  But --
13       (End of video.)
14       (Respondent's Exhibit 19E was identified and
15  later marked for identification.)
16  BY MR. PHILLIPS:
17  Q   And, you know, again I'm not asking you is
18  that a racist comment because that seems to me to be a
19  matter of opinion.  But would comments like that be a
20  part of the countermessaging the campaign had to do
21  related to race?
22       MR. STONEROCK:  Calls for speculation, lacks
23  foundation, vague as to time.
24       You can answer it, Sean, if you know.
25       THE WITNESS:  No, sir.

Page 134

1  BY MR. PHILLIPS:
2  Q   Is it okay to mock somebody's foreign --
3  foreign accent or way of speaking?
4       MR. STONEROCK:  Objection, argumentative.
5       You can answer if you have an opinion, Sean.
6       THE WITNESS:  Say that again, John.  Sorry.
7  BY MR. PHILLIPS:
8  Q   Yeah.  The -- the -- I mean -- and, again,
9  I -- I don't want to get into my personal
10  characterization, but that clip has been played in
11  media -- in media at a minimum to characterize Donald
12  Trump as racially insensitive or racist because of the
13  way that he characterized Asian Americans or Asian
14  American way of speaking.
15       And I guess my question is, would that have
16  been part of the justification for, you know, ads that
17  show Donald Trump isn't a racist?
18       MR. STONEROCK:  Objection, incomplete
19  hypothetical, calls for speculation, lacks
20  foundation, vague as to time.
21       You can answer, Sean, if you know.
22       THE WITNESS:  No, sir, I don't believe any
23  type of replay of that clip or anything.  I mean,
24  you said Asian Americans, but I don't believe
25  that's what he was talking about.  Right.  So --

Page 135

1  so, no, I don't think any ads were actually created
2  to try to counteract that.
3  BY MR. PHILLIPS:
4  Q   Right.  And I think you're right.  I think he
5  was going straight as to either Japanese or Chinese
6  individuals, not -- not Japanese or Chinese Americans.
7  But we were -- you know, this all stemmed off an ad
8  talking about economic empower- -- empowerment and --
9  and helping each -- each nation.
10       And I guess my question, you know, stemmed
11  from isn't that contradictory, meaning isn't mocking a
12  culture of people exactly opposite of saying we're --
13  we're one world and -- and -- and it's not an issue of
14  justice, it's an issue of prosperity?
15       MR. STONEROCK:  Objection, misstates the video
16  clip of Mr. Trump speaking, argumentative, vague
17  and ambiguous as to time, calls for speculation,
18  lacks foundation, incomplete hypothetical.
19       You can answer, Sean, if you understand.
20       THE WITNESS:  I'm -- I don't believe that he
21  was mocking anyone in that clip, so . . .
22  BY MR. PHILLIPS:
23  Q   Okay.  While we're -- I'll do 19E [sic] while
24  we're on mocking.
25       (Playing video:)

Page 136

1       JOHN BERMAN:  Donald Trump is facing new
2  criticism for something he did on the campaign
3  trail last night in South Carolina.  While
4  defending his debunked claim that he saw thousands
5  of Muslims celebrate the collapse of the Twin
6  Towers here in New York, he appeared to mock a
7  reporter with a disability.
8       Take a look.
9       DONALD J. TRUMP:  Written by a nice reporter.
10  Now the poor guy -- you've got to see this guy.
11  Oh, I don't know what I said.  I don't remember.
12  He's going, like:  I don't remember.  Maybe that's
13  what I said.
14       This was 14 years ago.  He's still -- they
15  didn't do a retraction.
16       JOHN BERMAN:  That reporter he is talking
17  about is Serge Kovaleski, who now works for The New
18  York Times.  As you can see right there, he suffers
19  from a chronic condition that impairs movement of
20  his arms.  A Times spokesman says they find it
21  outrageous that Trump would ridicule the man's
22  appearance.
23       (End of video.)
24       (Respondent's Exhibit 19F was identified and
25  later marked for identification.)

Page 137

1   BY MR. PHILLIPS:
2        Q    Was that an example of unfavorable media
3   coverage of your candidate?
4        A    I would say so.
5        Q    Was that an example of fair or unfair media
6   coverage of your candidate?
7             MR. STONEROCK:  Objection, relevance.  What
8        does this video have anything to do with any of the
9        claims in this case or any of the damages that the
10       campaign suffered?
11            You can -- you know, you can answer, Sean, if
12       you have an opinion.
13            MR. PHILLIPS:  Please stop with the speaking
14       objections, Ryan.
15            MR. STONEROCK:  You did it all day on Monday.
16       So you -- you stop, and then we can talk.
17            MR. PHILLIPS:  I haven't had one speaking
18       objection today.
19            MR. STONEROCK:  Yeah, you're taking the
20       deposition.  You're not making objections.
21            MR. PHILLIPS:  You are a lawyer.
22            THE WITNESS:  So can you say the -- I don't --
23       I think --
24   BY MR. PHILLIPS:
25       Q    Yeah.  Was that unfavorable or favorable media

Page 138

1   coverage of your candidate?
2        A    Again, kind of to go off of what Ryan said, I
3   -- I think that it really doesn't have anything to do
4   with the 2020 election.  The question itself would be
5   unfavorable media coverage, but that was also 2016.
6        Q    Okay.  2016 came before 2020; correct?
7        A    Yes.
8        Q    Okay.  And so the opinion in some voters'
9   minds would be built on not days, not just weeks, but
10  years of experience with a candidate -- is that fair
11  in politics?
12            MR. STONEROCK:  Calls for speculation, lacks
13       foundation, incomplete hypothetical.
14            Sean, you can answer if you have a -- if you
15       have a response.
16            THE WITNESS:  I don't think that creating ads
17       for a 2020 election would try to counteract a
18       narrative from 2016 outside of what the president
19       already did in keeping to his promises when he was
20       in office, so . . .
21   BY MR. PHILLIPS:
22       Q    So all of the negative portrayals, whether
23  it's Access Hollywood, whether it's mock -- potentially
24  mocking the disabled, whether it's calling African
25  nations shithole countries, whether it's saying, you

Page 139

1   know, a number of things, all of the need to
2   rehabilitate Donald Trump's image is because of
3   Omarosa, not because he's got a terrible image because
4   he says terrible things?
5             MR. STONEROCK:  Objection, compound, misstates
6        his testimony.
7             You can answer.
8             THE WITNESS:  I think ads that are created
9        within an election are based off of what's fresh in
10       voters' minds.  But, yeah, that's -- that about
11       sums up that one.
12   BY MR. PHILLIPS:
13       Q    Okay.  Move on to the campaign produced --
14  produced to me video number 20.  Oh, five minutes.
15            (Playing video:)
16            CATALINA LAUF:  I'm Catalina Lauf.  I work in
17       a political space.
18            MADELINE LAUF:  And I'm Madeline Lauf.  And
19       I'm the founder of Begin Health, a children's
20       nutritional company.
21            CATALINA LAUF:  We grew up in a really small
22       town outside of Chicago.
23            MADELINE LAUF:  Our mom's from Guatemala, our
24       dad's a small business owner from Chicago, and so
25       they brought two different cultures together to

Page 140

1   create us.  A little bit of crazy and . . .
2             CATALINA LAUF:  A little bit of fun, I guess.
3             MADELINE LAUF:  Yes.
4             CATALINA LAUF:  They taught us the values of
5        hard work, liberty, to love this country
6        unapologetically.
7             Our dad is a bee keeper, and just had so many
8        different things out in the countryside and it was
9        just such a sweet thing.
10            MADELINE LAUF:  We grew up selling honey --
11            CATALINA LAUF:  Yeah.
12            MADELINE LAUF:  -- at farmer's markets.
13            CATALINA LAUF:  Yeah.
14            MADELINE LAUF:  So my line was:  Have you ever
15       been stung by a bee?
16            But, really, it was teaching us, again,
17       entrepreneurship, small business, self-reliance,
18       and that we're the ones that need to put in the
19       hard work to get what we want.
20            CATALINA LAUF:  And my mother being from
21       Guatemala, escaping what she had there, growing up
22       in poverty, and coming here to the United States,
23       being able to fulfill her destiny and be somebody
24       that she couldn't there in her home country.
25            MADELINE LAUF:  And they really instilled in

Page 141

1  us the sense of purpose, but, also,
2  self-accountability.  And that we had to strive to
3  do the things that we wanted, and it was up to us
4  to make those things happen.
5      CATALINA LAUF:  In America, there's no ceiling
6  of opportunity.  You know, you define your own
7  destiny through personal responsibility, through
8  hard work, through having a moral value system.
9  That's the American dream.  And President Trump's
10  providing that for everybody.
11      MADELINE LAUF:  Look at my business, Begin
12  Health.  As a small start-up that is growing
13  and launching, we are constantly trying to
14  innovate.
15      And the big challenge that COVID brought that
16  we just didn't see coming was that just almost
17  everything kind of just shut down.  And when you
18  are a small start-up and you have limited funding
19  and the funding is really only to kind of get you
20  to that next milestone, we were really struggling.
21      And so we were able to apply for a PPP loan,
22  which really helped allow us to continue hiring
23  and working and developing our products so that we
24  could ultimately still launch.
25      CATALINA LAUF:  It's now more than ever so

Page 142

1  important to have a president and an administration
2  that understands that small business is the
3  backbone of our economy.
4      The Tax Cuts and Jobs Act was huge,
5  manufacturing, deregulation, fair trade.  These are
6  things that affected real Americans.
7      We have a champion in the oval office who has
8  this business background.  He actually understands
9  the need for small businesses like my sister's to
10  survive.
11      We aren't the stereotypical conservative.  I
12  mean, we're -- we come from Hispanic descent,
13  and we're millennial women, and that's not what the
14  media wants.  And so somebody like AOC, Alexandria
15  Ocasio-Cortez, this far left, these women come out
16  with these very, very destructive political
17  ideologies that are trying to infiltrate
18  millennials and the next generation.  I've decided
19  to step up and say:  Well, we need a countervoice
20  to these women.
21      MADELINE LAUF:  There has been an assault on
22  capitalism just generally.  And I think it's very
23  scary to imagine a Biden world where the
24  progressive wing ideas are starting to take front
25  and center stage.  You know, that will really choke

Page 143

1  the American economy.  There will be
2  overregulation, overtaxation.  It's very hard to
3  innovate through those two things.
4      And ultimately what's really sad is the
5  thought of, you know, making all of us dependent on
6  the government, and we are not going to allow that.
7      CATALINA LAUF:  I've seen a lot of moderates,
8  a lot of people now changing over because of
9  everything that's been happening.  This is a taste
10  of Biden's America.  I mean, this -- the rioting,
11  the crime.  Freedom is at stake now.  And this is
12  going to be the most important election of our
13  lifetime.
14      MADELINE LAUF:  We want to preserve the
15  America that our mother came here for.
16      CATALINA LAUF:  Having a thriving economy,
17  that is keeping American great, and President Trump
18  has delivered on that promise.  He's truly fighting
19  for the American people.
20      We're the greatest country in the world,
21  period.  On our worst day, we're still the greatest
22  country in the world.  And in order to preserve
23  that, it's by putting America first, having a
24  thriving economy, having happiness.
25      (End of video.)

Page 144

1      (Respondent's Exhibit 20 was identified and
2      later marked for identification.)
3  BY MR. PHILLIPS:
4      Q    Did that -- I noticed that video mentioned
5  Congresswoman Ocasio-Cortez.  Did that -- did that
6  video mention Omarosa Manigault Newman?
7      A    No.
8      Q    Okay.  How -- how was that video in any way
9  responsive to any of Ms. Newman's comments or
10  statements?
11      MR. STONEROCK:  Calls for speculation, lacks
12  foundation.
13      You can answer if you know, Sean.
14      THE WITNESS:  It's a great commercial, just
15  like all the others.  They've been really good
16  today.
17      Overall, I think it still goes back to the
18  same statement before, and that's building the
19  coalition of voters for the president.
20  BY MR. PHILLIPS:
21      Q    Okay.  So that has nothing to do with Omarosa
22  Manigault Newman?
23      MR. STONEROCK:  Objection, misstates his
24  testimony.
25  BY MR. PHILLIPS:

Page 145

1    Q    Did it have anything to do with Omarosa
2  Manigault Newman?
3    A    So comments made by Omarosa, I don't think it
4  -- like we discussed, I don't think it mentioned her at
5  all in that commercial.  But it's trying to correct a
6  narrative that was out there publicly by Omarosa, among
7  other things.  But, yes.
8    Q    Okay.  There was a burning police vehicle,
9  talking about, at the same time, Biden's America.  Did
10  the voters of the United States choose Biden's America?
11         MR. STONEROCK:  Objection, vague and ambiguous
12  as to Biden's America, calls for speculation, lacks
13  foundation.
14         MR. PHILLIPS:  That's fair.  I'll withdraw
15  that question.
16  BY MR. PHILLIPS:
17    Q    Who won the election?
18    A    President Biden.
19    Q    Okay.  Do you have -- do you have a belief
20  that that election is gonna be overturned?
21         MR. STONEROCK:  Objection, irrelevant.
22         I'm going to instruct the witness not to
23  answer it.
24         MR. PHILLIPS:  Okay.
25  BY MR. PHILLIPS:

Page 146

1    Q    Did Donald Trump draft and create the PPP
2  loan, or did Congress?
3         MR. STONEROCK:  Calls for speculation, lacks
4  foundation.
5         You can answer if you know, Sean.
6         THE WITNESS:  I'm unaware.
7  BY MR. PHILLIPS:
8    Q    Okay.  21.  Oh, goodness.  These are long.
9  Okay.
10         (Playing video:)
11         JOHN PENCE:  I'm John Pence with Team Trump.
12  Today we'll speak with real American heros, a
13  mother from Macomb County, Michigan, who voted for
14  President Obama twice, but is ready to vote Trump
15  again in November.
16         Another mother and business owner from
17  Pennsylvania who's running an essential business
18  while homeschooling her twin children.
19         We want to talk with them, real American
20  heros.
21         Hey, Kristy, how are you?
22         KRISTY:  Can you see me?
23         JOHN PENCE:  I can see you.  There you are.
24         DAWN:  Thank you for having me.
25         JOHN PENCE:  You are in Pennsylvania.  You are

Page 147

1  deemed an essential business, a mother as well.
2         DAWN:  I am.  I am a mother of four.  And I
3  have two identical twins.
4         KRISTY:  Yes, I homeschool my daughter,
5  and I'm also an ESL teacher.  I teach English as a
6  second language.  And my daughter --
7         JOHN PENCE:  That's great.
8         KRISTY:  -- has to call me Teacher Kristy.
9         JOHN PENCE:  Before I begin, I actually wanted
10  to invite a special guest who wanted to thank you
11  personally today.
12         DAWN:  Okay.
13         LARA TRUMP:  Hello.  Hi, Kristy.
14         KRISTY:  Oh, my gosh.
15         LARA TRUMP:  How are you?
16         KRISTY:  I was going to say, like, is there
17  any way I can take a screenshot of this somehow?
18         LARA TRUMP:  I wanted to say hello.
19         I know that you've been one of the fortunate
20  ones that your business has been able to stay open
21  right now, in the time of coronavirus, when many of
22  us are working from home.
23         How has everything been going?
24         DAWN:  It's going good.  The construction
25  projects are really just starting to -- to begin

Page 148

1  this weekend.
2         LARA TRUMP:  I just wanted to -- say thank
3  you for obviously supporting the president.
4         KRISTY:  She's eavesdropping.  Zoey -- Zoey,
5  this is Lara Trump.
6         LARA TRUMP:  Hi.
7         ZOEY:  Hello.
8         LARA TRUMP:  How are you?  Aww.
9         DAWN:  Thank you.  And thank your family for
10  everything.  I don't -- I feel like not only do we
11  get a -- a president, but we've got a -- a whole
12  family working.
13         LARA TRUMP:  Oh, you're so nice.
14         DAWN:  And I can't thank you enough.
15         LARA TRUMP:  Thank you.
16         KRISTY:  A couple years ago my daughter and I
17  wrote a note to him saying how we love him and
18  we're praying for him because he hears all kinds of
19  bad stuff, and we got this back.
20         LARA TRUMP:  Oh, my gosh.  Look at that.
21         DONALD J. TRUMP:  We have to take care of our
22  people.
23         LARA TRUMP:  How are things feeling in -- in
24  Western Pennsylvania these days for the president?
25         DAWN:  I think it's really good.  I think that

Page 149

1   our blue state is turning red.
2        KRISTY:  And I have to say, as great as I
3   thought of him in 2016, he's exceeded all of my
4   expectations.  I'm so grateful for him.  He's done
5   more than I think anyone thought a president could
6   do, especially with all the resistance, so . . .
7        JOHN PENCE:  Promises made, promises kept;
8   right?
9        LARA TRUMP:  Oh, wow.  We know he's the right
10  man for the job.
11       DAWN:  The only man for the job.
12       LARA TRUMP:  He is the only man.  He did it
13  once, he'll do it again.
14       But again, I just wanted to -- to say hello
15  and say thank you again for being such a great
16  supporter of our president.
17       It was so nice to talk to you and see you
18  and meet your daughter.
19       KRISTY:  Thank you so much.
20       JOHN PENCE:  Take care.
21       KRISTY:  Bye.
22       JOHN PENCE:  So that's the American story, a
23  story of two mothers, who, as we fight this virus,
24  are doing their part to beat it.  It's a story of
25  prevailing.  It's a story of America.  And they

Page 150

1        know that President Trump has their back.
2             Together we can keep America great.  Until
3        then, stay safe.
4             DONALD J. TRUMP:  You will never be forgotten
5        again.  The forgotten men and women of this country
6        will never, ever be forgotten again.
7             (End of video.)
8             (Respondent's Exhibit 21 was identified and
9        later marked for identification.)
10  BY MR. PHILLIPS:
11       Q    Plaintiff's 21.
12            Who is John Pence?
13       A    He's the vice president's, or ex-vice
14  president's, nephew.
15       Q    Okay.  Did he have a role with the campaign at
16  that period in time?
17       A    Yes.
18       Q    What was it?
19       A    John had a few different roles on the
20  campaign.  I think at that point in time was more
21  grassroots efforts.
22       Q    And who was Lara Trump?
23       A    It's President Trump's daughter-in-law.
24       Q    Would that be Eric Trump's wife?
25       A    Yes, sir.

Page 151

1        Q    Okay.  Did she have a role with the campaign
2   at that time?
3        A    Yes, sir.
4        Q    Did you have a conversation with Lara Trump
5   about Omarosa Manigault Newman?
6        A    Yes, sir.
7        Q    Tell me about that.
8        A    She asked me about hiring her back onto the
9   campaign, and what type of roles we would be able to
10  provide her.
11       Q    And what did you say?
12       A    I said we can give whatever role we need to
13  do, and then it would be great to have her back on the
14  team.
15       Q    Did you talk compensation?
16       MR. STONEROCK:  Objection as to time.
17  BY MR. PHILLIPS:
18       Q    During that conversation or around that
19  conversation with Lara Trump, did you talk about
20  compensation related to bringing Omarosa Manigault
21  Newman back to the campaign after she finished her
22  Whitehouse tenure?
23       A    I believe so.
24       Q    Do you recall what that compensation that were
25  to be offered to Omarosa Manigault Newman would be?

Page 152

1        A    No, sir.
2        Q    Does $15,000 a month sound correct?
3        A    It sounds about right.
4        Q    Okay.  And what was Omarosa Manigault Newman
5   to do for the campaign for $15,000 a month?
6        MR. STONEROCK:  Calls for speculation, lacks
7   foundation.
8             You can answer if you know, Sean.
9        THE WITNESS:  I think it would have been more
10  of, like, an advisory role, still building
11  coalitions.  We were still a campaign.  And then
12  bringing her on to help build for the 2020
13  reelection.
14  BY MR. PHILLIPS:
15       Q    Would it require signing the Donald J. Trump
16  for President, Inc. Companion Agreement that was
17  presented to her?
18       MR. STONEROCK:  Calls for speculation, lacks
19  foundation.
20            You can answer if you know.
21       THE WITNESS:  Yes, sir.
22  BY MR. PHILLIPS:
23       Q    Okay.  And you were the proposed signatory of
24  that agreement, were you not?  Do you recall?
25       A    I believe so, sir.

Page 153

1    Q    Okay.  Let me just pull that up for you.
2  Basic.  I've done so many videos, now I've got to
3  remember how to do -- let's do it this way.  Nope.
4  Yep.
5         Can you see that agreement?
6    A    Yes, I can, sir.
7    Q    Okay.  I don't know -- I put where you could
8  control it.  I don't know if you can control it or not.
9  Can you move it?
10   A    No, sir.
11   Q    Okay.
12   A    And there's a little tab over here.  Let me
13 see if this has anything to do with it.
14        No, sir.
15   Q    Well, let me know what you need me to do to
16 familiarize yourself with it.  But I'm going to have a
17 couple questions.  I'm going to start with page 1,
18 and I'm going to scroll down real quick to page 6.
19        Is that your name as -- as potential
20 signatory, Sean Dollman, director of operations for
21 Donald J. Trump for President, Inc.?
22   A    Yes, sir.
23   Q    And this was to be signed by Omarosa Manigault
24 Newman; is that correct?
25   A    Yes, sir.

Page 154

1    Q    Do you know who drafted this?
2    A    It would have been legal counsel.
3    Q    Do you know who legal counsel was at that
4  time?
5    A    I believe it was Jones Day.
6    Q    Okay.  What was the purpose of getting Omarosa
7  Manigault Newman to sign the Companion Agreement as you
8  were aware of it, to the extent you were aware of it?
9    A    Everybody who was employed by the campaign
10 signed an NDA.
11   Q    Okay.  And -- and you were aware at this
12 point, I assume, that Omarosa had already signed an NDA
13 with the campaign when she worked at the campaign;
14 right?
15   A    Yes, sir.
16   Q    Okay.  Why did she need another one?
17   A    This one included the Pence family as well.
18   Q    Okay.  I want to direct you to the No
19 Disparagement clause, which is on page 2, number 2.
20 This No Disparagement clause is a little different from
21 the other NDA in that there is that last sentence, "To
22 avoid any doubt, you agree that this shall survive the
23 termination of this agreement pursuant to paragraph
24 10."
25        Do you know what that contract is talking

Page 155

1  about, or proposed contract, to avoid any doubt?
2         MR. STONEROCK:  Objection, calls for a legal
3  conclusion.
4         John, can you just scroll down to paragraph 10
5  so I can see it?
6         MR. PHILLIPS:  Yes.  Sure.  Sure.
7         MR. STONEROCK:  All right.  Sean -- I mean,
8  I've -- I've read it.  Let us know when you're
9  ready, Sean.
10 BY MR. PHILLIPS:
11   Q    And I'm not asking for a legal conclusion.  My
12 question is do you know why this paragraph 2, page 2,
13 says, "To avoid any doubt, you agree that this shall
14 survive the termination of this agreement pursuant to
15 paragraph 10"?  Did you have any understanding as to
16 why that was in there?
17        MR. STONEROCK:  Objection, calls for a legal
18 conclusion, calls for attorney work product, calls
19 for attorney-client communications.
20        You can answer, Sean, to the extent it's not
21 based upon anything you would have discussed with
22 legal counsel.
23        THE WITNESS:  No, I did not write the
24 document, so . . .
25 BY MR. PHILLIPS:

Page 156

1    Q    Okay.  Did you have any discussions with Lara
2  Trump or anybody else that's non-counsel related to
3  what doubt might have been in a prior contract that she
4  signed?
5         MR. STONEROCK:  Objection.  Same objection as
6  the last time around.
7         THE WITNESS:  I mean, every- -- everybody
8  signed an NDA.
9  BY MR. PHILLIPS:
10   Q    Did you have any conversations with Lara Trump
11 about why Omarosa specifically needed to sign a new
12 NDA?
13   A    She was coming back to the campaign.  We had a
14 new NDA.
15   Q    Okay.  Was the other NDA expired?  Was that
16 part of your conversations with Lara Trump?
17        MR. STONEROCK:  Objection, calls for a legal
18 conclusion, calls for attorney work product, calls
19 for attorney-client privileged communications.
20        You can answer if you specifically discussed
21 that issue with Lara Trump.
22        THE WITNESS:  That was not discussed.
23 BY MR. PHILLIPS:
24   Q    Okay.
25   A    To my knowledge, it was not discussed.  I

Page 157

1  don't -- I don't recall the entire conversation.
2      Q    How many conversations did you have with Lara
3  Trump over bringing Omarosa Manigault Newman back to
4  the campaign?
5      A    I'm -- I'm unsure.  I would probably say it
6  was a while ago.  Maybe two to three, possibly four.
7      Q    Was there any expression by Lara Trump that --
8  that wanted to bring Omarosa Manigault Newman back to
9  the campaign to shut her up or to prevent her from
10 talking further about Donald Trump?
11     A    No, sir.
12     Q    Okay.  So paragraph 2, page 2, says, "To avoid
13 any doubt, you agree that this shall survive the
14 termination of this agreement pursuant to paragraph
15 10."
16          And I suspect you -- you don't know about
17 paragraph 10, either, but I've got to ask the
18 questions.  Do you know how or why paragraph 10 was
19 inserted into this document?
20          MR. STONEROCK:  Objection, calls for a legal
21     conclusion, calls for attorney work product, calls
22     for attorney-client communications.
23          Sean, you can answer if you have knowledge
24     based upon anything but what -- what counsel for
25     the campaign may or may not have told you.

Page 158

1          THE WITNESS:  I mean, I -- I -- I do not know.
2     I believe the survival was also in the original NDA
3     as well.
4  BY MR. PHILLIPS:
5      Q    Okay.  So I guess assuming the survival
6  paragraph 10 was also in the other standard NDA, do you
7  know why emphasis was added "To avoid any doubt" -- "to
8  avoid any doubt, you agree that this shall survive the
9  termination pursuant to paragraph 10"?  Why that phrase
10 was added?
11         MR. STONEROCK:  Calls for a legal conclusion,
12    calls for attorney work product, calls for
13    attorney-client communications, asked and answered.
14         Sean, you can answer if you have any knowledge
15    based upon anything other than conversations or
16    communications with counsel.
17         THE WITNESS:  No, sir.
18 BY MR. PHILLIPS:
19     Q    Okay.
20         MR. PHILLIPS:  We'll attach that as
21    Defendant's 21B because it came out of the Lara
22    Trump video.
23         (Respondent's Exhibit 21B was identified and
24    later marked for identification.)
25         We are going to attach this one as -- this

Page 159

1  Consulting Agreement as 21C.  I realize I'm
2  skipping -- I guess because 21 is 21A.
3          (Respondent's Exhibit 21C was identified and
4     later marked for identification.)
5  BY MR. PHILLIPS:
6      Q    So this is a Consulting Agreement that would
7  be effective January 21 -- or, sorry -- January 22,
8  2018.  Just to scroll through, services under the
9  exhibit would be surrogate speaking appearances,
10 fundraising appearances, diversity outreach.  I'm happy
11 to flip to -- there's three slides, essentially.  I'm
12 happy to flip to any of them.
13         But do you know whether this Consulting
14 Agreement -- I guess what, if anything, this Consulting
15 Agreement had to do with the Companion Agreement we
16 just discussed?
17         MR. STONEROCK:  Objection, calls for a legal
18    conclusion, calls for attorney work product, calls
19    for attorney-client communication.
20         If you have an understanding, Sean, based on
21    anything other than correspondence with counsel,
22    you can answer.
23         THE WITNESS:  No, sir.
24 BY MR. PHILLIPS:
25     Q    Okay.  Do you know if this was offered to you

Page 160

1  as a part of the attempt to get Omarosa -- strike that.
2          Do you know if this was presented to Omarosa
3  Manigault Newman as an attempt to get her back involved
4  with the campaign?
5      A    Every person that was involved with the
6  campaign signed an NDA.
7      Q    Okay.
8      A    So if she was asked to come back to the
9  campaign, this would have been a document that she
10 would sign.
11         MR. STONEROCK:  Sean, he's asking you about a
12    different agreement, which is -- which is on the
13    screen now.  Can you see it?
14         THE WITNESS:  Oh.  Correct.  Okay.
15         MR. STONEROCK:  Do you need him to -- you
16    know, if you need time to review it or you need him
17    to --
18         MR. PHILLIPS:  Sure.
19         MR. STONEROCK:  -- make it larger on the
20    screen, just let us -- let him know, and I'm sure
21    he'll do it for you.
22         THE WITNESS:  It would be the standard
23    Consulting Agreement.
24 BY MR. PHILLIPS:
25     Q    Okay.  And that would be the $15,000 per month

Page 161

1  offered to consultants by the campaign at that time?
2          MR. STONEROCK:  Objection, misstates his
3      testimony, calls for speculation, lacks foundation.
4  BY MR. PHILLIPS:
5      Q    Were other consultants offered a rate of
6  $15,000 a month to consult with the campaign?
7          MR. STONEROCK:  Vague as to time, relevance.
8      You can answer, Sean, if you know.
9          THE WITNESS:  Are you asking if there were
10     other individuals that were paid $15,000 a month
11     for the campaign?
12  BY MR. PHILLIPS:
13     Q    As a consultant to the campaign around that
14  same time.
15     A    Well, at that same time there was a very
16  limited amount of people working with the campaign.
17  Throughout time, yes.
18     Q    Do you know why -- I'll put it this way.  Do
19  you know why these -- these agreements are unsigned by
20  Omarosa Manigault Newman?
21         MR. STONEROCK:  Calls for speculation, lacks
22     foundation.
23         You can answer, Sean, if you know.
24         THE WITNESS:  I don't know.
25  BY MR. PHILLIPS:

Page 162

1      Q    Okay.  Do you know if she accepted a
2  reemployment with the campaign?
3      A    I -- I did hear -- overhear that she did,
4  and then I was told she didn't.
5      Q    Okay.
6      A    But the context of it, no.
7      Q    Have you ever heard the recorded phone call --
8  a recorded phone call between Lara Trump and Omarosa
9  Manigault Newman about this issue?
10     A    Heard about the phone call or heard the phone
11  call, sir?
12     Q    Either.  So let's do heard about.
13     A    Heard about, yes.
14     Q    How did you hear about it?
15     A    Like I said, there was a very limited amount
16  of people on the campaign, so I overheard Lara Trump
17  talking about it.
18     Q    Okay.  Did you hear the phone call?  I believe
19  it was released to the media, is why I asked.
20     A    No, sir.
21     Q    Okay.  22, video.  Let's go there.
22         (Playing video:)
23         LARA TRUMP:  My sister-in-law, Ivanka Trump,
24  is an exceptional advocate for President Trump
25  and his policies, especially those empowering women

Page 163

1  and families across the country.
2          Her command of the issues and policies
3  improving the lives of millions of Americans was
4  evident when Ivanka participated in the UN General
5  Assembly in New York City and the Concordia Summit.
6          IVANKA TRUMP:  A tax reform, obviously.  Tax
7  reform is arising tideless all ships.  And I think
8  what we're seeing in terms of economic growth,
9  women's unemployment is at the lowest level in 65
10  years, which is remarkable in and of itself.
11         But I think if you look at the personal side
12  of -- of tax reform and -- and what it's done for
13  working parents, which people will especially feel
14  next year as they fill out their tax forms, it --
15  it really recognizes the reality that -- that most
16  parents have to deal with, particularly single
17  parents, which are disproportionately women, so
18  doubling the child tax credit.
19         IVANKA TRUMP:  In addition to the empowerment of
20  women through President Trump's unprecedented
21  economic record, Ivanka addressed the ways that the
22  administration is providing for the workforce of
23  tomorrow through education initiatives.
24         IVANKA TRUMP:  And so the president very early
25  on prioritized for Secretary DeVos STEM education

Page 164

1  and computer science education.  Simultaneously, he
2  made available a minimum of $200 million in annual
3  grant funding to the states for computer science
4  education.  And the guidance specified that that
5  grant funding had to strongly consider gender
6  and racial diversity because that is -- is a
7  problem, particularly getting -- getting younger
8  girls and minorities involved in -- in -- in STEM
9  education and STEM fields.
10         LARA TRUMP:  President Trump is leading by
11  example, demonstrating his personal commitment to
12  the advancement of women by promoting women to
13  numerous senior level positions throughout his
14  administration.
15         And among his most senior advisors, Ivanka
16  Trump serves the president and the country with
17  honor, delivering a positive impact on women
18  and families throughout the nation.
19         (End of video.)
20         (Respondent's Exhibit 22 was identified and
21  later marked for identification.)
22  BY MR. PHILLIPS:
23     Q    Do you know where campaign ad number 22 was
24  aired?
25     A    I believe that was one that was digitally ran.

