UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   - against -<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>      Defendant. | **ORDER**<br><br>20 Civ. 4737 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff Jessica Denson and Defendant Donald J. Trump for President, Inc. are directed to respond to Plaintiff-Intervenor Omarosa Manigault Newman's Motion to Intervene (Dkt. No. 66) by **June 25, 2021**. Plaintiff-Intervenor Newman will submit any reply by **July 2, 2021**.

Dated: New York, New York
    June 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge