UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, individually and on
behalf of all others similarly situated,

    Plaintiff,

   -against-

DONALD J. TRUMP FOR PRESIDENT,
INC.,

    Defendant,

**ORDER**

20 Civ. 4737 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Omarosa Newman has moved to intervene – pursuant to Federal Rule of Civil Procedure 24 – in this putative class action.  (Dkt. No. 66)  Newman argues that she is entitled to intervene because Defendant has "sued [her] in arbitration on [the] invalid and unenforceable confidentiality and non-disparagement provisions" of the agreement at issue in this matter.  (Dkt. No. 67 at 4)

    On October 27, 2021, Plaintiff notified this Court that Newman prevailed in arbitration.  (Dkt. No. 72)  In a September 24, 2021 ruling, the arbitrator granted Newman summary judgment, finding that "the confidentiality [and non-disparagement] provisions are vague, indefinite, and therefore void and unenforceable."  (Dkt. No. 72-1 at 13, 15).

    By **5:00 p.m. on March 29, 2022**, Newman will submit a letter addressing why her motion is not moot in light of the arbitrator's September 24, 2021 ruling.  (Id.)

Dated: New York, New York
   March 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge