# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JESSICA DENSON, individually and on
behalf of all others similarly situated,

               Case No.: 20-cv-4737 (PGG)

      Plaintiff,

    -against-                   **DECLARATION OF**
                                      **BRADLEY T. CRATE**

DONALD J. TRUMP FOR PRESIDENT, INC.,

      Defendant.
---------------------------------------------------------------X

     I, **BRADLEY T. CRATE**, declare as follows:

     1.    I am the Treasurer of the Make America Great Again PAC ("the Committee"), a federal political committee currently registered with the Federal Election Commission ("FEC"), which was formerly registered with the FEC under the name Donald J. Trump for President, Inc. from June 2015 through February 2021. The Committee was also incorporated for liability purposes only, in accordance with 11 C.F.R. § 114.12(a), under Virginia law in 2015 under the name Donald J. Trump for President, Inc. (the "Campaign"), i.e., the defendant in this action. In my role as Treasurer, I am fully authorized to make this declaration on behalf of the Campaign.

     2.    The Campaign hereby avows that it shall not ever enforce or attempt to enforce any confidentiality or non-disparagement provisions contained in any written agreements signed by any employees, independent contractors, or volunteers who worked for the Campaign on the 2016 Presidential Election.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6 day of June 2022.

                                                        _____
                                                         BRADLEY T. CRATE