# **EXHIBIT B**



July 25, 2022

Dear ▮▮▮▮▮▮▮▮▮▮:

  Re: Donald J. Trump for America, Inc. (the "Campaign")
     2016 Non-disclosure Agreement ("NDA")

We understand that you signed an NDA in connection with your working for the Campaign during the 2016 Presidential Election.

We are writing to advise you that you are no longer bound by the confidentiality and non-disparagement provisions in your NDA. The Campaign has determined that it will not enforce these provisions.

            Very truly yours,

            *Bradley T. Crate*

            Bradley T. Crate

Paid for by Donald J. Trump for President, Inc.