IN THE UNITED STATES DISTRICT COURT
FOR TmHE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>*Defendant*. | No. 20 Civ. 4737 (PGG) |

**DECLARATION OF DAVID BOWLES IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

David Bowles hereby declares as follows:

1. I am a member of the Bar of this Court and principal in the law firm of Bowles & Johnson PLLC, co-counsel to Plaintiffs in this Action. I make this Declaration in support of Plaintiffs' Motion for Class Certification, in order to describe my qualifications and demonstrate that the proposed class will be adequately represented by my co-counsel and myself.

2. I am a 1987 graduate of Memphis State University and a 1994 graduate of Georgetown University Law Center. I clerked with the law firm of Weinberg, Bergeson & Newman PC in Washington, DC during law school, and after that have been a litigation associate with the law firm of Graham & James, LLP in New York, New York, Bingham McCutchen, LLP in Los Angeles, California, and Stroock & Stroock & Lavan LLP, in New York, New York. I was also senior deputy legal affairs secretary to Governor Gray Davis in Sacramento, California.

3. I formed my current firm in January of 2006 under the name the Law Offices of David K. Bowles PLLC. My primary practice area is commercial litigation.

4. I have experience with class action litigation. I was counsel in the class action matters of *Murray v. Metro. Life Ins. Co.*, No. 09–3716–cv (2d Cir.) and *In re Crude Oil Commodity Futures Litig.*, No. 11-CV-3600 (S.D.N.Y.).

5. I also was the counsel who initiated the predecessor class actions arbitration in this case, entitled <u>Denson v. Donald J. Trump for President, Inc.</u>, Case No. 01-19-0000-5505, before the American Arbitration Association, on February 20, 2019. At the time my colleague Maury Josephson and myself were sole counsel to Ms. Denson in that matter.

6. In addition to this Court, I am admitted to the bar in New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Central District of California, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for the Ninth Circuit.

Executed on October 6, 2022, in New York, New York

_____
David K. Bowles