UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DENSON, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,

        Defendant.

**ORDER**

20 Civ. 4737 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Based on the parties' correspondence in connection with Defendant's August 9, 2022 pre-motion letter (see Dkt. Nos. 83-84), it appears there may be an opportunity to settle this case. Accordingly, this Court will issue a referral for settlement to the assigned magistrate judge.

Dated: New York, New York
        October 7, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge