# LaRocca Hornik Rosen & Greenberg LLP
### COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

PRIVATE LENDER GROUP
212.536.3529
732.625.2463 FAX

FRANK J. LaROCCA ⸸○
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG △
AMY D. CARLIN △
PATRICK McPARTLAND △
DAVID N. KITTREDGE
JARED E. BLUMETTI
SANFORD HAUSLER △
JOHN L. GARCIA
LAUREN CASPARIE △
DAVID ROEMER △
PETER KELEGIAN △
DREW TANNER ⸸
LAUREN WEISSMAN-FALK
NELSON DIAZ
RYAN DUFFY
DANIEL KRAFT ⸸

△ NEW YORK BAR ONLY
⸸ NEW JERSEY BAR ONLY
○ OF COUNSEL ATTORNEYS
○ CERTIFIED MATRIMONIAL LAW ATTORNEY

October 18, 2022

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*[signature]*

Paul G. Gardephe, U.S.D.J.
Dated: October 21, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Jessica Denson v. Donald J. Trump for President, Inc.
       Civil Action No. 20-cv-04737 (PGG)

Dear Judge Gardephe:

We represent Donald J. Trump for President, Inc. (the "Campaign") in the above-captioned action and are writing to respectfully request that the Court approve its proposed briefing schedule for plaintiff's class certification motion (the "Motion"). Plaintiff does not object to this request.

By way of brief background, plaintiff filed the Motion on October 6, 2022. The following day, the Court referred the parties to a settlement conference before a Magistrate in light of the letters that they submitted in connection with the Campaign's August 9, 2022 pre-motion letter. On October 11, 2022, Magistrate Figueredo scheduled a pre-settlement conference call for November 2, 2022. At this juncture, it is anticipated that the settlement conference itself will be conducted in mid to late-November 2022.

To accommodate the professional and personal schedules of the undersigned counsel (including the parties' impending settlement conference), the Campaign respectfully requests that the Court approve the following briefing schedule for the Motion:

1. The Campaign will serve papers in opposition to the Motion by November 15, 2022; and

2. Plaintiff will serve reply papers in further support of the Motion by December 8, 2022.

2

        Respectfully submitted,

*Jared E. Blumetti*

Patrick McPartland
Jared E. Blumetti

cc:     All counsel of record (*via ECF*)