# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Joseph Slaughter
Tel: 646.346.8028
Fax: 212.223.1942
slaughterj@ballardspahr.com

April 18, 2023

*By Electronic Filing*

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Denson v. Donald J. Trump for President, Inc.*, No. 20-cv-4737-PGG Letter Motion
for <u>Extension of Time to Comply with the Court's April 7 Order</u>

Dear Judge Gardephe:

We write on behalf of all parties in the above-referenced case to request a modest extension of time to comply with the Court's April 7, 2023 Order (ECF No. 111) directing the parties to file an application for preliminary approval of a class action settlement by April 21, 2023. The parties request a one week extension of that deadline, until April 28, 2023, in order to ensure that they are scrupulously following the Court's directives in the Order. The is the first request for an extension with respect to this specific Order, and all parties consent to the request.

Please feel free to contact me should you have any questions.

Very truly yours,

*s/ Joseph Slaughter*

Joseph Slaughter

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  April 20, 2023