UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>*Defendant*. | No. 20 Civ. 4737 (PGG) |

### NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated April 28, 2023, the declaration of Lead Plaintiff Jessica Denson, the declaration of David K. Bowles, Esq. and exhibit thereto, the declaration of John Langford, Esq. and exhibits thereto, the declaration of David A. Schulz, Esq. and exhibit thereto, and the declaration of Joseph Slaughter, Esq. and exhibit thereto, the Parties hereby move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for preliminary approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e).

Dated: April 28, 2023

Respectfully Submitted,

By: *Joseph Slaughter*
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 850-6103

2

Fax: (212) 223-1942
Email: slaughterj@ballardspahr.com

2