**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JESSICA DENSON, Individually and on
Behalf of All Others Similarly Situated,

              *Plaintiffs*,

     *v.*

DONALD J. TRUMP FOR PRESIDENT,
INC.,

              *Defendant*.

No. 20 Civ. 4737 (PGG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated October 6, 2022, declaration of Lead Plaintiff Jessica Denson, declaration of David K. Bowles, Esq. and exhibit thereto, declaration of John Langford, Esq. and exhibits thereto, declaration of David A. Schulz, Esq. and exhibit thereto, and declaration of Joseph Slaughter, Esq. and exhibit thereto, Lead Plaintiff Jessica Denson, on behalf of herself and all others similarly situated, hereby moves this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for class certification pursuant to Federal Rule of Civil Procedure 23.

Dated: October 6, 2022

                       Respectfully Submitted,

                       By: */s/ John Langford*

David A. Schulz
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 850-6103
Fax: (212) 223-1942
Email: schulzd@ballardspahr.com
Email: slaughterj@ballardspahr.com

David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
Tel. (212) 390-8842
Fax (866) 844-8305
Email: David@BoJo.Law

John Langford (JL-2367)
UNITED TO PROTECT DEMOCRACY
555 W. 5th St.
Los Angeles, CA 90013
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: john.langford@protectdemocracy.org

Brittany Williams
UNITED TO PROTECT DEMOCRACY
1900 Market St., 8th Fl.
Philadelphia, PA 19103
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: brittany.williams@protectdemocracy.org

Anne Tindall
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Fax: (929) 777-8428
Email: anne.tindall@protectdemocracy.org

*Counsel for Plaintiffs*

**MEMO ENDORSED:** In a June 7, 2023 order, this Court granted preliminary approval of a class action settlement. (Dkt. No. 122) Accordingly, the Clerk of Court is directed to terminate Plaintiff's October 6, 2022 motion for class certification (Dkt. No. 85) as moot.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: June 13, 2023