**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESSICA DENSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiffs*,<br><br> *v.*<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>    *Defendant*. | No. 20 Civ. 4737 (PGG) |

**NOTICE OF JOINT MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

   PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated September 20, 2023, the declaration of Joseph Slaughter, Esq. and exhibits thereto, the Parties hereby move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States Courthouse, 40 Foley Square, New York, New York, for final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e).

Dated: September 20, 2023

             Respectfully Submitted,

             By:  *Joseph Slaughter*
             Joseph Slaughter
             BALLARD SPAHR LLP
             1675 Broadway, 19th Floor
             New York, NY 10019
             Telephone: (212) 850-6103
             Fax: (212) 223-1942
             Email: slaughterj@ballardspahr.com