Page 165

1    Q    Okay. And was there anything in there that
2 was specifically countermessaging to anything Omarosa
3 Manigault Newman said?
4          MR. STONEROCK:  Objection, vague and ambiguous
5    as to specifically and countermessaging, incomplete
6    hypothetical, calls for speculation, lacks
7    foundation.
8          You can answer, Sean.
9          THE WITNESS:  Just the same as before.
10 BY MR. PHILLIPS:
11    Q    To repeat, before there was a general
12 narrative about Donald Trump and sexism, and these
13 commercials were designed to counteract that narrative;
14 is that fair?
15    A    That there were -- yes, there was a narrative
16 in that -- in part Omarosa's narrative, public
17 narrative, of what she said.
18    Q    Can you identify what part? Teeny-tiny or
19 huge?
20    A    What part of the ad or --
21    Q    What part -- what part did she contribute to
22 that narrative?
23    A    I don't think I could come up to a full part.
24 I don't have that position.
25    Q    Okay. You would be speculating to figure out

Page 166

1 what part she played in that overall narrative;
2 correct?
3    A    From the information provided me, yes.
4    Q    Okay. Do you know what part Donald Trump
5 played into the narrative that he indeed was a sexist,
6 or had sexist tendencies?
7          MR. STONEROCK:  Objection, calls for
8    speculation, lacks foundation, argumentative.
9          You can answer it if you know, Sean.
10         THE WITNESS:  I do not.
11 BY MR. PHILLIPS:
12    Q    Okay. 23, second to last.
13         (Playing video:)
14         JACK BREWER:  I was a big Obama supporter.
15    It's okay to be an Obama and a Trump supporter
16    because President Trump literally created the best
17    job market and economy for black Americans
18    and Americans of all races.
19         Joe Biden's America was mass incarcerating
20    black men.  President Trump set them free.
21    President Trump believes in rehabilitation, not
22    just incarceration.  He wants everyone in America
23    to have the opportunity towards success.  That's
24    the type of president that we need.
25         DONALD J. TRUMP:  I'm Donald J. Trump and I

Page 167

1    approve this message.
2          (End of video.)
3          (Respondent's Exhibit 23 was identified and
4    later marked for identification.)
5 BY MR. PHILLIPS:
6    Q    And I think we've covered -- anything in that
7 one that you can see is specifically countering any
8 messaging by Omarosa Manigault Newman?
9          MR. STONEROCK:  Objection, vague and ambiguous
10   as to specifically and countering any message.
11         You can answer, Sean, if you have an opinion.
12         THE WITNESS:  I don't have an opinion.
13 BY MR. PHILLIPS:
14    Q    There was a Fox News article dated June 15,
15 2020 where Jack Brewer, the subject of that commercial,
16 says it was disturbing for Biden to call Trump a
17 racist.
18         Would news media, including Fox News media,
19 have also been a part of the narrative of whether or
20 not Trump was a racist?
21         MR. STONEROCK:  Calls for speculation, lacks
22   foundation, incomplete hypothetical, vague as to
23   time.
24         You can answer, Sean.
25         THE WITNESS:  I don't -- I don't really have a

Page 168

1    comment on it.
2 BY MR. PHILLIPS:
3    Q    Okay.  But if Fox News was broadcasting
4 conversations with Jack Brewer about Trump being a --
5 whether or not Trump was a racist, and actually
6 defending him that he's not a racist, wouldn't that
7 have continued the narrative even as late as June of
8 2020 that there was this discourse in America about
9 whether or not Trump was a racist?
10         MR. STONEROCK:  Calls for speculation, lacks
11   foundation, incomplete hypothetical.
12         You can answer.
13         THE WITNESS:  I -- I believe he was saying
14   that he wasn't a racist; correct?
15 BY MR. PHILLIPS:
16    Q    Correct.  I think he was saying Biden was
17 saying he was a racist, the president now, the
18 president, candidate at the time.
19         But, again, I'm -- is there a way to determine
20 how much Biden's comments about whether or not Trump
21 was a racist warranted, you know, commercials by the
22 campaign on -- you know, featuring African Americans
23 saying Donald Trump's not racist?
24         MR. STONEROCK:  Calls for speculation, lacks
25   foundation, incomplete hypothetical.

Page 169

```
 1            You can answer, Sean.
 2            THE WITNESS:  Biden at the time was Candidate
 3       Biden, so any type of negative attack on the
 4       campaign would have -- I mean, he would have been
 5       the one giving negative attacks on the campaign,
 6       so . . .
 7  BY MR. PHILLIPS:
 8       Q    Last but not least, at least the ones produced
 9  to me last night, was candidate ad --
10            MR. STONEROCK:  It wasn't last night, John.
11       It was yesterday afternoon.
12            MR. PHILLIPS:  The day before -- yeah,
13       yesterday.  I didn't get to them until last night
14       because I was out of town.
15            (Playing video:)
16            UNKNOWN SPEAKER:  To me Trump is a freaking
17       godsend.  To me Trump is what is -- is -- is life.
18       To me Trump is a second chance.  So when you say
19       he's -- he's uh, I'm, like, naw, dude, he's way
20       more than that, he's way more than that.
21            You see, I -- I don't have the luxury to worry
22       about freaking Rowe versus Wade.  I have no -- I
23       don't have the luxury to worry about that.  I'm too
24       busy trying to keep my family fed to think about
25       that.  And for the first goddamn time in my life, I
```

Page 170

```
 1  actually see a way out.  I see a way out.  Something
 2  I've never seen before.  I see a way out, man.
 3       And just that little bit of hope is enough for
 4  me to have a fire in my belly powerful to freaking
 5  charge the goddamn world, man.  I'm ready to take
 6  over.  But if Biden gets in office, man, I don't
 7  know what I'm gonna do.
 8       So I'm saying thank you to you because you
 9  unlocked me, and I'm sure you unlocked a lot of
10  people.  There is a silent majority out there, man.
11  I talk to them every day.
12       I just came out of -- I went to an -- I work
13  for mostly Arabs.  Right?  I went to an Arab
14  place -- right -- and I asked him:  Who -- who are
15  you voting for, you know, that's safe?
16       And he said:  Trump.
17       And I was like, I could have hugged him so
18  hard.
19       And he's like:  Hey (makes noises).
20       And I was like:  I'm sorry.  I'm just so
21  excited to hear you say that because I was nervous,
22  because all I see is Biden signs everywhere I go.
23  And I'm like, please, Lord, don't let this guy win.
24  You know what I'm saying?
25       But there is a silent majority out there.  I
```

Page 171

```
 1  talk to them.  They're workers like me who didn't
 2  care about politics.  They didn't even think about
 3  politics.  They didn't even want to talk about
 4  politics.
 5       I've got -- I've got people that I work with
 6  on a daily basis saying:  Yo, man, we gotta do
 7  something.
 8       Thank you, man.  Thank you for unlocking me.
 9  Thank you for unlocking other people.  Because had
10  I stayed asleep, ain't no telling what would have
11  happened, man.  Ain't -- ain't no telling.  I just
12  want to say thank you, man.
13       I know this video is long as hell, but I
14  needed to show you this so you can see this is what
15  I'm fighting for, just to be able to take care of
16  my family.  I'm fighting for my family.  I'm voting
17  for my family.
18            DONALD J. TRUMP:  Go to the voting booth
19       and vote early and in person.  Don't let them take
20       your vote away.  The most important election we've
21       ever had.  Thank you.
22            (End of video.)
23            (Respondent's Exhibit 24 was identified and
24       later marked for identification.)
25  BY MR. PHILLIPS:
```

Page 172

```
 1       Q    Was that ad paid for by Donald J. Trump for
 2  President?
 3       A    Yes.
 4       Q    Okay.  It says that in the ad.
 5            And do you know where that was featured or
 6  promoted or aired?
 7       A    Digital.
 8       Q    Do you know where digital?
 9       A    YouTube.
10       Q    Okay.  Did that ad strike -- I mean, again,
11  it -- was that ad racist?  Do you have an opinion as to
12  whether that ad was racist?
13       A    Was the ad racist?
14       Q    Yeah.
15       A    No, sir.
16       Q    Or did the individual in the ad express
17  racially insensitive views as paid for by Donald J.
18  Trump for President?
19            MR. STONEROCK:  Objection, argumentative.
20            You can answer.
21            THE WITNESS:  No, sir.
22  BY MR. PHILLIPS:
23       Q    Okay.  Did we refer -- okay.
24            Did -- did Donald J. Trump for President
25  really pay for an ad that -- that used the Lord's name
```

Page 173

```
1  in vain twice?
2          MR. STONEROCK:  Objection, argumentative,
3     irrelevant, misstates the video.
4  BY MR. PHILLIPS:
5     Q    Did you hear goddamn twice in that video?
6     A    Are you asking me, sir?
7     Q    Yeah.
8     A    I heard once, but I didn't hear the second
9  time.
10    Q    I mean, I can replay it.  Once or twice.
11    A    It's really not necessary.
12    Q    Was there -- I mean, do you know whether you
13 lost votes or the Trump campaign lost votes because
14 you're paying to air an add that uses the Lord's name
15 in vain?
16         MR. STONEROCK:  Objection, argumentative,
17    irrelevant, calls for speculation, lack of
18    foundation, incomplete hypothetical.
19         You can answer, Sean, if you know.
20         THE WITNESS:  I do not know.
21         MR. PHILLIPS:  Let's do this.  We've gone a
22    while.  I'm gonna try to get coordinated to end.
23    I've still got, you know, a couple of sections
24    left.  But, you know, my intention is to not go,
25    you know, past -- past 4:00 or 5:00 o'clock.  We'll
```

Page 174

```
1     get where we're -- where we're gonna get.
2          But let's take a break until 2:00, and that
3     will speed me up so that you're not waiting on me
4     to get ready for the next section; is that fair?
5          MR. STONEROCK:  So it's 1:00 o'clock now?
6          MR. PHILLIPS:  1:50.
7          MR. STONEROCK:  Oh.  So you want a 10-minute
8     break?
9          MR. PHILLIPS:  A 10-minute break.
10         MR. STONEROCK:  Yeah, yeah, that's fine with
11    me.
12         Sean?
13         THE WITNESS:  Sounds good.
14         MR. PHILLIPS:  Okay.  We'll see y'all about
15    right at 2:00.
16         MR. STONEROCK:  Okay.
17         (Break from 1:50 p.m. to 2:00 p.m.)
18         MR. PHILLIPS:  If we're ready, we'll get back
19    on at 2:00 o'clock.
20 BY MR. PHILLIPS:
21    Q    Mr. Dollman, I lost my cheat sheet, so, sorry.
22         Did -- was there a complaint made with the
23 FEC, the Federal Election Commission, related to
24 American Made Media Consultants that worked with the
25 campaign?
```

Page 175

```
1          MR. STONEROCK:  Objection, relevance.
2          You can answer, Sean.
3          THE WITNESS:  Yes, sir.
4  BY MR. PHILLIPS:
5     Q    Do you know what the status of that complaint
6  is?
7          MR. STONEROCK:  Same objection.
8  BY MR. PHILLIPS:
9     Q    Do you know what the current status of that
10 complaint is?
11    A    What do you -- I mean, it's still in process,
12 sir.
13    Q    What is Jared Kushner's involvement with AMMC?
14         MR. STONEROCK:  Objection, relevance, calls
15    for speculation, lacks foundation.
16         John, what's the relevance of this to -- to
17    any claimed defense in the litigation?  Because, I
18    mean, obviously there's an FEC complaint pending,
19    so you can understand how I would be reluctant to
20    allow Sean to testify about it.  So I don't know --
21         MR. PHILLIPS:  I'm not -- I'm not getting into
22    the complaint.  There -- there -- you know, it's
23    our standpoint that anything going into the
24    election -- and there was media -- negative media
25    from July to December of 2020 regarding
```

Page 176

```
1  improprieties within the campaign related to --
2          MR. STONEROCK:  Somebody is scratching.  Sorry
3     to interrupt, John.  I don't know what that is.
4          MR. PHILLIPS:  It might have been my paper.
5     Sorry.
6          It goes as to improprieties related to the
7     campaign, negative press related to the campaign.
8     Again, I'm kind of guessing at what the damages are
9     gonna be or how they're gonna be assessed.
10         But to me, to us, all of the negative
11    publicity that went into the campaign led to the
12    ultimate defeat of Donald Trump, and you can't
13    piece out what Omarosa said on -- on a Tuesday as
14    the ultimate reason Donald Trump lost.
15         And so when we're getting into impropriety,
16    whether it's the Mueller investigation, whether
17    it's the double impeachment, whether it's Ukraine,
18    or whatever -- and I'm not getting into all that --
19    but it's -- it's how we've never really been able
20    to figure out how breach turns to damages here.
21         MR. STONEROCK:  Yeah.  Well, what does -- what
22    does Jared Kushner's involved with American Made
23    Media have to do with any of that?
24         MR. PHILLIPS:  Well, the -- as I understand
25    it -- and this is what I'm not planning on getting
```

Page 177

1    much into -- but as I understand it, the argument
2    is that American Made Media was a shell corporation
3    and was actually paying contracts, like the one
4    offered to Omarosa Manigault Newman, of $15,000 a
5    month. At least that's what the articles in front
6    of me say, that it was used as a slush fund,
7    including paying Lara Trump and others as a -- as a
8    conduit that it avoided the FEC public records
9    disclosures. So it certainly ties directly related
10   to this case.
11         My question was fairly simple, because I don't
12   want to get into the end of that complaint or
13   Fifth Amendment stuff. You know, it was a -- it
14   was a precursor question about, you know, what was
15   Jared Kushner's involvement with AMMC on the
16   surface level.
17         MR. STONEROCK: I still don't understand the
18   relevance. You know, I -- I -- I'm happy to go off
19   the record. John, I wouldn't normally do this
20   while a question is pending. But I just want to
21   make sure this doesn't involve anything that
22   relates to the FEC complaint --
23         MR. PHILLIPS: Yes.
24         MR. STONEROCK: -- because I'm not handling
25   that matter. Do you want me to go --

Page 178

1          MR. PHILLIPS: Sure.
2          MR. STONEROCK: Okay. So let's -- let's go --
3    let go off the record, and then I'll -- I'm gonna
4    get --
5          MR. PHILLIPS: Did you mute?
6          THE WITNESS: I think you muted early, Ryan.
7          MR. STONEROCK: Oh, I muted too soon.
8          So I'm going to go off the record. Sean, can
9    you do the same? And then just, you know, turn
10   your video and your -- and mute your -- your audio
11   and we can discuss it.
12         And we'll be right back, John.
13         MR. PHILLIPS: Well, hold on. Let's do this.
14   Let me -- let me kind of proffer my questions, if
15   you will, so we're not doing this again.
16         MR. STONEROCK: Okay. Great.
17         MR. PHILLIPS: My questions, essentially, will
18   be, you know, what role, if any, did -- did Jared
19   Kushner have with AMMC? Was there a conversation
20   related to who was gonna pay Omarosa $15,000 a
21   month? And then, essentially, one that
22   acknowledges for Mr. Dollman that he's been a part
23   of -- I think we're calling it a narrative, a
24   negative narrative, related to Donald Trump that --
25   that existed prior to election day.

Page 179

1          Those are, basically, the three things.
2          MR. STONEROCK: Okay. So give us two minutes.
3          MR. PHILLIPS: Okay.
4          MR. STONEROCK: Thank you.
5          (Break from 2:06 p.m. to 2:08 p.m.)
6          MR. STONEROCK: All right. Was that quick
7    enough, John? I think Sean's coming back right
8    now.
9          MR. PHILLIPS: Yes. Great.
10         MR. STONEROCK: Okay. So you can go ahead
11   and ask those three questions, John.
12         MR. PHILLIPS: Okay.
13   BY MR. PHILLIPS:
14      Q    Hi, Mr. Dollman.
15      A    Hello.
16      Q    What -- what -- what role, if any, did Jared
17   Kushner have with AMMC?
18         MR. STONEROCK: Objection, relevance.
19         You can answer, Sean.
20         THE WITNESS: My -- my fault, Ryan. I jumped
21   over you.
22         He did not have a role in AMMC.
23   BY MR. PHILLIPS:
24      Q    Okay. There's an article that states that he
25   approved the creation of AMMC, and spent half of the

Page 180

1    campaign's $1.26 billion war chest. And I understand
2    this may need lead to a side conversation. But do you
3    dispute the veracity of that statement?
4          MR. STONEROCK: Objection, relevance.
5          THE WITNESS: I believe there's been a lot of
6    false reporting about AMMC.
7    BY MR. PHILLIPS:
8       Q    Okay. Lara Trump and Mike Pence's -- is it
9    nephew or son John Pence?
10      A    Well, it's also part of that article that is
11   false. It is his nephew.
12      Q    It is his nephew?
13      A    So credibility.
14         It's his nephew.
15      Q    Okay. I thought -- I thought you told me son.
16   You may -- you may have said nephew earlier.
17         MR. STONEROCK: He said nephew.
18         MR. PHILLIPS: Okay. Very good.
19         THE WITNESS: The article says son.
20   BY MR. PHILLIPS:
21      Q    This one I'm looking at says nephew.
22      A    Oh.
23      Q    So -- which makes sense.
24         But Lara Trump and John Pence appeared in a
25   campaign ad produced by -- or distributed by AMMC; is

Page 181

1  that correct?
2        MR. STONEROCK:  Objection, misstates his
3  testimony, vague and ambiguous as to produced
4  and distributed.
5        Sean, you can answer if you understand the
6  question.
7        THE WITNESS:  Yes.
8  BY MR. PHILLIPS:
9    Q    They -- and help me understand produced
10 and distributed.  I don't want to put words in your
11 mouth.  That commercial that I'm referring to that has
12 John Pence and Lara Trump, what was AMMC's role in it?
13   A    Hiring the subcontractor to put the videos
14 together.  That would be the production side of it,
15 obviously.
16   Q    Okay.
17   A    Also, to shoot the videos.
18        And then the digital placement would be the
19 platform that the ads ran on.
20   Q    Okay.  Do Lara Trump, John Pence, and yourself
21 serve as board members of AMMC?
22        MR. STONEROCK:  Objection.
23        What's the relevance of this question, John?
24 This is not what you told -- told us you were gonna
25 ask.

Page 182

1        MR. PHILLIPS:  Right.  I said if y'all need to
2  go back off.
3  BY MR. PHILLIPS:
4    Q    I'm -- I'm trying to understand -- and, again,
5  it's -- and the next question is the question that I
6  was gonna go back to.  And let me just go there.
7        MR. STONEROCK:  Your papers are scratching
8  like crazy, John.
9        MR. PHILLIPS:  Sorry, sorry.  It's because
10 it's right over my microphone.
11 BY MR. PHILLIPS:
12   Q    Do you agree with me, Mr. Dollman, that --
13 that even your name has been associated in a negative
14 light prior to the election that the campaign was
15 focused on winning?
16   A    I would say that there were negative articles
17 about an entity, yes.
18   Q    Okay.  Do you know what, if any, effect that
19 had on the results from the presidential election
20 involving Donald J. Trump?
21        MR. STONEROCK:  Objection, calls for
22 speculation, lacks foundation.
23        You can answer, Sean.
24        THE WITNESS:  I believe a lot of false
25 reporting influences an election, yes.

Page 183

1  BY MR. PHILLIPS:
2    Q    Okay.  Very good.
3        Have you ever read The Fifth Risk?
4    A    No, sir.
5    Q    Do you know if this had any effect on the
6  results of the presidential election?
7        MR. STONEROCK:  Calls for speculation, lacks
8  foundation.
9  BY MR. PHILLIPS:
10   Q    Do you know?
11   A    No, sir.
12   Q    Fire and Fury by Michael Wolff, do you know if
13 this had any effect on the results of the 2020
14 presidential election?
15        MR. STONEROCK:  Same objection.
16        THE WITNESS:  I do not, sir.
17 BY MR. PHILLIPS:
18   Q    Fear by Mr. Bob Woodward, do you know if this
19 book had any effect on the results of the 2020
20 presidential election?
21        MR. STONEROCK:  Same objection.
22        You can answer, Sean.
23        THE WITNESS:  No, I don't.  I -- no, I do -- I
24 do not know.
25 BY MR. PHILLIPS:

Page 184

1    Q    Okay.  Do you know in -- in -- in at least
2  related to Fear whether there's claims about Donald
3  Trump being a racist discussed in that book?
4        MR. STONEROCK:  Calls for speculation, lacks
5  foundation.
6        THE WITNESS:  Who -- who wrote Fear?
7  BY MR. PHILLIPS:
8    Q    Bob Woodward.
9    A    No --
10   Q    Okay.
11   A    -- I do not.
12   Q    Boom, boom, boom.  Okay.  Let me go to Exhibit
13 25, I believe.
14        Can you see that, the document on the screen?
15   A    No, sir.  All I see is the folder with the --
16   Q    Okay.  That's what I was afraid of.
17        Let me go back out and go back to share my
18 desktop.  I knew I should have taken one of those handy
19 dandy Zoom for lawyers classes.  Desktop.  Eric Rose
20 report.  Expand.
21        Now can you see a document?
22   A    Yes, sir.
23        (Respondent's Exhibit 25 was identified and
24    later marked for identification.)
25 BY MR. PHILLIPS:

1    Q    Okay.  There are 298 comments, statements,
2  publications, writings in a book by Omarosa Manigault
3  Newman that she has been sued over.
4         Do you know who keeps track of Omarosa's
5  statements?
6         MR. STONEROCK:  Calls for speculation, lacks
7     foundation, calls for attorney work product
8     and attorney-client communication.
9         You can know -- you can testify, Sean, to
10    anything that's beyond any discussions with counsel
11    or anything you learned from counsel.
12        THE WITNESS:  No, sir.
13 BY MR. PHILLIPS:
14   Q    Okay.  Can you see a page 21 with a -- with a
15  number 1?
16   A    Yes, sir.
17   Q    For each of these statements, I'm gonna ask
18  you a couple questions.  I guess, let me start by doing
19  this.
20        Did you sign the same NDA as -- as Omarosa
21  Manigault Newman?
22        MR. STONEROCK:  Calls for speculation, lacks
23     foundation, relevance.
24        You can answer, Sean.
25        THE WITNESS:  Yes, sir.

1  BY MR. PHILLIPS:
2    Q    Okay.  What is your understanding as to the
3  prohibition in that NDA as it relates to disclosing
4  confidential information?
5         MR. STONEROCK:  Objection, calls for a legal
6     conclusion.
7         Do you want to put the NDA in front of him,
8     John, or --
9         MR. PHILLIPS:  Do you want the NDA?  I was
10    just asking for his understanding.  But we can do
11    that real quick.  This would be Ms. Manigault
12    Newman's NDA.  I really wish -- I just did auto
13    accept all requests, so you might be able to
14    control it now if you get a . . .
15 BY MR. PHILLIPS:
16   Q    But, you know, related to the NDA that -- that
17  you signed, what's your understanding of a person's --
18  a signatory, I guess, of -- of -- of that obligation to
19  not disclose confidential information?  What's your
20  understanding?  Not -- not -- not legal terms, but
21  what -- what is your understanding of that obligation?
22        MR. STONEROCK:  Objection, calls for a legal
23     conclusion.  You can ask him for his understanding,
24     but you're still asking him for a legal conclusion.
25        Sean, you can testify if you have an

1  understanding.
2         THE WITNESS:  I would think any -- I -- my
3     theory is, like, if you have a question on the
4     NDAs, you probably speak with legal counsel, so
5     most of the time I would speak with legal counsel
6     beforehand.  But I also don't publicly discuss
7     anything that was going on with the campaign.
8  BY MR. PHILLIPS:
9    Q    Okay.  What is your understanding -- and I'm
10  looking at page 2, number 2, of the -- what is your
11  understanding as it relates to you or it relates to the
12  campaign about the No Disparagement clause in the
13  subject agreement?
14        MR. STONEROCK:  Objection, calls for a legal
15     conclusion.
16        You can testify to your understanding, if you
17     have one, Sean.
18        THE WITNESS:  I would say negative -- negative
19     comments and disparaging the president, the family,
20     or family members or company, obviously, publicly.
21     So that would be my interpretation of that.
22  BY MR. PHILLIPS:
23   Q    Okay.  Now I'm going back to the summary of
24  the statements.  Have you -- what Ms. Omarosa -- Ms.
25  Manigault Newman needs an understanding of is whether

1  each of these statements is -- is -- is there a claim
2  that she breached confidentiality or she breached the
3  disparage language?  Do you know as to that first
4  statement whether the campaign contends Omarosa
5  breached confidentiality, disparagement, or both?
6         MR. STONEROCK:  John?
7         MR. PHILLIPS:  Yes.
8         MR. STONEROCK:  A couple things.  This is --
9     where are you pulling this from?  Because this is
10    not -- I don't believe this is our statement of
11    claim.
12        MR. PHILLIPS:  This is from Rose's -- this is
13    from Rose's report.
14        MR. STONEROCK:  Oh, from Eric Rose's report.
15    Okay.  Got it.
16        And then we produced to -- I believe, to the
17    -- to -- to your office whether or not -- you know,
18    a chart that says whether or not each statement --
19    which provision each statement violates.
20        So, I mean, I'm not sure you want to spend
21    your time going through, you know, each one of
22    these.
23        MR. PHILLIPS:  Okay.
24        MR. STONEROCK:  But, you know, I'd like to at
25    least be able to put that statement in front of

1  Sean so that, you know -- so that he can review it
2  before he answers these questions.
3      MR. PHILLIPS:  Maybe -- maybe -- maybe we'll
4  do that because --
5      MR. STONEROCK:  Because, I mean, you're asking
6  him for a legal conclusion.  And, you know, we've
7  -- like I said, we've already given you, you know,
8  which provision -- a chart with which provision we
9  contend violates -- is violated by each of these
10 statements.  So I'm not sure that we need to go
11 through this process, but . . .
12 BY MR. PHILLIPS:
13     Q    Let me ask this.  And this is the first time,
14 and only time, I get to depose a representative of the
15 campaign.  So can you tell me, Mr. Dollman, how the
16 comments in 1, number 1, damaged the campaign?
17     MR. STONEROCK:  Objection, calls for a legal
18 conclusion, calls for expert witness testimony,
19 calls for attorney work product.
20     You can answer, Sean, if you -- if you have an
21 opinion.
22     THE WITNESS:  I mean, it was a part of the
23 book -- right -- so it's a public facing, which is
24 -- it also looks like it's in quotations.  So those
25 are statements made by the president, or, at the

1  time, Donald Trump.  So I would probably, in my
2  mind, say it's against the NDA.
3      If that wasn't your question, John, I
4  apologize.
5  BY MR. PHILLIPS:
6      Q    That's okay.
7      My question was, how did it damage the
8  campaign?
9      A    Yeah.  I mean, it -- it -- it looks like a --
10     MR. STONEROCK:  Sorry, sorry.  I was on mute.
11     Same objections, calls for -- calls for a
12 legal conclusion, calls for attorney work product
13 information, calls for the premature disclosure of
14 expert witness testimony.
15     You can answer, Sean.
16     THE WITNESS:  I mean, it -- it -- it looks
17 like she's trying to label him as a -- as a sexist.
18 BY MR. PHILLIPS:
19     Q    Are those comments very different from the --
20 from the videos that I showed you where Donald Trump
21 bragged about going and seeing women in -- in -- in a
22 beauty contest, naked, and -- and judging them?  I
23 mean, how -- how -- why can -- how did it damage the
24 campaign if Donald can say it but Omarosa cannot?  Why
25 does Omarosa's statement be the one that damages the

1  campaign?
2      MR. STONEROCK:  There are about three
3  questions in there.
4      MR. PHILLIPS:  Yeah, that last one is the
5  operative question.  Sorry.
6  BY MR. PHILLIPS:
7      Q    How did -- how is it that Omarosa's statement
8  is the one that damages the campaign and not Donald
9  Trump's admission of similar statements?
10     MR. STONEROCK:  Objection, misstates the
11 record, misstates Mr. Trump's statements, calls for
12 a legal conclusion, calls for expert testimony.
13     You can answer it, Sean, if you have an
14 opinion.
15     THE WITNESS:  Yeah, I think we've discussed it
16 a few times that I am not a lawyer.  So,
17 personally, I would think that it -- it -- you
18 know, she signed an NDA that -- that she would not
19 be doing it and going out publicly and making these
20 statements.
21 BY MR. PHILLIPS:
22     Q    Okay.  And whether or not she's in breach is
23 a -- is a determination for lawyers in federal court.
24     Let me ask this.  Did you read the federal
25 court opinion that was issued by the Southern District

1  of New York essentially invalidating one of these NDAs?
2  Did you read that?  It was issued yesterday.
3      A    Are you asking me, sir?  No, I didn't.
4      Q    Okay.  So the -- the -- the validity of it is
5  separate.  I just want to know, as the CFO of the
6  campaign and former director of operations, how -- how
7  any of the statements in 1 caused actual damages.
8      MR. STONEROCK:  Objection, calls for a legal
9  conclusion, calls for expert testimony.
10     You can answer, Sean, if you have an opinion.
11     THE WITNESS:  No, I don't have an opinion.
12 BY MR. PHILLIPS:
13     Q    Okay.  The same for 2.  And we can have
14 standing objections.  But my question is gonna be how
15 did this statement cause damages?  For each and every
16 one of these --
17     MR. STONEROCK:  Objection.
18 BY MR. PHILLIPS:
19     Q    -- how did this statement cause damages?
20     MR. STONEROCK:  Objection.  I think it's
21 unfair to take one statement out and -- and isolate
22 it when you have an entire book and -- and many
23 media appearances were that were made by Ms.
24 Manigault Newman.
25     So I'm gonna object on vague and ambiguous

Page 193

1  grounds, legal conclusion, attorney work product,
2  calls for expert testimony.
3  BY MR. PHILLIPS:
4      Q   Number 2, how did that damage the campaign?
5          MR. STONEROCK:  Same objections.
6          THE WITNESS:  Am I -- am I able -- I -- I
7  don't have an opinion on it.
8  BY MR. PHILLIPS:
9      Q   Okay.  Number 3, how did that damage the
10 campaign?
11         MR. STONEROCK:  Same objections.
12         THE WITNESS:  No opinion.
13 BY MR. PHILLIPS:
14     Q   Is the fact that Trump made no secret of his
15 appreciation of beautiful women -- strike that.  We'll
16 address that later.
17         Number 4, how did that damage the campaign?
18         MR. STONEROCK:  Same objections, calls for a
19 legal conclusion, calls for attorney-client work
20 product, and a premature disclosure of expert
21 witness testimony.
22 BY MR. PHILLIPS:
23     Q   You can answer, Mr. Dollman.
24     A   Yeah.  I'm not the quickest reader, John.  I
25 apologize.

Page 194

1      Q   Sorry, sorry, sorry.
2      A   I mean, there's a -- there's a lot of personal
3  information about family in here.  I think the damages
4  to the campaign for this one, and then -- and then
5  possibly others within the book, is -- like I said
6  before, is Omarosa was more of a -- had more of a
7  relation, or an inside relation, with Mr. Trump and the
8  family, and this book in her eyes wanted to give
9  credibility to any type of thought or -- or belief in
10 individuals' minds.
11     Q   Right.  And I understand that.  And I'm just
12 trying to figure out from a perspective of the CFO if
13 there was any economic damage from such a discussion as
14 number 4.  And I don't mean to short summarize it, but
15 it talks about Karen McDougal and Stormy Daniels, two
16 names that involved, for that period, daily, weekly,
17 you know, media consumption.
18         And -- and, I guess, my question is how did --
19 how can the campaign attribute Omarosa's statement in 4
20 to damaging the campaign rather than something Stormy
21 Daniels said or did?
22         MR. STONEROCK:  Objection, calls for a legal
23 conclusion, calls for expert testimony, calls for
24 attorney work product.
25         You can answer, Sean, if you understand the

Page 195

1  question.
2          THE WITNESS:  I think all of it -- right --
3  creates a -- some type of damages.  And trying to
4  get the pinpoint dollar amount that was attributed
5  to an individual, or individuals, it is difficult.
6  But that's why we ran the ads as well as -- that's
7  part of the damages -- right -- so we had to run
8  those ads in order to correct the narrative.
9  BY MR. PHILLIPS:
10     Q   But did -- did -- do you recall Stormy Daniels
11 talking about Donald Trump having a mushroom-shaped
12 penis or that being released because of her book?
13         MR. STONEROCK:  Objection, relevance.
14 BY MR. PHILLIPS:
15     Q   Do you recall that being out in public
16 consumption?
17         MR. STONEROCK:  Vague as to public
18 consumption.
19         You can answer, Sean, if you remember.
20         THE WITNESS:  I do not.
21 BY MR. PHILLIPS:
22     Q   But would Stormy Daniels' book and discussions
23 about her intimate life with Donald Trump be the
24 damages, or would saying we all know about Stormy
25 Daniels be the damages?  I don't understand.

Page 196

1          And what I'm trying to understand -- we get
2  one shot at this.  It's the only campaign rep I get,
3  and I got the CFO, so the person that's -- or -- or at
4  least the director of ops back at the time.
5          What I'm trying to understand is, is there any
6  way to put what was said in number 4 into a calculator
7  and say:  Yes, we were damaged because of Omarosa
8  Manigault Newman because of this comment?
9          MR. STONEROCK:  Calls for speculation, lacks
10 foundation, calls for a legal conclusion, calls for
11 expert witness testimony.
12         John -- John, we have an expert who you're
13 going to get to depose who's going to testify to
14 these issues.  It's also vague as to the term
15 "calculator."
16         You can answer, Sean, if you understand the
17 question.
18         THE WITNESS:  I -- I understand the question.
19 I don't have the -- I'm not familiar with any
20 polling that came out on or after the book or prior
21 to, so I really don't have a comment on the
22 damages --
23 BY MR. PHILLIPS:
24     Q   Okay.
25     A   -- for the campaign.

Page 197

1      Q     Legally, would Ms. Manigault Newman be allowed
2  to pay for corrective ads in support of a candidate
3  under the Federal Election Commission guidelines?
4           MR. STONEROCK:  Objection, calls for a legal
5      conclusion.
6           THE WITNESS:  Say -- say that again, please,
7      sir.
8  BY MR. PHILLIPS:
9      Q     Is -- is there a maximum amount that a person
10  can give a -- a presidential political campaign?
11          MR. STONEROCK:  Objection, calls for a legal
12     conclusion.
13          You can answer, Sean.
14          THE WITNESS:  Yes, sir.
15  BY MR. PHILLIPS:
16     Q     What is that?
17     A     As an individual to the campaign directly,
18  $2,800 --
19     Q     Okay.
20     A     -- per election.
21     Q     My understanding of Mr. Rose's opinion is Ms.
22  Manigault Newman's negative comments were given
23  heightened veracity because of her relationship with
24  the president, which is something similar to what
25  you've said, and it would be Mr. Rose's recommendation

Page 198

1  that Ms. Manigault Newman pay for the corrective ads,
2  corrective statements, so that voters may -- because
3  voters may continue to all belief about the president
4  as a result of her statements.
5           Now, I say that just generally summarizing his
6  opinion to ask how Ms. Manigault Newman would pay for
7  hundreds of thousands of dollars of -- of
8  advertisements and still be -- and the campaign and her
9  still be compliant with Federal Election Commission
10  standards?
11          MR. STONEROCK:  Objection, calls for a legal
12     conclusion.
13          You will have a chance to ask Mr. Rose about
14     this, John.
15          Obviously, the campaign's over.  These ads
16     have already been paid for.  There's -- there's no
17     ability for -- for Omarosa, or Ms. Manigault
18     Newman, to pay for any ads at this point, if that's
19     a component of damages.
20          We're not -- and you can ask Mr. Rose about
21     this.  But as far as I understand it, you know, the
22     campaign is not actually asking for her to pay for
23     those ads.  It wouldn't even be possible.  It's a
24     -- it's a claim and component of damages.
25          MR. PHILLIPS:  Okay.

Page 199

1  BY MR. PHILLIPS:
2      Q     Moving on to number 5:  Donald was obsessed
3  with the ratings -- I guess this is the campaign's
4  words -- of The Apprentice.  I've heard that when the
5  members -- when the numbers declined, he became
6  apopolec- -- apoplectic.  Then he'd do an interview and
7  say that the show was still number one.  Sound
8  familiar?
9           How did that comment damage the campaign?
10          MR. STONEROCK:  Objection, calls for a legal
11     conclusion, calls for expert testimony.
12          This -- this comment was a part of a -- of a
13     book, many, many comments of which are -- are --
14     violated the NDA.
15          I'm not sure where you're going here, John.
16     But, you know, if you -- Sean, if you have a
17     personal understanding how -- as to how this
18     specific statement, number 5, damaged the campaign,
19     you can testify to it.
20          THE WITNESS:  No, not this specific one.  I
21     think collectively, as a whole.
22  BY MR. PHILLIPS:
23     Q     Even collectively -- even collectively, as a
24  whole, what -- what specific damage did Omarosa
25  Manigault Newman do collectively, adding in everything

Page 200

1  she's ever said negatively about Donald Trump, the
2  Trump campaign, the Trump family, the Trump businesses,
3  Pence businesses, whoever?  What amount of dollars of
4  damages has the campaign suffered?
5           MR. STONEROCK:  Calls for a legal conclusion,
6      calls for expert testimony.
7           You can answer, Sean.
8           THE WITNESS:  Yeah, collectively, like you
9      said, there is a lot of public statements, John,
10     that Omarosa said about the campaign, the family of
11     Mr. Trump, Mr. Trump himself, and then, also,
12     businesses or shows that he was on.
13          Again, publicly she came out and said all
14     that, so in turn we had to run ads that in part
15     were because of her statements that gave more
16     credibility to other news networks pushing a
17     narrative.
18  BY MR. PHILLIPS:
19     Q     Right.  But at the exact same time you had an
20  adult film star talking about the shape of Donald
21  Trump's penis, you had lawsuits filed accusing Donald
22  Trump of sexual assault or rape, you had an
23  impeachment, you had the Mueller investigation, you had
24  a host of other people, every network, saying,
25  generally, something either negative about Trump or

Page 201

1  saying something rehabilitating the image of Trump.
2          And what I just want to know, is there one
3  dollar of damages that you can point to and say this
4  was because of something Omarosa Manigault Newman did
5  -- Manigault Newman did specifically?
6          MR. STONEROCK:  Objection.  That was a
7      compound question on many levels.  Calls for a
8      legal conclusion, calls for expert testimony.
9          Sean, you can answer if you understand the
10     question.
11         Vague as to time as well.  Sorry.
12         THE WITNESS:  Yeah, I don't have a specific
13     dollar amount that would go to any statement.
14 BY MR. PHILLIPS:
15     Q    Is there any way to get one?
16     A    I would -- you know, to have the exact dollar
17 amount that was allocated to her public statements, I
18 -- I don't think it's possible to get an exact dollar
19 amount.  But like Ryan was saying earlier, the expert
20 witness dove into it a little bit more, but it's
21 difficult to actually pull the exact dollar amount.
22     Q    And I get that.  And his deposition's next.
23 And I get -- I get the position and professionalism
24 with which -- with which you're, you know -- you're
25 sitting there and answering these questions.  I get it.

Page 202

1  I appreciate it.
2          And I think you appreciate, you know, my job
3  as well, which is to try to figure out if I can put a
4  number and a calculator that Omarosa caused as damages
5  to the campaign, what -- what that number would be.
6  And is there any number that the campaign is -- the CFO
7  and former director of operations is aware of that was
8  specifically and only caused by Omarosa Manigault
9  Newman?
10         MR. STONEROCK:  Objection, calls for a legal
11     conclusion, calls for expert testimony.  You have
12     an entire expert report that calculates -- that
13     calculates that.  I'm not sure where you're going
14     with this, John.
15 BY MR. PHILLIPS:
16     Q    Anything, Mr. Dollman?
17         MR. STONEROCK:  You can ask this in the
18     deposition coming up, but . . .
19         THE WITNESS:  No.  I think if we had a
20     calculator to do that, it would make all of our
21     lives a lot easier here.
22 BY MR. PHILLIPS:
23     Q    Thank you.
24          I have -- that's 5.  I've got 293 more of
25 these.  And my intention was to go through each

Page 203

1  and every one of them and ask, essentially, two
2  questions:  Does this fall under the confidentiality or
3  disparagement provisions of the agreement?  And I'm --
4  I'm taking Mr. Stonerock's word that that's all in a
5  chart.  I think there was some missing, but I don't --
6  I don't care at this point.  We'll deal with that with
7  Mr. Rose.
8          MR. STONEROCK:  John, can I just -- I got
9      information.  It's in our interrogatory responses.
10         MR. PHILLIPS:  Okay.  And maybe I'll take a
11     break and pull that up.  In fact, I think I have
12     those in my queue.
13 BY MR. PHILLIPS:
14     Q    But, you know, I think the answer, Mr.
15 Dollman, that you've given me -- and I don't -- and,
16 again, I'm not trying to belabor this.  I would much
17 rather have an hour less of questions.  And I did the
18 math at 298 times two minutes, which it takes me longer
19 than two minutes and Ryan longer than two minutes to
20 have a question and an objection, you know, that's --
21 that's 500 minutes.  That's more time than I have or
22 that we need to spend.
23         I say that to say is there -- is there any
24 comment that you're aware of that you could point to
25 that Omarosa said or published that has any specific

Page 204

1  damages that the campaign is aware of?
2          MR. STONEROCK:  Objection, calls for a legal
3      conclusion, calls for expert testimony.
4          You can answer if you understand it.
5          THE WITNESS:  I did -- so -- and like -- like
6      I said, an individual statement is difficult.  But,
7      collectively, I did overhear, or was a part of,
8      kind of in the background, of a meeting that did
9      discuss putting out ads based off of these
10     comments.  I don't have in front of me the -- which
11     ads, but I did overhear that discussion.
12 BY MR. PHILLIPS:
13     Q    That there were ads needed as it relates to
14 Omarosa Manigault Newman?
15     A    It was to correct the narrative, yes, sir.
16     Q    Okay.  And we don't know what ads or how much
17 were spent on those ads; is that fair?
18     A    I -- I -- I'm trying to dig through my brain
19 on, like, when that time was, but I can't -- I could
20 probably try to pull something.  But that's -- that's
21 fair to say as of right now I do not.
22     Q    Do you know who was at that meeting?
23     A    No, sir.
24     Q    If Donald Trump cheated on Melania with Stormy
25 Daniels, would that make him an unfaithful husband?

Page 205

1          MR. STONEROCK:  Calls for speculation, lacks
2     foundation, incomplete hypothetical, argumentative,
3     irrelevant.
4          You can answer, Sean, if you know.
5  BY MR. PHILLIPS:
6     Q     And I'm going to comment 32.  Bear with me,
7  Sean, before you answer.  Nope.  That's the problem
8  with going off this report.  Did Rose really do
9  something to set them up?  He claimed he did.  Oh, here
10 we go.  He just put them in different categories.
11         So 32, right here, under -- he has category 2.
12 I've got to move my stuff to the page.  Anyway, 32,
13 there's a statement in -- allegedly in Omarosa's book:
14 Melania, like Hillary, had an unfaithful husband
15 exposed in a very public space.  And it goes on.  And
16 it ends with:  I don't think that Melania ever had an
17 expectation that Donald was going to be faithful.
18         Is this -- if -- if it's true that Donald
19 Trump cheated with Stormy Daniels while she was --
20 while she was married to Melania Trump, isn't the fact
21 that he's an unfaithful husband a fact and not an
22 opinion?
23         MR. STONEROCK:  Objection, calls for
24     speculation, lacks foundation, incomplete
25     hypothetical, argumentative, calls for a legal

Page 206

1     conclusion, vague and ambiguous as to fact versus
2     opinion.
3          You can answer, Sean, if you have an
4     understanding of the question.
5          THE WITNESS:  Yeah, I think I understand the
6     question.  I don't -- I don't really have an
7     opinion on it.  I think it's all done just
8     speculating on whether he was or wasn't.  Right?
9     So --
10 BY MR. PHILLIPS:
11    Q     Okay.
12    A     -- I don't have an opinion on that.
13    Q     And do you know whether Omarosa had -- I mean,
14 strike that.
15         Do you know whether Donald Trump cheated on
16 Melania Trump?
17         MR. STONEROCK:  Calls for speculation, lacks
18     foundation, irrelevant.
19         You can answer, Sean, if you know.
20         THE WITNESS:  No, sir.
21 BY MR. PHILLIPS:
22    Q     Did Omarosa -- as you understand it, as -- as
23 director of operations of the campaign, did Omarosa
24 waive her First Amendment rights by signing the NDA?
25         MR. STONEROCK:  Objection, calls for a legal

Page 207

1     conclusion.
2          You can answer, Sean, if you have an
3     understanding.
4          THE WITNESS:  Yeah, I'm not -- I'm not a
5     lawyer, and I don't know if she waived her First
6     Amendment rights.
7  BY MR. PHILLIPS:
8     Q     Are you aware of whether the subject NDA has
9  been struck down by a federal court?
10         MR. STONEROCK:  Objection, calls for a legal
11     conclusion, vague as to struck down, incomplete
12     hypothetical.
13         You can answer, Sean, if you know.
14         THE WITNESS:  I am not aware.
15 BY MR. PHILLIPS:
16    Q     As of election day, do you know how many
17 pending lawsuits Donald Trump had pending against him?
18         MR. STONEROCK:  Objection, relevance, calls
19     for speculation, lacks foundation.
20         You mean in his individual capacity, or
21     official capacity, or both?
22         MR. PHILLIPS:  Both.
23         THE WITNESS:  No, sir.
24 BY MR. PHILLIPS:
25    Q     Do you know how many arbitration proceedings

Page 208

1  the Trump campaign has ongoing?
2          MR. STONEROCK:  Objection, relevance, calls
3     for a legal conclusion, calls for attorney work
4     product information, calls for attorney-client
5     communications.
6          You can answer if you know, Sean.
7          THE WITNESS:  No, sir.
8  BY MR. PHILLIPS:
9     Q     Do you know who Jessica Denson is?
10    A     Yes, sir.
11    Q     Who is Jessica Denson?
12    A     She was a former staffer on the campaign in
13 2016.
14    Q     Did she make comments which damaged the
15 campaign?
16         MR. STONEROCK:  Objection, relevance.
17         John, this has nothing to do with our case.
18     You know, I'll probably let -- let Sean answer this
19     question if he -- if he knows.  But I'm not gonna
20     let you go down -- too much further down this road.
21         MR. PHILLIPS:  Because it's all Omarosa's
22     fault until it's not; right?  I mean, I'm just
23     waiting for damages, Ryan.
24         MR. STONEROCK:  Can you rephrase or -- or
25     repeat the question?

Page 209

1          MR. PHILLIPS:  Yeah, yeah.
2  BY MR. PHILLIPS:
3      Q    Did Jessica Denson damage Donald J. Trump for
4  President, Inc.?
5          MR. STONEROCK:  Calls for speculation, lacks
6      foundation, calls for a legal conclusion, calls for
7      expert testimony, irrelevant, incomplete
8      hypothetical, vague as to time.
9          You can answer, Sean, if you have an
10     understanding.
11         THE WITNESS:  She did have negative comments
12     publicly against the campaign and -- or Mr. Trump.
13 BY MR. PHILLIPS:
14     Q    And what damages -- I guess what I'm trying to
15 understand is how can we differentiate between her
16 negative comments damaging the campaign and Omarosa's
17 negative comments damaging the campaign?
18         MR. STONEROCK:  Same objections, calls for a
19     legal conclusion, calls for expert testimony,
20     incomplete hypothetical, calls for speculation,
21     lacks foundation.
22         You can answer, Sean, if you have any
23     understanding.
24         THE WITNESS:  I don't have anything on that
25     one.

Page 210

1  BY MR. PHILLIPS:
2      Q    Okay.  Have you ever heard of Cliff Sims?
3      A    Yes, sir.
4      Q    Do you know how Cliff Sims' arbitration got
5  resolved?
6          MR. STONEROCK:  Objection, relevance, calls
7      for a legal conclusion, calls for confidential
8      information.
9          I'm not gonna allow the witness to answer.
10     I'm gonna instruct the witness not to answer.
11         MR. PHILLIPS:  Okay.
12 BY MR. PHILLIPS:
13     Q    Do you know what damages were caused to the
14 campaign by Cliff Sims?
15         MR. STONEROCK:  Calls for a legal conclusion,
16     calls for attorney work product, calls for expert
17     testimony, incomplete hypothetical.
18         Sean, you can answer if you know.
19         THE WITNESS:  I do not, sir.
20 BY MR. PHILLIPS:
21     Q    Do you know how you can differentiate from the
22 damages caused to the campaign by Cliff Sims from the
23 damages caused by the campaign -- to the campaign
24 allegedly by Omarosa Manigault Newman?
25         MR. STONEROCK:  Vague and ambiguous as to

Page 211

1  differentiate, vague as to time, calls for a legal
2  conclusion, calls for expert testimony, calls for
3  attorney work product.
4          Sean, you can answer if you have any
5      understanding.
6          THE WITNESS:  I am not familiar with Cliff --
7      Cliff Sims --
8  BY MR. PHILLIPS:
9      Q    Okay.
10     A    -- as well.
11     Q    Do you know if Alva Johnson's arbitration
12 action is still going on?
13         MR. STONEROCK:  Objection, relevance, calls
14     for a legal conclusion, calls for attorney work
15     product, calls for attorney-client communication.
16         Sean, if you have an understanding outside of
17     any correspondence you may have had with counsel,
18     then you can testify to it.
19         THE WITNESS:  No, sir.
20 BY MR. PHILLIPS:
21     Q    Okay.  As of today, it looks like the campaign
22 has paid Harder, LLC $4,7 -- $4,078,295.20.  Do you
23 know of that over $4 million how many in attorney --
24 how much in attorneys' fees are attributed to Omarosa
25 Manigault Newman's case?

Page 212

1          MR. STONEROCK:  Objection, relevance, calls
2      for attorney work product information, calls for
3      attorney-client communications.
4          I'm going instruct the witness not to answer.
5          MR. PHILLIPS:  Okay.
6  BY MR. PHILLIPS:
7      Q    The campaign has paid $186,996.50 to the
8  American Arbitration Association.  Do you know what
9  portion of that $186,996.50 is attributable --
10 attributable to Omarosa Manigault Newman's arbitration?
11         MR. STONEROCK:  Same objections.
12         John, you can find that information out from
13     AAA.  It's not a difficult one.
14         I'm gonna instruct the witness not to answer.
15         MR. PHILLIPS:  Okay.
16 BY MR. PHILLIPS:
17     Q    As director of operations for Donald J. Trump
18 for President, Inc., were you aware of allegations of
19 sexual harassment or misconduct in the workplace at
20 Donald J. Trump for President, Inc.?
21         MR. STONEROCK:  Objection, relevance.
22     Objection, calls for attorney work product
23     information, calls for attorney-client
24     communications, calls for confidential information
25     of employees and/or contractors of the campaign.

Page 213

1        I'm gonna instruct the witness not to answer.
2   BY MR. PHILLIPS:
3        Q    Do you have any information as to why Ms.
4   Manigault Newman's payroll or payments were withheld
5   until she signed the subject NDA?
6        MR. STONEROCK:  Objection, misstates testimony
7        in this case, misstates the record, argumentative,
8        calls for speculation, lacks foundation.
9        You can answer, Sean, if you understand the
10       question.
11       THE WITNESS:  I think everybody on the
12       campaign, whether -- if they were submitting an
13       invoice, they had to have a signed contract and an
14       NDA prior to being paid.
15  BY MR. PHILLIPS:
16       Q    Okay.
17       A    I do know in her circumstances, I believe she
18  was sending her invoices directly to the HR director
19  and on a personal email, and I believe that might have
20  tied some of it up.
21       The other side of it is the campaign won't pay
22  an invoice without a W-9.  I know there was some issues
23  with that more recent, not so much in 2016.
24       So there's a whole bunch of factors of why an
25  invoice would be held up.

Page 214

1        Q    Have you had any conversations within anyone
2   within the campaign that's not counsel regarding
3   whether or not the subject employment agreements,
4   nondisclosure and nondisparagement provisions, are
5   enforceable or unenforceable under New York law?
6        MR. STONEROCK:  Objection, calls for work
7        product -- attorney work product information, calls
8        for attorney-client communications, calls for a
9        legal conclusion.
10       Sean, you can answer if you have had
11       discussions with anyone other than counsel,
12       including in-house counsel.
13       THE WITNESS:  No, sir.
14  BY MR. PHILLIPS:
15       Q    Okay.  Do you know how many people and
16  entities are covered by the subject nondisclosure
17  agreement?
18       MR. STONEROCK:  Calls for a legal conclusion.
19       The document speaks for itself.
20       Sean, you can answer if you know.
21       THE WITNESS:  I do not know the exact number,
22       sir.
23  BY MR. PHILLIPS:
24       Q    Okay.  Do you know an approximate number?
25       MR. STONEROCK:  Same objections.

Page 215

1        THE WITNESS:  I would probably say over 250.
2   BY MR. PHILLIPS:
3        Q    Okay.  Do you know if President Trump is
4   affiliated with more than 500 companies?
5        MR. STONEROCK:  Calls for speculation, lacks
6        foundation.
7        THE WITNESS:  I do not.
8   BY MR. PHILLIPS:
9        Q    Okay.  Do you know what people in Donald
10  Trump's family are covered by the subject nondisclosure
11  agreement?
12       MR. STONEROCK:  Calls for a legal conclusion,
13       calls for speculation.
14       You can answer if you have an understanding,
15       Sean.
16       THE WITNESS:  No, sir.
17  BY MR. PHILLIPS:
18       Q    Have you had conversations with anyone, not
19  counsel, at the campaign -- campaign about whether the
20  NDA covers campaign workers that left and actually went
21  to work for the federal government?
22       MR. STONEROCK:  Objection, calls for a legal
23       conclusion, calls for attorney work product
24       information, calls for attorney-client
25       communications.

Page 216

1        Sean, if you've discussed that with anybody,
2        you know, other than counsel for the campaign,
3        including in-house counsel, you can testify to
4        that.
5        THE WITNESS:  No, sir.
6   BY MR. PHILLIPS:
7        Q    Okay.  Do you know -- personally, do you know
8   anything about the relation -- the relationship Donald
9   Trump had with Jeffrey Epstein?
10       MR. STONEROCK:  Objection, relevance,
11       argumentative.
12       You can answer, Sean, if you know.
13       THE WITNESS:  No, sir.
14       MR. PHILLIPS:  I forgot where I was.
15       Probably, like, 26, 27, Beth.  I have it.  We can
16       track it down.
17       COURT REPORTER:  I believe this is 26.
18       MR. PHILLIPS:  Okay.  So Defendant's 26 will
19       be a tweet dated August 31, 2019 from
20       @realDonaldTrump.
21       (Respondent's Exhibit 26 was identified and
22       later marked for identification.)
23  BY MR. PHILLIPS:
24       Q    Do you know who had access to post from
25  @realDonaldTrump when it -- when he still had a Twitter

Page 217

1  account?
2           MR. STONEROCK:  Objection, calls for
3      speculation, lacks foundation.
4           You can answer if you know.
5           THE WITNESS:  No, sir.
6  BY MR. PHILLIPS:
7      Q    Okay.  The -- the statement says, "Yes, I am
8  currently suing various people for violating their
9  confidentiality agreements."
10          We're gonna stop there for purposes of my next
11 question.  Do you know who else Donald Trump sued for
12 violating confidentiality agreements?
13          MR. STONEROCK:  Calls for speculation, lacks
14     foundation, vague as to time, calls for attorney
15     work product, calls for attorney-client
16     communications.
17          You can answer if it's based upon anything you
18     learned from anything other than discussions with
19     counsel or correspondence with counsel.
20          THE WITNESS:  No, sir.
21 BY MR. PHILLIPS:
22     Q    Okay.  Do you know who Louise Mensch is,
23 M-e-n-s-c-h?
24     A    No, sir.
25     Q    Do you know who Dexter Taylor is?

Page 218

1      A    No, sir.
2      Q    Have you ever seen a tweet by Dexter Taylor
3  that indicates Donald Trump lost his vote because of
4  the way he was treated while interning at the
5  Whitehouse?
6      A    Besides the one you're showing me right now?
7      Q    Right.  That's a no?
8      A    Yes, sir.  No, I've never -- never seen it
9  before.
10     Q    So for all the people who -- who we saw in
11 commercials of people who -- who said they -- they
12 voted for Trump -- strike that.  Let me stop for a
13 second.
14          Have you done any investigation personally
15 about whether there is a tape in which Donald Trump
16 uses the N-word?  Do you know -- well, first of all, do
17 you know what I mean by the N-word?
18     A    Yes, sir.
19     Q    Okay.  Have you done any personal
20 investigation to determine if there's any recording of
21 Donald Trump using the N-word?
22     A    No, sir.
23     Q    Do you know whether or not that exists
24 definitively?
25     A    No, sir.

Page 219

1           MR. PHILLIPS:  Ryan, I'm probably wrapping up
2      in the next 20, 30 minutes, but let me take a break
3      for 10 minutes, and hopefully we can be done
4      and out of here by 4:00.
5           MR. STONEROCK:  Sounds good.
6           MR. PHILLIPS:  Okay.
7           (Break from 3:08 p.m. to 3:18 p.m.)
8           MR. PHILLIPS:  Back on at 3:18.
9  BY MR. PHILLIPS:
10     Q    Mr. Dollman, again, thank you for your
11 patience.  I know this isn't easy, particularly in this
12 setting.  I appreciate it.  We're -- we're a few
13 minutes away from being done, at least, with my
14 questions.  I assume that will wrap it up, but you
15 never know.
16          Have you had any conversations -- again, not
17 related to conversations with lawyers for the
18 campaign -- about the duration of the subject
19 nondisclosure agreement, how long it lasts?
20          MR. STONEROCK:  Objection, calls for a legal
21     conclusion, calls for attorney work product, calls
22     for attorney-client communications.
23          You can answer if you had any discussions with
24     non-counsel, Sean.
25          THE WITNESS:  No, I have -- I have never spoke

Page 220

1      with anybody else about the NDA.
2  BY MR. PHILLIPS:
3      Q    Okay.  Do you have an opinion about how long
4  it lasts?
5           MR. STONEROCK:  Calls for a legal conclusion.
6           THE WITNESS:  Yeah, I would -- I would think
7      it goes on forever.
8  BY MR. PHILLIPS:
9      Q    Okay.  Does it go on retroactively?  Does it
10 cover statements made before you signed the NDA, in --
11 in your opinion?
12          MR. STONEROCK:  Objection, calls for a legal
13     conclusion, incomplete hypothetical.
14          You can answer it if you have an opinion,
15     Sean.
16          THE WITNESS:  Yeah, I'm not a lawyer.  I -- I
17     am unsure on that one.
18 BY MR. PHILLIPS:
19     Q    Okay.  A few more questions.  Prior to the
20 election in November of 2020, Treasury Secretary Steve
21 Mnuchin referred to Donald Trump as an idiot.  Did that
22 damage the campaign?
23          MR. STONEROCK:  Objection, vague as to time,
24     calls for a legal conclusion, calls for expert
25     witness testimony, incomplete hypothetical.

Page 221

1        You can answer if you know, Sean.
2        THE WITNESS:  I was -- I was unaware of that
3   comment.
4   BY MR. PHILLIPS:
5        Q    Okay.  Former Secretary of State Rex Tillerson
6   is attributed to calling Donald Trump a moron.  Are you
7   aware of that comment?
8        MR. STONEROCK:  Same objections.
9        THE WITNESS:  No, sir.
10  BY MR. PHILLIPS:
11       Q    Would the secretary of state calling the
12  President of the United States a moron damage his
13  chances of reelection?
14       MR. STONEROCK:  Calls for speculation, lacks
15       foundation, incomplete hypothetical, calls for
16       expert testimony.
17       You can answer, Sean, if you know.
18       THE WITNESS:  I do not know.
19  BY MR. PHILLIPS:
20       Q    Former top economic adviser Gary Cohn,
21  C-o-h-n, was publicly attributed as saying Donald Trump
22  was dumb as shit.  Were you aware of that comment?
23       MR. STONEROCK:  Same objections.
24       THE WITNESS:  No, sir, I was not aware of that
25   comment.

Page 222

1   BY MR. PHILLIPS:
2        Q    Would an economic adviser calling the
3   president he was working under dumb as shit damage a
4   chance for reelection?
5        MR. STONEROCK:  Same objections.
6        THE WITNESS:  Yeah, I don't have an opinion on
7        that, John.
8   BY MR. PHILLIPS:
9        Q    Okay.  National security adviser H. R.
10  McMaster mocked Donald Trump's intelligence by calling
11  him an idiot and a dope, with the intelligence of a
12  kindergartner.  Were you aware of those comments?
13       A    No, sir.
14       Q    Would comments such as that from a national
15  security adviser under a president affect a president's
16  chance of being reelected?
17       MR. STONEROCK:  Calls for a legal conclusion,
18       calls for speculation, lacks foundation, incomplete
19       hypothetical, calls for expert testimony.
20       You can answer if you know, Sean.
21       THE WITNESS:  I do not know, sir.
22  BY MR. PHILLIPS:
23       Q    Former Whitehouse chief of staff John Kelly
24  said -- is attributed as saying we've got to save
25  Donald Trump from himself.  Were you aware of a comment

Page 223

1   that -- that John Kelly is attributed as saying that
2   we've got to save him from himself?
3        A    No, sir.
4        Q    Would comments from the president's chief of
5   staff saying we've got to save him from himself affect
6   his chances of reelection?
7        MR. STONEROCK:  Incomplete hypothetical, calls
8        for speculation, lacks foundation, calls for a
9        legal conclusion, calls for expert testimony.
10       You can answer, Sean, if you know.
11       THE WITNESS:  I do not know.
12  BY MR. PHILLIPS:
13       Q    Do you know how many members of the -- I guess
14  how many leaders -- strike that.
15       Do you know how many management-level
16  positions within the Trump campaign -- strike that.
17  It's getting long -- it's getting late.
18       Who from Donald J. Trump for President, Inc.
19  was indicted, if anybody?
20       MR. STONEROCK:  Objection, vague as to time,
21       relevance.
22       You can answer if you know.
23       THE WITNESS:  I don't have that information.
24  BY MR. PHILLIPS:
25       Q    Okay.  Were you aware if Paul Manafort was

Page 224

1   indicted?
2        A    Oh.  Yes, sir.
3        Q    What effect would the indictment of a campaign
4   manager or an executive within a campaign have on
5   public confidence related to the reelection of that
6   president?
7        MR. STONEROCK:  Objection, incomplete
8        hypothetical, vague as to public confidence, calls
9        for an expert opinion, calls for a legal
10       conclusion, calls for speculation, lacks
11       foundation.
12       You can answer if you know, Sean.
13       THE WITNESS:  I do not know, sir.
14  BY MR. PHILLIPS:
15       Q    Okay.  Is there any way to attribute --
16  and this is the same but different.  Is there any way
17  to attribute damages to Omarosa Manigault Newman
18  and not top executives within the campaign and top
19  cabinet-level officials either getting arrested,
20  indicted, or calling Mr. Trump a moron or an idiot, is
21  there any way to differentiate which one caused the
22  campaign damages?
23       MR. STONEROCK:  Objection, compound, calls for
24       a legal conclusion, calls for expert testimony.
25       Sean, you can answer if you have an

Page 225

1 understanding.
2      THE WITNESS:  I believe the comments -- I
3 mean, just to have the difference in comments.  One
4 is claiming racism and sexist -- right -- and the
5 other ones are to his intelligence.
6      So if we were able to we could probably pull,
7 like we did, the information or, like, the ads that
8 we actually spent money on that were attributed to
9 trying to correct the narrative that Omarosa
10 publicly said about the president.
11      And, I mean, we spent, like 17, 18 million on
12 just ads that were kind of -- or that were with
13 that narrative -- right -- trying to correct that
14 narrative.
15 BY MR. PHILLIPS:
16      Q    Right.  And -- and -- and I think we've
17 discussed this rather at length and candidly that it is
18 the campaign's contention that Omarosa said -- or
19 characterized Donald Trump as a racist and a sexist,
20 but so did news media and so did many others.  And I'm
21 -- I'm -- I'm back to the question, based upon your
22 answer, that is there any way to differentiate which
23 caused the campaign damages?
24      MR. STONEROCK:  Calls for a legal conclusion,
25 calls for expert testimony.

Page 226

1      You can answer if you have an understanding,
2 Sean.
3      THE WITNESS:  I -- I understand the question.
4 I'm -- again, I'm not the expert in it, and I would
5 probably go off of the expert's opinion and what he
6 wrote up, he or she.
7 BY MR. PHILLIPS:
8      Q    And let me finish here.  You know, all the
9 stuff we've discussed, all the clips we've played,
10 isn't it -- NDA aside, but isn't it fair to have an
11 opinion that Donald Trump is sexist?
12      MR. STONEROCK:  Objection, vague as -- as to
13 the term "fair," calls for a legal conclusion,
14 calls for speculation, lacks foundation, incomplete
15 hypothetical.
16      You can answer, Sean, if you understand.
17      THE WITNESS:  I think it's one thing to have
18 an opinion, and it's another thing to go out
19 and write a book and publicly speak negative about
20 someone's family and private issues.
21 BY MR. PHILLIPS:
22      Q    Understood.
23      Absent -- assuming the NDA doesn't exist,
24 wouldn't that -- and, again, I don't -- I know it's
25 coming, I'm not a lawyer.  But I guess, you know,

Page 227

1 I'm -- I'm -- I'm trying to figure out where -- where
2 that First Amendment lies.  And we're not allowed to
3 infringe on -- on people's opinions, but -- strike
4 that.
5      We get it.  I don't want to go all the way
6 down that road again and have Ryan have to assert six
7 more objections.  Let's see if I can wrap it up.
8      MR. STONEROCK:  Thank you, John.  I appreciate
9 that.
10      MR. PHILLIPS:  That darned old First
11 Amendment.
12      Mr. Dollman, Mr. Stonerock, I'm done.  Thank
13 you for your time.
14      THE WITNESS:  Thank you, sir.
15      MR. STONEROCK:  Thank you, John.  Good
16 afternoon, good night.
17      MR. PHILLIPS:  All right.  Talk to you soon.
18      MR. STONEROCK:  Okay.  Bye.
19      MS. MANIGAULT NEWMAN:  Thanks, John.  Bye-bye.
20 Good job.
21      COURT REPORTER:  Any instructions for the
22 court reporter?
23      MR. PHILLIPS:  Does the witness read or waive,
24 Ryan?
25      MR. STONEROCK:  See, I mean, we're operating

Page 228

1 under sort of different, you know, rules.  I'm not
2 sure exactly what the New York rules are.  But I
3 would like to have Sean have an opportunity to
4 review the transcript and correct any- -- anything
5 that, you know, he needs to correct, so . . .
6      MR. PHILLIPS:  That's totally appropriate
7 and fine.
8      And I'll let you know if we're ordering a
9 copy, unless the campaign wants to pay for it.
10      MR. STONEROCK:  Yeah.  I mean, we're going to
11 -- we're going to order a copy.
12      MR. PHILLIPS:  Okay.
13      MR. STONEROCK:  So I know we went through
14 this -- we went back and forth on this the last
15 time.  But I understand that Mrs. Masters would
16 like each party, if they're gonna get a copy, to
17 pay for it.  So we're not gonna pay for -- for your
18 client's copy, John.  We'll pay for our own.
19      MR. PHILLIPS:  Okay.  No.  That's fine.  I'll
20 take a copy.  But if you're ordering it, that --
21 that saves me, like, a little bit of money.
22      COURT REPORTER:  Okay.  So we have to conclude
23 definitely who is ordering the original.
24      MR. STONEROCK:  Well, the original, John,
25 should go to you.

Page 229

```
1        MR. PHILLIPS:  Okay.  I'll take it.
2        MR. STONEROCK:  I mean, and we should get --
3        MR. PHILLIPS:  I was trying to save some money
4   for my client, you know.
5        COURT REPORTER:  All right, John, so you're
6   ordering the original?
7        MR. PHILLIPS:  I am.
8        COURT REPORTER:  And Ryan will take a copy.
9   Thank you.
10       (Discussion off the record.)
11       (The deposition was concluded at 3:30 p.m.)
12                  - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 231

```
1                  C E R T I F I C A T E
2   STATE OF FLORIDA   )
3   COUNTY OF DUVAL    )
4             I, ELIZABETH M. MASTERS, RPR, Notary Public,
5   State of Florida at Large, certify that I was authorized to
6   and did remotely stenographically report the video-recorded
7   deposition of SEAN RAY DOLLMAN; that a review of the
8   transcript was requested; and that the transcript is a true
9   and complete record of my stenographic notes.
10            I further certify that I am not a relative,
11  employee, attorney or counsel of any of the parties, nor am
12  I a relative or employee of any of the parties' attorney or
13  counsel connected with the action, nor am I financially
14  interested in the action.
15            Dated this 16th day of April 2021.
16
17
18
19                       /s/ Elizabeth M. Masters
20                       ELIZABETH M. MASTERS, RPR
21
22
23
24
25
```

Page 230

```
1                  CERTIFICATE OF OATH
2   STATE OF FLORIDA   )
3   COUNTY OF DUVAL     )
4
5             I, ELIZABETH M. MASTERS, hereby certify that the
6   witness named herein appeared remotely before me on March
7   31, 2021, produced a Arizona Driver's License as
8   identification, and was duly sworn.
9             DATED this 16th day of April 2021.
10
11
12                       /s/ Elizabeth M. Masters
                          ELIZABETH M. MASTERS, RPR
13                       Notary Public - State of Florida
                          My Commission No. GG 987462
14                       Expires:  June 4, 2024
15
16
17
18
19
20
21
22
23
24
25
```

Page 232

```
1                  E R R A T A   S H E E T
2        DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES BELOW
3   IN RE:  DONALD J. TRUMP FOR PRESIDENT, INC. v. OMAROSA
4   MANIGAULT NEWMAN
5   PAGE  LINE  CHANGE                    REASON
6   ____  ____  _____    _____
7   ____  ____  _____    _____
8   ____  ____  _____    _____
9   ____  ____  _____    _____
10  ____  ____  _____    _____
11  ____  ____  _____    _____
12  ____  ____  _____    _____
13  ____  ____  _____    _____
14  ____  ____  _____    _____
15  ____  ____  _____    _____
16  ____  ____  _____    _____
17  ____  ____  _____    _____
18  ____  ____  _____    _____
19  ____  ____  _____    _____
20  ____  ____  _____    _____
21        "Under penalties of perjury, I declare that I
    have read the foregoing document and that the facts stated
22  in it are true."
23  _____
24  DATE                        SEAN RAY DOLLMAN
25
```

Riley Reporting & Associates, Inc.

Page 233

1              RILEY REPORTING & ASSOCIATES
              1300 Riverplace Boulevard, Suite 610
2                Jacksonville, Florida 32207
                     (904) 358-1615
3                 info@rileyreporting.com
4
5   April 16, 2021
6
    RYAN J. STONEROCK, ESQUIRE
7   Harder LLP
    132 South Rodeo Drive, Fourth Floor
8   Beverly Hills, California 90212
    rstonerock@harderllp.com
9
10  RE:  DONALD J. TRUMP FOR PRESIDENT v. OMAROSA MANIGAULT
              NEWMAN
11        Deposition of:  Sean Ray Dollman
12
    Dear Mr. Stonerock:
13
    This letter is to notify you that the transcript of Mr.
14  Dollman's deposition that was taken on March 31, 2021 is
    now ready for his review.
15
    Please have Mr. Dollman read your copy of his deposition
16  transcript that was emailed to you.  Upon execution of the
    attached Errata Sheet, if you would please provide a copy
17  to Mr. Phillips.
18  Thank you for your assistance.
19
    Sincerely,
20
    /s/ Elizabeth M. Masters
21
    Elizabeth M. Masters, RPR
22
23  cc:  John M. Phillips, Esquire
         jmp@floridajustice.com
24
25

**Riley Reporting & Associates, Inc.**

# #

**#WOKE** 74:22

# $

**$1.26** 180:1

**$15,000** 152:2,5
160:25 161:6,10
177:4 178:20

**$166** 17:9 37:12,24
53:24

**$186,996.50** 212:7,
9

**$2,800** 197:18

**$200** 164:2

**$4** 211:23

**$4,078,295.20**
211:22

**$4,7** 211:22

# 1

**1** 20:23 25:1,5
153:17 185:15
189:16 192:7

**10** 69:4,19,22 77:12
103:25 154:24
155:4,15 157:15,17,
18 158:6,9 219:3

**10-minute** 174:7,9

**10-second** 73:11

**100** 71:14

**11** 71:11,16,20 73:1

**11:09** 58:5

**11:16** 58:5

**12** 73:2,8

**12:09** 104:6

**12:20** 104:3

**12:24** 104:6,7

**13** 57:19 73:18,22
74:1

**14** 57:19 74:8,19
76:11 77:7 136:14

**15** 19:6 80:15,16
81:2 167:14

**150** 60:19

**16** 30:1 39:10 81:7,8,
10,20

**166** 53:24

**16B** 82:10 88:15

**16C** 91:22 92:19

**16D** 93:12 97:14,17

**16E** 97:25 98:15
101:10 102:16

**16F** 103:1

**17** 103:20 104:8,19,
25 105:4 112:14
225:11

**18** 112:15 113:21
225:11

**19** 116:6,24 117:4,25
121:22 133:2

**19A** 118:2 119:9,12

**19B** 119:25 121:3

**19C** 124:11 125:3,6
129:6

**19D** 131:3 133:3

**19E** 133:14 135:23

**19F** 136:24

**1:00** 174:5

**1:50** 174:6,17

# 2

**2** 24:1,18,25 25:2,5,8
26:8,13 154:19
155:12 157:12
187:10 192:13 193:4
205:11

**20** 114:2 124:9
139:14 144:1 219:2

**200** 37:12

**2002** 33:8 98:17

**2005** 98:17

**2006** 92:8

**2010** 98:17

**2012** 14:24

**2016** 10:14 68:11
83:1 108:1,11,12
122:13 138:5,6,18
149:3 208:13 213:23

**2017** 10:3,11 11:7

**2018** 16:3 159:8

**2019** 216:19

**2020** 10:3 11:7,8
68:12 69:25 74:6
108:4,10 109:7,12,
16 110:2,17 114:1,2
122:13 124:3 138:4,
6,17 152:12 167:15
168:8 175:25
183:13,19 220:20

**2020's** 124:6

**21** 93:22 146:8
150:8,11 159:2,7
185:14

**21A** 159:2

**21B** 158:21,23

**21C** 159:1,3

**22** 159:7 162:21
164:20,23

**23** 166:12 167:3

**24** 17:17,20 20:24
38:17 53:25 55:16
116:7 171:23

**249** 88:18

**25** 17:17 184:13,23

**250** 215:1

**26** 17:17 216:15,17,
18,21

**27** 216:15

**293** 202:24

**298** 185:1 203:18

**2:00** 174:2,15,17,19

**2:06** 179:5

**2:08** 179:5

# 3

**3** 29:23 30:16 31:1
32:25 33:1,2 42:5
193:9

**30** 94:3 219:2

**31** 216:19

**32** 205:6,11,12

**35** 94:6,11

**35-second** 24:1

**3:08** 219:7

**3:18** 219:7,8

**3:30** 229:11

# 4

**4** 33:5,18 42:4
193:17 194:14,19
196:6

**4:00** 173:25 219:4

# 5

**5** 39:4,5 40:14,16
42:4 199:2,18
202:24

**50** 33:10

**500** 203:21 215:4

**5:00** 173:25

# 6

**6** 41:5,6,7 42:4
43:16,22 44:20
153:18

**60** 112:23

**65** 163:9

# 7

**7** 43:16,17 45:7,21

**70s** 50:7

# 8

**8** 51:24 52:11,15
53:9

**88022** 113:19

# 9

**9** 55:24 56:16 58:8
62:20 64:12 104:3

**9:20** 104:3

**9B** 58:20,24

# @

**@realdonaldtrump**
216:20,25

# A

**a.m.** 58:5

**AAA** 212:13

**ability** 8:10 198:17

**abortion** 41:14,21
42:15 43:3 44:13,21
45:1

**Abraham** 106:17

**Absent** 226:23

**absolute** 60:21 61:1
124:22

**absolutely** 7:17
86:20 87:5 94:4

**accent** 134:3

**accept** 186:13

**accepted** 162:1

**accepting** 14:15

**access** 82:10
102:20 105:13
138:23 216:24

**account** 217:1

**accurate** 15:4

**accusing** 200:21

**achieve** 35:19

**achieving** 60:15

**acknowledges**
178:22

**Act** 23:3 24:11 26:20
27:22 33:13 34:19,
21 39:19 40:17
42:15 52:23 67:18
68:9 142:4

**action** 59:21 211:12

**actual** 46:7 64:15
192:7

**ad** 24:1,17,24 25:8
26:8,13 27:9,14

30:15,16 31:1 33:5,
21 34:2,14 39:3
40:14 41:5 43:21
44:20 45:7,21 51:24
52:14 53:8 58:7
69:22 71:11,20,21
73:11 74:1 75:13
77:7 81:7,24,25 82:1
104:25 113:25 114:8
117:4,19 119:15
121:21 122:5,12,13,
16 135:7 164:23
165:20 169:9 172:1,
4,10,11,12,13,16,25
180:25

add 173:14

added 107:16 158:7,
10

adding 199:25

addition 118:14
163:19

additionally 110:11

address 44:11
193:16

addressed 40:16
44:21 163:21

administration
112:24 123:22 142:1
163:22 164:14

admissible 17:4

admission 191:9

admit 83:10 118:4

admitted 118:22

ads 12:9 17:19,20
20:23 35:19,20
38:17 44:4,7 53:25
55:16 72:17,18
74:23 76:11 77:14,
20,22,24 78:23
107:16 126:25
134:16 135:1 138:16
139:8 181:19 195:6,
8 197:2 198:1,15,18,
23 200:14 204:9,11,
13,16,17 225:7,12

adult 200:20

advancement
164:12

advertisements
42:8 198:8

advertising 45:3

advice 14:15

adviser 221:20
222:2,9,15

advisors 164:15

advisory 152:10

advocate 162:24

affect 222:15 223:5

affected 41:17
67:15,20 68:6 142:6

affecting 67:1

affiliated 215:4

affiliates 72:9

afraid 99:14 184:16

African 23:9 26:5
27:15,18,19 50:3,18
51:16 53:12 59:18,
20 60:16 66:22,23
67:5,7,11,20 71:21
72:9,10,15 76:13
77:13 78:22 79:20,
25 124:18 138:24
168:22

African-american
27:3,4 31:14 34:17,
23 37:15,16 42:5
47:25 51:1,10 59:17
60:19 67:25 68:4,12
71:2

afternoon 169:11
227:16

age 94:3

agents 72:8

aggregate 54:8

agree 6:4,6 18:18
43:6 62:17 63:3
79:18 101:17 105:11
107:15 122:20,21
125:11 131:10
154:22 155:13
157:13 158:8 182:12

agreement 6:2
152:16,24 153:5
154:7,23 155:14
157:14 159:1,6,14,
15 160:12,23 187:13
203:3 214:17 215:11
219:19

agreements 161:19
214:3 217:9,12

Ah-ha 21:22

ahead 27:17 65:16
85:20 179:10

air 173:14

aired 43:21 44:5
69:22 73:12 81:24
82:1 117:16 164:24
172:6

Alexandria 142:14

algebra 93:24

Ali 70:25

Alice 23:6 52:1,3,20

aligned 12:3

all-time 94:23

allegation 53:10

allegations 212:18

alleged 112:6

allegedly 205:13
210:24

Allen 63:12 101:5

allocated 201:17

allowed 20:4,12
91:8 96:24 197:1
227:2

allowing 7:10

alongside 92:9

Alva 211:11

amazing 60:20
61:16,20

ambiguous 11:17
13:24 19:25 24:21
25:10 40:20 54:19
55:19 66:12 75:5
79:4 82:15 90:5 93:2
101:24 102:9 105:5
108:18 119:18
121:15 122:8 124:4
125:14 135:17
145:11 165:4 167:9
181:3 192:25 206:1
210:25

Amendment
177:13 206:24 207:6
227:2,11

America 20:5 24:7
45:11,18 47:5 48:1
60:21 74:17 104:17
113:17 120:22
123:4,5 141:5
143:10,15,23 145:9,
10,12 149:15 150:2
166:19,22 168:8

America's 116:19

American 15:18,20,
24 16:2,4,7,10,15
17:8 23:19 24:19
25:9,13 26:7,11
31:3,7 33:22 34:4
36:16 37:24,25 38:8,
13 44:3 50:19 53:11,
22 54:7,11,16,17,21
55:2,17 59:20 71:14
78:22 107:5 118:18,
25 122:24 134:14
141:9 143:1,17,19
146:12,19 149:22
174:24 176:22 177:2
212:8

Americans 23:10
24:11 26:5 27:15,18,
20 32:15 50:4 53:12
59:19 60:16 66:22,
23 67:5,7,11,20
71:21 72:9,10,15
76:13 77:13 79:20
80:1 134:13,24
135:6 142:6 163:3
166:17,18 168:22

AMMC 175:13
177:15 178:19
179:17,22,25 180:6,
25 181:21

AMMC's 181:12

amount 11:7 44:10
128:3 161:16 162:15
195:4 197:9 200:3
201:13,17,19,21

amounts 54:13

ANCHOR 129:8
130:2,15,20

and/or 212:25

angry 61:8

annual 55:2 164:2

answering 16:16
201:25

answers 7:25 8:1

189:2

Anti-defamation
129:9 130:3

anti-muslim 124:3

antidefamation
64:2,5

any- 228:4

AOC 142:14

apologize 30:23
55:23 69:5 79:7
190:4 193:25

apology 124:15

apoplectic 199:6

apopolec- 199:6

appearance 136:22

appearances 75:24
159:9,10 192:23

appeared 136:6
180:24

appears 125:6,7

applause 61:6 62:6
101:6 118:13,19,23
119:2 120:6

apply 141:21

appreciation
193:15

Apprentice 199:4

apprenticeship
87:17

approve 52:9 56:14
65:6 167:1

approved 11:9
179:25

approximate
214:24

approximately
17:9

April 16:3

Arab 170:13

Arabs 170:13

arbitration 207:25
210:4 211:11 212:8,
10

archival 72:24

**areas** 68:6

**argument** 177:1

**argumentative** 53:16 78:7 79:4 106:1 115:4,24 131:23 132:20 134:4 135:16 166:8 172:19 173:2,16 205:2,25 213:7 216:11

**Arianna** 86:2,4,7, 10,13,15,18,24 87:5, 7,10,12,15,18,22,25 88:3,6,8,11

**Arianne** 86:9

**arising** 163:7

**Arizona** 6:18 14:23

**arms** 136:20

**army** 45:11 56:2 64:19 74:12 104:13

**arrested** 30:1 33:8 224:19

**article** 167:14 179:24 180:10,19

**articles** 177:5 182:16

**ARTIE** 94:6 96:9

**Asian** 134:13,24

**asleep** 171:10

**ass** 93:19 97:18

**assault** 107:6 142:21 200:22

**Assembly** 163:5

**assert** 227:6

**assessed** 176:9

**assets** 26:17

**assistance** 116:14 121:25

**associate** 77:23 78:4

**Association** 212:8

**assume** 10:6,7 19:11 22:14 43:25 75:11 79:24 99:6 100:8,10 116:1 120:16 154:12 219:14

**assuming** 158:5 226:23

**assumption** 77:21

**atom** 110:4,9

**attach** 25:1 32:25 39:4 58:19 158:20, 25

**attack** 169:3

**attacks** 169:5

**attempt** 160:1,3

**attending** 24:9

**attention** 87:17

**attitudes** 118:16

**attorney** 8:4 155:16 156:18 157:21 158:12 159:18 185:7 189:19 190:12 193:1 194:24 208:3 210:16 211:3,14,23 212:2, 22 214:7 215:23 217:14 219:21

**attorney-client** 155:19 156:19 157:22 158:13 159:19 185:8 193:19 208:4 211:15 212:3, 23 214:8 215:24 217:15 219:22

**attorneys'** 211:24

**attracted** 85:6

**attributable** 212:9, 10

**attribute** 194:19 224:15,17

**attributed** 89:17 106:18 195:4 211:24 221:6,21 222:24 223:1 225:8

**audio** 102:25 178:10

**August** 216:19

**auto** 186:12

**automatically** 85:5

**avoid** 8:23 154:22 155:1,13 157:12 158:7,8

**avoided** 177:8

**aware** 26:18 44:12

71:24 72:14,16 102:6 106:24 107:3, 7 111:12,16,21,24 112:2,5 121:20 154:8,11 202:7 203:24 204:1 207:8, 14 212:18 221:7,22, 24 222:12,25 223:25

**Aww** 148:8

---

**B**

---

**back** 7:5 20:19 33:8 40:13 51:23 53:5 56:8,11 58:7 62:12 64:25 65:3 88:20 90:18 98:8,15 104:2, 7 113:24 114:11 121:21 132:11 144:17 148:19 150:1 151:8,13,21 156:13 157:3,8 160:3,8 174:18 178:12 179:7 182:2,6 184:17 187:23 196:4 219:8 225:21 228:14

**backbone** 142:3

**background** 14:18 51:7 142:8 204:8

**backstage** 96:20

**bad** 148:19

**Balcom** 39:8,10,14 40:17 43:2

**bank** 30:2

**banned** 123:21

**Barack** 50:8 106:23

**base** 38:16

**based** 28:17 43:20, 25 50:24 54:23 77:23 80:8 91:3 103:14 123:11 139:9 155:21 157:24 158:15 159:20 204:9 217:17 225:21

**Basic** 153:2

**basically** 179:1

**basing** 91:6

**basis** 67:2 171:6

**basketball** 49:14

**Beach** 83:9

**bear** 17:17 34:22 205:6

**beat** 149:24

**beautiful** 83:7 85:6 93:14,17 95:3,17 133:8 193:15

**beauty** 94:14 190:22

**bee** 140:7,15

**beg** 87:16

**begging** 87:12

**begin** 59:17 139:19 141:11 147:9,25

**beginning** 10:3 11:8

**behalf** 6:5 61:25

**BEHAR** 100:4,6,8, 21 101:5

**behavior** 40:2 107:6

**belabor** 203:16

**belief** 46:8 145:19 194:9 198:3

**believed** 42:14

**believes** 70:18 166:21

**belly** 170:4

**benefit** 35:15 113:1, 11

**benefits** 35:10

**BERMAN** 136:1,16

**Beth** 7:14 22:2 216:15

**Biden** 69:25 132:12 142:23 145:18 167:16 168:16 169:2,3 170:6,22

**Biden's** 143:10 145:9,10,12 166:19 168:20

**big** 37:9 41:15 83:24 141:15 166:14

**bigotry** 118:21

**bill** 64:15

**billion** 180:1

**Billy** 83:6,11,14 84:1,5,7,9,11,14,16, 25 85:10,13,16,18, 24 86:5,8,16,22,25 87:2,10,14,16,19,21

**bit** 96:8 124:9 127:15 140:1,2 170:3 201:20 228:21

**bitch** 83:22 88:21 105:23 106:10,19 107:18

**bitter** 39:14

**black** 45:10,14,15, 17 46:11 47:1,2,4,11 48:14 49:4 50:9 59:3,23 60:13 65:10 74:11,15 75:22 78:3, 4 80:19,22 166:17, 20

**blessed** 24:5

**blue** 149:1

**board** 114:7,15 116:2 181:21

**Bob** 183:18 184:8

**bono** 54:15,19

**book** 111:2,13,15, 17,22 112:5,12 183:19 184:3 185:2 189:23 192:22 194:5,8 195:12,22 196:20 199:13 205:13 226:19

**boom** 184:12

**booth** 171:18

**booting** 21:2

**border** 120:17

**borderline** 36:19

**box** 21:24

**boy** 124:16

**bragged** 190:21

**brain** 204:18

**breach** 176:20 191:22

**breached** 188:2,5

**break** 8:2 58:5 69:9 72:7 103:22 104:6 174:2,8,9,17 179:5 203:11 219:2,7

Index: breaking..checkout

breaking 57:17

breaths 39:11

Brewer 166:11
167:15 168:4

bring 157:8

bringing 61:12
120:13,14,15 151:20
152:12 157:3

broadcasting
168:3

broke 113:4

brought 108:1
139:25 141:15

Bryant 45:9,10
46:10

build 75:21,22 82:3
152:12

building 45:10
80:19 104:12 144:18
152:10

built 138:9

bunch 30:6 213:24

burning 145:8

bursting 52:5,21

bus 85:22 86:17,23

Bush 83:6,11,14
84:1,5,7,9,11,14,16,
25 85:10,13,16,18,
24 86:6,8,16,20,22,
25 87:2,10,14,16,19,
21

Bushy 86:22,24

business 12:24
15:17 69:15 139:24
140:17 141:11
142:2,8 146:16,17
147:1,20

businesses 142:9
200:2,3,12

busy 169:24

buy 17:12 37:20

buying 12:9

Bye 149:21 227:18

Bye-bye 227:19

— — — — —

C

C-O-H-N 221:21

cabinet-level
224:19

calculated 13:24
17:3

calculates 202:12,
13

calculator 196:6,15
202:4,20

call 51:9,16 118:9
132:13 147:8 162:7,
8,10,11,18 167:16

called 92:24 94:12
129:9

calling 32:20 97:18
138:24 178:23
221:6,11 222:2,10
224:20

calls 11:17 12:14
18:21 19:3,24 20:8
26:21 28:25 29:14
30:19 31:15 32:9,21
34:25 35:12 38:5,19
39:21,22 41:22
42:20 43:8 44:14
45:2,24 46:13,14
47:14 48:16 49:6
50:21 51:11,18 53:1
57:11 62:22 63:19
64:4 65:17,19 67:21
68:13,21 70:1,19
71:4 75:4,15 76:5
77:17 79:5,14 80:11
82:15 88:24 89:9,11,
18 90:4 91:15 93:1
97:19 101:23 103:9
105:15 106:12
107:8,21 109:20
111:3 112:8 115:3,
10,23 117:7 122:9
125:23,24 126:19,20
128:14,25 131:13,23
132:19 133:22
134:19 135:17
138:12 144:11
145:12 146:3 152:6,
18 155:2,17,18
156:17,18 157:20,21
158:11,12 159:17,18
161:3,21 165:6
166:7 167:21
168:10,24 173:17

campaign 6:6,22,24
8:17,20 9:14,17
10:19,22,25 11:5,12,
13,15,25 12:12,18,
20 13:11,17,22
15:13,16,22 16:20,
22 17:19,20 18:1,5
20:23 21:4 24:17,24
25:8 26:3,4,8,13,16
27:9 30:16,25 33:5
36:9 37:12,19 38:11,
17 39:1,3 40:14,16
41:5 43:22 44:2,4,20
45:7,21 51:24 52:14
53:8 54:13 58:7
63:21 64:3,5 68:11,
12 69:22 71:11,20
72:8,11,22 73:25
74:23 75:19 77:7,22
79:1,21 81:7 90:13,
15 102:14 105:18,
21,22 106:8 107:16,
25 112:16 114:25
115:15 117:3,4
119:15 121:6,7
126:9,18 127:2,14,
17,24 133:20 136:2
137:10 139:13
150:15,20 151:1,9,
21 152:5,11 154:9,
13 156:13 157:4,9,
25 160:4,6,9 161:1,
6,11,13,16 162:2,16
164:23 168:22

campaign's 180:1
198:15 199:3 225:18

campaigns 98:19

Campus 104:11,12

candidacy 13:5

candidate 105:22
106:8 107:5 137:3,6
138:1,10 168:18
169:2,9 197:2

candidates 12:3

candidly 225:17

capable 113:9
114:21 115:2

capacity 207:20,21

capitalism 142:22

car 56:3 64:20

care 148:21 149:20
171:2,15 203:6

cared 24:11

careers 113:14

Carolina 136:3

carrying 126:12

case 14:1 85:4
89:22 137:9 177:10
208:17 211:25 213:7

cases 17:15

casting 123:11

Catalina 139:16,21
140:2,4,11,13,20
141:5,25 143:7,16

175:14 182:21 183:7
184:4 185:6,7,22
186:5,22 187:14
189:17,18,19
190:11,12,13
191:11,12 192:8,9
193:2,18,19 194:22,
23 196:9,10 197:4,
11 198:11 199:10,11
200:5,6 201:7,8
202:10,11 204:2,3
205:1,23,25 206:17,
25 207:10,18 208:2,
3,4 209:5,6,18,19,20
210:6,7,15,16 211:1,
2,13,14,15 212:1,2,
22,23,24 213:8
214:6,7,8,18 215:5,
12,13,22,23,24
217:2,13,14,15
219:20,21 220:5,12,
24 221:14,15
222:17,18,19 223:7,
8,9 224:8,9,10,23,24
225:24,25 226:13,14

169:4,5 173:13
174:25 176:1,7,11
180:25 182:14
187:7,12 188:4
189:15,16 190:8,24
191:1,8 192:6 193:4,
10,17 194:4,19,20
196:2,25 197:10,17
198:8,22 199:9,18
200:2,4,10 202:5,6
204:1 206:23 208:1,
12,15 209:12,16,17
210:14,22,23 211:21
212:7,25 213:12,21
214:2 215:19,20
216:2 219:18 220:22
223:16 224:3,4,18,
22 225:23 228:9

categories 205:10

category 205:11

caught 29:25

caused 125:21
192:7 202:4,8
210:13,22,23 224:21
225:23

ceiling 141:5

celebrate 59:16
136:5

cell 30:3

center 142:25

CFO 10:4 13:21
192:5 194:12 196:3
202:6

challenge 141:15

challenges 69:12

champion 45:13
46:11,25 47:11 48:7,
14 49:4,6 50:3,9,11
142:7

champions 48:8

chance 56:6 64:23
169:18 198:13
222:4,16

chances 221:13
223:6

change 94:9

changed 83:25

changing 143:8

characterization
134:10

characterize
134:11

characterized
134:13 225:19

characterizing
67:7 108:25

charge 33:10 170:5

chart 188:18 189:8
203:5

cheat 174:21

cheated 204:24
205:19 206:15

checkout 94:12

chest 180:1

Chicago 139:22,24

chief 6:25 8:21 9:6, 9,11 106:8 222:23 223:4

child 163:18

children 146:18

children's 139:19

China 133:6

Chinese 135:5,6

choke 142:25

choose 67:18 145:10

chose 70:13,14

chronic 136:19

Church 60:1

churches 60:4

circle 37:9

circumstances 213:17

cite 38:24 39:2

city 24:6 163:5

civil 23:14 50:19

claim 136:4 188:1, 11 198:24

claimed 175:17 205:9

claiming 225:4

claims 137:9 184:2

clarify 78:13

class 24:9

classes 184:19

clause 154:19,20 187:12

Click 81:17 104:16

client 16:7,15 229:4

client's 228:18

clients 16:5,11

Cliff 210:2,4,14,22 211:6,7

clip 64:15 97:17 98:4,6 99:8 103:2

125:6 133:3 134:10, 23 135:16,21

clips 98:16,25 226:9

close 14:9 98:18 116:6

closing 15:15

clothes 97:10

CNN 97:17 98:5,9, 16,18 102:20 103:2 127:11 129:8 130:2, 15,20

coalition 75:19,22 76:19 77:11 78:1 80:20 82:4 105:9,12, 19 108:2,8,13 114:16 144:19

coalitions 75:18 76:20 152:11

cocaine 33:11

Cohn 221:20

cold 118:6

collapse 136:5

collectively 199:21, 23,25 200:8 204:7

College 60:14

colleges 59:3,19,23 60:3 65:10

color 28:18 29:19

comedy 92:22 93:8

command 163:2

comment 28:9,12 30:18 31:13 46:17 52:19 89:7 133:18 168:1 196:8,21 199:9,12 203:24 205:6 221:3,7,22,25 222:25

comments 27:1,2, 10 28:10 41:3 70:24 71:1 88:19 101:13, 14 103:17 110:24 126:11,16 131:6 133:19 144:9 145:3 168:20 185:1 187:19 189:16 190:19 197:22 199:13 204:10 208:14 209:11,16,17 222:12,14 223:4

225:2,3

commercial 22:18 23:18 24:24 40:14 42:17 62:19 64:2,12, 16 65:9 70:15 117:15,16,20 121:22 124:10 144:14 145:5 167:15 181:11

commercials 52:25 65:25 66:4 67:4 68:20 69:1 72:1,2 165:13 168:21 218:11

Commission 174:23 197:3 198:9

commitment 164:11

common 120:18,19

communication 159:19 185:8 211:15

communications 155:19 156:19 157:22 158:13,16 208:5 212:3,24 214:8 215:25 217:16 219:22

communities 34:18 47:25 56:7,12 57:10 64:24 65:4 67:15 69:13

community 37:15 47:25 48:4 51:1 60:19 67:1,11,25 68:4,7

community's 37:16

companies 73:6 215:4

Riley Reporting & Associates, Inc.

Companion 152:16 154:7 159:15

company 15:12 37:11 54:22 139:20 187:20

compensated 54:17,23 71:22 72:10,17,24 74:3

compensation 151:15,20,24

complaint 174:22 175:5,10,18,22 177:12,22

complex 29:6

compliance 12:19

compliant 198:9

component 198:19, 24

compound 24:20 30:19 40:19 42:8 53:15 71:4 106:11 107:20 119:18 122:8 139:5 201:7 224:23

computer 164:1,3

conclude 228:22

concluded 229:11

conclusion 19:24 20:8 39:21 45:25 46:14 47:15 50:22 88:25 89:11 90:5 91:15 103:10 115:24 125:23 126:19 155:3,11,18 156:18 157:21 158:11 159:18 186:6,23,24 187:15 189:6,18 190:12 191:12 192:9 193:1,19 194:23 196:10 197:5,12 198:12 199:11 200:5 201:8 202:11 204:3 206:1 207:11,1 208:3 209:6,19 210:7,15 211:2,14 214:9,18 215:12,23 219:21 220:5,13,24 222:17 223:9 224:10,24 225:24 226:13

Concordia 163:5

condemn 129:10,14 130:6,10

condition 136:19

conduct 37:25 121:9

conduit 177:8

confidence 120:25 224:5,8

confident 75:9

confidential 186:4, 19 210:7 212:24

confidentiality 188:2,5 203:2 217:9,

12

conflict 95:24 96:2, 3,8

confusing 58:22

congratulate 60:21 61:14,21

Congress 57:9 146:2

Congresswoman 144:5

consent 91:13

conservative 142:11

conspiracy 33:9

constantly 141:13

constitution 118:20

construction 147:24

construed 95:23 96:10

consult 161:6

consultant 161:13

consultants 38:8 54:22 161:1,5 174:24

Consulting 54:7 159:1,6,13,14 160:23

consumption 194:17 195:16,18

contend 189:9

contends 188:4

contention 27:8 225:18

contest 190:22

context 46:21 93:6 112:11 123:19 162:6

contingency 54:10

contingent 54:11

continue 13:4 75:22 81:15 88:4 141:22 198:3

continued 168:7

continuing 108:9

Index: contract..degrees

contract 126:9
154:25 155:1 156:3
213:13

contractors 212:25

contracts 10:18
11:8 177:3

contradicted 31:10
32:7 52:20

contradictory
135:11

contradicts 27:15,
20

contribute 131:10
165:21

contributed 132:17

control 105:12
153:8 186:14

convention 25:20,
22 26:1,17 34:15

conversation 7:20,
21,23 8:11 151:4,18,
19 157:1 178:19
180:2

conversations
156:10,16 157:2
158:15 168:4 214:1
215:18 219:16,17

convicted 33:9

conviction 30:1

coordinated
173:22

copy 228:9,11,16,
18,20 229:8

coronavirus
147:21

corporation 177:2

correct 10:9,10
17:24 18:3,7 28:14
35:20 36:4,11,13,22
41:4 46:20 47:8
53:13 54:3,24 55:15
56:25 66:3 73:17
77:11,14 78:23 80:1
108:13 110:12,19,20
117:22 122:13,15
127:5 128:10 138:6
145:5 152:2 153:24
160:14 166:2
168:14,16 181:1
195:8 204:15 225:9,

13 228:4,5

correcting 23:22
35:25 36:2 108:16

corrective 197:2
198:1,2

correlated 122:2,19

correlation 121:10

correspondence
159:21 211:17
217:19

Corrine 74:10,25

costar 87:2

counsel 6:1 14:15
17:18 30:16 154:2,3
155:22 157:24
158:16 159:21
185:10,11 187:4,5
211:17 214:2,11,12
215:19 216:2,3
217:19

counter 114:19
117:5

counteract 30:17
66:2 79:2 119:14
122:12 128:4 135:2
138:17 165:13

countering 167:7,
10

countermessaging
38:3 133:20 165:2,5

counternarrative
27:9

countervoice
142:19

countries 51:10,17
116:13 117:21
121:24 123:20,24
124:18 125:9 138:25

country 19:21 20:13
41:12 45:14 47:1,12
48:15 61:25 71:3
80:20 91:8 94:21
96:13 118:5,10,17,
22,25 123:10 140:5,
24 143:20,22 150:5
163:1 164:16

countryside 140:8

County 146:13

couple 25:19,20

27:25 93:21 148:16
153:17 173:23
185:18 188:8

court 6:1 22:4
127:22 191:23,25
207:9 216:17
227:21,22 228:22
229:5,8

cover 99:15 220:10

coverage 110:11
123:4 131:8 137:3,6
138:1,5

covered 167:6
214:16 215:10

covers 215:20

COVID 141:15

crack 33:10

crazy 140:1 182:8

create 59:18 60:10
77:20 94:15 140:1
146:1

created 104:25
122:17 127:7 135:1
139:8 166:16

creates 195:3

creating 138:16

creation 179:25

credibility 127:11,
13,16,21 180:13
194:9 200:16

credit 163:18

crime 40:9 120:15
143:11

crimes 40:3,7
Riley Reporting & Associates, Inc.

criminal 67:6

criminals 67:8

criticism 136:2

culture 135:12

cultures 139:25

curious 30:25 69:16

current 6:23 13:10
15:23 70:17 175:9

cut 88:18

Cuts 142:4

cutting 7:10

cyberland 6:16

D

D'SOUZA 112:20
114:5,12

dad 140:7

dad's 139:24

daily 37:9 171:6
194:16

damage 105:12
190:7,23 193:4,9,17
194:13 199:9,24
209:3 220:22 221:12
222:3

damaged 126:17
189:16 196:7 199:18
208:14

damages 126:10
137:9 176:8,20
190:25 191:8 192:7,
15,19 194:3 195:3,7,
24,25 196:22
198:19,24 200:4
201:3 202:4 204:1
208:23 209:14
210:13,22,23
224:17,22 225:23

damaging 194:20
209:16,17

dandy 184:19

dangerous 119:5

Danielle 112:20
114:4,12

Daniels 194:15,21
195:10,25 204:25
205:19

Daniels' 195:22

darling 86:19

darned 227:10

dated 167:14 216:19

dates 98:2,6

dating 100:19
101:21

daughter 91:25
92:9 93:14,16
100:19 101:20 102:8
117:21,23 147:4,6
148:16 149:18

daughter-in-law
150:23

daughters 101:20

David 129:11,14,18,
23 130:21,24

DAWN 146:24
147:2,12,24 148:9,
14,25 149:13

day 52:4 63:18 64:1
137:15 143:21 154:5
169:12 170:11
178:25 207:16

days 6:17 24:8
138:9 148:24

deal 59:15 133:11
163:16 203:6

dealing 65:24

debunked 136:4

December 14:23
175:25

decided 142:18

deciding 123:24

decision 38:16
74:22

declined 199:5

decrease 68:11

dedicated 104:14

deemed 147:1

defamatory 30:18

defeat 176:12

Defendant's 69:4
81:8,10 116:6
158:21 216:18

defender 60:6

defending 136:4
168:6

defense 116:17
122:1 175:17

define 122:23 141:6

definition 28:4,5,
11,15 29:7,12 90:25
123:13

definitional 123:8

definitively 218:24

degrees 14:20

delineate 25:4

delivered 143:18

delivering 164:17

Democrat 12:1

Democrats 113:5

demonstrating 164:11

Dennard 80:18 81:5

Denson 208:9,11 209:3

denying 112:21

depend 99:23

dependent 143:5

depending 107:24

depends 47:22 100:2

depose 189:14 196:13

deposition 7:1,2 8:14 17:20,21 25:2 106:5 137:20 202:18 229:11

deposition's 201:22

deputy 9:18,19,20 10:8,12,16,25 121:7

deregulation 142:5

descent 142:12

description 126:24

designed 27:9 165:13

desktop 22:11 184:18,19

despises 28:16

destiny 140:23 141:7

destructive 142:16

detail 111:15

determination 191:23

determine 37:14 38:11 121:11 168:19 218:20

determined 126:15

develop 118:7

developed 59:8

developing 141:23

development 116:14

developmental 121:25

Devos 163:25

Dewit 11:2

Dexter 217:25 218:2

dialogue 73:20

difference 45:23 225:3

differentiate 125:20 209:15 210:21 211:1 224:21 225:22

difficult 195:5 201:21 204:6 212:13

difficulty 7:14

dig 204:18

digital 25:25 26:2,3, 17 34:14 43:25 73:14 81:25 117:17 172:7,8 181:18

digitally 164:25

direct 6:11 76:20 77:22 154:18

directed 108:3

directly 177:9 197:17 213:18

director 9:20,21,24 10:8,9,13,16,20,24, 25 11:4 121:7,8 153:20 192:6 196:4 202:7 206:23 212:17 213:18

disability 136:7

disabled 138:24

disappointing 99:23

disavow 130:14

disclose 186:19

disclosing 186:3

disclosure 190:13 193:20

disclosures 177:9

discontinued 12:1

discourse 168:8

discoverable 13:25

discovery 17:4

discuss 42:13 91:24 178:11 187:6 204:9

discussed 13:16 29:8 145:4 155:21 156:20,22,25 159:16 184:3 191:15 216:1 225:17 226:9

discussing 26:20

discussion 194:13 204:11 229:10

discussions 156:1 185:10 195:22 214:11 217:18 219:23

dislikes 28:17,20

disparage 188:3

disparaged 31:10

disparagement 154:19,20 187:12 188:5 203:3

disparaging 26:19 30:17 123:9 187:19

disproportion 67:16

disproportionately 67:1,7,10 68:7 163:17

dispute 98:20 99:1 180:3

distributed 23:19 24:19,21 25:23,24 33:22,24 34:4,6,12 180:25 181:4,10

distribution 26:13, 16 34:8

District 191:25

disturbing 167:16

dive 44:9

diversity 159:10 164:6

DNC 11:25

doctor 97:6

document 56:21,24 57:2 155:24 157:19 160:9 184:14,21 214:19

dollar 44:10 195:4 201:3,13,16,18,21

dollars 198:7 200:3

Dollman 6:7,15,16 11:21 14:19 18:20 22:18 104:22 153:20 174:21 178:22 179:14 182:12 189:15 193:23 202:16 203:15 219:10 227:12

Dollman's 17:19

Don 90:16 92:9

Donald 6:22 9:12 10:17 12:11 13:3,5, 21 14:9 16:6,11,14, 17 17:9 18:12,19 19:15 22:22 23:7,13 24:10 28:1 32:20 36:10,24 37:4,12,14, 16 38:2,14,15 41:3, 20 42:15,18 43:3,7 44:12 45:12,16 46:10 47:3,10,11,24 48:6,15 49:4,12,19, 22 50:6,9,18 51:16 52:6,8,16 53:10,12 55:3 56:13,19 57:9 58:9 59:2,8,13 60:3, 5,24 61:7,18,20,23, 25 62:3 63:17 64:1 65:5 66:1 67:19 68:11 69:11,24 70:18 71:2,13,24 72:18 73:4 74:5 76:3 77:15 80:10 81:14 83:8,12,15,17 84:3, 6,7,8,15,21,24 85:2, 11,15,17,21 86:1,3, 5,12,14,17,20 87:1, 4,6,9,20,23 88:1,5,7, 10,13 89:17 90:2,16 91:24 92:1,3 93:14, 17,20 94:1,11,17,22 95:3,7,9,12,15,18 96:3,7,14,19,22 97:4,8 98:20,25 99:11,22,22 100:2,5, 7,10,16,24 101:2,7, 15,18 102:7 103:7, 12 107:12,17 108:16,24 109:13,18 110:1,5,10,25 111:13,22 112:3,6 117:22 118:4 119:14 120:3,7 121:12 122:22 125:8,12 126:13,17 127:21 128:8,9,20,21,23 129:17 130:8,16,23 131:7 132:13,17 133:5 134:11,17 136:1,9 139:2 146:1 148:21 150:4 152:15 153:21 157:10 165:12 166:4,25 168:23 171:18 172:1,17,24 176:12, 14 178:24 182:20 184:2 190:1,20,24 191:8 195:11,23 199:2 200:1,20,21 204:24 205:17,18 206:15 207:17 209:3 212:17,20 215:9 216:8 217:11 218:3, 15,21 220:21 221:6, 21 222:10,25 223:18 225:19 226:11

donation 128:8

donors 12:21

dope 222:11

double 176:17

doubling 163:18

doubt 154:22 155:1, 13 156:3 157:13 158:7,8

dove 201:20

draft 146:1

drafted 154:1

draw 76:22

dream 141:9

dressed 96:23

dressing 97:8

drink 99:20

drive 75:20 77:10

driven 38:10

driver 123:24

Index: Dropbox..fact

Dropbox 17:16,18

drugs 120:14

dude 169:19

Duke 129:11,14,18, 23 130:21,24

duly 6:8

dumb 46:6 221:22 222:3

dumped 69:6

dumping 120:4

dumpster 69:5

duration 219:18

duties 10:15

E

earlier 180:16 201:19

early 50:7 163:24 171:19 178:6

easier 202:21

East 120:23

easy 61:16,18 219:11

eavesdropping 148:4

economic 116:10, 16 121:22 135:8 163:8,21 194:13 221:20 222:2

economically 116:21

economy 142:3 143:1,16,24 166:17

edge 36:19

Edition 102:20

education 60:8,10 61:13 163:23,25 164:1,4,9

educational 14:18

effect 68:25 114:20 182:18 183:5,13,19 224:3

effective 159:7

effects 67:12

effort 13:5

efforts 150:21

elected 112:23

election 11:15,19, 24 12:7,18 69:25 83:2 109:7,12,17 110:2,17 124:3,6 129:16 138:4,17 139:9 143:12 145:17,20 171:20 174:23 175:24 178:25 182:14,19,25 183:6,14,20 197:3, 20 198:9 207:16 220:20

ELISABETH 100:12

elongated 73:11

else's 120:4

email 103:23 213:19

embarrassing 92:7 94:2

embrace 69:12 118:25

emphasis 107:16 158:7

employed 6:21 62:21 154:9

employees 212:25

employment 62:25 214:3

empower 113:19

empower- 135:8

empowered 113:16 116:21

empowering 162:25

empowerment 116:10,16 119:16 121:23 135:8 163:19

empty 73:5

enacted 67:19

end 22:3 23:16 24:15 30:13 32:2 33:17 39:17 41:18 45:19 47:6 52:10 56:15 62:10 65:7 69:18 71:15 73:7,21 74:18 81:1,19 88:14

92:18 97:13 101:9 104:18 113:20 115:2 116:23 119:8 121:2 125:2 127:23 131:2 133:13 136:23 143:25 150:7 164:19 167:2 171:22 173:22 177:12

ended 127:24

endorse 69:24 129:22

endorsement 130:4

endorsing 130:5

ends 205:16

enduring 60:20

enforceable 214:5

English 147:5

ensure 74:12 80:23

entered 106:4

entering 123:10

entire 32:20,24 46:17 66:15 157:1 192:22 202:12

entities 25:21 214:16

entity 12:2 15:15 37:19 182:17

entrepreneurship 140:17

Epstein 216:9

equality 60:10 116:20

Eric 30:8,10,14 150:24 184:19 188:14

escaping 140:21

ESL 147:5

Esquire 106:4

essential 146:17 147:1

essentially 7:1 159:11 178:17,21 192:1 203:1

established 16:3

estimate 44:6

event 58:15 62:17 63:22

events 12:10 72:11

every- 156:7

everybody's 58:17

everyone's 96:22

everything's 12:23

evidence 13:25 17:4

evident 163:4

ex-vice 150:13

exact 200:19 201:16,18,21 214:21

EXAMINATION 6:11

examples 90:16

exceeded 149:3

Excellent 86:25

exceptional 162:24

excited 116:18 170:21

excuse 70:14

executive 56:20 58:10 59:3 60:12,24 65:11 224:4

executives 224:18

exhibit 25:1,2 33:1, 2,18 39:4,5 41:6,7 43:15,17 45:7 52:11, 15 56:16 58:20,24 69:19 71:16 73:1,2, 8,22 74:19 80:15 81:2,20 88:15 92:19 97:14 101:10 104:8, 19 113:21 116:24 119:9 121:3 125:3 131:3 133:14 136:24 144:1 150:8 158:23 159:3,9 164:20 167:3 171:23 184:12,23 216:21

Exhibits 25:5

exist 13:4 49:19,22, 24 226:23

existed 178:25

exists 218:23

Expand 184:20

expect 118:24

expectation 205:17

expectations 149:4

expenses 11:9

experience 94:5,10 138:10

expert 126:20 189:18 190:14 191:12 192:9 193:2, 20 194:23 196:11,12 199:11 200:6 201:8, 19 202:11,12 204:3 209:7,19 210:16 211:2 220:24 221:16 222:19 223:9 224:9, 24 225:25 226:4

expert's 226:5

expired 156:15

explain 7:5 108:7

export 116:19

exporting 119:6

exposed 205:15

express 52:15 172:16

expressed 38:2

expressing 132:9

expression 157:7

extent 11:14 154:8 155:20

extreme 118:9,10 121:10,11 122:3

eyes 194:8

F

fabric 59:25

face 58:17 118:8

facing 136:1 189:23

fact 45:23 46:3,6,7, 12 47:13,18,22,23 48:2 50:25 51:2 52:18 53:6 83:18 88:20 90:2 94:15 103:7 193:14 203:11 205:20,21 206:1

Index: factors..goodness

factors 213:24

factual 51:6

failed 83:10

failing 55:8

fair 10:4 15:3 37:22
71:10 116:5 137:5
138:10 142:5 145:14
165:14 174:4
204:17,21 226:10,13

fairly 99:9 177:11

faithful 205:17

fall 85:22 203:2

false 53:19,21
180:6,11 182:24

familiar 75:2 81:5
82:10 102:13 196:19
199:8 211:6

familiarize 153:16

families 24:12 31:7
163:1 164:18

family 52:1 71:13
110:25 111:12,14,
21,24 112:2,6
128:20 148:9,12
154:17 169:24
171:16,17 187:19,20
194:3,8 200:2,10
215:10 226:20

fantastic 59:5 62:4
95:4

farmer's 140:12

fast 7:22 121:1

father 128:22

fathers 101:19

fault 128:1 179:20
208:22

favorable 137:25

fear 122:23 183:18
184:2,6

feature 66:22

featured 42:17 64:1
71:21 77:14 172:5

features 27:14,16,
18,19

featuring 76:13
168:22

FEC 12:19,22
174:23 175:18
177:8,22

fed 169:24

federal 24:7 39:12
174:23 191:23,24
197:3 198:9 207:9
215:21

fee 54:11,12 55:12

feel 8:3 22:25 38:14
43:6 66:20 87:22
103:16 124:2,4
148:10 163:13

feeling 39:8 92:5
148:23

feelings 95:13

fees 211:24

feet 30:4

felony 30:1

felt 67:12 114:25
115:15

fields 164:9

fight 22:24 149:23

fighting 81:15
143:18 171:15,16

figure 90:12 100:18
118:1 165:25 176:20
194:12 202:3 227:1

filed 200:21

fill 163:14

film 200:20

finance 14:20

financial 6:25 8:21
9:6,9,11

find 20:18 133:1
136:20 212:12

finding 53:12

fine 98:13 100:1
130:17 174:10
228:7,19

finest 120:9

finish 48:10 226:8

finished 151:21

fire 170:4 183:12

fit 40:9

fix 21:12

flash 114:6

flip 159:11,12

flourish 118:24

focus 26:2 38:1,4

focused 78:16
108:8 182:15

folder 184:15

follow 37:8

follow-up 109:8

footage 70:8,14
72:19,21,24

Ford 85:22

foreign 96:12 134:2,
3

foreign-based
121:12,16

forever 24:14 220:7

forgot 216:14

forgotten 150:4,5,6

form 8:5,6,23

formed 46:8

forms 163:14

fortunate 147:19

forward 7:23 25:4

foundation 18:22
19:4 26:22 29:1,15
30:20 31:16 32:10,
22 35:1,13 38:6,20
39:22 41:23 42:21
43:9 44:15 45:3
46:15 48:17 49:7
51:12,19 53:2 57:12
62:23 63:20 64:5
65:20 67:22 68:14,
22 70:2,20 71:5
75:5,16 76:6 77:18
79:5,15 80:12 82:16
89:10,19 91:16 93:2
97:20 101:24 105:16
106:13 107:9,22
109:21 111:4 112:9
115:4,11 117:8
122:9 125:25 128:14
129:1 131:14,24
132:20 133:23
134:20 135:18
138:13 144:12

145:13 146:4 152:7,
19 161:3,22 165:7
166:8 167:22
168:11,25 173:18
175:15 182:22 183:8
184:5 185:7,23
196:10 205:2,24
206:18 207:19
209:6,21 213:8
215:6 217:3,14
221:15 222:18 223:8
224:11 226:14

founder 139:19

Fox 82:2 167:14,18
168:3

frame 49:17 50:5
66:16 122:11

freaking 169:16,22
170:4

free 8:3 19:20,25
39:9 52:1,3,20
166:20

freedom 39:11
116:20 143:11

fresh 139:9

friends 45:9 113:3

front 142:24 177:5
186:7 188:25 204:10

frowned 93:9

fulfill 54:9 140:23

full 7:11,13 165:23

fun 140:2

fund 177:6

funding 27:21 68:3
141:18,19 164:3,5

fundraising 12:2
159:10

funniest 96:20

furniture 83:19,20,
21

Fury 183:12

future 13:21 59:18,
21,22

_____

G

garnering 132:10

Gary 221:20

gave 56:7 64:24
90:16 200:15

gender 90:22,23
91:3,7 164:5

general 41:2 163:4
165:11

generally 104:22
105:1,6,8 111:16
142:22 198:5 200:25

generation 142:18

gentleman 62:12
73:25

Georgia 39:13

Gerald 85:22

Gill 112:20 114:5,12

Gina 81:12

girl's 84:1 100:6

girls 94:25 96:12
164:8

give 72:21 78:12
84:14,16,17,19
124:14 126:23
130:18 151:12 179:2
194:8 197:10

giving 169:5

glad 39:9

Glover 62:13 63:10,
12

goal 75:13 76:2

God 30:4 84:23

goddamn 169:25
170:5 173:5

godsend 169:17

gold 85:3

good 40:2 56:9
57:16 65:1 69:3
75:24 84:7 85:15,19,
21 86:3,4 87:4 88:7,
10,12,13 97:5 98:11
101:7,8 110:7
116:17 120:16
121:25 144:15
147:24 148:25
174:13 180:18 183:2
219:5 227:15,16,20

goodness 146:8

Index: Gordon..ideas

**Gordon** 106:4
112:17

**gosh** 147:14 148:20

**gotta** 171:6

**government** 143:6
215:21

**grab** 85:11 89:6 91:8
105:23 106:10
107:18

**grabbing** 106:23

**grams** 33:10

**grand** 60:20 129:11

**grant** 164:3,5

**graphic** 114:7

**grassroots** 74:12
75:3 80:19 104:13
150:21

**grateful** 23:3 24:14
39:16 149:4

**gratitude** 52:5

**great** 41:13 45:18
47:5 51:1 59:15
74:17 83:6 104:17
113:17 133:10
143:17 144:14 147:7
149:2,15 150:2
151:13 178:16 179:9

**greater** 48:14 49:3,
6,11 50:9,10,18
60:10

**greatest** 45:13
46:11,25 47:11 48:7,
8 49:13 52:4 94:14
143:20,21

**green** 21:24

**grew** 139:21 140:10

**grief** 110:7

**gripe** 100:4,6

**ground** 120:4

**grounds** 193:1

**group** 38:4 59:4
75:23 130:9,11

**groups** 38:1 118:15
130:5,12,16,18
132:17

**growing** 140:21
141:12

**growth** 71:13 163:8

**Guardian** 125:7

**guards** 120:17

**Guatemala** 139:23
140:21

**guess** 11:12 12:12
13:3,4,19 16:5 23:18
24:17 25:24 29:8
38:14 40:1 45:22
46:21 48:13,21
52:23 54:16 55:7
64:2 66:1 67:19
75:13 76:2 78:25
90:13 101:16 103:6
108:13 117:3 121:21
122:23 123:8 126:8,
24 130:2 131:9
134:15 135:10 140:2
158:5 159:2,14
185:18 186:18
194:18 199:3 209:14
223:13 226:25

**guessing** 176:8

**guest** 147:10

**guidance** 164:4

**guidelines** 197:3

**guilty** 28:1

**guy** 79:11 95:20
136:10 170:23

**guys** 74:10

**H**

**hair** 95:4 110:7

**half** 94:20 179:25

**handle** 85:25

**handling** 177:24

**hands** 30:3

**handsome** 88:12

**handy** 184:18

**happen** 59:21 141:4

**happened** 82:13
171:11

**happening** 120:25
143:9

**happiness** 143:24

**happy** 84:18 159:10,
12 177:18

**harassment** 212:19

**hard** 113:9 140:5,19
141:8 143:2 170:18

**hard-telling** 46:7

**Harder** 211:22

**harm** 125:20,21

**HASSELBECK**
100:12

**hates** 28:16

**hating** 91:2,3,4

**hatred** 118:21

**HBCUS** 27:21
60:18,25 65:11 68:3

**he'll** 149:13 160:21

**head** 40:24 89:21,24

**Health** 139:19
141:12

**hear** 7:13 21:10,25
22:4 63:7,8 69:7
98:14 109:3 127:23
162:3,14,18 170:21
173:5,8

**heard** 30:4 74:16
75:1 80:24 81:18
104:16 106:7 162:7,
10,12,13 173:8
199:4 210:2

**hears** 148:18

**heart** 52:4,21 55:18,
20

**heavily** 41:15 76:13
88:18

**heightened** 197:23

**held** 213:25

**hell** 171:13

**helped** 67:20
141:22

**helping** 12:2 75:20,
21 121:24 135:9

**heritage** 129:13

**heros** 146:12,20

**hesitated** 16:16

**Hey** 74:10 80:18

81:12 99:11 146:21
170:19

**highlighted** 21:3

**Hillary** 205:14

**hired** 54:8

**hiring** 141:22 151:8
181:13

**Hispanic** 142:12

**Historically** 59:2,23
60:13 65:10

**history** 59:17,25
107:5 119:6

**Hmm** 99:12

**hold** 43:4 178:13

**holding** 15:18,20,24
16:2,5,8,10,15 17:8
23:19 24:19 25:9
26:12 33:22 37:25
44:3 53:11,22 54:17,
22 55:2 58:9

**Holding's** 55:18

**Holdings** 26:8 38:9

**Hollywood** 82:11
102:20 105:13
138:23

**home** 6:19,20
140:24 147:22

**homeless** 56:2
64:19

**homeschool** 147:4

**homeschooling**
146:18

**honest** 102:12

**honestly** 130:24

**honey** 140:10

**honor** 164:17

**honored** 23:2 30:5

**hope** 56:3 64:20
170:3

**host** 200:24

**hostile** 118:16

**hot** 84:23

**Hottie** 84:1

**hour** 94:20 203:17

**How's** 133:7

**Howard** 91:24 92:2,
4,8,11,14,16,22
93:16,18,25 94:4,7,
10,11,13,19,24 95:5,
8,10,14,16,19,24
96:1,11,17,21 97:6
98:17 99:7 102:24
103:2

**HR** 213:18

**Hudson** 71:1

**hug** 52:1 86:16,18,
22

**huge** 142:4 165:19

**hugged** 170:17

**human** 29:18 33:6,
16,21

**hundred** 15:4

**hundreds** 89:22
198:7

**hurt** 95:12

**hurting** 121:12

**husband** 63:12
204:25 205:14,21

**hypothetical** 11:17
12:15 19:24 20:8
28:25 29:14 31:16
32:10 34:22 35:1,13
45:25 48:18 49:6
50:11,22 77:18
79:16 88:24 89:11
91:11,15 93:1 97:21
101:23 103:10
105:15 106:1,12
107:21 109:21 122:8
123:15 125:24 129:1
131:13,23 132:20
134:19 135:18
138:13 165:6 167:22
168:11,25 173:18
205:2,25 207:12
209:8,20 210:17
220:13,25 221:15
222:19 223:7 224:8
226:15

**I**

**idea** 94:18

**ideas** 142:24

identical 147:3

identification 25:6
33:3,19 39:6 41:8
43:18 52:12 56:17
58:25 69:20 71:17
73:9,23 74:20 81:3,
21 88:16 92:20
97:15 101:11 104:20
113:22 116:25
119:10 121:4 125:4
131:4 133:15 136:25
144:2 150:9 158:24
159:4 164:21 167:4
171:24 184:24
216:22

identified 25:5 33:2,
18 39:5 41:7 43:17
52:11 56:16 58:24
69:19 71:16 73:8,22
74:19 81:2,20 88:15
92:19 97:14 101:10
104:19 113:21
116:24 119:9 121:3
125:3 128:7 131:3
133:14 136:24 144:1
150:8 158:23 159:3
164:20 167:3 171:23
184:23 216:21

identify 27:1 44:24
165:18

ideological 118:6
122:3

ideologies 142:17

idiot 220:21 222:11
224:20

image 139:2,3 201:1

imagine 79:11
128:6 142:23

immigration
118:22 119:4

impact 164:17

impairs 136:19

impeachment
176:17 200:23

importance 7:9
60:13

important 59:4,14,
24 60:1,9,14,15
66:20 76:21 115:15
142:1 143:12 171:20

improprieties

176:1,6

impropriety 176:15

improving 163:3

in-house 214:12
216:3

inaudible 83:14,17
127:19

incarcerated 31:14
66:22,23,25

incarcerating
166:19

incarceration
166:22

incident 126:4

include 17:14

included 154:17

including 66:8
167:18 177:7 214:12
216:3

inclusive 69:14

incomplete 11:16
12:15 19:23 20:7
28:25 29:13 31:16
32:10 35:1,13 45:25
48:17 49:5 50:11,22
77:18 79:15 88:23
89:10 91:10,14
92:25 97:20 101:22
103:10 105:14,25
106:12 107:21
109:21 122:8 123:14
125:24 129:1
131:12,22 132:20
134:18 135:18
138:13 165:5 167:22
168:11,25 173:18
205:2,24 207:11
209:7,20 210:17
220:13,25 221:15
222:18 223:7 224:7
226:14

incorrect 108:15

increase 68:10

incredible 97:11
112:25

incredibly 59:24
116:17

indicating 111:13

indicted 223:19

224:1,20

indictment 224:3

individual 28:17
35:16 36:21,23 37:2
40:1 42:16 46:9
57:14 72:21 126:6
127:14 172:16 195:5
197:17 204:6 207:20

individually 80:2

individuals 31:7
34:17 37:9 42:6
76:21 77:23,25
78:20 80:8 127:8
129:4 130:5 135:6
161:10 195:5

individuals' 194:10

infiltrate 142:17

inflow 10:21

influences 182:25

influential 128:23

information 166:3
186:4,19 190:13
194:3 203:9 208:4
210:8 212:2,12,23,
24 213:3 214:7
215:24 223:23 225:7

infringe 227:3

initiative 116:18

initiatives 163:23

inmates 24:7 27:3,4

innovate 141:14
143:3

insensitive 134:12
172:17

inserted 157:19

inside 99:24 100:3,
17 102:20 194:7

insider 127:10

insinuated 90:15

inspecting 97:1,2

Instagram 43:21
73:14

instance 36:8

instilled 140:25

institutions 59:24

instruct 13:7 14:12
17:5 91:17 145:22
210:10 212:4,14
213:1

instructing 8:7

instructions
227:21

instructs 8:11

intelligence
222:10,11 225:5

intent 13:10

intention 173:24
202:25

intentional 54:18

intentionally 54:15

interest 96:4

interesting 99:18

internal 38:11

international
121:16

international-born
121:13

Internet 72:18

interning 218:4

interpretation
187:21

interrogatory
203:9

interrupt 98:1
111:19 176:3

interview 199:6

intimate 195:23

intro 21:22

invalidating 192:1

invest 57:9

investigation
176:16 200:23
218:14,20

investments 56:7
64:24

invite 147:10

invoice 213:13,22,
25

invoices 10:22

213:18

involve 177:21

involved 67:5 68:24
160:3,5 164:8
176:22 194:16

involvement
175:13 177:15

involving 182:20

irrelevant 12:15
13:7 17:2 145:21
173:3,17 205:3
206:18 209:7

isolate 126:16
192:21

isolated 42:5

issue 47:21 89:22
100:14 116:11,12
121:23,24 135:13,14
156:21 162:9

issued 119:1 191:25
192:2

issues 40:16,18,20
41:15 43:6 81:9,16
163:2 196:14 213:22
226:20

Ivanka 92:5,9 93:15
99:15,17 100:16,18
101:16 102:8 116:10
117:21 162:23
163:4,6,21,24
164:15

J

J 106:4

Jack 166:14 167:15
168:4

Jackson 69:11,24
70:9,13,15,25 72:23

Jackson's 70:17

Jacksonville's
62:13

James 49:15

January 113:4
159:7

Japan 133:6

Japanese 135:5,6

Index: Jared..light

**Jared** 175:13 176:22 177:15 178:18 179:16

**Jay** 87:8

**Jeff** 11:2

**Jeffrey** 216:9

**Jennifer** 71:1

**Jesse** 69:11,24 70:8,13,15,17,25 72:23

**Jessica** 208:9,11 209:3

**Jesup** 39:12

**job** 41:13 60:20 61:16,20 149:10,11 166:17 202:2 227:20

**jobs** 15:7 56:8 64:25 112:24 142:4

**Joe** 69:25 132:12 166:19

**John** 6:4 11:19 14:1 21:11,18 23:7 45:12, 16 47:3 48:10 52:6 57:16 63:12,14 79:7 102:17 103:21 132:23 134:6 136:1, 16 146:11,23,25 147:7,9 149:7,20,22 150:12,19 155:4 169:10 175:16 176:3 177:19 178:12 179:7,11 180:9,24 181:12,20,23 182:8 186:8 188:6 190:3 193:24 196:12 198:14 199:15 200:9 202:14 203:8 208:17 212:12 222:7,23 223:1 227:8,15,19 228:18,24 229:5

**Johnson** 23:6 52:1, 3,14,20,22

**Johnson's** 211:11

**join** 80:22 81:17

**joined** 112:18

**joke** 107:5

**joking** 92:10

**Jones** 154:5

**Jordan** 49:13

**JOY** 100:4,6,8,21 101:5

**Jr** 92:10

**judge** 94:14,16,23

**judging** 190:22

**July** 10:14 175:25

**jump** 133:11

**jumped** 179:20

**June** 167:14 168:7

**justice** 60:11,17 116:11 121:23 135:14

**justification** 134:16

### K

**Karen** 194:15

**Katrina** 104:11

**keeper** 140:7

**keeping** 138:19 143:17

**Kelly** 222:23 223:1

**kilograms** 33:11

**kind** 7:4,5,21,22 8:8 36:12 77:24 96:4 122:4 132:11 138:2 141:17,19 176:8 178:14 204:8 225:12

**kindergartner** 222:12

**kindness** 55:17,20

**kinds** 148:18

**King** 48:14,25 49:1, 3,20,23

**kiss** 85:7

**kissing** 85:5,6

**KKK** 129:11 131:9, 19

**Klan** 130:15,21

**Klu** 130:15,21

**Klux** 130:15,21

**knew** 177:15 184:18

**knowledge** 26:24 31:18 51:14 71:8,23

72:3 128:15,17 156:25 157:23 158:14

**Kovaleski** 136:17

**Kristy** 146:21,22 147:4,8,13,14,16 148:4,16 149:2,19, 21

**Kushner** 178:19 179:17

**Kushner's** 175:13 176:22 177:15

### L

**label** 82:10 91:21 117:25 190:17

**lack** 173:17

**lacks** 18:21 19:3 26:21 29:1,14 30:20 31:15 32:9,21 34:25 35:12 38:5,19 39:22 41:23 42:20 43:9 44:14 45:2 46:14 48:17 49:7 51:12,18 53:1 57:12 62:22 63:19 64:4 65:19 67:21 68:13,21 70:1, 19 71:5 75:5,15 76:6 77:17 79:5,15 80:11 82:15 89:10,19 91:16 93:2 97:20 101:23 105:15 106:13 107:9,22 109:20 111:4 112:9 115:3,10 117:8 122:9 125:25 128:14,25 131:13,24 132:19 133:22 134:19 135:18 138:12 144:11 145:12 146:3 152:6, 18 161:3,21 165:6 166:8 167:21 168:10,24 175:15 182:22 183:7 184:4 185:6,22 196:9 205:1,24 206:17 207:19 209:5,21 213:8 215:5 217:3, 13 221:14 222:18 223:8 224:10 226:14

**Ladies** 112:20

**lady** 43:2

**laid** 30:2

**LANGE** 94:6 96:9

**language** 147:6 188:3

**Lara** 147:13,15,18 148:2,5,6,8,13,15, 20,23 149:9,12 150:22 151:4,19 156:1,10,16,21 157:2,7 158:21 162:8,16,23 163:19 164:10 177:7 180:8, 24 181:12,20

**largely** 44:20

**larger** 160:19

**lasts** 219:19 220:4

**late** 168:7 223:17

**Latin** 120:22

**Lauf** 139:16,18,21, 23 140:2,3,4,10,11, 12,13,14,20,25 141:5,11,25 142:21 143:7,14,16

**laughing** 92:23

**laughter** 60:7 61:10 94:8 101:6

**launch** 141:24

**launching** 74:11 141:13

**law** 14:25 72:20 118:18 123:12 214:5

**lawsuits** 200:21 207:17

**lawyer** 15:2 137:21 191:16 207:5 220:16 226:25

**lawyers** 184:19 191:23 219:17

**lead** 13:24 17:3 122:5 180:2

**leaders** 71:2 80:20 223:14

**leadership** 116:19

**leading** 164:10

**League** 129:9 130:3

**learn** 9:7 63:24

**learned** 185:11 217:18

**Lebron** 49:15

**led** 176:11

**left** 24:13 142:15 173:24 215:20

**legal** 15:3 19:24 20:8 39:21 45:24 46:13 47:14 50:21 88:25 89:11 90:4 91:15 103:9 115:23 125:23 126:19 154:2,3 155:2,11,17, 22 156:17 157:20 158:11 159:17 186:5,20,22,24 187:4,5,14 189:6,17 190:12 191:12 192:8 193:1,19 194:22 196:10 197:4,11 198:11 199:10 200:5 201:8 202:10 204:2 205:25 206:25 207:10 208:3 209:6, 19 210:7,15 211:1, 14 214:9,18 215:12, 22 219:20 225:5,12, 24 222:17 223:9 224:9,24 225:24 226:13

**legally** 16:24 197:1

**legislation** 34:23 35:6 56:20 58:9 64:9 65:11 66:5,8,25 67:10,12,13,17,24 68:8

**legs** 85:13,14,17,19

**length** 225:17

**Leno** 87:8

**level** 163:9 164:13 177:16

**levels** 201:7

**liberty** 140:5

**lies** 124:22 227:2

**life** 23:9 33:11 52:4 56:9 65:1 94:5,10 169:17,25 195:23

**lifetime** 143:13

**lifted** 56:11 65:3

**light** 182:14

**likes** 95:20

**limited** 11:7,10 141:18 161:16 162:15

**Lincoln** 106:17

**link** 17:19

**list** 130:12,18

**literally** 24:8 166:16

**litigation** 175:17

**live** 50:1

**lives** 23:9,10 60:11 163:3 202:21

**living** 56:10 65:2

**LLC** 211:22

**loan** 141:21 146:2

**located** 6:17

**location** 57:1,3

**logo** 98:16,18

**lone** 110:4,9

**long** 16:1 19:1 45:15 46:18 47:1,2,12 56:4 64:21 80:9 93:8 112:21 146:8 171:13 219:19 220:3 223:17

**long-standing** 101:18,24 102:7,10

**longer** 15:16 16:18, 20,21 124:10 203:18,19

**looked** 98:3

**Lord** 170:23

**Lord's** 172:25 173:14

**lost** 173:13 174:21 176:14 218:3

**lot** 10:21 11:9 12:9 51:2 53:11,22 61:7 66:20 79:12 82:2 87:12 108:3 127:4, 10 143:7,8 170:9 180:5 182:24 194:2 200:9 202:21

**lots** 120:13

**loud** 69:6

**Loudon** 81:12 82:2

**Louise** 217:22

**love** 23:8 87:11 140:5 148:17

**lovely** 133:9

**low** 113:13

**low-income** 56:12 65:4 68:6

**lowest** 163:9

**luckily** 88:3,8

**Luther** 48:25 49:1,3

**luxury** 169:21,23

---

**M**

**M-E-N-S-C-H** 217:23

**Macomb** 146:13

**made** 15:18,20,24 16:2,4,7,10,15 17:8 23:19 24:19 25:9,13 26:7,11,19 27:2,10 30:6 31:8 33:22 34:4 37:25 38:8,13 44:3, 24,25 53:11,22,25 54:7,11,17,21 55:2, 17 70:25 106:9 123:9 126:16 145:3 149:7 164:2 174:22, 24 176:22 177:2 189:25 192:23 193:14 220:10

**Madeline** 139:18,23 140:3,10,12,14,25 141:11 142:21 143:14

**MAGA** 45:10

**magazine** 99:15,24 100:3,17

**magnet** 85:7

**main** 23:11

**maintain** 44:4

**majority** 80:3 113:5 170:10,25

**make** 12:22 28:6 32:13 36:14 39:16 58:22 59:21 60:25 69:17 86:14 97:4 113:10 115:9,16 141:4 160:19 177:21

**202:20 204:25 208:14

**makes** 108:5 120:18,19 170:19 180:23

**making** 10:19 104:14 113:16 137:20 143:5 191:19

**man** 31:14 84:9,18 95:2,3,5,8 149:10, 11,12 170:2,5,6,10 171:6,8,11,12

**man's** 136:21

**Manafort** 223:25

**managed** 11:8

**management** 14:20

**management-level** 223:15

**manager** 224:4

**manages** 9:13

**managing** 10:18 11:10

**Manigault** 18:19 19:1 26:19 27:2,10 30:18 31:9 32:6 36:25 38:1,18 40:15 44:11,23,25 52:19 57:7 58:20 62:15,16, 20 63:6,8,11,25 66:9 70:24 77:1,9 82:6 104:8 105:1,2,3 110:5,10 117:6 125:22 126:10,16 128:9 144:6,22 145:2 151:5,20,25 152:4 153:23 154:7 157:3,8 160:3, Inc. 161:20 162:9 165:3 167:8 177:4 185:2, 21 186:11 187:25 192:24 196:8 197:1, 22 198:1,6,17 199:25 201:4,5 202:8 204:14 210:24 211:25 212:10 213:4 224:17 227:19

**manufacturing** 142:5

**march** 60:17

**marked** 25:6 33:3, 19 39:6 41:8 43:18

**52:12 56:17 58:25 69:20 71:17 73:9,23 74:20 81:3,21 88:16 92:20 97:15 101:11 104:20 113:22 116:25 119:10 121:4 125:4 131:4 133:15 136:25 144:2 150:9 158:24 159:4 164:21 167:4 171:24 184:24 216:22

**market** 166:17

**marketing** 14:21

**markets** 140:12

**married** 83:13,23 87:18,19 205:20

**Martin** 48:25 49:1,3

**Mary** 111:9,10,25 128:21

**mass** 166:19

**Masters** 228:15

**math** 203:18

**matter** 31:6 36:7,16 50:20 81:16 90:2 103:23 105:12 133:19 177:25

**matters** 9:3 23:9

**maximum** 197:9

**Mcdougal** 194:15

**Mcmaster** 222:10

**meaning** 8:5 135:11

**means** 59:15

**media** 15:13,18,20, 22,24 16:2,4,7,10, 15,18,23,24 17:8,12, 14 23:19 24:19 25:9, 13 26:8,11 33:22 37:20,25 38:8,10 44:3 53:11,22 54:7, 8,11,17,21 55:2,17 109:13,17 122:22 123:4 125:7,18 126:17 127:4,7 134:11 137:2,5,25 138:5 142:14 162:19 167:18 174:24 175:24 176:23 177:2 192:23 194:17 225:20

**meet** 42:6 130:25 149:18

**meeting** 69:15 94:25 204:8,22

**Melania** 86:21 204:24 205:14,16,20 206:16

**member** 45:17 47:4 74:15 111:12,21 112:2,6 114:7,15 128:20

**member's** 111:24

**members** 116:2 118:14 181:21 187:20 199:5 223:13

**memories** 39:16

**men** 96:24 114:21 150:5 166:20

**Mensch** 217:22

**mention** 144:6

**mentioned** 144:4 145:4

**MEREDITH** 100:13, 23 101:1,3

**message** 17:18 36:4 52:9 56:14 65:6 75:25 76:20 115:1, 16 117:5 167:1,10

**messages** 79:1

**messaging** 66:2 79:25 119:14 167:8

**met** 130:25

**Mexicans** 121:10 122:2

**Mexico** 120:10,21

**Michael** 49:13 183:12

**Michigan** 146:13

**microphone** 182:10

**Middle** 120:23

**Mike** 59:11,12 180:8

**milestone** 141:20

**millennial** 142:13

**millennials** 142:18

Index: million..Obama

**million** 17:9 37:12, 24 53:25 164:2 211:23 225:11

**millions** 163:3

**mind** 8:9 13:5 115:9, 17 190:2

**minds** 113:10 138:9 139:10 194:10

**minimum** 131:8 134:11 164:2

**minor** 14:21

**minorities** 71:25 72:17 164:8

**minority** 76:3

**minute** 30:9

**minutes** 57:25 58:4 69:11 103:25 139:14 179:2 203:18,19,21 219:2,3,13

**mischaracterizes** 42:7,21 43:9 45:3

**misconduct** 212:19

**Misleading** 100:12

**missed** 39:15

**missing** 203:5

**mission** 61:12

**misstate** 78:3

**misstates** 53:14,15 55:4 66:12 67:22 78:6 79:3,22 93:1 123:15 128:11 131:14 135:15 139:5 144:23 161:2 173:3 181:2 191:10,11 213:6,7

**Mnuchin** 220:21

**mock** 134:2 136:6 138:23

**mocked** 222:10

**mocking** 135:11,21, 24 138:24

**moderates** 143:7

**Mohammed** 70:25

**mom's** 139:23

**moment** 39:11 59:14 63:1

**Monday** 137:15

**money** 9:13 38:9 53:12,23 126:25 127:4,17,25 128:4 225:8 228:21 229:3

**month** 59:15 152:2, 5 160:25 161:6,10 177:5 178:21

**monthly** 55:1,9

**moral** 141:8

**moron** 221:6,12 224:20

**mother** 140:20 143:15 146:13,16 147:1,2

**mothers** 113:2 149:23

**mouth** 181:11

**move** 29:23 55:24 69:3 80:15 133:2 139:13 153:9 205:12

**moved** 73:5,6 83:8, 9,18,22 88:21 105:23 106:9

**movement** 81:17 136:19

**moving** 33:5 39:3 73:1 106:18 107:18 199:2

**Mueller** 176:16 200:23

**multiple** 40:24 44:7 89:25 91:6 98:3

**mushroom-shaped** 195:11

**music** 73:20

**Muslims** 123:10,11 136:5

**mute** 178:5,10 190:10

**muted** 178:6,7

**N**

**N-WORD** 218:16, 17,21

**naked** 190:22

**named** 123:21

**names** 194:16

**Nancy** 83:15

**narrative** 17:25 18:2 23:22 35:20,23 36:1,2,5,14,22 77:11,14 78:24 79:2 80:9 102:7,10 108:14,16 109:13, 17,24 122:20,21 124:2,5 125:12 126:12 127:5,7 128:4,23 131:11 132:17 138:18 145:6 165:12,13,15,16,17, 22 166:1,5 167:19 168:7 178:23,24 195:8 200:17 204:15 225:9,13,14

**narratives** 125:18

**Nat** 62:13

**nation** 104:13 113:1 135:9 164:18

**nation's** 23:14 60:16

**national** 222:9,14

**nationality** 122:24

**nations** 51:16 124:18 138:25

**nationwide** 74:12

**naw** 169:19

**NDA** 126:9 127:2 154:10,12,21 156:8, 12,14,15 158:2,6 160:6 185:20 186:3, 7,9,12,16 190:2 191:18 199:14 206:24 207:8 213:5, 14 215:20 220:1,10 226:10,23

**NDAS** 187:4 192:1

**needed** 32:6 33:14 38:16 105:12 108:16 156:11 171:14 204:13

**negative** 21:3 29:9 123:3 131:8 138:22 169:3,5 175:24 176:7,10 178:24 182:13,16 187:18 197:22 200:25

209:11,16,17 226:19

**negatively** 200:1

**neglected** 56:7 57:10 64:24

**negotiated** 55:3

**negotiating** 133:5,6

**nephew** 150:14 180:9,11,12,14,16, 17,21

**nervous** 170:21

**network** 75:23 110:23 125:18 126:6 200:24

**networks** 82:20 108:12,14,23 109:24 110:22 125:21 127:1,2,11,13 200:16

**Newman** 18:19 19:2 26:19 27:2,10 30:18 31:10 32:7 36:25 38:18 40:15 44:11, 23,25 52:19,22 57:7 62:15,16,20 63:6,8, 11,13,14,25 66:9 70:25 77:1,9 82:6 105:1,2,3 110:5,10 117:6 125:22 126:10,16 128:10 144:6,22 145:2 151:5,21,25 152:4 153:24 154:7 157:3, 8 160:3 161:20 162:9 165:3 167:8 177:4 185:3,21 187:25 192:24 196:8 197:1 198:1,6,18 199:25 201:4,5 202:9 204:14 210:24 224:17 227:19

**Newman's** 38:2 58:20 104:8 144:9 186:12 197:22 211:25 212:10 213:4

**news** 82:20 108:12, 14,15,23 109:13,24 110:6,11,21,23 113:4 126:6,25 127:1,11 131:8 167:14,18 168:3 200:16 225:20

**nice** 83:21 85:17 86:8 87:2 100:18

136:9 148:13 149:17

**niece** 112:3

**night** 112:16 136:3 169:9,10,13 227:16

**noise** 98:12

**noises** 170:19

**nomenclature** 25:3

**non-counsel** 156:2 219:24

**nondisclosure** 214:4,16 215:10 219:19

**nondisparagement** 214:4

**normal** 7:20,21 12:24

**Northern** 14:23

**note** 148:17

**Nothing's** 61:18

**noticed** 144:4

**November** 74:13 80:24 81:15 104:15 146:15 220:20

**nude** 100:8,9

**number** 24:18,25 25:8 26:8,13 29:23 30:16 31:1 39:4 40:14,16 44:20 45:7, 21 51:24 52:15 53:9 55:24 58:7 62:19 64:12 71:20 77:7 104:25 117:4 121:22 139:1,14 154:19 164:23 185:15 187:10 189:16 193:4,9,17 194:14 196:6 199:2,7,18 202:4,5,6 214:21,24

**numbers** 58:21 199:5

**numerous** 164:13

**nutritional** 139:20

**O**

**oath** 6:9 7:16

**Obama** 50:8,18,25 51:9 106:23 123:21

146:14 166:14,15

**Obama's** 123:21

**object** 8:4,5,23,25
9:1 192:25

**objection** 8:8 11:16
13:6,12,23 14:11
17:2 19:10,23 20:7,
15 24:20 29:13
30:19 40:19 41:22
42:7 43:8 45:24
46:13 47:14 48:9,16
49:5 50:10,21 51:11
53:14 55:4,19 57:11
66:11 70:10 71:4
75:4 76:5,15 77:2
78:6 79:3,14,22
82:14,23 88:23 89:9,
18 90:4 91:10,14
92:25 97:19 98:22
101:22 103:9 105:5,
14,25 106:11 107:8,
20 110:18 111:3
115:23 117:7 119:17
121:14 122:7 123:14
128:11 131:12,22
134:4,18 135:15
137:7,18 139:5
144:23 145:11,21
151:16 155:2,17
156:5,17 157:20
159:17 161:2 165:4
166:7 167:9 172:19
173:2,16 175:1,7,14
179:18 180:4 181:2,
22 182:21 183:15,21
186:5,22 187:14
189:17 191:10
192:8,17,20 194:22
195:13 197:4,11
198:11 199:10 201:6
202:10 203:20 204:2
205:23 206:25
207:10,18 208:2,16
210:6 211:13 212:1,
21,22 213:6 214:6
215:22 216:10 217:2
219:20 220:12,23
223:20 224:7,23
226:12

**objections** 8:24
14:12 27:5 106:20,
25 115:18 132:5
137:14,20 190:11
192:14 193:5,11,18
209:18 212:11
214:25 221:8,23
222:5 227:7

**obligation** 96:15
186:18,21

**obsessed** 199:2

**Ocasio-cortez**
142:15 144:5

**occasions** 89:25

**occurred** 98:6

**offered** 56:5 64:22
151:25 159:25
161:1,5 177:4

**office** 6:19 67:3
138:20 142:7 170:6
188:17

**officer** 6:25 8:21
9:6,9,12,18,19

**official** 45:17 47:4
74:15 207:21

**officially** 113:5

**officials** 224:19

**Omarosa** 17:25
18:18 19:1 23:23
26:18 27:2,10 28:1
30:18 31:9 32:6,19
36:24 37:4 38:1,17
40:15 44:11,23,25
52:19 57:7 58:12,16,
20 62:15,16,20
63:25 66:2,9,16
70:24 77:1,9 82:5
89:16 90:14 101:13,
14 104:8 105:1,2,3
110:5,9,22 114:19
115:8 117:6 125:12,
21 126:10,16 127:1,
8,9 128:9 139:3
144:6,21 145:1,3,6
151:5,20,25 152:4
153:23 154:6,12
156:11 157:3,8
160:1,2 161:20
162:8 165:12 167:8
176:13 177:4 178:20
185:2,20 187:24
188:4 190:24 194:6
196:7 198:17 199:24
200:10 201:4 202:4,
8 203:25 204:14
206:13,22,23 210:24
211:24 212:10
224:17 225:9,18

**Omarosa's** 28:8
41:5 43:15 165:16
185:4 190:25 191:7

194:19 205:13
208:21 209:16

**ongoing** 208:1

**online** 74:14

**oof** 85:18

**open** 21:18 147:20

**opening** 114:7

**operating** 227:25

**operations** 9:18,19,
20,21,25 10:8,9,13,
17,20,24 11:1,5
121:8 153:20 192:6
202:7 206:23 212:17

**operative** 191:5

**opinion** 19:13,15,
18,20 20:5,12 37:14,
16 38:2 45:23 46:3,
8,12 47:13,22 50:17,
20 51:6 52:15 70:17
88:20 89:1,2,13,14
90:3 91:6 97:22,23
101:18,25 103:7,11,
14,18 123:17 126:1
131:16,17,21,25
132:1,6 133:19
134:5 137:12 138:8
167:11,12 172:11
189:21 191:14,25
192:10,11 193:7,12
197:21 198:6 205:22
206:2,7,12 220:3,11,
14 222:6 224:9
226:5,11,18

**opinions** 41:20,21,
24 44:12 65:25
122:5 227:3

**opportunities**
69:12 131:7

**opportunity** 56:6
59:16 61:13 64:23
141:6 166:23 228:3

**opposed** 126:17

**opposite** 135:12

**ops** 196:4

**order** 53:9 56:21
58:10 59:3 60:12,24
65:11 143:22 195:8
228:11

**ordering** 228:8,20,
23 229:6

**organization**
114:14

**organizations**
132:11

**organizes** 15:21

**original** 158:2
228:23,24 229:6

**outflow** 10:22

**outrageous** 101:3
136:21

**outreach** 159:10

**oval** 142:7

**overdo** 118:7

**overhear** 162:3
204:7,11

**overheard** 162:16

**overregulation**
143:2

**overtaxation** 143:2

**overturned** 145:20

**overwhelming**
39:8

**owner** 15:25 16:1
96:15,25 139:24
146:16

**P**

**p.m.** 104:6 174:17
179:5 219:7 229:11

**pageant** 94:24
96:15,25

**paid** 10:23 25:13
26:15 34:1,8 35:18,
19,20 37:11 44:5
71:21,25 72:9
161:10 172:1,17
198:16 211:22 212:7
213:14

**Palm** 83:9

**paper** 176:4

**papers** 182:7

**paragraph** 154:23
155:4,12,15 157:12,
14,17,18 158:6,9

**paraphrased**
132:15

**parents** 163:13,16,
17

**Paris** 80:18

**parole** 33:12

**part** 13:18 55:13
68:16 77:10,21
90:13,14 110:22
133:20 134:16
149:24 156:16 160:1
165:16,18,20,21,23
166:1,4 167:19
178:22 180:10
189:22 195:7 199:12
200:14 204:7

**participated** 163:4

**partners** 116:15
121:25

**parts** 91:9

**party** 228:16

**pass** 34:23

**past** 67:14 173:25

**Pastor** 45:9 46:10

**pastor's** 48:13

**path** 23:14

**patience** 219:11

**Paul** 223:25

**pay** 8:8 72:20
172:25 178:20 197:2
198:1,6,18,22
213:21 228:9,17,18

**paying** 173:14
177:3,7

**payments** 72:14
213:4

**payroll** 213:4

**peace** 116:22
119:16

**Pence** 59:12 146:11,
23,25 147:7,9 149:7,
20,22 150:12 154:17
180:9,24 181:12,20
200:3

**Pence's** 180:8

**pending** 175:18
177:20 207:17

**penis** 195:12 200:21

**Pennsylvania**
146:17,25 148:24

**people** 7:22 11:7
29:10,11,20 31:3
36:14,16 42:17
45:14 46:11 47:1,12
48:15 49:4 50:9
56:10 57:4 61:7,13,
15 65:2 73:5 78:4,
16,23 79:12 80:2,4
118:6 120:10,12,16,
20 122:23 127:12,
18,21 130:1 133:6
135:12 143:8,19
148:22 161:16
162:16 163:13
170:10 171:5,9
200:24 214:15 215:9
217:8 218:10,11

**people's** 227:3

**percent** 15:4 71:14
112:23

**percentage** 54:12,
24 68:10

**perfect** 7:6 94:3

**period** 12:20 143:21
150:16 194:16

**permanently** 27:21
68:3

**person** 32:19 72:20
82:3 128:7 160:5
171:19 196:3 197:9

**person's** 186:17

**personal** 18:13
128:15,17 134:9
141:7 163:11 164:11
194:2 199:17 213:19
218:19

**personally** 126:22
127:15 147:11
191:17 216:7 218:14

**perspective** 194:12

**Philips** 6:4

**PHILLIPS** 6:4,12
8:19,22 9:3,5,8
11:20 13:1,9,13
14:3,14 17:6,7 18:25
19:7,12 20:3,11,17
21:12,13,20,21 22:2,
6 23:17 24:16,22,23
25:1,7,16 26:25 27:7
28:5,19 29:4,22

30:14,24 31:20 32:3,
18,25 33:4,20 34:3,
10 35:8,17 37:21,23
38:12,23 39:3,18
40:5 41:1,5,19 42:3,
12,25 43:13,15,19
44:19 45:6,20 46:4,
19 47:7,19 48:11,12,
24 49:18,25 50:15
51:8,15,22 52:13
53:7,20 54:25 55:10,
24 56:18 57:19,23
58:1,3,6,19 62:11
63:2,6,9,14,16,23
64:10 65:8,23 66:18
68:1,18 69:2,21
70:5,12,23 71:9,18
73:10,24 74:21
75:12 76:1,10,24
77:6 78:2,11 79:9,19
80:6,14 81:4,22
82:21 83:3 88:17
89:5,15 90:1,10
91:12,19,20 92:21
93:11 97:16,24
98:24 101:12 102:5,
15,19,23 103:5,15,
24 104:1,4,7,21
105:10,20 106:6,16,
22 107:1,4,11,14
108:6,22 109:4,25
110:16 111:8
112:13,17 113:23
115:7,14,21 116:4
117:1,12 119:11,23
121:5,19 122:14
123:6 124:1,8 125:5,
19 126:7 127:6
128:1,5,19 129:5
131:5,18 132:2,8,25
133:16 134:1,7
135:3,22 137:1,13,
17,21,24 138:21
139:12 144:3,20,25
145:14,16,24,25
146:7 150:10 151:17
152:14,22 155:6,10,
25 156:9,23 158:4,
18,20 159:5,24
160:18,24 161:4,12,
25 164:22 165:10
166:11 167:5,13
168:2,15 169:7,12
171:25 172:22
173:4,21 174:6,9,14,
18,20 175:4,8,21
176:4,24 177:23
178:1,5,13,17 179:3,
9,12,13,23 180:7,18,

20 181:8 182:1,3,9,
11 183:1,9,17,25
184:7,25 185:13
186:1,9,15 187:8,22
188:7,12,23 189:3,
12 190:5,18 191:4,6,
21 192:12,18 193:3,
8,13,22 195:9,14,21
196:23 197:8,15
198:25 199:1,22
200:18 201:14
202:15,22 203:10,13
204:12 205:5
206:10,21 207:7,15,
22,24 208:8,21
209:1,2,13 210:1,11,
12,20 211:8,20
212:5,6,15,16 213:2,
15 214:14,23 215:2,
8,17 216:6,14,18,23
217:6,21 219:1,6,8,9
220:2,8,18 221:4,10,
19 222:1,8,22
223:12,24 224:14
225:15 226:7,21
227:10,17,23 228:6,
12,19 229:1,3,7

**Phoenix** 6:18

**phone** 73:16 162:7,
8,10,18

**phony** 83:24

**photos** 100:9

**phrase** 133:2 158:9

**picture** 57:5 100:1

**pictured** 58:13,16

**piece** 93:18,19
97:18 176:13

**pieces** 67:17

**pillars** 60:18

**pinpoint** 195:4

**place** 119:3 170:14

**placement** 54:10,12
181:18

**Plaintiff's** 33:1 69:4
150:11

**planet** 94:14

**planning** 176:25

**plants** 73:5

**platform** 73:15
181:19

**play** 21:7 58:18
64:16 124:12

**Playboy** 99:15
100:11

**played** 60:15 102:18
108:1,12 112:14
134:10 166:1,5
226:9

**player** 49:14

**playing** 22:21 23:16
24:4 29:24 30:13
31:23 33:7 39:7 45:8
46:23 51:25 56:1
59:1 64:18 69:10
71:12 73:3,19,20
74:9 80:17 81:11
83:5 91:23 93:13
99:10 104:10 112:19
116:9 118:3 120:2
124:13 129:7 133:4
135:25 139:15
146:10 162:22
166:13 169:15

**pledge** 61:11

**point** 9:24 18:13
40:15 57:8,17 78:12
129:12 150:20
154:12 198:18 201:3
203:6,24

**police** 145:8

**policies** 34:20
41:10,16 42:16
44:21 45:1 51:3
113:11 115:9 162:25
163:2

**policy** 115:17
116:17 122:1

**political** 11:13
12:12 106:7 119:15
139:17 142:16
197:10

**politically** 41:10

**politics** 25:19
138:11 171:2,3,4

**poll** 38:24

**polling** 37:13 38:9,
11,22,25 68:25
121:9,11,20,21
122:6 126:4 196:20

**poor** 136:10

**portion** 20:20 53:24
212:9

**portions** 62:18

**portrayals** 138:22

**portraying** 28:1

**posed** 99:25

**position** 165:24
201:23

**positions** 164:13
223:16

**positive** 164:17

**possibility** 33:12

**possibly** 34:15
45:11 157:6 194:5

**post** 216:24

**potential** 153:19

**potentially** 138:23

**poverty** 140:22

**power** 60:8,9,10

**powerful** 95:5,8
170:4

**PPP** 141:21 146:1

**praying** 148:18

**precursor** 177:14

**predator** 92:10,24

**predators** 92:11

**predatory** 107:6

**prefer** 8:4

**preferential** 28:20,
23 29:10

**preferring** 29:11

**premature** 190:13
193:20

**prerequisite** 45:22

**presented** 152:17
160:2

**preserve** 143:14,22

**preserving** 8:9

**presidency** 45:16
47:3

**president** 6:22 9:12
10:17 12:4,11 13:3,
21 14:10 16:7,12,14,

Riley Reporting & Associates, Inc.

18 17:10 18:1,8,10 22:22 23:1,7,8,12,25 24:10,11,14 27:13 28:9,12 30:6 31:2 33:15 36:15 38:14, 16 45:12 47:23 48:1, 3 50:25 51:2,3,9 52:5 55:3 56:6,10 59:11 64:23 65:2 66:6,17 67:3,13 71:25 72:15 74:13 75:20 76:23 78:20, 24 80:23 81:14 82:8 104:14 108:9,10 110:24 112:23,25 113:6,7,12,17 123:23 124:14,17, 19,20,23 125:1 126:5 138:18 141:9 142:1 143:17 144:19 145:18 146:14 148:3,11,24 149:5, 16 150:1,23 152:16 153:21 162:24 163:20,24 164:10,16 166:16,20,21,24 168:17,18 172:2,18, 24 187:19 189:25 197:24 198:3 209:4 212:18,20 215:3 221:12 222:3,15 223:18 224:6 225:10

president's 34:20 150:13,14 222:15 223:4

presidential 13:4 83:2 182:19 183:6, 14,20 197:10

press 176:7

pretty 9:13 11:6 18:4 62:14 128:4 130:25

prevailing 149:25

prevails 116:22

prevent 123:10 157:9

primarily 68:4 123:23

principles 118:17

prior 67:3 122:17 156:3 178:25 182:14 196:20 213:14 220:19

prioritized 163:25

priority 60:25 61:1,8

prison 24:8 39:12

prisons 24:7

private 91:9 226:20

privileged 156:19

pro 34:23 54:15,19 71:13,14 107:16 122:4

problem 8:6 37:21 49:15 164:7 205:7

problems 118:10, 11 120:4,13,14

procedures 119:3

proceedings 207:25

process 12:25 67:6 175:11 189:11

procured 98:5

produced 6:8 23:19 24:18,21 25:8,11,15, 21 30:16 31:1 55:17 76:12 104:9 112:15 139:13,14 169:8 180:25 181:3,9 188:16

product 155:18 156:18 157:21 158:12 159:18 185:7 189:19 190:12 193:1,20 194:24 208:4 210:16 211:3, 15 212:2,22 214:7 215:23 217:15 219:21

production 17:14 26:12,15 34:2,14 181:14

products 141:23

professionalism 9:3 201:23

proffer 178:14

program 24:8

programs 24:6

progress 60:16

progressive 142:24

prohibition 186:3

projects 147:25

promise 143:18

promised 31:2

promises 30:7 31:4, 8 48:2 51:4 138:19 149:7

promote 35:5 64:8 67:13 76:22

promoted 172:6

promoting 27:20 66:6,8,9 123:4 164:12

properly 12:23

proponent 42:14

proposed 152:23 155:1

prosper 116:22

prosperity 116:12 121:24 135:14

protection 120:24

provide 151:10

provided 166:3

providing 141:10 163:22

provision 188:19 189:8

provisions 203:3 214:4

public 32:12 82:7 106:9 165:16 177:8 189:23 195:15,17 200:9 201:17 205:15 224:5,8

publications 185:2

publicist 84:25

publicity 176:11

publicly 17:25 23:23 107:2 110:23 129:10 145:6 187:6, 20 191:19 200:13 209:12 221:21 225:10 226:19

published 203:25

pull 44:10 85:24 117:24 153:1 201:21 203:11 204:20 225:6

pulled 22:9 98:4

pulling 22:10 188:9

purchase 15:22 16:24 54:23

purchaser 54:8

purchasing 15:13 16:18

purely 132:15

purple 84:2

purpose 23:21 35:22,25 36:2,8,10, 12 64:11 141:1 154:6

purposes 217:10

pursuant 154:23 155:14 157:14 158:9

push 35:5 75:25

pushed 125:18

pushing 200:16

put 13:11 25:21 98:9 99:15 100:1 115:16 116:16 117:4 119:3 127:12,15,21 140:18 153:7 161:18 181:10,13 186:7 188:25 196:6 202:3 205:10

putting 27:14 105:8 123:4 143:23 204:9

## Q

question 7:7,11 8:6 11:21 14:4,16 16:6, 17 26:9 35:2 40:11, 22 42:24 45:22 48:20,22 49:9 53:3, 17 55:25 64:7 71:6 72:22 75:8 77:4 82:17 90:6 91:18 93:4 96:9 98:11 99:14 101:16 102:1, 4 103:6 104:23 105:7 111:7 114:6 117:3 119:19,22 120:1 123:1 129:25 130:2 131:10 132:14,21,24 134:15 135:10 138:4 145:15

155:12 177:11,14,20 181:6,23 182:5 187:3 190:3,7 191:5 192:14 194:18 195:1 196:17,18 201:7,10 203:20 206:4,6 208:19,25 213:10 217:11 225:21 226:3

question-answer 7:16

questioning 125:8

questions 7:5,12, 13,18,25 8:1,13 57:22 72:5 124:21 153:17 157:18 178:14,17 179:11 185:18 189:2 191:3 201:25 203:2,17 219:14 220:19

queue 203:12

quick 98:2 103:22, 23 119:24 133:3 153:18 179:6 186:11

quickest 193:24

quid 122:4

QUIVERS 92:15 94:9 95:22,25 96:6 97:3

quo 122:4

quotations 189:24

quote 47:10 106:18 115:1,2 132:12

## R

race 28:21,24 29:9, 18,21 31:6 35:6,10 36:17 78:21 80:8 90:23 133:21

race-driven 79:1

races 23:10 166:18

racial 164:6

racially 134:12 172:17

racism 27:13,15,20, 23,24 28:2,4,7,11, 15,24 29:7,9,11 36:21 41:3 67:2 80:3,4 90:21 123:7, 13 129:10 225:4

**racism's** 29:6

**racist** 18:8,10 19:14, 21 20:6 23:25 27:13 28:2,9,12,13 29:21 31:12 32:13,20 34:24 35:4,9,16 36:15,25 38:2 42:19 43:7 52:16 53:6,10, 11 66:1,2,24 70:18 77:15 78:19,24 79:2 80:10 109:18 110:1, 6,11 111:14 112:7 123:25 124:19 125:1,9,13 126:13 128:21,22,24 131:11,20 132:4,13, 14,18 133:18 134:12,17 167:17,20 168:5,6,9,14,17,21, 23 172:11,12,13 184:3 225:19

**racists** 79:12 132:13

**radio** 40:25

**rail** 113:6

**rallies** 12:9

**ran** 15:13 164:25 181:19 195:6

**Rankin** 56:2,5,9 64:15,19,22 65:1 74:10,11,25

**rape** 200:22

**rapists** 120:15 121:10 122:2

**rate** 55:1,2 161:5

**ratings** 199:3

**Ray** 6:7,15

**reaching** 69:14

**read** 47:9 63:18 155:8 183:3 191:24 192:2 227:23

**reader** 193:24

**ready** 86:11,12 96:23 146:14 155:9 170:5 174:4,18

**real** 98:1 119:24 142:6 146:12,19 153:18 186:11

**reality** 163:15

**realize** 29:6 78:14, 19 92:22 113:6 159:1

**reask** 13:19

**reason** 8:2 90:14 99:1 176:14

**reasons** 23:11

**recall** 89:21 151:24 152:24 157:1 195:10,15

**received** 17:8 24:8 37:24

**recent** 213:23

**recently** 129:11

**recipients** 116:14

**recognize** 60:13

**recognizes** 163:15

**recommendation** 197:25

**record** 6:2,14 8:8,9 9:14,15 58:3 104:7 131:15 163:21 177:19 178:3,8 191:11 213:7 229:10

**recorded** 12:23 162:7,8

**recording** 218:20

**recordings** 82:19

**records** 177:8

**red** 149:1

**reelect** 45:16 47:3

**reelected** 45:12 46:24 74:13 76:3 80:23 104:15 222:16

**reelection** 81:15 152:13 221:13 222:4 223:6 224:5

**reemployment** 162:2

**refer** 124:17 172:23

**referenced** 113:25

**referred** 220:21

**referring** 24:17 28:7,8 30:15 45:21 62:19 71:19 97:17 108:24 110:18

181:11

**refers** 102:7

**reflect** 132:11

**reform** 163:6,7,12

**regions** 119:5

**rehabilitate** 139:2

**rehabilitating** 201:1

**rehabilitation** 166:21

**reject** 105:2

**related** 28:7 40:17 41:3 65:11 101:14 108:16 117:3,5 133:21 151:20 156:2 174:23 176:1,6,7 177:9 178:20,24 184:2 186:16 219:17 224:5

**relates** 177:22 186:3 187:11 204:13

**relation** 194:7 216:8

**relationship** 18:14 101:15 197:23 216:8

**released** 39:12 162:19 195:12

**relevance** 14:1 47:15 48:16 50:11 51:12 79:14 111:4 121:15 131:24 137:7 161:7 175:1,14,16 177:18 179:18 180:4 181:23 185:23 195:13 207:18 208:2,16 210:6 211:13 212:4,21 216:10 223:21

**relevant** 17:19,21 49:10 55:8 82:5

**religion** 123:10

**religiously** 41:10

**reluctant** 175:19

**remains** 23:15

**remarkable** 163:10

**remember** 85:23 136:11,12 153:3 195:19

**reminded** 23:13

**remotely** 6:3

**renouncing** 131:9

**rep** 196:2

**repeat** 42:23 44:17 132:23 165:11 208:25

**rephrase** 26:10 29:3 48:22 77:4 79:8 90:9 208:24

**replay** 134:23 173:10

**report** 184:20 188:13,14 202:12 205:8

**reporter** 6:1 22:4 124:14,17,19,20,23 125:1 127:22 136:7, 9,16 216:17 227:21, 22 228:22 229:5,8

**reporting** 180:6 182:25

**representative** 189:14

**requests** 54:9 186:13

**require** 152:15

**research** 130:13

**resistance** 149:6

**resolved** 210:5

**respect** 23:4 118:5

**respond** 53:10 124:20

**responded** 6:9

**respondent's** 25:5 33:2,18 39:5 41:7 43:17 52:11 56:16 58:24 69:19 71:16 73:8,22 74:19 81:2, 20 88:15 92:19 97:14 101:10 104:19 113:21 116:24 119:9 121:3 125:3 131:3 133:14 136:24 144:1 150:8 158:23 159:3 164:20 167:3 171:23 184:23 216:21

**response** 138:15

**responses** 203:9

**responsibilities** 10:16 11:4

**responsibility** 7:17 12:21 141:7

**responsible** 75:19

**responsive** 144:9

**restate** 79:8

**result** 198:4

**results** 182:19 183:6,13,19

**retainer** 55:12,14

**retraction** 136:15

**retroactively** 220:9

**review** 10:23 160:16 189:1 228:4

**reviewed** 10:20 11:8

**reviewing** 10:19

**Rex** 221:5

**ride** 22:24

**ridicule** 136:21

**rights** 23:14 50:19 206:24 207:6

**rioting** 143:10

**rising** 113:14

**risk** 69:17 183:3

**RNC** 11:25

**road** 208:20 227:6

**robberies** 30:2

**ROBIN** 92:15 94:9 95:22,25 96:6 97:3

**role** 6:23 8:16,20 15:23 26:7 39:1 60:15 68:17 127:10 150:15 151:1,12 152:10 178:18 179:16,22 181:12

**roles** 9:16 11:3 15:6 121:7 150:19 151:9

**room** 133:7

**Rose** 184:19 198:13, 20 203:7 205:8

Rose's 188:12,13, 14 197:21,25

rough 44:6

Roughly 10:3 17:11

roundabout 32:16

Rowe 169:22

rules 8:14 228:1,2

run 11:14,25 15:12 24:6 37:12 38:16 195:7 200:14

running 12:9 146:17

runs 15:21

Ryan 6:5 21:20 109:2 137:14 138:2 178:6 179:20 201:19 203:19 208:23 219:1 227:6,24 229:8

**S**

sad 143:4

safe 150:3 170:15

sat 92:4

save 222:24 223:2,5 229:3

saves 228:21

scary 142:23

scenes 87:11

schedules 11:11

school 14:25

science 164:1,3

scratching 176:2 182:7

screaming 122:1

screen 20:21 21:14, 16,19 32:5 56:19 58:8,9 118:16 160:13,20 184:14

screening 118:7,8, 14 122:3

screenshot 147:17

script 87:24 88:2,5, 6

scripts 116:3

scroll 153:18 155:4 159:8

Sean 6:7,15 12:16 18:19,23 19:5 20:1,9 25:12 26:23 29:2,16 30:21 31:17 32:11, 23 33:25 34:7 35:3, 14 38:7,21 39:24 40:21 41:25 42:9,22 43:11 44:16 45:4 46:2 47:17 48:19 49:8 50:12,23 51:13, 20 53:4,18 54:20 55:6,21 57:13 62:24 64:6 65:15,21 66:14 67:23 68:15,23 70:3, 21 71:7 75:7,17 76:7,17 77:3,19 78:8 79:6,17 82:18,25 89:1,12,20 90:7 93:5 97:22 102:2,11 105:7,17 106:2,14 107:10,23 108:20 109:22 110:14 111:5 112:10 115:5,19,25 117:10 119:20 122:10 123:2,17 125:16 126:1,21 128:1,13 129:2 131:16,25 132:22 133:24 134:5,21 135:19 137:11 138:14 144:13 146:5 152:8 153:20 155:7, 9,20 157:23 158:14 159:20 160:11 161:8,23 165:8 166:9 167:11,24 169:1 173:19 174:12 175:2,20 178:8 179:19 181:5 182:23 183:22 185:9,24 186:25 187:17 189:1,20 190:15 191:13 192:10 194:25 195:19 196:16 197:13 199:16 200:7 201:9 205:4,7 206:3,19 207:2,13 208:6,18 209:9,22 210:18 211:4,16 213:9 214:10,20 215:15 216:1,12 219:24 220:15 221:1,17 222:20 223:10 224:12,25 226:2,16 228:3

Sean's 179:7

seat 133:12

secret 193:14

secretary 163:25 220:20 221:5,11

section 174:4

sections 173:23

security 116:12 222:9,15

seeking 116:13 117:20 126:10

self-accountability 141:2

self-reliance 140:17

selling 140:10

send 103:23 130:12

sending 120:11,12, 19 213:18

sends 120:10

senior 164:13,15

sense 58:22 69:16 108:5 120:19 141:1 180:23

sentence 24:9 29:7 40:1,8 154:21

sentenced 33:11

separate 37:19 90:24 192:5

Serge 136:17

serve 181:21

serves 164:16

services 17:12 159:8

session 7:7,16

set 125:10 132:14 166:20 205:9

sets 84:13

setting 219:12

sex 90:23 91:24

sexism 81:8 90:25 165:12

sexist 18:8 19:14, 15,22 20:14 37:4,5

82:8 88:22 89:8,17 90:3,17,19 97:18 103:8,13,16,17,19 108:21,25 109:14 110:6,11 115:22 166:5,6 190:17 225:4,19 226:11

sexual 92:10,11,24 102:8 107:6 200:22 212:19

sexy 95:2

shackled 30:3

shape 43:20 200:20

share 118:5 184:17

shared 61:12

Sharia 118:18 123:12

sharing 21:14,16,19

sheet 174:21

shell 177:2

SHEPHERD 99:11, 13,19,25

sheriff 62:14

SHERRI 99:11,13, 19,25

ships 163:7

shit 221:22 222:3

shithole 51:10,17 124:18 125:9 138:25

shoot 181:17

shopping 83:19

short 99:9 194:14

short-circuit 7:22

shorten 39:25

shorter 133:2

shorty 85:16

shot 196:2

show 66:1,5 83:20 87:11 92:8,23 93:8 94:15 96:20 98:17 99:7 134:17 171:14 199:7

showed 30:15 107:25 108:11 190:20

showing 116:19 218:6

shows 92:8 200:12

shrink 12:6

shut 141:17 157:9

sic 98:15 129:6 133:3 135:23

side 33:6,16,21 163:11 180:2 181:14 213:21

sign 62:3 67:14 74:14 80:21,24 81:17 104:16 127:2 154:7 156:11 160:10 185:20

signatory 152:23 153:20 186:18

signed 23:3 153:23 154:10,12 156:4,8 160:6 186:17 191:18 213:5,13 220:10

significant 82:22, 24 128:3

signing 60:12 64:15 152:15 206:24

signs 170:22

silent 170:10,25

similar 191:9 197:24

simple 94:19 177:11

Simply 116:16

Sims 210:2,14,22 211:7

Sims' 210:4

simultaneously 131:20 164:1

single 33:9 48:7 128:7 163:16

sir 7:3 8:15 9:4,23 10:1,5 14:17 15:1,19 16:9,13 17:11,13,15, 22 18:11,17 19:16, 19 20:2,10,16,22,25 21:6,9,23 22:1,8,12, 19 23:20 24:3 27:6, 11 32:24 35:21,24 37:1,6 42:2,11 43:12,23 44:18 45:5 49:2 52:17 54:14

55:22 56:22 57:6,14
58:11,14 63:21
65:22 68:16 69:23
70:11,16,22 71:8,23
72:3,12,25 74:2,4,7,
24 75:1 78:9 80:13
81:6 82:12 102:3
106:3,15,21 107:13
110:3,15 111:11
112:1,4 114:13,23
115:6,13 117:11,14,
23 124:21 128:18
133:25 134:22
150:25 151:3,6
152:1,21,25 153:6,
10,14,22,25 154:15
157:11 158:17
159:23 162:11,20
172:15,21 173:6
175:3,12 183:4,11,
16 184:15,22
185:12,16,25 192:3
197:7,14 204:15,23
206:20 207:23
208:7,10 210:3,19
211:19 214:13,22
215:16 216:5,13
217:5,20,24 218:1,8,
18,22,25 221:9,24
222:13,21 223:3
224:2,13 227:14

**sister's** 142:9

**sister-in-law**
162:23

**sisters** 113:2

**sit** 13:2,20

**sitting** 30:9 201:25

**skin** 28:18 29:19

**skip** 119:25

**skipping** 159:2

**sleep** 95:10

**sleeping** 56:3 64:20

**slides** 159:11

**slush** 177:6

**small** 139:21,24
140:17 141:12,18
142:2,9

**smart** 113:8 114:21,
25 115:2 116:17
122:1

**Snapchat** 73:14

**sneak** 87:8

**soap** 86:11,14

**social** 73:15 75:23

**societies** 116:22

**society** 92:23
118:25

**somebody's** 134:2

**someone's** 90:22
226:20

**son** 30:5 92:9 180:9,
15,19

**sort** 97:11 228:1

**sound** 64:3 65:22
152:2 199:7

**sounded** 98:3 102:4

**sounds** 46:6 152:3
174:13 219:5

**South** 120:21 136:3

**Southern** 191:25

**space** 139:17
205:15

**speak** 18:14 120:17
146:12 187:4,5
226:19

**SPEAKER** 22:22,25
23:2,8 24:5 29:25
31:24 33:8 41:9,11,
14 46:24 52:2 59:7
60:2,4 61:2,3,4,5,17,
19 62:2,5,7,8,9
83:16 84:4,10,13,18,
19,23 92:13 120:5
124:16,22,25 169:16

**SPEAKERS** 60:23
61:22,24 62:1

**speaking** 8:24
98:25 99:2 113:15
134:3,14 135:16
137:13,17 159:9

**speaks** 214:19

**special** 59:9 61:15
147:10

**specific** 31:13
32:15 40:23 199:18,
20,24 201:12 203:25

**specifically** 18:6
23:24 31:9 32:17
46:20 104:23,25

105:6 117:5,9
156:11,20 165:2,5
167:7,10 201:5
202:8

**speculating** 28:10
165:25 206:8

**speculation** 11:18
12:14 18:21 19:3
26:21 29:1,14 30:20
31:15 32:9,21 34:25
35:12 38:5,19 39:22
41:23 42:20 43:9
44:14 45:2 46:14
48:17 49:7 51:12,18
53:1 57:12 62:22
63:19 64:4 65:17,19
67:21 68:13,21 70:1,
19 71:5 75:5,15 76:6
77:17 79:5,15 80:11
82:15 88:24 89:10,
19 91:16 93:2 97:20
101:23 105:15
106:12 107:9,21
109:20 111:4 112:8
115:3,10 117:8
122:9 125:24
128:14,25 131:13,23
132:19 133:22
134:19 135:17
138:12 144:11
145:12 146:3 152:6,
18 161:3,21 165:6
166:8 167:21
168:10,24 173:17
175:15 182:22 183:7
184:4 185:6,22
196:9 205:1,24
206:17 207:19
209:5,20 213:8
215:5,13 217:3,13
221:14 222:18 223:8
224:10 226:14

**speeches** 72:1

**speed** 174:3

**spend** 37:13 188:20
203:22

**spent** 16:23 38:9
54:13 126:25 127:4,
17,24 179:25 204:17
225:8,11

**spirit** 30:4

**spoke** 64:1 219:25

**spoken** 18:16 19:8

**spokesman** 136:20

**staff** 222:23 223:5

**staffer** 208:12

**staffing** 12:5,6

**stage** 142:25

**stainless** 30:3

**stake** 143:11

**stand** 22:23 41:9,16
72:1,10,15 88:11

**standard** 158:6
160:22

**standards** 198:10

**standing** 97:9
192:14

**standpoint** 175:23

**stands** 22:23

**star** 85:8 86:11,14
89:6 200:20

**start** 21:19 48:11
52:3,21 85:5,6 109:6
110:8 153:17 185:18

**start-up** 141:12,18

**started** 30:8

**starting** 21:16 81:7
142:24 147:25

**state** 6:1,13 149:1
221:5,11

**statement** 18:4
32:8 40:15 57:8,15
102:4 117:6 123:9
124:15,21 144:18
180:3 188:4,10,18,
19,25 190:25 191:7
192:15,19,21 194:19
199:18 201:13 204:6
205:13 217:7

**statements** 20:18
26:18 32:12 40:23,
24 44:24,25 82:7
89:20,23 107:17
119:13 121:9
122:13,17 144:10
185:1,5,17 187:24
188:1 189:10,25
191:9,11,20 192:7
198:2,4 200:9,15
201:17 220:10

**states** 8:5 20:4

117:20 140:22
145:10 164:3 179:24
221:12

**stating** 110:23

**statistics** 44:4

**status** 175:5,9

**stay** 147:20 150:3

**stayed** 171:10

**steel** 30:3

**STEM** 163:25 164:8,
9

**stemmed** 135:7,10

**step** 23:3 24:10
26:20 27:22 33:13
34:19,20 39:19
40:17 42:15 52:23
67:18 68:9 142:19

**stereotypical**
142:11

**Stern** 91:24 92:2,4,
8,11,14,16 93:16,18,
25 94:4,7,10,13,19,
24 95:5,8,10,14,16,
19,24 96:1,11,17,21
97:6 98:17 99:7
102:24 103:2

**Stern's** 92:22

**Steve** 220:20

**stick** 48:2

**Stonerock** 6:5 8:18,
22,25 9:7 11:16
12:14 13:6,12,23
14:11 17:2 18:21
19:3,10,23 20:7,15
21:10,18 24:20
25:10 26:21 27:5
28:4,25 29:13 30:19
31:15 32:9,21 33:23
34:5,25 35:12 37:18
38:5,19 39:21 40:19
41:22 42:7,20 43:8
44:14 45:2,24 46:13
47:14 48:9,14 49:5,
24 50:10,21 51:11,
18 53:1,14 54:18
55:4,19 57:11,16,21,
24 58:2 62:22 63:19
64:4 65:13,17,19
66:11 67:21 68:13,
21 70:1,10,19 71:4
75:4,15 76:5,15

77:2,17 78:6 79:3,
14,22 80:11 82:14,
23 88:23 89:9,18
90:4 91:10,14 92:25
97:19 98:22 101:22
102:9,17,22 103:9,
21,25 104:2,5 105:5,
14,25 106:11,20,25
107:8,20 108:18
109:1,20 110:13
111:3 112:8 115:3,
10,18,23 117:7
119:17 121:14
122:7,25 123:14
124:4 125:14,23
126:19 128:11,25
131:12,22 132:5,19
133:22 134:4,18
135:15 137:7,15,19
138:12 139:5
144:11,23 145:11,21
146:3 151:16 152:6,
18 155:2,7,17 156:5,
17 157:20 158:11
159:17 160:11,15,19
161:2,7,21 165:4
166:7 167:9,21
168:10,24 169:10
172:19 173:2,16
174:5,7,10,16 175:1,
7,14 176:2,21
177:17,24 178:2,7,
16 179:2,4,6,10,18
180:4,17 181:2,22
182:7,21 183:7,15,
21 184:4 185:6,22
186:5,22 187:14
188:6,8,14,24 189:5,
17 190:10 191:2,10
192:8,17,20 193:5,
11,18 194:22
195:13,17 196:9
197:4,11 198:11
199:10 200:5 201:6
202:10,17 203:8
204:2 205:1,23
206:17,25 207:10,18
208:2,16,24 209:5,
18 210:6,15,25
211:13 212:1,11,21
213:6 214:6,18,25
215:5,12,22 216:10
217:2,13 219:5,20
220:5,12,23 221:8,
14,23 222:5,17
223:7,20 224:7,23
225:24 226:12
227:8,12,15,18,25
228:10,13,24 229:2

**Stonerock's** 203:4

**stop** 100:21,22
103:3 121:1 137:13,
16 217:10 218:12

**Stormy** 194:15,20
195:10,22,24 204:24
205:19

**story** 149:22,23,24,
25

**straight** 135:5

**strategy** 79:1

**strike** 103:3 160:1
172:10 193:15
206:14 218:12
223:14,16 227:3

**string** 30:2

**strip** 94:20

**strive** 141:2

**strong** 91:5

**strongly** 164:5

**struck** 207:9,11

**struggling** 141:20

**stuck** 51:4

**studied** 88:1

**studying** 93:24

**stuff** 11:11 30:12
32:1 148:19 177:13
205:12 226:9

**stung** 140:15

**subcontractor**
25:14,17 34:1
181:13

**subcontractors**
15:22 54:8

**subject** 167:15
187:13 207:8 213:5
214:3,16 215:10
219:18

**submitting** 213:12

**substitute** 103:1

**subtitles** 47:8

**succeed** 113:13

**success** 166:23

**successful** 68:20,
22 75:3,6,10

**sudden** 83:23

**sued** 90:14 185:3
217:11

**suffered** 137:10
200:4

**suffers** 136:18

**suing** 217:8

**summarize** 194:14

**summarizing** 198:5

**summary** 187:23

**Summit** 163:5

**sums** 139:11

**sunset** 13:18

**supplant** 118:18

**support** 12:2 53:12
61:11 75:3 76:3,8
78:20 81:13 113:7,
17 118:21 130:7
131:19 132:10,16
197:2

**supported** 43:4

**supporter** 149:16
166:14,15

**supporters** 74:12

**supporting** 148:3

**supposed** 129:25

**supremacist** 132:3,
10,16,18

**supremacists**
129:16,21,24

**supremacy** 129:20
131:9

**surface** 177:16

**surfaced** 92:8

**surprised** 63:24

**surrogate** 159:9

**surrounding** 61:15

**survival** 158:2,5

**survive** 142:10
154:22 155:14
157:13 158:8

**suspect** 157:16

**suspend** 119:4

**swear** 6:3

**sweet** 140:9

**sworn** 6:8 7:8

**symbol** 60:20

**sympathizers**
118:15

**system** 141:8

_____

**T**

**tab** 153:12

**tacs** 85:4

**tailor** 77:24

**takes** 203:18

**taking** 59:21 137:19
203:4

**talk** 37:9 106:23
137:16 146:19
149:17 151:15,19
170:11 171:1,3
227:17

**talked** 123:7 126:11

**talking** 11:19 30:8
43:2 88:8 93:22
109:8,11 124:23,25
129:20 130:1,10,20
134:25 135:8 136:16
145:9 154:25 157:10
162:17 195:11
200:20

**talks** 119:15 194:15

**tape** 82:11 105:13
218:15

**tapes** 105:13

**target** 79:20

**targeted** 26:5,6
34:16 67:11

**targeting** 67:5

**taste** 143:9

**taught** 140:4

**tax** 142:4 163:6,12,
14,18

**Taylor** 217:25 218:2

**teach** 24:6 147:5

**teacher** 147:5,8

**teaching** 140:16

**team** 146:11 151:14

**Teeny-tiny** 165:18

**television** 40:24
72:17

**telling** 171:10,11

**temporarily** 119:4

**tend** 96:7

**tendencies** 166:6

**tenure** 151:22

**term** 19:25 34:5
68:22 93:3 125:8
196:14 226:13

**termination** 154:23
155:14 157:14 158:9

**terms** 69:13 102:8
104:22 105:23 106:9
108:24 163:8 186:20

**terrible** 100:24,25
101:2 139:3,4

**Terrific** 86:3,5

**terrorism** 119:6

**terrorist** 118:15

**test** 7:5 118:7,8

**testified** 6:9

**testify** 89:20 175:20
185:9 186:25 187:16
196:13 199:19
211:18 216:3

**testimony** 53:15
55:5 66:13 67:22
76:12 78:7 79:4,23
126:20 128:12 139:6
144:24 161:3 181:3
189:18 190:14
191:12 192:9 193:2,
21 194:23 196:11
199:11 200:6 201:8
202:11 204:3 209:7,
19 210:17 211:2
213:6 220:25 221:16
222:19 223:9 224:24
225:25

**Text** 113:19

**thankful** 39:15

**thankfulness** 23:4

**theory** 187:3

Riley Reporting & Associates, Inc.

Index: thing..understand

**thing** 7:12,15 11:6
36:21 94:19 96:4
114:10 123:8 140:9
226:17,18

**things** 30:8 69:17
90:24 91:6 92:12
97:12 98:21,23
101:3,14,18 139:1,4
140:8 141:3,4 142:6
143:3 145:7 148:23
179:1 188:8

**thinks** 36:7

**thought** 130:14
143:5 149:3,5
180:15 194:9

**thousands** 136:4
198:7

**threats** 118:8

**thrilled** 60:12

**thriving** 143:16,24

**thumbs** 74:1 84:14,
16,17,20

**tic** 85:4

**tideless** 163:7

**tied** 213:20

**ties** 177:9

**Tillerson** 221:5

**time** 8:18 19:9 22:9
32:22 33:14 40:8
44:7 45:15 46:18
47:2,12 49:11,14,16,
17,20,22 50:5 56:4
64:21 66:16 93:8
94:12 104:3 108:19
109:1,5,7 110:13,19
113:13,18 118:1,7
119:18 122:11,25
124:5 125:15 133:23
134:20 135:17 145:9
147:21 150:16,20
151:2,16 154:4
156:6 160:16 161:1,
7,14,15,17 167:23
168:18 169:2,25
173:9 187:5 188:21
189:13,14 190:1
196:4 200:19 201:11
203:21 204:19 209:8
211:1 217:14 220:23
223:20 227:13
228:15

**timeline** 14:8

**times** 27:25 93:9
136:18,20 191:16
203:18

**timetable** 16:25

**today** 8:24 13:2
59:20 60:11 80:22,
24 87:12 93:10
112:22 118:8 137:18
144:16 146:12
147:11 211:21

**today's** 92:23

**togetherness**
23:11

**told** 157:25 162:4
180:15 181:24

**tolerant** 118:25

**tomorrow** 163:23

**Tony** 56:2,5,9 64:15,
19,22 65:1

**top** 40:24 89:21,24
221:20 224:18

**topic** 29:6 124:11

**totally** 13:6 83:25
130:17 228:6

**Towers** 136:6

**town** 139:22 169:14

**track** 185:4 216:16

**trade** 142:5

**trading** 116:15
121:25

**trail** 136:3

**training** 15:3

**transcript** 228:4

**transform** 60:9

**transparent** 30:7

**trash** 69:5

**treason** 129:13

**treasurer** 10:21

**Treasury** 220:20

**treated** 218:4

**treatment** 27:3
28:21,23 29:10

**trend** 42:4

**true** 18:9 37:14,16
41:20,23 92:17
109:14,15 120:8
205:18

**Trump** 6:22 9:12
10:17 12:11 13:3,5,
21 14:9 16:6,11,14,
17 17:9 18:12,19
19:2,15 22:22 23:1,
7,8,13,25 24:10,11,
14 28:1 30:6 31:21
32:7,20 33:15 36:10,
24 37:4,13,17 38:2,
14,15 41:3 42:19
43:7 45:10,12,15,16,
17 46:10 47:2,3,4,
10,11,24 48:1,6,15
49:4,12,19,22 50:6,
9,18 51:3,16 52:6,8,
16 53:10,13 55:3
56:13,20 57:9 58:9
59:2,8,13 60:3,5,24
61:7,18,20,23,25
62:3 64:1 65:5 66:1
67:3,14,19 68:11
69:11,24 70:18 71:2,
13,25 72:10,15,18
73:4 74:5,11,13,15
76:3 80:10,19,22,23
81:13,14 82:4 83:8,
12,15,17 84:3,6,8,
15,21,24 85:2,11,15,
17,21 86:1,2,3,5,12,
14 87:1,4,6,9,20,23
88:1,5,7,10,13 89:17
90:16 92:1,3,5,9
93:14,17,20 94:1,11,
17,22 95:1,3,7,9,12,
15,18 96:3,7,12,14,
19,22 97:4,8 98:20,
25 99:12,17,22
100:2,5,7,10,16,24
101:2,4,7,15,18
102:7,8,13 103:8,13
104:12,14 107:12
108:16,24 109:13,18
110:1,6,10 111:1,9,
10,22,25 112:3,6,23
113:1,7,12,16,17
114:1,18 116:10
117:21,22 118:4
119:14 120:3,7
121:12 122:1,22
123:23 124:3 125:8,
12 126:13,17 128:8,
9,21,23 129:17
130:8,16,23 131:7
132:13,18 133:5
134:12,17 135:16
136:1,9,21 143:17
146:1,11,14 147:13,
15,18 148:2,5,6,8,
13,15,20,21,23
149:9,12 150:1,4,22
151:4,19 152:15
153:21 156:2,10,16,
21 157:3,7,10
158:22 162:8,16,23,
24 163:6,19,24
164:10,16 165:12
166:4,15,16,20,21,
25 167:16,20 168:4,
5,9,20 169:16,17,18
170:16 171:18
172:1,18,24 173:13
176:12,14 177:7
178:24 180:8,24
181:12,20 182:20
184:3 190:1,20
193:14 194:7
195:11,23 200:1,2,
11,22,25 201:1
204:24 205:19,20
206:15,16 207:17
208:1 209:3,12
212:17,20 215:3
216:9 217:11 218:3,
12,15,21 220:21
221:6,21 222:25
223:16,18 224:20
225:19 226:11

**Trump's** 27:3 37:14
41:20 42:15 43:3
44:12 45:1 56:6
63:17 64:23 77:15
90:3 107:17 110:25
111:13 112:24
128:20 139:2 141:9
150:23,24 163:20
168:23 191:9,11
200:21 215:10
222:10

**truth** 7:8,10 46:7

**Tuesday** 176:13

**turn** 28:22 178:9
200:14

**turned** 113:1

**turning** 149:1

**turns** 7:24 176:20

**TV** 94:15

**tweet** 216:19 218:2

**twin** 136:5 146:18

**twins** 147:3

**Twitter** 40:25 114:9
216:25

**two-sided** 36:13

**type** 50:25 95:11
126:4 134:23 151:9
166:24 169:3 194:9
195:3

**typing** 7:14

**U**

**U.S.** 116:14 120:3

**Uh-huh** 44:22 99:19
109:10

**Ukraine** 176:17

**ultimate** 76:2
176:12,14

**ultimately** 141:24
143:4

**UN** 163:4

**unapologetically**
140:6

**unaware** 63:22
126:3 146:6 221:2

**unborn** 41:16

**underlying** 7:16

**underserved** 69:13

**understand** 7:18
11:13,15,21 13:17
14:4 20:1,9 26:9
29:2,16 35:2 36:14
40:21 42:10,14,22
48:22 53:3,17 54:16
64:6 71:6 75:7 79:6,
17 82:17 90:6,24
93:4 102:1 119:19,
21 121:17 123:1
125:16 126:14
129:18 132:21
135:19 175:19
176:24 177:1,17
180:1 181:5,9 182:4
194:11,25 195:25
196:1,5,16,18
198:21 201:9 204:4
206:5,22 209:15
213:9 226:3,16
228:15

Index: understanding..women

**understanding**
7:15 29:5 39:20,24
46:1,16 47:16 48:20
49:9 50:13 155:15
159:20 186:2,10,17,
20,21,23 187:1,9,11,
16,25 197:21 199:17
206:4 207:3 209:10,
23 211:5,16 215:14
225:1 226:1

**understands**
142:2,8

**understood** 43:1
226:22

**unemployment**
113:13 163:9

**unenforceable**
214:5

**unequivocally**
129:10,14 130:6

**unfair** 130:18 137:5
192:21

**unfaithful** 204:25
205:14,21

**unfavorable** 137:2,
25 138:5

**uniqueness** 107:17

**United** 20:4 140:22
145:10 221:12

**unity** 23:10

**universities** 59:3,
19,23 60:5,14 65:10

**University** 14:23

**UNKNOWN** 22:22,
25 23:2,8 24:5 29:25
31:24 33:8 41:9,11,
14 46:24 52:2 59:7
60:2,4,23 61:2,3,4,5,
17,19,22,24 62:1,2,
5,7,8,9 83:16 84:4,
10,13,18,19,23
92:13 120:5 124:16,
22,25 169:16

**unlike** 7:20

**unlocked** 170:9

**unlocking** 171:8,9

**unprecedented**
163:20

**unsigned** 161:19

**unsure** 31:19 32:17
68:25 106:15 114:1
157:5 220:17

**untrue** 109:14

**uplift** 60:8

**uploading** 21:1

**utmost** 7:9

**utter** 30:4

---

**V**

**vagina** 96:13

**vague** 8:18 11:17
13:23 19:24 24:20
25:10 32:22 33:23
34:5 40:19,20 41:23
48:9 49:6,24 50:10
54:18 55:19 64:5
65:13 66:11 68:22
75:5 79:4 82:14,23
90:5 93:2 98:22
101:24 102:9 105:5
108:18 109:1,5
110:13 117:8
119:17,18 121:14,15
122:7,25 124:4,5
125:14,15 133:23
134:20 135:16
145:11 161:7 165:4
167:9,22 181:3
192:25 195:17
196:14 201:11 206:1
207:11 209:8 210:25
211:1 217:14 220:23
223:20 224:8 226:12

**videos** 17:17 22:9
25:21 42:21 43:10
53:15 57:20 66:12
98:3 103:7 108:4,11
153:2 181:13,17
190:20

**VIEIRA** 100:13,23
101:1,3

**vain** 173:1,15

**validity** 192:4

**values** 116:20 118:5
140:4

**vehicle** 145:8

**veracity** 180:3
197:23

**versus** 104:23
122:1 169:22 206:1

**vet** 56:2 64:19

**vetting** 118:9,10
121:11 122:3

**viable** 12:12

**vice** 59:11 150:13

**video** 21:1,7,19,22
22:13,21 23:16 24:2,
4,15 29:24 30:13
31:3,23 32:2 33:7,17
39:7,17 41:18 45:8,
19 46:23 47:6 51:25
52:10 56:1,15 57:22,
23 59:1 62:10 63:1
64:18 65:7 69:10,18
71:2,12,15 73:3,7,
19,20,21 74:9,18
80:17 81:1,11,19
82:9 83:5 88:14
91:21,23 92:7,18
93:1,13 97:13 98:5
99:10 101:9 103:20,
22 104:9,10,18
107:25 112:15,19
116:9,23
117:25 118:3 119:8
120:2 121:2 123:15
124:12,13 125:2
129:7 131:2,14
133:4,13 135:15,25
136:23 137:8
139:14,15 143:25
144:4,6,8 146:10
150:7 158:22
162:21,22 164:19
166:13 167:2 169:15
171:13,22 173:3,5
178:10

**vin** 173:1,15

**violated** 189:9
199:14

**violates** 188:19
189:9

**violating** 217:8,12

**virus** 149:23

**visas** 119:1

**voice** 74:16 80:24
81:18 104:16

**VOICEOVER** 39:10

56:5 64:22 92:7

**Voices** 45:10,15,17
47:2,4 74:11,15
75:22 80:19,22

**volatile** 119:5

**vote** 36:19,20,24
37:3 68:12 75:20,23
76:22 128:8 129:15
146:14 171:19,20
218:3

**voted** 23:12 74:5
146:13 218:12

**voters** 26:6 36:4,6
76:9 121:13,16
127:11 144:19
145:10 198:2,3

**voters'** 138:8
139:10

**votes** 35:19 36:10
173:13

**voting** 129:12
170:15 171:16,18

---

**W**

**W-9** 213:22

**Wade** 169:22

**wait** 30:9 84:11 85:8
124:10

**waited** 39:10

**waiting** 174:3
208:23

**waive** 206:24
227:23

**waived** 207:5

**walk** 84:21 94:2
133:7

**wanted** 30:11 32:1
83:19 141:3 147:9,
10,18 148:2 149:14
157:8 194:8

**war** 118:6 180:1

**warranted** 168:21

**watch** 21:8,10 22:20
26:4

**watched** 26:14
75:14 123:16

**ways** 163:21

**weather** 133:8

**week** 129:9

**weekend** 148:1

**weekly** 194:16

**weeks** 138:9

**weird** 100:21

**well-known** 82:3

**Western** 148:24

**WGDP** 116:12
117:13

**whatsoever** 43:5

**white** 29:10,11,20
78:23 79:11,12 80:1,
3 129:16,20,24
131:9 132:3,10,16,
18

**Whitehouse** 60:25
62:21 66:17 151:22
218:5 222:23

**Whoa** 83:11 84:3,4,
6,8

**wife** 150:24

**win** 81:14 170:23

**wind** 13:11 14:9

**wind-down** 12:20,
24

**winding** 13:16
15:12,14 16:23 17:1

**wing** 142:24

**winning** 182:15

**withdraw** 55:25
145:14

**withheld** 128:8
213:4

**witness's** 66:13

**wives** 113:2

**Wizard** 129:11

**Wolff** 183:12

**woman** 91:9 95:17
97:18 106:24

**woman's** 105:21

**women** 81:13,16
82:4 85:6 94:16

97:11 104:12,13 105:9,11 106:18 107:16 108:9,17 112:25 113:2,4,7,8, 12,14,15,16 114:1, 18,20,24 115:1,8,16 116:21 119:16 142:13,15,20 150:5 162:25 163:17,20 164:12,17 190:21 193:15

**women's** 105:19 108:2,8,13 116:10, 16 121:22 163:9

**womenfortrump20** 113:24 114:8,15

**won** 145:17

**wonderful** 59:16 133:10

**wondering** 90:18

**Woodward** 183:18 184:8

**Woody** 101:5

**word** 27:25 91:5 203:4

**words** 48:13 63:18, 25 67:19 78:3 127:23 181:10 199:4

**work** 23:14 55:13,14 139:16 140:5,19 141:8 155:18 156:18 157:21 158:12 159:18 170:12 171:5 185:7 189:19 190:12 193:1,19 194:24 208:3 210:16 211:3, 14 212:2,22 214:6,7 215:21,23 217:15 219:21

**worked** 66:9,16 127:14 154:13 174:24

**workers** 113:3 171:1 215:20

**workforce** 113:5 163:22

**working** 59:17 113:9 116:18 141:23 147:22 148:12 161:16 163:13 222:3

**workplace** 212:19

**works** 136:17

**world** 32:20,24 116:20 119:6 135:13 142:23 143:20,22 170:5

**worldwide** 119:15

**worry** 96:5 169:21, 23

**worst** 143:21

**worth** 56:9 65:1

**woven** 59:24

**wow** 149:9

**wrap** 219:14 227:7

**wrapping** 219:1

**write** 111:1 155:23 226:19

**writing** 116:3

**writings** 185:2

**written** 24:13 112:5 136:9

**wrong** 130:14

**wrote** 63:17,25 111:13,17,21,22 116:2 148:17 184:6 226:6

**Wyndal** 106:4

X

**xenophobe** 122:22, 23

Y

**y'all** 174:14 182:1

**Yankees** 133:9

**year** 163:14

**years** 19:6 30:1 39:10 60:19 93:21 112:22 136:14 138:10 148:16 163:10

**yesterday** 17:16 59:6 124:15 169:11, 13 192:2

**Yo** 171:6

**York** 69:16 136:6,18 163:5 192:1 214:5 228:2

**young** 43:2 94:3 113:2

**younger** 164:7

**youth** 24:6

**Youtube** 172:9

Z

**Zoey** 148:4,7

**zones** 56:6 64:23

**Zoom** 106:4 184:19

Exhibit F

In the Matter of the Arbitration between

Donald J. Trump for President, Inc.,

Claimant,

and

Arlene Delgado,

Respondent.

AAA Case Number 01-17-0004-4706

Before:        Stephen F. Ruffino

## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the parties as part of an Agreement (undated, but represented by Claimant to have been entered into September 2016 and seemingly concurred in by Respondent), and having been duly sworn, and having fully reviewed and considered the documents, authorities and oral arguments submitted to me by both parties, hereby AWARD as follows:

1.        Per the procedure agreed upon and ordered April 14, 2020, Claimant made a dispositive motion and Respondent filed a dispositive cross-motion, both of which are before me at this time. Because the parties agree there are no material factual issues in dispute, the case may be disposed of by summary judgment, and because I believe that relief is appropriate on the record in this case, I find in favor of Respondent and dismiss all claims in this arbitration.

2.        Both parties provided extensive recitations of events that occurred among certain participants who acted for Donald J. Trump for President, Inc. during the 2016 presidential campaign. Essentially, those facts are not in dispute. However, for purposes of this decision and Award, most of the factual events are largely immaterial because the claims can be addressed and decided on (1) the text of the Agreement and (2) the texts of the statements admittedly made by Respondent. Accordingly, I will not recite or address those events that I believe are not material. (Similarly, I need not reach alternate legal arguments made by each party and will not do so.)

3.        The Agreement is a set of restrictive covenants that apply to Respondent's conduct. These include confidentiality (non-disclosure), non-disparagement, non-compete and intellectual property provisions. Claimant alleges Respondent breached the confidentiality and non-disparagement provisions. (Respondent previously withdrew her counterclaims.)

4.        Paragraph 1 of the Agreement sets forth the non-disclosure provisions, which prohibit Respondent from disclosing "Confidential Information" as defined in its paragraph 6. That definition states, in pertinent part, that Confidential Information includes "all information of a private ... nature or that Mr. Trump insists remain private or confidential, including ... any information with respect to ... the political affairs of Mr. Trump ...."

5.        Per the definition of Confidential Information, as applied to the facts herein, there can only be a prohibited disclosure if Respondent published private information regarding Mr. Trump's political affairs. Any attempt to read that text so as to prohibit the disclosure of all private information, even Respondent's own, without the qualifying reference to Mr. Trump's

political affairs, would result in an overly broad, vague and unenforceable restriction. (Similarly, the portion of the definition that seeks to include any information "that Mr. Trump insists remain private or confidential" is overly broad and vague, and so is unenforceable, especially in the context of a restrictive covenant.)

6.       Respondent is accused of, and admits to, publishing six tweets on December 22 and 24, 2016, that contained opinions (as distinct from confidential facts) and/or information regarding her personal life. Those tweets were strictly personal in nature and did not violate the prohibition on disclosing information regarding Mr. Trump's political affairs. Regardless of their alleged public impact, the essential nature of those communications does not fall within the enforceable definition of Confidential Information in the Agreement.

7.       Paragraph 2 of the Agreement prohibits Respondent from disparaging Claimant. It is questionable whether the tweets were disparaging, but even if they were, I agree with Respondent's argument that her comments were directed only at an individual colleague, not Claimant.

8.       Per paragraph 8.c of the Agreement, an award of reasonable legal fees and costs to the prevailing party, Respondent, is mandatory. Respondent has submitted an application for attorneys' fees, supported by time records. Respondent did not ask for an award of her costs. I find that the hourly rates, the work performed and the total hours expended are reasonable (and comparable to those requested by Claimant in its application.) Accordingly, I award forty eight thousand seven hundred fifty dollars ($48,750.00) to Respondent, to be paid by Claimant.

9.       The administrative fees of the American Arbitration Association, totaling seven thousand five hundred dollars ($7,500.00), and the compensation of the arbitrator, totaling two thousand three hundred forty-five dollars ($2,345.00), shall be borne by Claimant. Therefore, Claimant shall reimburse Respondent the sum of one thousand one hundred seventy-two dollars and fifty cents ($1,172.50), representing that portion of said fees previously incurred and paid by Respondent.

10.      The above amounts referenced in paragraphs 8 and 9 are to be paid on or before 30 days from the date of this Award, and shall accrue interest thereafter at the applicable statutory rate until paid.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

October 8, 2020                          _____
                                                       Stephen F. Ruffino

I, Stephen F. Ruffino, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

October 8, 2020                          _____
                                                       Stephen F. Ruffino

Exhibit G

# CONSULTING AGREEMENT

This confirms the agreement between Donald J. Trump for President ("we" or "us" or "our") and AJ Delgado ("you" or "your"), effective September 1, 2016. We have agreed as follows:

1. <u>Engagement</u>. You have agreed to perform the services described on Exhibit A (the "Services") during the period of your engagement.

2. <u>Compensation and Reimbursement</u>. During your engagement, you shall be compensated for your services at a rate of $10,000 per month. You must provide us a monthly invoice for your services for payment according to our standard policies. As an independent contractor, you are responsible for overhead costs incurred in the regular course of business as an independent contractor. You will be reimbursed only for pre-approved, reasonable expenses actually incurred by you and necessary for you to provide Services. To be reimbursed, expenses must be pre-approved and submitted according to our standard reimbursement policies including providing original receipts or other acceptable documentation of expense. Any travel shall be reimbursed only at a coach or other discount rate.

3. <u>Term</u>. Our agreement shall continue through November 10, 2016 unless either party terminates the agreement earlier by giving ten (10) days written notice to the other party. In addition, we may end your engagement early and terminate this agreement immediately upon written notice, if you fail to, or are unable to, perform the Services properly, are dishonest or are arrested, or if Donald J. Trump ("DJT") announces that he will not continue to run for the presidency of the United States of America (the "Presidency"), or if you breach the agreement with us relating to confidentiality, non-disparagement, non-competition, non-solicitation and protection of intellectual property that you are executing simultaneously with this agreement (the "Companion Agreement") as a condition to our consent to enter into this agreement.

4. <u>Non-coordination</u>. You represent and agree that you are generally familiar with the federal laws and regulations governing improper "coordination" of political and issue communications and will abide by such laws and regulations, including, but not limited to, implementing any safeguards necessary for common vendors, if applicable.

5. <u>Conflicts</u>. You agree to disclose to us any actual or potential conflicts of interest.

6. <u>Public Communications</u>. In addition to your duties in the Companion Agreement, you agree not to communicate, directly or indirectly, with any member of the news media on behalf of, for, or about us or DJT without express authorization from the campaign manager or her designee. You agree not to disseminate any communications to the public about us or DJT—in whatever form they may be, whether written, electronic, or otherwise—without express authorization to do so from the campaign manager or her designee.

7. <u>Compliance</u>. You will comply with all federal, state, and local statutes, regulations, ordinances, and rules, as well as any of our policies and procedures relating, directly or indirectly, to your performance of Services. Without limiting the generality of the foregoing, you agree to comply with all laws pertaining to campaign finance and government ethics.

8.  Independent Contractor.  You are an independent contractor, not our employee, and not entitled to any health or other employee benefits from us, and we will not pay or withhold payroll or other federal, state, and/or local taxes, payroll taxes, unemployment insurance, worker's compensation or other similar personnel costs for you.  As an independent contractor, you are not an agent of us and may not enter into any legally binding agreement, written or oral, or take any other legal act in our name without express permission to do so.

9.  Disputes.  This agreement will be governed by the law of New York State.  Any disputes relating to this agreement may be resolved only in a federal or state court sitting in New York State and you hereby submit to the jurisdiction of such courts and IRREVOCABLY WAIVE YOUR RIGHT TO TRIAL BY JURY (i.e. you agree that a judge and not a jury will hear and decide the case).

10.  Indemnification.  You agree to indemnify, defend, and hold us harmless from any loss, liability, costs or damages arising from the negligence, gross negligence, intentional misconduct, or breach of this Agreement by you.

11.  Modification.  This agreement may only be changed by a writing signed by both you and us.

12.  Assignment; Successor Organizations.  You agree that, in the event we roll over operations into any successor organization, this Agreement shall be automatically assigned and be binding on and inure to the benefit of such successor organization and you for the duration of the term.  This agreement is not otherwise assignable.

| **Donald J. Trump For President** | **AJ Delgado** |
|---|---|
| By:_____ | By:_____ |
| Name: | Name: AJ Delgado |
| Title: | SSN: 589704056 |
| Notice Address: | Notice Address: |
|     725 Fifth Avenue |     1825 Ponce de Leon #79 |
|     New York, New York 10022 |     Coral Gables, FL 33134 |

**Exhibit A**

<u>**Consulting Services**</u>

- Provide policy advice regarding various matters;
- Coordinate Spanish-language media efforts;
- Appear as a surrogate in the media;
- Advise regarding Hispanic outreach and assist with same; and
- Fully comply with, and discharge all campaign related obligations under any applicable laws, regulations, rules, decrees or executive or judicial orders now or hereafter in force relating to such activities.

**Note**: You must direct what will be done and how it will be done.  We will only direct the desired result.

Exhibit H

FILED: NEW YORK COUNTY CLERK 01/10/2019 02:46 PM

NYSCEF DOC. NO. 12

INDEX NO. 101616/2017

RECEIVED NYSCEF: 01/10/2019

## AGREEMENT

You have requested that the entity signing below (the "**Company**") engage you (as an employee or an independent contractor, as applicable) to perform services, or an independent contractor that employs you has requested to be engaged by Company to perform services and you desire in your capacity as an employee of such independent contractor to perform all or a part of such services. You have made the promises and agreements set forth below in order to induce the Company to accept your or your employer's, as applicable, offer of engagement and to permit you, in the applicable capacity, to perform all or a portion of the subject services. Those promises and agreements are part of what the Company is receiving in exchange for agreeing to engage you or your employer, and to permit you to perform all or a portion of the subject services, and the Company is relying on your fulfillment of these promises and agreements.

Any initially capitalized terms that are not defined when used in this agreement are defined in paragraph 6 below.

1.      <u>No Disclosure of Confidential Information.</u> During the term of your service and at all times thereafter you hereby promise and agree:

    a.    not to disclose, disseminate or publish, or cause to be disclosed, disseminated or published, any Confidential Information;

    b.    not to assist others in obtaining, disclosing, disseminating, or publishing Confidential Information;

    c.    not to use any Confidential Information in any way detrimental to the Company, Mr. Trump, any Family Member, any Trump Company or any Family Member Company;

    d.    not to save, store or memorialize any Confidential Information (including, without limitation, incorporating it into any storage device, server, Internet site or retrieval system, whether electronic, cloud based, mechanical or otherwise) except as may be expressly required in connection with the performance of services to the Company;

    e.    to (i) provide the Company with written notice of any legal obligation to disclose any Confidential Information as soon as you become aware of such obligation, (ii) not make any disclosure notwithstanding such obligation until the Company (or the appropriate Trump Person) has had a reasonable opportunity to seek an appropriate protective order or similar relief, (iii) fully cooperate and join with the Company (and the appropriate Trump Person) in any request for a protective order or similar relief, (iv) exercise all reasonable efforts to obtain reliable assurance that confidential treatment will be accorded such Confidential Information in the event no such protective order or similar relief is obtained, whether because it has been denied or because the Company (or the appropriate Trump Person) has elected not to seek it, and (iv) under all circumstances, not furnish any greater portion of the Confidential Information than you are advised by counsel is absolutely legally required to be disclosed by you or furnish any Confidential Information to any individual, company or governmental entity other than the one to whom or to which you are absolutely legally required to disclose it; and

INDEX NO. 101616/2017
RECEIVED NYSCEF: 01/10/2019

FILED: NEW YORK COUNTY CLERK 01/10/2019 02:46 PM
NYSCEF DOC. NO. 12

f. promptly upon the request, whenever made, of the Company, (i) return to the Company all Confidential Information furnished to you, together with all copies, abstracts, notes, reports, or other materials furnished to, or otherwise obtained by, you or prepared by you or on your behalf, without retaining copies, extracts or other reproductions, whether physical, electronic, cloud based or otherwise, in whole or in part, (ii) destroy all documents, memoranda, notes or other writings prepared by you or anyone on your behalf that are based upon the Confidential Information, and (iii) acknowledge such destruction in writing to Company.

The foregoing provisions each apply to Confidential Information and disclosure, dissemination, publication, use and effort to help others obtain, saving, storing and memorializing of Confidential Information, as applicable, (i) by any means of expression, including but not limited to verbal, written, or visual, (ii) whether or not preserved in any medium now known or hereafter discovered or invented, including but not limited to audio recording of any type, written text, drawing, photograph, film, video, or electronic device, (iii) in any manner or form, including but not limited to any book, article, memoir, diary, letter, essay, speech, interview, panel or roundtable discussion, image, drawing, cartoon, radio broadcast, television broadcast, video, movie, theatrical production, Internet website, e-mail, Twitter tweet, Facebook page, or otherwise, even if fictionalized, (iv) in any language, or (v) in any country or other jurisdiction (collectively, the "**Restricted Means and Contexts**").

2.  No Disparagement. During the term of your service and at all times thereafter you hereby promise and agree not to demean or disparage publicly the Company, Mr. Trump, any Trump Company, any Family Member, or any Family Member Company or any asset any of the foregoing own, or product or service any of the foregoing offer, in each case by or in any of the Restricted Means and Contexts and to prevent your employees from doing so.

3.  No Competitive Services. Until the Non-Compete Cutoff Date you promise and agree not to assist or counsel, directly or indirectly, for compensation or as a volunteer, any person that is a candidate or exploring candidacy for President of the United States other than Mr. Trump and to prevent your employees from doing so.

4.  No Competitive Solicitation. Until the Non-Solicitation Cutoff Date you promise and agree not to hire or solicit for hiring, or assist any other person, entity or organization to hire or solicit for hiring, any person that is an independent contractor of, employee of an independent contractor of, or employee of Company or any other Trump Person and who at any time provides services for the project or objective for which you or your employer, as applicable, are being engaged.

5.  No Competitive Intellectual Property Claims. During the term of your service and at all times thereafter you promise and agree never to assert any rights to any intellectual property that (a) includes the name "Trump," (b) is owned by or associated with the Company, Mr. Trump, any Trump Company, any Family Member or any Family Member Company, for example, without limitation, any name, likeness, voice, or image of Mr. Trump or any Family Member, or any logo, motto or phrase created, developed or commonly associated with any of them, or (c) is developed in connection with the project or objective for which your services are

2 | Page

INDEX NO. 101616/2017
RECEIVED NYSCEF: 01/10/2019

FILED: NEW YORK COUNTY CLERK 01/10/2019 02:46 PM
NYSCEF DOC. NO. 12

being engaged (all of which will be deemed a "work made for hire" or will be assigned by you to us).

6.    Definitions. As used in this agreement, the following definitions apply:

a.    "Confidential Information" means all information (whether or not embodied in any media) of a private, proprietary or confidential nature or that Mr. Trump insists remain private or confidential, including, but not limited to, any information with respect to the personal life, political affairs, and/or business affairs of Mr. Trump or of any Family Member, including but not limited to, the assets, investments, revenue, expenses, taxes, financial statements, actual or prospective business ventures, contracts, alliances, affiliations, relationships, affiliated entities, bids, letters of intent, term sheets, decisions, strategies, techniques, methods, projections, forecasts, customers, clients, contacts, customer lists, contact lists, schedules, appointments, meetings, conversations, notes, and other communications of Mr. Trump, any Family Member, any Trump Company or any Family Member Company.

b.    "Family Member" means any member of Mr. Trump's family, including, but not limited to, Mr. Trump's spouse, each of Mr. Trump's children and grandchildren and their respective spouses, including but not limited to Donald J. Trump Jr., Eric F. Trump and Ivanka M. Trump, Tiffany Trump, and Barron Trump, and their respective spouses, children and grandchildren, if any, and Mr. Trump's siblings and their respective spouses and children, if any.

c.    "Family Member Company" means any entity, partnership, trust or organization that, in whole or in part, was created by or for the benefit of any Family Member or is controlled or owned by any Family Member.

d.    "Non-Compete Cut Off Date" means the date the current U.S presidential election cycle is over or, if earlier, the date Mr. Trump announces that he will not run or will no longer run for the Presidency of the United States of America in the current U.S. presidential election cycle.

e.    "Non-Solicitation Cutoff Date" means the Non-Compete Cut Off Date.

f.    "Trump Company" means any entity, partnership, trust or organization that, in whole or in part, was created by or for the benefit of Mr. Trump or is controlled or owned by Mr. Trump.

g.    "Trump Person" means each of Mr. Trump, each Family Member, each Trump Company (including but not limited to the Company) and each Family Member Company.

7.    Remedies for Breach of this Agreement.

a.    Consent to Injunction. A breach of any of your promises or agreements under this agreement will cause the Company, Mr. Trump and each other Trump Person irreparable harm. Accordingly, to the extent permitted by law, and without waiving any other rights or remedies against you at law or in equity, you hereby consent to the entry of any order, without prior notice

3 | P a g e

FILED: NEW YORK COUNTY CLERK 01/10/2019 02:46 PM

NYSCEF DOC. NO. 12

INDEX NO. 101616/2017

RECEIVED NYSCEF: 01/10/2019

to you, temporarily or permanently enjoining you from violating any of the terms, covenants, agreements or provisions of this agreement on your part to be performed or observed. Such consent is intended to apply to an injunction of any breach or threatened breach.

b. <u>Agreement to Indemnify</u>. You hereby agree to indemnify, defend (with counsel acceptable to the Trump Person you are defending) and hold harmless each Trump Person from and against any claim, demand, suit, proceeding, damages, cost, loss or expense of any kind or nature, including but not limited to reasonable attorneys' fees and disbursements, incurred by any Trump Person as a consequence of your breach of any of your promises or agreements in this agreement.

c. <u>Damages and Other Remedies</u>. Notwithstanding anything to the contrary, each Trump Person will be entitled to all remedies available at law and equity, including but not limited to monetary damages, in the event of your breach of this agreement. Nothing contained in this agreement will constitute a waiver of any Trump Person's remedies at law or in equity, all of which are expressly reserved.

d. <u>Third Party Beneficiaries</u>. Mr. Trump and each Family Member, Trump Company and Family Member Company is an intended third party beneficiary of this agreement. Without limiting the preceding sentence, Mr. Trump, each Family Member, Trump Company and Family Member Company, in addition to the Company, will be entitled to the benefit of this agreement and to enforce this agreement.

8.    <u>Resolution of Disputes</u>.

a. <u>Governing Law; Jurisdiction and Venue</u>. This Agreement is deemed to have been made in the State of New York, and any and all performance hereunder, breach hereof, or claims with respect to the enforceability of this agreement must be interpreted and construed pursuant to the laws of the State of New York without regard to conflict of laws or rules applied in the State of New York. You hereby consent to exclusive personal jurisdiction and venue in the State of New York with respect to any action or proceeding brought with respect to this agreement.

b. <u>Arbitration</u>. Without limiting the Company's or any other Trump Person's right to commence a lawsuit in a court of competent jurisdiction in the State of New York, any dispute arising under or relating to this agreement may, at the sole discretion of each Trump Person, be submitted to binding arbitration in the State of New York pursuant to the rules for commercial arbitrations of the American Arbitration Association, and you hereby agree to and will not contest such submissions. Judgment upon the award rendered by an arbitrator may be entered in any court having jurisdiction.

c. <u>Prevailing Party Fees</u>. Any court judgment or arbitration award shall include an award of reasonable legal fees and costs to the prevailing party.

d. <u>Interpretation and Representation by Counsel</u>. This agreement has been drafted on behalf of the undersigned only as a convenience and may not, by reason of such action, be construed against the undersigned. Each of the parties (i) has had the opportunity to be and/or

FILED: NEW YORK COUNTY CLERK 01/10/2019 02:46 PM
NYSCEF DOC. NO. 12

INDEX NO. 101616/2017
RECEIVED NYSCEF: 01/10/2019

has elected not to be, represented by counsel, (ii) has reviewed each of the provisions in this agreement carefully and (iii) has negotiated or has had full opportunity to negotiate the terms of this agreement, specifically including, but not limited to Paragraph 7 hereof. You waive any claims that may be available at law or in equity to the effect that you did not have the opportunity to so consult with counsel.

e. No Waiver. Neither the failure or delay to exercise one or more rights under this agreement nor the partial exercise of any such right, will be deemed a renunciation or waiver of such rights or any part thereof or affect, in any way, this agreement or any part hereof or the right to exercise or further exercise any right under this agreement or at law or in equity.

9. Miscellaneous. **Modifications.** No change or waiver of the terms, covenants and provisions of this agreement will be valid unless made in writing and signed by the undersigned. **Relationship.** Nothing herein contained is intended to, nor shall it be construed as, reflecting any employer-employee or independent contractor relationship between you and the undersigned or any other individual or entity. **Counterparts.** This agreement may be executed in any number of counterparts, all of which taken together will constitute one and same instrument. Delivery of an executed signature page of this this agreement by facsimile transmission or .pdf, .jpeg, .TIFF, or other electronic format or electronic mail attachment will be effective as delivery of an original executed counterparty hereof.

10. Survival. This agreement will survive the expiration, cancellation or termination of any employment or independent contractor relationship that you may have with the Company or with any individual, entity, partnership, trust or organization that the Company has engaged.

Donald J. Trump for President

Name: LUCIA CASTELLANO
Title: HR DIRECTOR

**JESSICA MARIE DENSON ACKNOWLEDGES THAT SHE HAS READ AND UNDERSTOOD THIS AGREEMENT, AND AGREES TO COMPLY WITH THE FOREGOING WHICH CREATES A VALID AND BINDING LEGAL OBLIGATION ON HER.**

Jessica Marie Denson

Signature:
Name: Jessica Marie Denson
Address:  8306 Wilshire Blvd. #310
          Beverly Hills, CA 90211